# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al*.,[1] | Case No. 25-12055 |
| | (Joint Administration Requested) |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the below attorneys enter their appearance, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Local Rule 2002-1, and section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**"), on behalf of and as counsel for Compass Group Diversified Holdings LLC and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served at the addresses, facsimile numbers, or electronic mail addresses set forth below:

Stephen D. Lerner
**SQUIRE PATTON BOGGS (US) LLP**
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
stephen.lerner@squirepb.com

-and-

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Peter R. Morrison
**SQUIRE PATTON BOGGS (US) LLP**
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
peter.morrison@squirepb.com

-and-

Jeffrey N. Rothleder
**SQUIRE PATTON BOGGS (US) LLP**
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
jeffrey.rothleder@squirepb.com

-and-

Christopher A. Ward
Shanti M. Katona
Katherine M. Devanney
**POLSINELLI PC**
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
kdevanney@polsinelli.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, electronically, telephone, telegraph, telex, or otherwise filed or made with regard to the referenced cases and proceedings therein.

3

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Compass Group Diversified Holdings LLC's (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice of appearance; or (v) other rights, claims, actions, defenses, setoffs, or recoupments to which Compass Group Diversified Holdings LLC is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

*[signature page follows]*

3

107102507.1

Dated: November 17, 2025
      Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

<u>/s/ Shanti M. Katona</u>
Christophe A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Katherine M. Devanney (Del. Bar No. 6356)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
kdevanney@polsinelli.com

-and-

**SQUIRE PATTON BOGGS (US) LLP**
Stephen D. Lerner
201 E. Fourth St., Suite 1900
Cincinnati, OH 45202
Telephone: (513) 361-1200
Facsimile: (513) 361-1201
stephen.lerner@squirepb.com

Peter R. Morrison
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
peter.morrison@squirepb.com

Jeffrey N. Rothleder
2550 M Street NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
jeffrey.rothleder@squirepb.com

*Counsel for Compass Group Diversified Holdings LLC*