# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-12055 (BLS) <br><br> (Joint Administration Requested) |

**NOTICE OF (I) FILING OF BANKRUPTCY PETITIONS
AND RELATED DOCUMENTS AND (II) AGENDA FOR HEARING ON
FIRST DAY MOTIONS SCHEDULED FOR NOVEMBER 18, 2025, AT 11:00 A.M. (ET)
BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON OF THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

> **This proceeding will be a hybrid hearing with local counsel required in the courtroom. Counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website
> (https://www.deb.uscourts.gov/ecourt-appearances)
> Registration is required no later than one hour prior to the hearing.**

      **PLEASE TAKE NOTICE** that, on November 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the following voluntary petitions (collectively, the "Petitions") for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and related pleadings with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors continue to operate their businesses as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308).  The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

**PETITIONS AND RELATED PLEADINGS**

1. Petitions:

    A. Lugano Buyer, Inc. [Case No. 25 – 12052]
    B. Lugano Holding, Inc. [Case No. 25 – 12053]
    C. K.L.D. Jewelry, LLC [Case No. 25 – 12054]
    D. Lugano Prive, LLC [Case No. 25 -12055]
    E. Lugano Diamonds & Jewelry Inc. [Case No. 25 – 12056]

2. Declaration of J. Michael Issa in Support of Chapter 11 Petitions and First Day Motions [D.I. 2]

    **PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the following first day motions (collectively, the "First Day Motions") is scheduled for **November 18, 2025, at 11:00 a.m. (ET)** (the "First Day Hearing") before the Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware.

**FIRST DAY MOTIONS GOING FORWARD**

3. Motion of Debtors for Order Directing the Joint Administration of the Debtors' Chapter 11 Cases [D.I. 3]

    Status: This matter will be going forward.

4. Application of Debtors for an Order (A) Authorizing and Approving the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent, and (B) Granting Related Relief [D.I. 4]

    Status: This matter will be going forward.

5. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Redact Certain Confidential Information of Customers and (II) Redact Certain Personally Identifiable Information of Individuals, and (B) Granting Related Relief [D.I. 5]

    Status: This matter will be going forward on an interim basis.

6. Motion of Debtors for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance Procedures with Respect to the Debtors' Utility Providers, (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (D) Granting Related Relief [D.I. 6]

    Status: This matter will be going forward on an interim basis.

7. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (B) Granting Related Relief [D.I. 7]

    Status: This matter will be going forward on an interim basis.

8. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain Insurance Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, (III) Honor and Renew the Premium Financing Agreement Entered Into Prepetition, Satisfy Prepetition Obligations Related Thereto, and Enter Into Premium Financing Agreements, and (IV) Continue to Pay Broker Fees, and (B) Granting Related Relief [D.I. 8]

    Status: This matter will be going forward on an interim basis.

9. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate the Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue Intercompany Transactions, (B) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (C) Granting Related Relief [D.I. 9]

    Status: This matter will be going forward on an interim basis.

10. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain and Administer Their Customer Programs, and (II) Honor Prepetition Obligations, and (B) Granting Related Relief [D.I. 10]

    Status: This matter will be going forward.

11. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Continue Employee Benefits Programs, and (B) Granting Related Relief [D.I. 11]

    Status: This matter will be going forward on an interim basis.

12. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, and (II) Utilize Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to the Prepetition Lender, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [D.I. 12]

    Status: This matter will be going forward on an interim basis.

13. Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and

Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 13]

Related Document:

A. Declaration of Eben Paul Perison in Support of Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 14]

Status: This matter will be going forward.

[*Remainder of page intentionally left blank*]

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the First Day Motions may be made at the First Day Hearing.

| | |
|---|---|
| Dated: November 17, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Edmon L. Morton (Del. No. 3856)<br>Sean M. Beach (Del. No. 4070)<br>Timothy R. Powell (Del. No. 6894)<br>Benjamin C. Carver (Del. No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:  emorton@ycst.com<br>       sbeach@ycst.com<br>       tpowell@ycst.com<br>       bcarver@ycst.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (*pro hac vice* pending)<br>Traci L. Shafroth (*pro hac vice* pending)<br>Scott Friedman (*pro hac vice* pending)<br>101 Montgomery Street, Suite 1950<br>San Francisco, California 94104<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email:  tkeller@kbkllp.com<br>       tshafroth@kbkllp.com<br>       sfriedman@kbkllp.com<br><br>*Proposed Attorneys for Debtors and Debtors-in-Possession* |