## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Lugano Diamonds & Jewelry Inc. | Case No. 25-12055 (BLS) |
| Debtors. | (Joint Administration Requested) |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Enhanced Retail Funding, LLC ("Agent"), a Massachusetts limited liability company, hereby enters its appearance in the above-captioned cases by and through its co-counsel, Riemer & Braunstein LLP and Ashby & Geddes, P.A., and pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that copies of all notices given or required to be given in these cases or any related adversary proceedings and copies of all papers served or required to be served in this case or related proceedings be given and served upon:

| | |
|---|---|
| **RIEMER & BRAUNSTEIN LLP** | **ASHBY & GEDDES, P.A.** |
| Steven Fox, Esq. | Gregory A. Taylor, Esq. |
| Times Square Tower | 500 Delaware Avenue, 8th Floor |
| 7 Times Sq, Suite 2506 | Wilmington, DE 19801 |
| New York, NY 10036 | Tel: (302) 504-3718 |
| Phone: (212) 789-3150 | Email: Gtaylor@ashbygeddes.com |
| Email: SFox@riemerlaw.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice includes copies of all papers, including, but not limited to, filed reports, pleadings, motions, applications, petitions, notices, statements, replies, schedules, proposed chapter 11 plans, disclosure statements, briefs, and any responding papers filed in this case or any related proceedings and that such notice, unless otherwise directed by the Court, be made via email to the persons listed above.

{02182457;v1 }

**PLEASE TAKE FURTHER NOTICE** that Agent intends that neither this Notice of Appearance nor any other filing or claim shall waive (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any other matter, controversy, or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, remedies, set-offs, or recoupments to which Agent is or may be entitled to assert under any agreements, at law, or in equity, with all of the foregoing being expressly preserved.

Dated: November 17, 2025

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Tel: (302) 504-3718
Email: Gtaylor@ashbygeddes.com

-and-

**RIEMER & BRAUNSTEIN LLP**
Steven Fox, Esq.
Times Square Tower
7 Times Sq, Suite 2506
New York, NY 10036
Phone: (212) 789-3150
Email: SFox@riemerlaw.com

*Attorneys for Enhanced Retail Funding, LLC*