# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055-BLS<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS

The undersigned attorneys with the law firm of Barnes & Thornburg LLP hereby enter their appearance in the above-captioned cases ("Cases") as counsel to the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc., and request, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code ("Bankruptcy Code"), that any and all notices given or required to be given in the Cases, and all papers served or required to be served in these Cases, be served upon them at the following addresses, and that they be added to any related service list or mailing matrix on file with the Clerk of the Bankruptcy Court and the Debtors' claims and noticing agent (if any) as set forth below:

| | |
|---|---|
| Amy E. Tryon<br>BARNES & THORNBURG LLP<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 300-3453<br>Email: Amy.Tryon@btlaw.com | Kenneth Kansa<br>Vincent P. (Trace) Schmeltz III<br>BARNES & THORNBURG LLP<br>1 N. Wacker Dr., Suite 4400<br>Chicago, IL 60606<br>Telephone: (312) 214-8336<br>Email: KKansa@btlaw.com<br>Email: TSchmeltz@btlaw.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

1

Charlotte H. Underwood
BARNES & THORNBURG LLP
390 Madison Avenue, 12th Floor
New York, NY 10017
Telephone: (646) 746-2192
Email: Charlotte.Underwood@btlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand filed in this matter, whether transmitted or conveyed by ECF filing, mailing, hand delivery, telephone, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, all notices required to be served under any and all of the provisions of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010.

**PLEASE TAKE FURTHER NOTICE** that neither this Appearance nor any subsequent pleading, proof of claim, or other writing or conduct shall constitute a waiver by the party for which this Appearance has been made of any (a) rights to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other rights, claims, defenses, setoffs, or other matters.  All such rights hereby are reserved and preserved on behalf of the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc., without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in these Cases.

| | |
|---|---|
| Dated: November 17, 2025 | BARNES & THORNBURG LLP |

*/s/  Amy E. Tryon*
Amy E. Tryon (DE No. 6945)
222 Delaware Avenue, Suite 1200
Wilmington, DE  19801
Tel: (302) 300-3434
Fax: (302) 300-3456
Email: Amy.Tryon@btlaw.com

Kenneth Kansa (*pro hac vice* forthcoming)
Vincent P. (Trace) Schmeltz III (*pro hac vice* forthcoming)
1 N. Wacker Dr., Suite 4400
Chicago, IL 60606
Telephone: (312) 214-8336
Email: KKansa@btlaw.com
Email: TSchmeltz@btlaw.com

Charlotte H. Underwood (*pro hac vice* forthcoming)
390 Madison Avenue, 12th Floor
New York, NY 10017
Telephone: (646) 746-2192
Email: Charlotte.Underwood@btlaw.com

*Counsel for the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc.*