**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications to all parties and counsel of record and on counsel listed below by email.

| | |
|---|---|
| Edmon L. Morton | KELLER BENVENUTTI KIM LLP |
| Sean M. Beach | Tobias S. Keller |
| Timothy R. Powell | Traci L. Shafroth |
| Benjamin C. Carver | Scott Friedman |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | 101 Montgomery Street, Suite 1950 |
| Rodney Square | San Francisco, California 94104 |
| 1000 North King Street | tkeller@kbkllp.com |
| Wilmington, Delaware 19801 | tshafroth@kbkllp.com |
| emorton@ycst.com | sfriedman@kbkllp.com |
| sbeach@ycst.com | |
| tpowell@ycst.com | |
| bcarver@ycst.com | |

Dated: November 17, 2025

/s/ *Amy E. Tryon*
Amy E. Tryon