IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Joint Administration Requested) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on November 17, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Motions Scheduled for November 18, 2025, at 11:00 A.M. (ET) before the Honorable Brendan Linehan Shannon of the United States Bankruptcy Court for the District of Delaware [Docket No. 25]**

Dated: November 17, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 17th day of November, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Adrienne Brandes | Address Redacted | Email Redacted | Email |
| 30 Largest | Arvielo Family Trust | Attn: Enrico Arvielo<br>c/o Buchalter, PC<br>Attn: Gabriel G Green, Joshua Su<br>1000 Wilshire Blvd, Ste 1500<br>Los Angeles, CA 90017-1730 | rick.arvielo@nafinc.com | Email |
| 30 Largest | Arvielo Family Trust | c/o Buchalter, PC<br>Attn: Gabriel G Green, Joshua Su<br>1000 Wilshire Blvd, Ste 1500<br>Los Angeles, CA 90017-1730 | ggreen@buchalter.com;<br>jsu@buchalter.com | Email |
| *NOA - Counsel for Enhanced Retail Funding, LLC | Ashby & Geddes, P.A. | Attn: Gregory A Taylor<br>500 Delaware Ave, 8th Fl<br>Wilmington, DE 19801 | Gtaylor@ashbygeddes.com | Email |
| 30 Largest | Avina LLC / Global Innovations, LLC | c/o Enenstein Pham Glass & Rabbat LLP<br>Attn: Darren S Enenstein, Matthew W Rosene<br>Attn: Adrian Canzoneri, Bao Pham<br>3200 Bristol St, Ste 500<br>Costa Mesa, CA 92626 | dse@epgrlawyers.com; mrosene@epgrlawyers.com;<br>acanzoneri@epgrlawyers.com;<br>bpham@epgrlawyers.com | Email |
| 30 Largest | Avina LLC / Global Innovations, LLC | Attn: Avi Wazana<br>22704 Ventura Blvd, Ste 218<br>Woodland Hills, CA 91364 | aviw@businessmax.com | Email |
| 30 Largest | Bank of America | Attn: Neshan Charshafjian<br>520 Newport Center Dr, 10th Fl<br>Newport Beach, CA 92660 | neshan.charshafjian@bofa.com | Email |
| *NOA - Counsel for the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. | Barnes & Thornburg LLP | Attn: Amy E Tryon<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | Amy.Tryon@btlaw.com | Email |
| *NOA - Counsel for the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. | Barnes & Thornburg LLP | Attn: Kenneth Kansa/Vincent P Schmeltz III<br>1 N Wacker Dr, Ste 4400<br>Chicago, IL 60606 | KKansa@btlaw.com<br>TSchmeltz@btlaw.com | Email |
| *NOA - Counsel for the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. | Barnes & Thornburg LLP | Attn: Charlotte H Underwood<br>390 Madison Ave, 12th Fl<br>New York, NY 10017 | Charlotte.Underwood@btlaw.com | Email |
| 30 Largest | Barry Aronoff / Aronoff Capital, Inc | c/o Loeb & Loeb LLP<br>Attn: Lance N Jurich, Benjamin R King<br>10100 Santa Monica Blvd, Ste 2200<br>Los Angeles, CA 90067 | ljurich@loeb.com; bking@loeb.com | Email |
| 30 Largest | Barry Aronoff / Aronoff Capital, Inc | Attn: Barry Aronoff<br>151 Kalmus Dr, Ste H-10<br>Costa Mesa, CA 92626 | barry@aronoffcapital.com | Email |
| 30 Largest | Bryan Gadol | c/o Theodora Oringher PC<br>Attn: Todd Theodora<br>535 Anton Blvd, 9th Fl<br>Costa Mesa, CA 92626-7109 | ttheodora@tocounsel.com | Email |
| 30 Largest | Bulley & Andrews LLC | Attn: Megan Kirn<br>1755 W Armitage Ave<br>Chicago, IL 60622 | mkirn@bulley.com | Email |
| 30 Largest | Cassandra Hazen & Paul Hazen | c/o Howard & Howard Attorneys<br>Attn: Kevin A Hoang<br>9595 Wilshire Blvd, Ste 900<br>Beverly Hills, CA 90212 | kah2@h2law.com | Email |
| 30 Largest | Cassandra Hazen & Paul Hazen | c/o Howard & Howard Attorneys<br>Attn: Joanna M Myers, Mark J Gardberg, Robert Rosenthal<br>3800 Howard Hughes Pkwy, Ste 1000<br>Las Vegas, NV 89169 | jmm@h2law.com;<br>mg@h2law.com;<br>rlr@h2law.com | Email |
| 30 Largest | Cassandra Hazen & Paul Hazen | Address Redacted | Email Redacted | Email |
| 30 Largest | Champion Force Industrial Ltd | c/o Alston & Bird LLP<br>Attn: Leib M Lerner, Clayton M Kinsey<br>350 S Grand Ave, 51st Fl<br>Los Angeles, CA 90071 | leib.lerner@alston.com; clayton.kinsey@alston.com | Email |
| 30 Largest | Champion Force Industrial Ltd | Attn: David Patish<br>Unit 1, 6/F, Hing Wash Ctr<br>82-84 Tokwawan Rd<br>Tokwawan, Kin<br>Hong Kong | davidp.rtd@gmail.com | Email |
| 30 Largest | Champion Force Industrial Ltd | c/o Stahl & Zelmanovitz<br>Attn: Alan B Hertz, Joseph Zelmanovitz<br>747 3rd Ave<br>New York, NY 10017 | ahertz@alanbhertzpc.com; jzelmanovitz@szlawllp.com | Email |
| 30 Largest | Darren Testa | Attn: Darren Testa<br>c/o Theodora Oringher PC<br>Attn: Todd Theodora<br>535 Anton Blvd, 9th Fl<br>Costa Mesa, CA 92626-7109 | Email Redacted | Email |
| 30 Largest | Debbie Dacus | Address Redacted | Email Redacted | Email |
| 30 Largest | Debbie Dacus | c/o Cokinos Young<br>Attn: Gregory M Cokinos<br>Four Houston Center<br>1221 Lamar, 16th Fl<br>Houston, TX 77010 | gcokinos@cokinoslaw.com | Email |
| IRS | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| IRS | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>2970 Market St<br>Mail Stop 5-Q30.133<br>Philadelphia, PA 19104-5016 | | Overnight Mail |
| 30 Largest | John Locksley | Address Redacted | Email Redacted | Email |
| 30 Largest | Juliann Benson | Address Redacted | Email Redacted | Email |
| 30 Largest | Kaci Kelsay | Address Redacted | Email Redacted | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Kaci Kelsay | c/o Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, PA<br>Attn: Gregory Weiss<br>525 Okeechobee Blvd, Ste 900<br>W Palm Beach, FL 33401 | gweiss@mrachek-law.com | Email |
| 30 Largest | Kristoffer Winters | Address Redacted | Email Redacted | Email |
| 30 Largest | Kristoffer Winters | c/o Bienert Katzman Littrell Williams LLP<br>Attn: Steven Jay Katzman, John L Littrell<br>903 Calle Amanecer, Ste 350<br>San Clemente, CA 92673 | skatzman@bklwlaw.com;<br>jlittrell@bklwlaw.com | Email |
| 30 Largest | Marianne McCall | Address Redacted | Email Redacted | Email |
| 30 Largest | NBS Diamonds Inc | Attn: Davide Scarselli<br>dba Scarselli Diamonds<br>Attn: Davide Scarselli<br>580 5th Ave<br>New York, NY 10036 | | Overnight Mail |
| 30 Largest | NBS Diamonds Inc | c/o Law Office of Joseph M Kar, Pc<br>Attn: Joseph M Kar<br>15250 Ventura Blvd, Ste PH-1220<br>Sherman Oaks, CA 91403 | | Overnight Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | | Overnight Mail |
| UST | Office of the U.S. Trustee for the District of Delaware | J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | jon.lipshie@usdoj.gov;<br>megan.seliber@usdoj.gov | Email |
| US Attorney | Office of the United States Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | Overnight Mail |
| 30 Largest | Paradise Plaza Associates LLC | Attn: Chad Willard<br>3841 NE 2nd Ave, Ste 400<br>Miami, FL 33137 | Chad@dacra.com | Email |
| 30 Largest | Paradise Plaza Associates LLC | c/o GrayRobinson, PA<br>Attn: Anastasia Protopapadakis<br>333 SE 2nd Ave, Ste 3200<br>Miami, FL 33131 | Anastasia.Protopapadakis@gray-robinson.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Polsinelli PC | Attn: Christopher A Ward/Shanti M Katona<br>Attn: Katherine M Devanney<br>222 Delaware Ave, Ste 1101<br>Wilmington, DE 19801 | cward@polsinelli.com<br>skatona@polsinelli.com<br>kdevanney@polsinelli.com | Email |
| 30 Largest | Ponte Gadea Chicago, LLC | c/o Higgins & Brancheau LLC<br>Attn: Michael R Brancheau<br>200 W Adams St, Ste 2220<br>Chicago, IL 60606 | mbrancheau@higginsbrancheau.com | Email |
| 30 Largest | Ponte Gadea Chicago, LLC | c/o Goldberg Kohn<br>Attn: Frederic Klein<br>55 E Monroe St, Ste 3300<br>Chicago, IL 60603 | Frederic.klein@goldbergkohn.com | Email |
| 30 Largest | Ponte Gadea Chicago, LLC | Attn: Alina R Toyos<br>200 S Biscayne Blvd, Ste 3250<br>Miami, FL 33131 | alinar@pontegadea.com | Email |
| 30 Largest | Raymond W Cohen | Address Redacted | Email Redacted | Email |
| 30 Largest | Raymond W Cohen | c/o K&L Gates LLP<br>Attn: Jonathan P Hersey, Robert Mouradian<br>1 Park Plz, 12th Fl<br>Irvine, CA 92614 | jonathan.hersey@klgates.com;<br>robert.rnouradian@klgates.com | Email |
| *NOA - Counsel for Enhanced Retail Funding, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Sq Twr<br>7 Times Sq, Ste 2506<br>New York, NY 10036 | SFox@riemerlaw.com | Email |
| 30 Largest | Rodan Family Living Trust | Address Redacted | Email Redacted | Email |
| 30 Largest | Rodan Family Living Trust | c/o Ellis George LLP<br>Attn: Eric George<br>2121 Ave of the Stars, Ste 3000<br>Los Angeles, CA 90067 | egeorge@ellisgeorge.com | Email |
| 30 Largest | Ron McMacken | Address Redacted | Email Redacted | Email |
| 30 Largest | Ron Simon | Address Redacted | Email Redacted | Email |
| 30 Largest | Scott & Hillary Simon | Address Redacted | Email Redacted | Email |
| SEC | Securities and Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | Overnight Mail |
| SEC | Securities and Exchange Commission | Philadelphia Regional Office<br>1617 JFK Blvd, Ste 520<br>Philadelphia, PA 19103 | | Overnight Mail |
| Counsel to Compass Group Diversified Holdings LLC | Squire Batton Boggs (US) LLP | Attn: Peter Morrison, Esq<br>1000 Key Tower 127 Public Sq<br>Cleveland, OH 44114 | peter.morrison@squirepb.com;<br>stephen.lerner@squirepb.com;<br>kyle.arendsen@squirepb.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Squire Patton Boggs (US) LLP | Attn: Stephen D Lerner<br>201 E 4th St, Ste 1900<br>Cincinnati, OH 45202 | stephen.lerner@squirepb.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Squire Patton Boggs (US) LLP | Attn: Peter R Morrison<br>1000 Key Twr<br>127 Public Sq<br>Cleveland, OH 44114 | peter.morrison@squirepb.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Squire Patton Boggs (US) LLP | Attn: Jeffrey N Rothleder<br>2550 M St NW<br>Washington, DC 20037 | jeffrey.rothleder@squirepb.com | Email |
| 30 Largest | Steve Sherwood | Address Redacted | Email Redacted | Email |

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Steve Sherwood | c/o Glaser Weil<br>Attn: Michael Cypers<br>10250 Constellation Blvd, 19th Fl<br>Los Angeles, CA 90067 | mcypers@glaserweil.com | Email |
| 30 Largest | Sydney Holdings Ltd | Anderson Sq<br>64 Shedden Rd, 4th Fl<br>P.O. Box 10324<br>Grand Cayman, KY 1-1003<br>Cayman Islands | | Overnight Mail |
| 30 Largest | Sydney Holdings Ltd | c/o Glaser Weil Fink Howard Jordan & Shapiro LLP<br>Attn: Jesse B Levin, Celia Spalding<br>10250 Constellation Blvd, 19th Fl<br>Los Angeles, CA 90067 | jlevin@glaserweil.com;<br>cspalding@glaserweil.com | Email |
| 30 Largest | Sydney Holdings Ltd | c/o Woods Oviatt Gilman LLP<br>Attn: Brian J Capitummino, Jeremy J C Saunders<br>1900 Bausch & Lomb Pl<br>Rochester, NY 14604 | bcapitummino@woodsoviatt.com;<br>jsaunders@woodsoviatt.com | Email |
| 30 Largest | Tina Sherlock | Address Redacted | Email Redacted | Email |
| 30 Largest | Tina Sherlock | c/o Taft<br>Attn: Jason M Covert<br>200 Massachusetts Ave NW, Ste 500<br>Washington, DC 20001-5875 | jcovert@taftlaw.com | Email |
| Governmental Authorities | U.S. Department of Justice | 950 Pennsylvania Ave, NW<br>Washington, DC 20530-0001 | | Overnight Mail |
| Governmental Authorities | U.S. Department of Justice | c/o Adam Stempel, Trial Attorney<br>Bond Bldg<br>1400 New York Ave, NW<br>Washington, DC 20530 | | Overnight Mail |
| 30 Largest | Valley Family Trust dtd August 2, 2012 | c/o Loeb & Loeb LLP<br>Attn: Lance N Jurich, Benjamin R King<br>10100 Santa Monica Blvd, Ste 2200<br>Los Angeles, CA 90067 | ljurich@loeb.com; bking@loeb.com | Email |
| 30 Largest | Valley Family Trust dtd August 2, 2012 | Address Redacted | | Overnight Mail |
| 30 Largest | White Mountain Capital Inc | c/o Yassin Law, APC<br>Attn: Omar J Yassin<br>1010 E Union St, Ste 201<br>Pasadena, CA 91106 | oyassin@yassinlegal.com | Email |
| 30 Largest | White Mountain Capital Inc | Attn: Daniel Perl<br>3447 High Ridge Rd<br>Boyton Beach, FL 33426 | danperl@whitemountaincap.com | Email |
| 30 Largest | Worth Capital Holdings 9 LLC | Attn: Rusty Holzer<br>c/o Woods Oviatt Gilman<br>Attn: James Pronti, Brian Capitummino<br>1900 Bausch & Lomb Pl<br>Rochester, NY 14604 | rusty@holzerhq.com | Email |
| 30 Largest | Worth Capital Holdings 9 LLC | c/o Woods Oviatt Gilman<br>Attn: James Pronti, Brian Capitummino<br>1900 Bausch & Lomb Pl<br>Rochester, NY 14604 | jpronti@woodsoviatt.com;<br>bcapitummino@woodsoviatt.com | Email |

# **EXHIBIT B**

**Exhibit B**
**Service List**

| Description | Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Insurance Carriers | AIG Specialty Insurance Company | 1271 Ave of the Americas | Fl 37 | New York, NY 10020-1304 | | Overnight Mail |
| Insurance Carriers | American Fire and Casualty Company (Liberty Mutual Insurance) | P.O. Box 88766 | Chicago, IL 60688 | | | Overnight Mail |
| Insurance Carriers | Arch Insurance Company | 210 Hudson St | Ste 600 | Jersey City, NJ 07311-1107 | | Overnight Mail |
| Insurance Carriers | Arch Specialty Insurance Company | 210 Hudson St | Ste 600 | Jersey City, NJ 07311-1107 | | Overnight Mail |
| Utility Providers | Astound Business Solutions | P.O. Box 11816 | Newark, NJ 07101-8116 | | | Overnight Mail |
| Utility Providers | AT&T | P.O. Box 9009 | Carol Stream, IL 60197-9009 | | | Overnight Mail |
| Insurance Carriers | At-Bay Specialty Insurance Company | 1 Post St | 14th Fl | San Francisco, CA 94104 | | Overnight Mail |
| Taxing Authorities | Avalara Inc. | 795 5th Ave, Apt 2404 | New York, NY 10065 | | | Overnight Mail |
| Banks | Bank of America, N.A. | 222 Broadway | New York, NY 10038 | | | Overnight Mail |
| Taxing Authorities | California Department of Tax and Fee Administration | P.O. Box 942879 | Sacramento, CA 94279 | | | Overnight Mail |
| Utility Providers | CenturyLink | P.O. Box 2961 | Phoenix, AZ 85062-2961 | | | Overnight Mail |
| Taxing Authorities | City of Aspen | P.O. Box 712516 | Denver, CO 80271 | | | Overnight Mail |
| Taxing Authorities | City of Chicago | 70 W Madison St, Ste 5400 | Chicago, IL 60602 | | | Overnight Mail |
| Taxing Authorities | City of Houston | P.O. Box 203887 | Houston, TX 77216-3887 | | | Overnight Mail |
| Utility Providers | City of Newport Beach | P.O. Box 4923 | Whittier, CA 90607 | | | Overnight Mail |
| Taxing Authorities | City of Newport Beach - Alarm Permit | P.O. Box 4999 | Whittier, CA 90607-4999 | | | Overnight Mail |
| Taxing Authorities | City of Newport Beach-Revenue Division | 100 Civic Center Dr | Newport Beach, CA 92660 | | | Overnight Mail |
| Taxing Authorities | City of Steamboat Springs | P.O. Box 772869 | Steamboat Springs, CO 80477 | | | Overnight Mail |
| Payment Processor | Cliq | 2900 Bristol St, Bldg F-205 | Costa Mesa, CA 92626 | | | Overnight Mail |
| Taxing Authorities | Colorado Department of Revenue | Colorado Department of Revenue | Denver, CO 80261-0008 | | | Overnight Mail |
| Utility Providers | Comcast | P.O. Box 34744 | Seattle, WA 98124-1744 | | | Overnight Mail |
| Utility Providers | ComEd | P.O. Box 6111 | Carol Stream, IL 60197-6111 | | | Overnight Mail |
| Taxing Authorities | Commissioner of Taxation & Finance | Nys Assessment Receivables, Commissioner of Taxation & Finance | P.O. Box 4127 | Binghamton, NY 13902-4127 | | Overnight Mail |
| Taxing Authorities | Commonwealth of Massachusetts | P.O. Box 7003 | Boston, MA 02204 | | | Overnight Mail |
| Utility Providers | Connecticut Natural Gas Corporation | P.O. Box 847820 | Boston, MA 02284-7820 | | | Overnight Mail |
| Taxing Authorities | Connecticut Secretary of State | P.O. Box 150470 | Hartford, CT 06115 | | | Overnight Mail |
| Taxing Authorities | County of Orange | Environmental Health Division | P.O. Box 25400 | Santa Ana, CA 92799 | | Overnight Mail |
| Utility Providers | Cox Communications | P.O. Box 53280 | Phoenix, AZ 85072 | | | Overnight Mail |
| Taxing Authorities | D.C. Government Paid Family Leave | P.O. Box 718269 | Philadelphia, PA 19171 | | | Overnight Mail |
| Taxing Authorities | D.C. Tax | P.O. Box 96169 | Washington, DC 20090-6019 | | | Overnight Mail |
| Taxing Authorities | DC Department of Employment Services | Office of Unemployment Compensation Tax Division | 4058 Minnesota Ave NE, 4th Fl | Washington, DC 20019 | | Overnight Mail |
| Taxing Authorities | DC Office of Tax & Revenue | Corp Estimated Franchise Tax | P.O. Box 96019 | Washington, DC 20090-6019 | | Overnight Mail |
| Taxing Authorities | Delaware Division of Revenue | 540 South DuPont Hwy, Ste 2 | Dover, DE 19901 | | | Overnight Mail |
| Taxing Authorities | Department of Revenue Services Ct | P.O. Box 2974 | Hartford, CT 06104 | | | Overnight Mail |
| Taxing Authorities | Direction Generale Des Finances Publiques | Attn: Bâtiment Colbert | 139 Rue De Bercy | Paris, 75012, France | | Overnight Mail |
| Utility Providers | DirecTV | 2260 E. Imperial Hwy. | El Segundo, CA 90245 | | | Overnight Mail |
| Premium Financing Provider | First Insurance Funding | 450 Skokie Blvd | Ste 1000 | Northbrook, IL 60062-7917 | | Overnight Mail |
| Taxing Authorities | Florida Dept of Revenue | 5050 W Tennessee St | Tallahassee, FL 32399 | | | Overnight Mail |
| Taxing Authorities | Florida Dept. of State | Registration Section, Division of Corps | Tallahassee, FL 32301 | | | Overnight Mail |
| Utility Providers | Fonality | 5340 Legacy Dr, Ste 155 | Plano, TX 75024 | | | Overnight Mail |
| Utility Providers | FPL | General Mail Facility | Miami, FL 33152 | | | Overnight Mail |
| Taxing Authorities | Franchise Tax Board | P.O. Box 94285 | Sacramento, CA 94257 | | | Overnight Mail |
| Taxing Authorities | HM Revenue & Customs | St Mungo's Rd | Cumbernauld Glasgow, United Kingdom G67 1YZ | | | Overnight Mail |
| Broker | HUB International Insurance Services Inc. | 3390 University Ave | Ste 300 | Riverside, CA 92501 | | Overnight Mail |
| Taxing Authorities | Illinois Department of Revenue | P.O. Box 19035 | Springfield, IL 62794-9035 | | | Overnight Mail |
| Taxing Authorities | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | Overnight Mail |
| Taxing Authorities | Italian Revenue Agency (Agenzia delle Entrate) | via Giorgione n. 106, 00147 Roma | 00147 Roma Italia | | | Overnight Mail |
| Taxing Authorities | Michigan Dept. of Treasury | P.O. Box 30199 | Lansing, MI 48909 | | | Overnight Mail |
| Insurance Carriers | Ohio Security Insurance Company (Liberty Mutual Insurance) | P.O. Box 88766 | Chicago, IL 60688 | | | Overnight Mail |
| Utility Providers | Optimum Business | 1111 Stewart Ave | Bethpage, NY 11714 | | | Overnight Mail |
| Taxing Authorities | Orange County Tax Collector | P.O. Box 1438 | Santa Ana, CA 92702 | | | Overnight Mail |
| Taxing Authorities | PA Dept of Revenue | P.O. Box 280427 | Harrisburg, PA 17128 | | | Overnight Mail |
| Taxing Authorities | Palm Beach County Tax | 301 N Olive Ave, 3rd Fl | W Palm Beach, FL 33401 | | | Overnight Mail |
| Utility Providers | People Gas | P.O. Box 6050 | Carol Stream, IL 60197 | | | Overnight Mail |
| Taxing Authorities | Pitkin County Treasurer | 530 E Main St, Ste 201 | Aspen, CO 81611 | | | Overnight Mail |
| Insurance Carriers | Scottsdale Insurance Company | 18700 North Hayden Rd | Scottsdale, AZ 85255 | | | Overnight Mail |
| Insurance Carriers | Selective Insurance Company of the Southeast | P.O. Box 782747 | Philadelphia, PA 19178 | | | Overnight Mail |
| Utility Providers | SoCalGas | P.O. Box C | Monterey Park, CA 91754 | | | Overnight Mail |
| Utility Providers | Southern California Edison | P.O. Box 300 | Rosemead, CA 91770 | | | Overnight Mail |
| Taxing Authorities | Spanish Tax Administration Agency (AEAT) | Calle Infanta Mercedes, No. 37 | 28020 Madrid Espana | | | Overnight Mail |
| Utility Providers | Starlink Internet Services Limited | Block 3 Miesian Plz, 3rd Fl | Dublin, D02 Y754 | Ireland | | Overnight Mail |
| Insurance Carriers | Starstone Specialty Insurance Co. | 201 E Fifth St | Ste 1200 | Cincinnati, OH 45202 | | Overnight Mail |
| Taxing Authorities | State of CT | P.O. Box 2977 | Hartford, CT 06104 | | | Overnight Mail |
| Taxing Authorities | State of DE | P.O. Box 5509 | Binghamton, NY 13902 | | | Overnight Mail |
| Taxing Authorities | Swedish Tax Authority | Solna strandväg 10 | 171 94 Solna, Sweden | | | Overnight Mail |
| Taxing Authorities | Tax Collector, Palm Beach FL | P.O. Box 3353 | W Palm Beach, FL 33402 | | | Overnight Mail |
| Insurance Carriers | Technology Insurance Company, Inc. | 800 Superior Avenue E | 21st Fl | Cleveland, OH 44114 | | Overnight Mail |
| Utility Providers | T-Mobile | P.O. Box 742596 | Cincinnati, OH 45274 | | | Overnight Mail |
| Taxing Authorities | Town of Greenwich | P.O. Box 2540 | Greenwich, CT 06836 | | | Overnight Mail |
| Taxing Authorities | Town of Palm Beach | 360 S County Rd | P.O. Box 2029 | Palm Beach, FL 33480 | | Overnight Mail |
| Insurance Carriers | Travelers Casualty and Surety Company of America | P.O. Box 2950 | Jersey City, NJ 07311-1107 | | | Overnight Mail |
| Taxing Authorities | TX Comptroller of Public Accts | P.O. Box 149348 | Austin, TX 78714 | | | Overnight Mail |
| Banks | U.S. Bank National Association | 520 Newport Center Dr | 10th Fl | Newport Beach, CA 92660 | neshan.charshafjian@bofa.com | Email |
| Utility Providers | Verizon Wireless | P.O. Box 660108 | Dallas, TX 75266 | | | Overnight Mail |
| Taxing Authorities | Virginia Dept of Taxation | P.O. Box 1115 | Richmond, VA 23218 | | | Overnight Mail |
| Insurance Carriers | West American Insurance Company (Liberty Mutual Insurance) | P.O. Box 88766 | Chicago, IL 60688 | | | Overnight Mail |
| Insurance Carriers | XL Specialty Insurance Company | 100 Constitutional Plz | 13th Fl | Hartford, CT 06103 | proclaimnewnotices@axaxl.com | Email |