**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25--12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos: 59, 60, 61, 62, 63, 64, 65, 66 & 71** |

**OMNIBUS NOTICE OF FIRST DAY MOTIONS, OBJECTION
DEADLINES, AGENT PROTECTIONS AND BIDDING
PROCEDURES HEARING, AND FINAL HEARING**

   **PLEASE TAKE NOTICE** that, on November 16, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed, among others, the following first day motions (collectively, the "First Day Motions") with the United States Bankruptcy Court for the District of Delaware (the "Court"):[2]

1.   Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Redact Certain Confidential Information of Customers and (II) Redact Certain Personally Identifiable Information of Individuals, and (B) Granting Related Relief [D.I. 5]

2.   Motion of Debtors for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance Procedures with Respect to the Debtors' Utility Providers, (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (D) Granting Related Relief [D.I. 6]

3.   Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (B) Granting Related Relief [D.I. 7]

4.   Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain Insurance Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, (III) Honor and Renew the Premium Financing Agreement Entered Into Prepetition, Satisfy Prepetition Obligations Related Thereto, and Enter Into Premium Financing Agreements, and (IV) Continue to Pay Broker Fees, and (B) Granting Related Relief [D.I. 8]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2]   The Debtors filed certain motions and an application that were approved on a final basis at the First Day Hearing (defined below), which are not listed herein.

5.      Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate the Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue Intercompany Transactions, (B) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (C) Granting Related Relief [D.I. 9]

6.      Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain and Administer Their Customer Programs, and (II) Honor Prepetition Obligations, and (B) Granting Related Relief [D.I. 10]

7.      Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Continue Employee Benefits Programs, and (B) Granting Related Relief [D.I. 11]

8.      Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, and (II) Utilize Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to the Prepetition Lender, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [D.I. 12]

9.      Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief (the "Agency Sale Motion") [D.I. 13]

**PLEASE TAKE FURTHER NOTICE** that a hearing on the First Day Motions and certain other pleadings was held on November 18, 2025, at which time the Court approved the First Day Motions identified above on an interim basis. *See* Docket Nos. 59, 60, 61, 62, 63, 64, 65, 66 & 71.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to final approval of the First Day Motions, **other than to the Agency Sale Motion**, must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and served upon the following parties on or before **December 10, 2025, at 4:00 p.m. (ET)**:   (a) the Debtors, 620 Newport Center Dr., Ste 100, Newport Beach, CA 92660, Attn:   J. Michael Issa (missa@glassratner.com) and Richard Peil (rpeil@glassratner.com); (b) proposed counsel for the Debtors (i) Keller Benvenutti Kim LLP, 101 Montgomery Street, Suite 1950, San Francisco, CA 94104, Attn:    Tobias S. Keller (tkeller@kbkllp.com) and Scott J. Friedman (sfriedman@kbkllp.com), and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn:    Edmon L. Morton, Esq.

(emorton@ycst.com), Sean M. Beach (sbeach@ycst.com), and Timothy R. Powell (tpowell@ycst.com); (c) counsel to any official committee appointed in the Chapter 11 Cases; (d) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Timothy Fox (timothy.fox@usdoj.com); and (e) counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender, (i) Squire Patton Boggs (US) LLP, 1000 Key Tower 127 Public Square, Cleveland, OH 44114, Attn: Peter R. Morrison, Esq. (peter.morrison@squirepb.com), and (ii) Polsinelli PC, as Delaware counsel to the DIP Lender and Prepetition Lender, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Shanti Katona (skatona@polsinelli.com) (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief sought in the proposed Agent Protections and Bidding Procedures Order, which is attached as Exhibit 5 to the Interim Approval Order [Docket No. 71], which approved the Agency Sale Motion on an interim basis, must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the following parties on or before **December 4, 2025, at 4:00 p.m. (ET)**: (a) the Notice Parties; and (b) counsel to Agent, (i) Riemer & Braunstein LLP, Times Square Tower, Seven Times Square, Suite 2506, New York, NY 10036, Attn: Steven E. Fox (sfox@riemerlaw.com), and (ii) Ashby & Geddes, P.A., 500 Delaware Avenue, P.O. Box 1150, Wilmington, DE 19899, Attn: Gregory A. Taylor (gtaylor@ashby-geddes.com) (collectively, the "Sale Notice Parties").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the relief sought in the Final Approval Order or the Sale Order (as defined in the Agency Sale Motion) must be in writing, filed with the Clerk of the Court, 824 Market Street, 3rd Floor, Wilmington, DE 19801, and served upon the Sale Notice Parties on or before **December 16, 2025, at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON APPROVAL OF THE AGENT PROTECTIONS AND BIDDING PROCEDURES ORDER WILL BE HELD ON **DECEMBER 11, 2025, at 11:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, UNITED STATES BANKRUPTCY JUDGE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON FINAL APPROVAL OF THE FIRST DAY MOTIONS, INCLUDING THE AGENCY SALE MOTION, WILL BE HELD ON **DECEMBER 17, 2025, at 10:00 A.M. (ET)** BEFORE THE HONORABLE BRENDAN LINEHAN SHANNON, UNITED STATES BANKRUPTCY JUDGE, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE that copies of the First Day Motions, any of the related interim orders, and all other pleadings filed in these chapter 11 cases are available, free of charge, from the website of the Court-appointed claims agent at https://cases.omniagentsolutions.com/Lugano.

**IF NO OBJECTIONS TO ANY OF THE FIRST DAY MOTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH FIRST DAY MOTIONS WITHOUT FURTHER NOTICE OR HEARING.**

Dated: November 20, 2025
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Timothy R. Powell*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Timothy R. Powell (Del. No. 6894)
Benjamin C. Carver (Del. No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:   emorton@ycst.com
       sbeach@ycst.com
       tpowell@ycst.com
       bcarver@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:   (650) 636-9251
Email:    tkeller@kbkllp.com
       tshafroth@kbkllp.com
       sfriedman@kbkllp.com

*Proposed Attorneys for Debtors*
*and Debtors-in-Possession*