**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| LUGANO DIAMONDS & JEWELRY INC., *et al*., | : | Case No. 25-12055 (BLS) |
| | : | |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Royalty T Diamonds Group Ltd.**, Attn: David Patish, c/o Ali Mojdehi & Allison Rego, Mojdehi Galvin Rego LLP, 2550 Fifth Avenue, Suite 910, San Diego, CA 92103, Phone: 619-549-4000, Email: ali.mojdehi@mgr-legal.com & Allison.rego@mgr-legal.com.

2. **NBS Diamonds Inc. (dba Scarselli Diamonds)**, Attn: Davide Scarselli, c/o Sharon Z. Weiss, Bryan Cave Leighton Paisner LLP, 120 Broadway, Suite 330, Santa Monica, CA 90401, Phone: 310-576-2276, Email Sharon.weiss@bclplaw.com.

3. **Ponte Gadea Chicago, LLC,** Attn: Alina Toyos, 200 S. Biscayne Blvd., Suite 3250, Miami, FL 33131, Phone: 305-373-9559, Email: Legalpgusa@pontegadea.com.

4. **The Irvine Company**, Attn: John Bejjani, c/o Nahal Zarnighian, Ballard Spahr LLP, 2029 Century Park East, Suite 1400, Los Angeles, CA 90067, Phone 424-204-4360, Email: zarnighiann@ballardspahr.com.

5. **William Scott Simon,** Attn: William Scott Simon, Address on File, Phone: 949-500-3686, Email: wss.sfo@gmail.com.

6. **Barry Aronoff**, c/o Lance Jurich, Esq., Loeb & Loeb LLP, 10100 Santa Monica Blvd., Suite 2200, Los Angeles, CA 90067, Phone: 310-282-2000, Email: ljurich@loeb.com.

7. **Avina LLC/Global Innovations LLC**, c/o Robert J. Dehney, Matthew B. Harvey, Morris, Nichols, Arsht & Tunnell LLP, 1201 North Market Street, P.O. Box 1347, Wilmington, DE 19899, Phone: 302-351-9353, Email: rdehney@morrisnichols.com & mharvey@morrisnichols.com.

8. **Adam Rothstein**, c/o Colin Robinson, and Kim Brown, Landis Rath & Cobb LLP, 919 Market Street, Suite 1800, Wilmington, DE 19899, Phone: 302-467-4417, Email: robinson@lrclaw.com, brown@lrclaw.com.

9. **Kristoffer Winters**, c/o Steven Katzman, Bienert Katzman Littrell Williams LLP, 903 Calle Amanecer, Suite 350, San Clemente, CA 92673, Phone: 949-369-3700, Email: skatzman@bkwlaw.com.

ANDREW R. VARA
United States Trustee, Region 3

*/s/ Timothy J. Fox* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: November 25, 2025

Attorney assigned to this Case: Timothy J. Fox, Esq., Phone: (302) 573-6491
Debtors' Counsel: Edmon L. Morton, Esq., Phone: (302) 571-6600