**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al*.,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administrated) |

**NOTICE OF AGENDA FOR HEARING OF MATTER
SCHEDULED FOR DECEMBER 17, 2025, AT 10:00 A.M. (ET)**

**This proceeding will be conducted in person.  Counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website
(https://www.deb.uscourts.gov/ecourt-appearances)
Registration is required no later than 4:00 p.m. (ET)
one business day prior to the hearing.**

**RESOLVED MATTERS**

1.    First Omnibus Motion of Debtors for an Order Authorizing the Debtors to (A) (I) Reject Certain Unexpired Leases of Nonresidential Real Property, and (II) Abandon Any Remaining Personal Property Located at the Leased Premises, Both Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 84, 11/21/25]

Objection Deadline:    December 5, 2025, at 4:00 p.m. (ET)

Related Documents:

   A.   Certificate of No Objection [D.I. 133, 12/8/25]

   B.   Order Authorizing the Debtors to (A) (I) Reject Certain Unexpired Leases of Nonresidential Real Property, and (II) Abandon Any Remaining Personal Property Located at the Leased Premises, Both Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 140, 12/9/25]

Objections Filed:    None

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Status: An order has been entered.

2.  Motion of the Debtors for an Order (A) Authorizing the Debtors to (I) Reject a Lease of Nonresidential Real Property, Effective as of the Rejection Effective Date, and (II) Reject a Related Agreement for Lease, Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 89, 11/25/25]

Objection Deadline:    December 9, 2025, at 4:00 p.m. (ET)

Related Documents:

A.  Certificate of No Objection [D.I. 148, 12/10/25]

B.  Order (A) Authorizing the Debtors to (I) Reject a Lease of Nonresidential Real Property, Effective as of the Rejection Effective Date, and (II) Reject a Related Agreement for Lease, Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 150, 12/11/25]

Objections Filed:    None

Status: An order has been entered.

3.  Motion of Debtors for an Order (A) Authorizing the Debtors to (I) Reject a Lease of Nonresidential Real Property, Effective as of the Rejection Effective Date, and (II) Reject an Indemnity Agreement for Lease, Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 90, 11/25/25]

Objection Deadline:    December 9, 2025, at 4:00 p.m. (ET)

Related Documents:

A.  Certificate of No Objection [D.I. 149, 12/10/25]

B.  Order (A) Authorizing the Debtors to (I) Reject a Lease of Nonresidential Real Property, Effective as of the Rejection Effective Date, and (II) Reject an Indemnity Agreement for Lease, Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 151, 12/11/25]

Objections Filed:    None

Status: An order has been entered.

**ADJOURNED MATTER**

4.  Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, and (II) Utilize Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to the Prepetition Lender, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [D.I. 12, 11/17/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET), but extended for various parties.

Related Documents:

    A.   Certification of Counsel Regarding Revised Proposed Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Use Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Lender; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 58, 11/18/25]

    B.   Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Use Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Lender; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 66, 11/19/25]

    C.   Notice of Adjourned Hearing on DIP Motion [D.I. 143, 12/9/25]

Objections Filed:

    A.   Limited Objection and Reservation of Rights of Paul and Cassandra Hazen to Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) to Obtain Postpetition Financing, and (II) Utilize Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to the Prepetition Lender, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [D.I. 147, 12/10/25]

Status: This matter is adjourned to December 30, 2025, at 10:30 a.m. (ET).

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION OR CERTIFICATION OF COUNSEL

5.    Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Redact Certain Confidential Information of Customers and (II) Redact Certain Personally Identifiable Information of Individuals, and (B) Granting Related Relief [D.I. 5, 11/16/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

    A.   Interim Order (A) Authorizing the Debtors to (I) Redact Certain Confidential Information of Customers and (II) Redact Certain Personally Identifiable Information of Individuals, and (B) Granting Related Relief [D.I. 61, 11/19/25]

    B.   Certificate of No Objection [D.I. 157, 12/12/25]

Objections Filed:        None

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

6.      Motion of Debtors for Interim and Final Orders (A) Approving the Debtors' Proposed Adequate Assurance Procedures with Respect to the Debtors' Utility Providers, (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (D) Granting Related Relief [D.I. 6, 11/16/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

        A. Interim Order (A) Approving the Debtors' Proposed Adequate Assurance Procedures with Respect to the Debtors' Utility Providers, (B) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (C) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, and (D) Granting Related Relief [D.I. 63, 11/19/25]

        B. Certification of Counsel [D.I. 167, 12/12/25]

Objections Filed:

        A. Informal comments from various parties

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

7.      Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (B) Granting Related Relief [D.I. 7, 11/16/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

        A. Interim Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, and (B) Granting Related Relief [D.I. 62, 11/19/25]

        B. Certificate of No Objection [D.I. 158, 12/12/25]

Objections Filed:        None

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

8.      Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain Insurance Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto,

(II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, (III) Honor and Renew the Premium Financing Agreements Entered Into Prepetition, Satisfy Prepetition Obligations Related Thereto, and Enter Into Premium Financing Agreements, and (IV) Continue to Pay Broker Fees, and (B) Granting Related Relief [D.I. 8, 11/16/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

    A.  Interim Order (A) Authorizing the Debtors to (I) Maintain Insurance Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, Surety Bonds, and Letters of Credit, (III) Honor and Renew the Premium Financing Agreements Entered Into Prepetition, Satisfy Prepetition Obligations Related Thereto, and Enter Into Premium Financing Agreements, and (IV) Continue to Pay Broker Fees, and (B) Granting Related Relief [D.I. 60, 11/19/25]

    B.  Certificate of No Objection [D.I. 158, 12/12/25]

Objections Filed:    None

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

9.    Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Continue to Operate the Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue Intercompany Transactions, (B) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (C) Granting Related Relief [D.I. 9, 11/16/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

    A.  Interim Order (A) Authorizing the Debtors to (I) Continue to Operate the Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Continue Intercompany Transactions, (B) Granting Administrative Expense Status to Postpetition Intercompany Transactions, and (C) Granting Related Relief [D.I. 65, 11/19/25]

    B.  Certificate of No Objection [D.I. 153, 12/12/25]

Objections Filed:    None

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

10.   Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Maintain and Administer Their Customer Programs, and (II) Honor Prepetition Obligations, and (B) Granting Related Relief [D.I. 10, 11/16/25]

Objection Deadline:   December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.   Interim Order (A) Authorizing the Debtors to (I) Maintain and Administer Their Customer Programs and (II) Honor Prepetition Obligations, and (B) Granting Related Relief [D.I. 64, 11/19/25]

B.   Certificate of No Objection [D.I. 154, 12/12/25]

Objections Filed:    None

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

11.   Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Continue Employee Benefits Programs, and (B) Granting Related Relief [D.I. 11, 11/16/25]

Objection Deadline:   December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.   Interim Order (A) Authorizing the Debtors to (I) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (II) Continue Employee Benefits Programs, and (B) Granting Related Relief [D.I. 59, 11/19/25]

B.   Certificate of No Objection [D.I. 159, 12/12/25]

Objections Filed:    None

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

12.   Motion of Debtors for an Order (A) Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (B) Granting Related Relief [D.I. 94, 11/26/25]

Objection Deadline:   December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.    Certification of Counsel Regarding Revised Proposed Order (A) Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (B) Granting Related Relief [D.I. 166, 12/12/25]

Objections Filed:

A.  Informal comments from the U.S. Trustee

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

13.    Motion of Debtors for an Order (A) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, and (B) Granting Related Relief [D.I. 95, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.    Certification of Counsel Regarding Revised Proposed Order (A) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business, and (B) Granting Related Relief [D.I. 168, 12/12/25]

Objections Filed:

A.  Informal comments from the U.S. Trustee

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

14.    Application of Debtors for an Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, Effective as of the Petition Date [D.I. 100, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.    Certification of Counsel Regarding Revised Proposed Order Authorizing Debtors to Retain and Employ Keller Benvenutti Kim LLP as Lead Bankruptcy Counsel, Effective as of the Petition Date [D.I. 164, 12/12/25]

Objections Filed:

A.  Informal comments from the U.S. Trustee

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

15.     Application of Debtors for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 101, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.  Supplemental Declaration of Sean M. Beach in Support of the Application of Debtors for an Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date [D.I. 141, 12/9/25]

B.  Certificate of No Objection [D.I. 160, 12/12/25]

Objections Filed:

A.  Informal comments from the U.S. Trustee

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

16.     Motion of Debtors for an Order (A) Authorizing the Debtors to Employ and Retain GlassRatner Advisory & Capital Group, LLC to Provide (I) J. Michael Issa as Chief Restructuring Officer, and (II) Additional Personnel, as Necessary, Each Effective as of the Petition Date; and (B) Granting Related Relief [D.I. 102, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.  Supplemental Declaration of J. Michael Issa in Support of Motion of Debtors for an Order (A) Authorizing the Debtors to Employ and Retain GlassRatner Advisory & Capital Group, LLC to Provide (I) J. Michael Issa as Chief Restructuring Officer, and (II) Additional Personnel, as Necessary, Each Effective as of the Petition Date; and (B) Granting Related Relief [D.I. 146, 12/10/25]

B.  Certification of Counsel Regarding Revised Proposed Order (A) Authorizing the Debtors to Employ and Retain GlassRatner Advisory & Capital Group, LLC to Provide (I) J. Michael Issa as Chief Restructuring Officer, and (II) Additional Personnel, as Necessary, Each Effective as of the Petition Date; and (B) Granting Related Relief [D.I. 163, 12/12/25]

Objections Filed:

A.  Informal comments from the U.S. Trustee

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has question.

17.   Application of Debtors for an Order (A) Authorizing the Retention and Employment of Armory Securities, LLC as Investment Banker to the Debtors, Effective as of the Petition Date, (B) Approving the Terms of the Engagement Agreement, and (C) Waiving Compliance with Certain Requirements of Local Rule 2016-1 [D.I. 103, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.   Supplemental Declaration of Eben Paul Perison in Support of Application of Debtors for an Order (A) Authorizing the Retention and Employment of Armory Securities, LLC as Investment Banker to the Debtors, Effective as of the Petition Date, (B) Approving the Terms of the Engagement Agreement, and (C) Waiving Compliance with Certain Requirements of Local Rule 2016-1 [D.I. 152, 12/11/25]

B.   Certification of Counsel Regarding Revised Proposed Order (A) Authorizing the Retention and Employment of Armory Securities, LLC as Investment Banker to the Debtors, Effective as of the Petition Date, (B) Approving the Terms of the Engagement Agreement, and (C) Waiving Compliance with Certain Requirements of Local Rule 2016-1 [D.I. 162, 12/12/25]

Objections Filed:

A.   Informal comments from the U.S. Trustee

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

18.   Application of Debtors for an Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent, Effective as of the Petition Date [D.I. 104, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.   Certification of Counsel Regarding Revised Proposed Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent, Effective as of the Petition Date [D.I. 165, 12/12/25]

Objections Filed:

A.   Informal comments from the U.S. Trustee

Status: A revised order has been submitted under certification of counsel.  No hearing is necessary unless the Court has questions.

19.     Application for Entry of an Order Authorizing the Retention and Employment of Barnes & Thornburg LLP as Special Counsel to the Special Committee of the Board of Directors of Lugano Diamond & Jewelry Inc. Effective as of the Petition Date [D.I. 105, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET)

Related Documents:

A.    Supplemental Declaration of Trace Schmeltz in Support of the Application for Entry of an Order Authorizing the Retention and Employment of Barnes & Thornburg LLP as Special Counsel to the Special Committee of the Board of Directors of Lugano Diamond & Jewelry Inc. Effective as of the Petition Date [D.I. 155, 12/12/25]

B.    Certificate of No Objection [D.I. 180, 12/15/25]

Objections Filed:    Informal comments from the U.S. Trustee

Status: A certificate of no objection has been filed.  No hearing is necessary unless the Court has questions.

## CONTESTED MATTERS GOING FORWARD

20.     Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 13, 11/17/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET), but extended for various parties.

Related Documents:

A.    Declaration of Eben Paul Perison in Support of Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order

(1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 14, 11/17/25]

B. Interim Approval Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, Prior to Any Auction, the Agent Protections and Bidding Procedures Hearing to Consider Entry of the Agent Protections Order; (IV) Scheduling the Agent Protections and Bidding Procedures Hearing, (V) Scheduling the Final Approval Hearing, and (VI) Granting Related Relief [D.I. 71, 11/20/25]

C. Notice of (A) Rescheduled Dates for Hearings, and (B) Revised Deadlines Related to the Sale of Some, or All, of the Debtors' Assets [D.I. 131, 12/8/25]

D. Declaration of Patricia Parent in Support of Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 139, 12/9/25]

Objections Filed:

A. Informal comments from various parties

B. Limited Objection and Reservation of Rights of Paul and Cassandra Hazen to Debtors' Proposed Agent Protections and Bidding Procedures Order [D.I. 125, 12/4/25]

C.  Objection of 620 NCD LLC, 660 Newport Center Drive LLC, Fashion Island Retail LLC, Irvine Management Company, and the Irvine Company, LLC to the Proposed Agent Protections and Bidding Procedures Order Attached to the Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Disport Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, Prior to Any Auction, the Agent Protections and Bidding Procedures Hearing to Consider Entry of the Agent Protections Order; (IV) Scheduling the Agent Protections and Bidding Procedures Hearing, (V) Scheduling the Final Approval Hearing, and (VI) Granting Related Relief [D.I. 129, 12/5/25]

Status: This matter is going forward.

21.    Motion of Debtors for an Order (A) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Establishing the Amended Schedules Bar Date and Rejection Damages Bar Date, (C) Approving the Form of and Manner for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (D) Approving Form and Manner of Notice Thereof, and (E) Granting Related Relief [D.I. 97, 11/26/25]

Objection Deadline:    December 10, 2025, at 4:00 p.m. (ET), but extended for various parties.

Related Documents:    None

Objections Filed:    Informal comments from various parties

Status: This matter is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 15, 2025
    Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Timothy R. Powell*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Timothy R. Powell (Del. No. 6894)
Benjamin C. Carver (Del. No. 7176)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:   emorton@ycst.com
        sbeach@ycst.com
        tpowell@ycst.com
        bcarver@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:   (650) 636-9251
Email:    tkeller@kbkllp.com
        tshafroth@kbkllp.com
        sfriedman@kbkllp.com

*Proposed Attorneys for Debtors
and Debtors-in-Possession*