# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on December 13, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Schedules of Assets and Liabilities and Statements of Financial Affairs* [Redacted] [Docket Nos. 171, 173, 175, 177 & 179] (the "Schedules and Statements").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby withdraw the Schedules and Statements.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

23105989.1

| | |
|---|---|
| Dated: December 15, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Edmon L. Morton (Del. No. 3856)<br>Sean M. Beach (Del. No. 4070)<br>Timothy R. Powell (Del. No. 6894)<br>Benjamin C. Carver (Del. No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: emorton@ycst.com<br>sbeach@ycst.com<br>tpowell@ycst.com<br>bcarver@ycst.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (admitted *pro hac vice*)<br>Traci L. Shafroth (admitted *pro hac vice*)<br>Scott Friedman (admitted *pro hac vice*)<br>101 Montgomery Street, Suite 1950<br>San Francisco, California 94104<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email: tkeller@kbkllp.com<br>tshafroth@kbkllp.com<br>sfriedman@kbkllp.com<br><br>*Attorneys for Debtors and Debtors-in-Possession* |

23105989.1