IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 13, 71, 131 & 206 |

## NOTICE OF LOCATION OF AUCTION

**PLEASE TAKE NOTICE** that, on November 16, 2025 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief pursuant to chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on November 17, 2025, the Debtors filed a motion [Docket No. 13] (the "Motion") seeking, among other things, authorization and approval of bidding procedures (the "Bidding Procedures") in connection with the sale or disposition of some, or all, of the Debtors' assets.

**PLEASE TAKE FURTHER NOTICE** that, on November 20, 2025, the Court entered an order approving the Motion on an interim basis [Docket No. 71] (the "Interim Approval Order"). A proposed form of Bidding Procedures was attached to the Interim Approval Order as Exhibit 3, and a proposed form of order (the "Agent Protections and Bidding Procedures Order") approving the Agent Protections and Bidding Procedures was attached to the Interim Approval Order as Exhibit 5.

**PLEASE TAKE FURTHER NOTICE** that, on December 8, 2025, the Debtors filed the *Notice of (A) Rescheduled Dates for Hearings, and (B) Revised Deadlines Related to the Sale of Some, or All, of the Debtors' Assets* [Docket No. 131] (the "Notice"), which put parties in interest on further notice of (a) the Debtors' intent to sell some, or all, of their assets, and (b) the revised sale and auction timeline.

**PLEASE TAKE FURTHER NOTICE** that, on December 17, 2025, the Court entered the Agent Protections and Bidding Procedures Order [Docket No. 206][2] approving the Agent

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion, the Agent Protections and Bidding Procedures Order, or the Bidding Procedures, as applicable.

33862367.1

Protections and Bidding Procedures. The Court-approved Bidding Procedures were attached to the Agent Protections and Bidding Procedures Order as <u>Exhibit A</u>.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures, the Debtors are required to file this Notice providing the time, date, and location of the Auction by 6:00 p.m. (ET) on December 19, 2025.

**PLEASE TAKE FURTHER NOTICE** that the Auction will be **<u>conducted entirely via a Zoom virtual meeting on December 22, 2025, starting at 9:00 a.m. (ET)</u>**. The Auction is governed by the Bidding Procedures and the Agent Protections and Bidding Procedures Order, as applicable. Parties who intend on attending the Auction shall, pursuant to the Bidding Procedures, provide proper notice to the Debtors' undersigned counsel via email at least one day prior to the Auction. The Debtors' undersigned counsel shall provide such parties with the Zoom information prior to the Auction. Parties **<u>should not</u>** appear at the offices of Young Conaway Stargatt & Taylor, LLP or Keller Benvenutti Kim LLP for the Auction.

**PLEASE TAKE FURTHER NOTICE** that the Consultation Parties, the Qualified Bidders, and their professionals are requested to join the Zoom virtual meeting. Further Auction procedures may be announced at or prior to the Auction. A court reporter will be present in the Zoom virtual meeting, and accordingly, the Auction will be recorded by transcription.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion, the Interim Approval Order, the Agent Protections and Bidding Procedures Order, the Bidding Procedures, the Notice, and other documents related thereto are available for review free of charge by accessing https://omniagentsolutions.com/Lugano.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: December 18, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Edmon L. Morton (Del. No. 3856)<br>Sean M. Beach (Del. No. 4070)<br>Timothy R. Powell (Del. No. 6894)<br>Benjamin C. Carver (Del. No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email: emorton@ycst.com<br>        sbeach@ycst.com<br>        tpowell@ycst.com<br>        bcarver@ycst.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (admitted *pro hac vice*)<br>Traci L. Shafroth (admitted *pro hac vice*)<br>Scott Friedman (admitted *pro hac vice*)<br>101 Montgomery Street, Suite 1950<br>San Francisco, California 94104<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email: tkeller@kbkllp.com<br>        tshafroth@kbkllp.com<br>        sfriedman@kbkllp.com<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |