## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

### NOTICE OF AGENDA FOR HEARING OF MATTER
### SCHEDULED FOR DECEMBER 30, 2025, AT 10:30 A.M. (ET)

**This proceeding will be conducted in person. Counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website (https://www.deb.uscourts.gov/ecourt-appearances)**
**Registration is required no later than 4:00 p.m. (ET)**
**one business day prior to the hearing.**

## ADJOURNED MATTER

1. Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, and (II) Utilize Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to the Prepetition Lender, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [D.I. 12, 11/17/25]

    Objection Deadline:   December 10, 2025, at 4:00 p.m. (ET), but extended for various parties

    Related Documents:

    A. Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, and (B) Use Cash Collateral; (II) Granting Liens and Providing Superpriority Administrative Expense Claims; (III) Granting Adequate Protection to the Prepetition Lender; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [D.I. 66, 11/19/25]

    B. Notice of Adjourned Hearing on DIP Motion [D.I. 143, 12/9/25]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

      C. Notice of Further Adjourned Hearing on DIP Motion [D.I. 230, 12/22/25]

Objections Filed:

      A. Limited Objection and Reservation of Rights of Paul and Cassandra Hazan to Motion of Debtors for Interim and Final Orders (A) Authorizing the Debtors to (I) Obtain Postpetition Financing, and (II) Utilize Cash Collateral, (B) Granting Liens and Providing Superpriority Administrative Expense Claims, (C) Granting Adequate Protection to the Prepetition Lender, (D) Modifying the Automatic Stay, (E) Scheduling a Final Hearing, and (F) Granting Related Relief [D.I. 147, 12/10/25]

Status: This matter is adjourned to January 22, 2026, at 11:00 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

2. Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 13, 11/17/25]

Objection Deadline: December 4, 2025, at 4:00 p.m. (ET), but extended for various parties

Related Documents:

      A. Declaration of Eben Paul Perison in Support of Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency

Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 14, 11/17/25]

B. Interim Approval Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, Prior to Any Auction, the Agent Protections and Bidding Procedures Hearing to Consider Entry of the Agent Protections Order; (IV) Scheduling the Agent Protections and Bidding Procedures Hearing, (V) Scheduling the Final Approval Hearing, and (VI) Granting Related Relief [D.I. 71, 11/20/25]

C. Notice of (A) Rescheduled Dates for Hearings, and (B) Revised Deadlines Related to the Sale of Some, or All, of the Debtors' Assets [D.I. 131, 12/8/25]

D. Declaration of Patricia Parent in Support of Motion of Debtors for (A) an Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, If Necessary and Prior to Any Auction, the Agent Protections Hearing to Consider Entry of the Agent Protections Order (1) Approving the Agent Protections, (2) Scheduling, If Necessary, the Auction, and (3) Approving (X) the Bidding Procedures, and (Y) the Sale Notice; (IV) Authorizing, If Necessary, the Debtors to Execute an Alternative Transaction Agreement, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief; and (B) a Final Order (I) Authorizing the Debtors to Assume (1) the Agency Agreement, or (2) an Alternative Transaction, (II) Authorizing (1) Agent to Sell the Agency Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, or Authorizing (2) Another Successful Bidder to Sell The Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests, and (III) Granting Related Relief [D.I. 139, 12/9/25]

E. Certification of Counsel Regarding Revised Proposed Agent Protections and Bidding Procedures Order [D.I. 202, 12/16/25]

F. Agent Protections and Bidding Procedures Order [D.I. 206, 12/17/25]

G. Notice of Location of Auction [D.I. 220, 12/18/25]

H. Notice of Cancellation of Auction and Designation of Successful Bidder [D.I. 228, 12/20/25]

Objections Filed:

A. Informal comments from various parties

3

B. Limited Objection and Reservation of Rights of Paul and Cassandra Hazen to Debtors' Proposed Agent Protections and Bidding Procedures Order [D.I. 125, 12/4/25]

C. Objection of 620 NCD LLC, 660 Newport Center Drive LLC, Fashion Island Retail LLC, Irvine Management Company, and the Irvine Company, LLC to the Proposed Agent Protections and Bidding Procedures Order Attached to the Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Disport Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, Prior to Any Auction, the Agent Protections and Bidding Procedures Hearing to Consider Entry of the Agent Protections Order; (IV) Scheduling the Agent Protections and Bidding Procedures Hearing, (V) Scheduling the Final Approval Hearing, and (VI) Granting Related Relief [D.I. 129, 12/5/25]

D. Limited Objection and Reservation of Rights of Anne Bright Campf to the Proposed Agent Protections and Bidding Procedures Order Attached to the Interim Order (I) Authorizing the Debtors to Perform Under the Agency Agreement, (II) Approving the Sale Guidelines, Dispute Resolution Procedures, Waiver of Various Lease Restrictions, and Modifications to the Debtors' Customer Programs, (III) Scheduling, Prior to Any Auction, the Agent Protections and Bidding Procedures Hearing to Consider Entry of the Agent Protections Order; (IV) Scheduling the Agent Protections and Bidding Procedures Hearing, (V) Scheduling the Final Approval Hearing, and (VI) Granting Related Relief [D.I. 184, 12/15/25]

E. N.B.S. Diamonds Inc. d/b/a Scarselli Diamond's Limited Objection to Debtors' Motion to Sell Assets Free and Clear [D.I. 229, 12/22/25]

F. Committee's Limited Objection to Agency Agreement [D.I. 234, 12/22/25]

Status: This matter is going forward.

[*Remainder of Page Left Intentionally Blank*]

| | |
|---|---|
| Dated: December 23, 2025<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Edmon L. Morton (Del. No. 3856)<br>Sean M. Beach (Del. No. 4070)<br>Timothy R. Powell (Del. No. 6894)<br>Benjamin C. Carver (Del. No. 7176)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   emorton@ycst.com<br>          sbeach@ycst.com<br>          tpowell@ycst.com<br>          bcarver@ycst.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (admitted *pro hac vice*)<br>Traci L. Shafroth (admitted *pro hac vice*)<br>Scott Friedman (admitted *pro hac vice*)<br>101 Montgomery Street, Suite 1950<br>San Francisco, California 94104<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email:   tkeller@kbkllp.com<br>          tshafroth@kbkllp.com<br>          sfriedman@kbkllp.com<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |