**EXHIBIT A**

COMPENSATION BY TIMEKEEPER

For the Period December 3, 2025 to December 31, 2025

| Name of Professional | Position | Hourly Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Renee Albarano | Managing Director | $795.00 | 27.3 | $21,703.50 |
| Isaac Chan | Manager | $595.00 | 32.0 | 19,040.00 |
| Adam Meislik | Partner | $925.00 | 100.0 | 92,500.00 |
| Erik Nathan | Managing Director | $595.00 | 0.40 | 238.00 |
| Nicholas Rafatjoo | Associate | $415.00 | 89.9 | 37,308.50 |
| Brian Weiss | Partner | $925.00 | 104.3 | 96,477.50 |
| Total | | | 353.9 | $267,267.50 |

COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee – Business Analysis/Operations | 166.3 | $106,703.50 |
| Committee – Case Administration | 0.9 | 700.50 |
| Committee – Cash Flow Forecasting | 54.6 | 42,448.00 |
| Committee – Claims Analysis and Objections | 18.5 | 17,112.50 |
| Committee – Committee Activities | 9.0 | 6,627.00 |
| Committee – Consulting | 48.4 | 42,768.00 |
| Committee – Court Hearings | 9.0 | 7,339.00 |
| Committee – Fee/Employment Applications | 1.6 | 1,480.00 |
| Committee – Financing Activities | 6.8 | 6,290.00 |
| Committee – Litigation | 3.9 | 3,607.50 |
| Committee – Review/Assist with Court Pleadings | 1.9 | 1,757.50 |
| Committee – Sale Process | 33.0 | 30,434.00 |
| Total | 353.9 | $267,267.50 |

EXPENSES BY CATEGORY

For the Period December 3, 2025 to December 31, 2025

| Expense Category | Amount |
|---|---|
| Information Technology | $50.40 |
| Total | $50.40 |

Force Ten Partners LLC - Lugano Diamonds & Jewelry Inc.
Time Entry Details for the Period December 3, 2025 through December 31, 2025

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/3/2025 | Committee - Consulting | Meeting with A. Meislik and J. Pomerantz re case topics. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/3/2025 | Committee - Cash Flow Forecasting | Review docket, cash collateral and DIP motions, sale order and background information. | 1.3 | Adam | Meislik | $ 925.00 | $ 1,202.50 |
| 12/3/2025 | Committee - Cash Flow Forecasting | Continue to review docket, cash collateral and DIP motions, sale order and background information. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/3/2025 | Committee - Consulting | Attend call with J. Pomerantz and B. Weiss regarding case background. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/3/2025 | Committee - Consulting | Participate in email correspondence with J. Pomerantz, J. Kroop, J. Morris and B. Weiss regarding case timetable and organizational tasks. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 12/3/2025 | Committee - Consulting | Attend call with R. Peil. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 12/3/2025 | Committee - Business Analysis / Operations | Synthesize case filings for background information. | 2 | Adam | Meislik | $ 925.00 | $ 1,850.00 |
| 12/3/2025 | Committee - Sale Process | Review sale process issues. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/3/2025 | Committee - Cash Flow Forecasting | Correspond with Debtor FA regarding due diligence items. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 12/3/2025 | Committee - Cash Flow Forecasting | Review and comment on DIP loan terms. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/3/2025 | Committee - Consulting | Review court docketed items to get case background. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/4/2025 | Committee - Business Analysis / Operations | Internal Force 10 call. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 12/4/2025 | Committee - Consulting | Attend organization meeting with B. Weiss and R. Albarano. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/4/2025 | Committee - Consulting | Case planning with A. Meislik and R. Albarano. | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/4/2025 | Committee - Consulting | Prepare due diligence request list. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/4/2025 | Committee - Sale Process | Research and analyze sale procedures and stalking horse bid issues. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/4/2025 | Committee - Consulting | Review case docket and download key documents for review. | 0.4 | Brian | Weiss | $ 925.00 | $ 370.00 |
| 12/4/2025 | Committee - Fee / Employment Applications | Transmit Force 10 form DE retention app to PSZJ. | 0.1 | Adam | Meislik | $ 925.00 | $ 92.50 |
| 12/4/2025 | Committee - Consulting | Meeting with A. Meislik and R. Peil (Glass Ratner) re Force 10's information request list. | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Prepare and transmit due diligence request list to R. Peil, E. Perison, N. Tell. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/4/2025 | Committee - Business Analysis / Operations | Attend call with R. Peil (FA to Debtor) and B. Weiss regarding background information and Force 10 due | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Synthesize DIP and sale process documents. | 1.4 | Adam | Meislik | $ 925.00 | $ 1,295.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Introduction call with Armory Securities. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 12/4/2025 | Committee - Sale Process | Attend call with E. Perison and N. Tell of Armory, and R. Albarano and B. Weiss regarding sale process. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/4/2025 | Committee - Financing Activities | Read the DIP loan agreement. Prepare a summary of key terms and issues to address. | 4.6 | Brian | Weiss | $ 925.00 | $ 4,255.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Listen to earnings announcement from Compass. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 12/4/2025 | Committee - Financing Activities | Review DIP loan terms and consolidate comments with B. Weiss. | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 12/4/2025 | Committee - Sale Process | Research sales process issues. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/4/2025 | Committee - Case Administration | Conduct Force 10 conflicts check. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/4/2025 | Committee - Cash Flow Forecasting | Perform a detailed review of the Debtors' DIP budget and document questions and deficiencies for Glass | 2.6 | Brian | Weiss | $ 925.00 | $ 2,405.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Review the court docket and all motions in order to prepare the presentation for the UCC. | 2 | Nicholas | Rafatjoo | $ 415.00 | $ 830.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Listen in on the Compass Diversified Financial Restatement Call. | 1.2 | Nicholas | Rafatjoo | $ 415.00 | $ 498.00 |
| 12/4/2025 | Committee - Business Analysis / Operations | Listen to the recording of Compass Diversified Financial Restatement Call and create a transcript. | 0.8 | Nicholas | Rafatjoo | $ 415.00 | $ 332.00 |
| 12/4/2025 | Committee - Cash Flow Forecasting | Review and analyze the DIP Budget while making comments and follow up questions. | 1.6 | Nicholas | Rafatjoo | $ 415.00 | $ 664.00 |
| 12/5/2025 | Committee - Business Analysis / Operations | Research Simba case and analyze lien structure and claims for impact on Lugano creditors. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/5/2025 | Committee - Cash Flow Forecasting | Review DIP budget and case background. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 12/5/2025 | Committee - Financing Activities | Read the DIP loan agreement. Prepare a summary of key terms and issues to address. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Attend Force 10 and PSZJ virtual meeting. | 0.6 | Renee | Albarano | $ 795.00 | $ 477.00 |
| 12/5/2025 | Committee - Cash Flow Forecasting | Meeting with PSZJ to discuss the investment banking process and DIP loan budget. | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/5/2025 | Committee - Cash Flow Forecasting | Prepare communications to PSZJ re DIP budget. Prepare communication to R. Peil (Glass Ratner) re DIP draw questions. Prepare DIP loan and DIP budget presentation materials for the UCC meeting. | 2.9 | Brian | Weiss | $ 925.00 | $ 2,682.50 |
| 12/5/2025 | Committee - Financing Activities | Read and provide edits to PSZJ's DIP loan document issues list. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/5/2025 | Committee - Sale Process | Analyze the Gordon Brothers agency agreement. | 0.9 | Brian | Weiss | $ 925.00 | $ 832.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Review the base case calculation for the fee share from Gordon Brothers. | 0.4 | Renee | Albarano | $ 795.00 | $ 318.00 |
| 12/5/2025 | Committee - Business Analysis / Operations | [Split between reviewing Simba, DIP loan, agency agreement.] | 2 | Adam | Meislik | $ 925.00 | $ 1,850.00 |
| 12/5/2025 | Committee - Business Analysis / Operations | Meeting with J. Pomerantz re Serenade Newport and DIP loan topics. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Meeting with T. Ringstand re Serenade Newport. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/5/2025 | Committee - Cash Flow Forecasting | Review all comments from the internal Force 10 team regarding the DIP budget and organize them into a table to send to GR for responses. | 1.7 | Nicholas | Rafatjoo | $ 415.00 | $ 705.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Review and organize documents in the dataroom. | 0.7 | Nicholas | Rafatjoo | $ 415.00 | $ 290.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Review docket #60 and #8 for more information on insurance. | 0.6 | Nicholas | Rafatjoo | $ 415.00 | $ 249.00 |
| 12/5/2025 | Committee - Business Analysis / Operations | Analyze the Serenade Newport court docket for meeting with the Trustee's counsel. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Review financial information. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/5/2025 | Committee - Sale Process | Review contents of the VDR related to sale process issues. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/5/2025 | Committee - Cash Flow Forecasting | Review DIP budget and Force 10 team comments thereto. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/5/2025 | Committee - Business Analysis / Operations | Review Gordon Brothers appraisal. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/5/2025 | Committee - Sale Process | Synthesize analysis of Appraisal and Agency Agreement. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/6/2025 | Committee - Consulting | Read the CODI investor meeting transcripts related to the Lugano fraud and restatement. Prepare a summary presentation for the UCC meeting. | 2.7 | Brian | Weiss | $ 925.00 | $ 2,497.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Read data room materials (CIM, Gordon Brothers Appraisal report, audit reports). | 4.3 | Brian | Weiss | $ 925.00 | $ 3,977.50 |

Force Ten Partners LLC - Lugano Diamonds & Jewelry Inc.
Time Entry Details for the Period December 3, 2025 through December 31, 2025

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/7/2025 | Committee - Sale Process | Evaluate issues in the sale process, develop a working Gordon Brothers liquidation model, and compile the findings for the Committee, including preparing presentation materials. | 1.4 | Adam | Meislik | $ 925.00 | $ 1,295.00 |
| 12/7/2025 | Committee - Sale Process | Continue to evaluate issues in the sale process, develop a working Gordon Brothers liquidation model, and compile the findings for the Committee, including preparing presentation materials. | 2 | Adam | Meislik | $ 925.00 | $ 1,850.00 |
| 12/7/2025 | Committee - Sale Process | Continue to evaluate issues in the sale process, develop a working Gordon Brothers liquidation model, and compile the findings for the Committee, including preparing presentation materials. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/7/2025 | Committee - Sale Process | Continue to evaluate issues in the sale process, develop a working Gordon Brothers liquidation model, and compile the findings for the Committee, including preparing presentation materials. | 0.9 | Adam | Meislik | $ 925.00 | $ 832.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Analyze information and presentation materials for the agency agreement analyses for the UCC meeting. | 0.9 | Brian | Weiss | $ 925.00 | $ 832.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Review historical financial statements. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/7/2025 | Committee - Business Analysis / Operations | Conduct preliminary review of loan docs and amendments. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Continue to synthesize and analyze relationship between loan amendments, financial statements and other | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Review, download, and organize all documents internally received thus far from YC and PSZJ. | 2.7 | Nicholas | Rafatjoo | $ 415.00 | $ 1,120.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Review slides from the internal Force 10 team and begin to prepare the presentation for week 1 for the UCC. | 1.9 | Nicholas | Rafatjoo | $ 415.00 | $ 788.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Further create and prepare the UCC week 1 presentation deck for internal review. | 3.1 | Nicholas | Rafatjoo | $ 415.00 | $ 1,286.50 |
| 12/7/2025 | Committee - Business Analysis / Operations | Address minor changes to the deck from internal feedback. | 0.5 | Nicholas | Rafatjoo | $ 415.00 | $ 207.50 |
| 12/8/2025 | Committee - Business Analysis / Operations | Continue to synthesize the analysis into the Committee presentation. | 2.1 | Adam | Meislik | $ 925.00 | $ 1,942.50 |
| 12/8/2025 | Committee - Consulting | Review Gordon Bros liquidation model. | 1.2 | Renee | Albarano | $ 795.00 | $ 954.00 |
| 12/8/2025 | Committee - Sale Process | Review and analyze Armory engagement letter to determine reasonableness. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/8/2025 | Committee - Consulting | Review the UCC presentation materials. | 0.9 | Brian | Weiss | $ 925.00 | $ 832.50 |
| 12/8/2025 | Committee - Business Analysis / Operations | Continue to synthesize data. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/8/2025 | Committee - Business Analysis / Operations | Weekly status update call. | 1 | Renee | Albarano | $ 795.00 | $ 795.00 |
| 12/8/2025 | Committee - Business Analysis / Operations | Review the most recent draft of the UCC presentation deck. | 0.4 | Nicholas | Rafatjoo | $ 415.00 | $ 166.00 |
| 12/8/2025 | Committee - Business Analysis / Operations | Weekly update call with internal Force 10 team and PSZJ. | 1 | Nicholas | Rafatjoo | $ 415.00 | $ 415.00 |
| 12/8/2025 | Committee - Consulting | Attend working session with PSZJ and Force 10 members. | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 12/8/2025 | Committee - Consulting | Attend working session with B. Weiss and N. Rafatjoo to consolidate task list. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/8/2025 | Committee - Consulting | Meeting with PSZJ and Force 10 to discuss case topics and meeting with the UCC. (1.0). Follow-up meeting with A. Meislik and N. Rafatjoo. (.2). | 1.2 | Brian | Weiss | $ 925.00 | $ 1,110.00 |
| 12/8/2025 | Committee - Business Analysis / Operations | Analyze CODI's Form 10-K to assess the tax filing status of Lugano (separate or consolidated) and to assess the owner of tax refunds as described in the CODI earnings restatement investor meeting. | 2.1 | Brian | Weiss | $ 925.00 | $ 1,942.50 |
| 12/8/2025 | Committee - Business Analysis / Operations | Continue to synthesize documents into financial statement analysis. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/8/2025 | Committee - Business Analysis / Operations | Create a WIP sheet based on internal conversations and conversations with counsel. | 0.5 | Nicholas | Rafatjoo | $ 415.00 | $ 207.50 |
| 12/9/2025 | Committee - Consulting | Read PSZJ meeting materials for the UCC meeting on 12/9/25 (.3). Prepare for meeting (.4). | 0.7 | Brian | Weiss | $ 925.00 | $ 647.50 |
| 12/9/2025 | Committee - Business Analysis / Operations | Summarize litigation for the purposes of providing background on fraud. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/9/2025 | Committee - Sale Process | Confer with N. Tell regarding sale process issues. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/9/2025 | Committee - Litigation | Analyze board of directors meeting presentations. | 0.6 | Brian | Weiss | $ 925.00 | $ 555.00 |
| 12/9/2025 | Committee - Business Analysis / Operations | Participate in weekly committee meeting. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 12/9/2025 | Committee - Committee Activities | Prepare for and attend the weekly Committee meeting. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/9/2025 | Committee - Committee Activities | Attend UCC meeting. | 1.1 | Brian | Weiss | $ 925.00 | $ 1,017.50 |
| 12/9/2025 | Committee - Business Analysis / Operations | Call with B. Weiss. | 0.1 | Renee | Albarano | $ 795.00 | $ 79.50 |
| 12/9/2025 | Committee - Sale Process | Review and analyze Gordon Brothers agency agreement to market comps. | 2.3 | Adam | Meislik | $ 925.00 | $ 2,127.50 |
| 12/9/2025 | Committee - Business Analysis / Operations | Review and synthesize litigation history. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/9/2025 | Committee - Committee Activities | Attend weekly committee meeting. | 1 | Nicholas | Rafatjoo | $ 415.00 | $ 415.00 |
| 12/9/2025 | Committee - Business Analysis / Operations | Update WIP list. | 0.1 | Nicholas | Rafatjoo | $ 415.00 | $ 41.50 |
| 12/9/2025 | Committee - Business Analysis / Operations | Review, download, and index all files in the UCC Data room. | 3.5 | Nicholas | Rafatjoo | $ 415.00 | $ 1,452.50 |
| 12/9/2025 | Committee - Business Analysis / Operations | Continue to review, download, and index all files in the UCC Data room. | 3.4 | Nicholas | Rafatjoo | $ 415.00 | $ 1,411.00 |
| 12/9/2025 | Committee - Sale Process | Continue to research GOB benchmarks. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/9/2025 | Committee - Consulting | Compile data request list. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 12/9/2025 | Committee - Sale Process | Continue to benchmark comparable GOB sales. | 1.4 | Adam | Meislik | $ 925.00 | $ 1,295.00 |
| 12/9/2025 | Committee - Sale Process | Further research GOB sales and synthesize analysis. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/9/2025 | Committee - Business Analysis / Operations | Prepare list of questions about the appraisal. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/10/2025 | Committee - Consulting | Prepare an information request list to transmit to the Debtors. | 0.7 | Brian | Weiss | $ 925.00 | $ 647.50 |
| 12/10/2025 | Committee - Business Analysis / Operations | Continue to research appraisal issues. | 1.3 | Adam | Meislik | $ 925.00 | $ 1,202.50 |
| 12/10/2025 | Committee - Consulting | Meeting with PSZJ re investigation work. | 0.6 | Brian | Weiss | $ 925.00 | $ 555.00 |
| 12/10/2025 | Committee - Sale Process | Attend call with T. Powell regarding appraisal related documents. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/10/2025 | Committee - Sale Process | Synthesize documentation related to Gordon Brothers negotiations. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/10/2025 | Committee - Business Analysis / Operations | Meeting with B. Weiss, J. Pomerantz and J. Morris of PSZJ re investigation work. | 0.6 | Adam | Meislik | $ 925.00 | $ 555.00 |
| 12/10/2025 | Committee - Fee / Employment Applications | Review and edit draft of Force 10 employment application. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/10/2025 | Committee - Sale Process | Continue to synthesize sale process issues. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/10/2025 | Committee - Business Analysis / Operations | Review files in the UCC Data room and bring files into internal data base. | 0.7 | Nicholas | Rafatjoo | $ 415.00 | $ 290.50 |
| 12/10/2025 | Committee - Business Analysis / Operations | Convert files to PDF for AI index. | 0.4 | Nicholas | Rafatjoo | $ 415.00 | $ 166.00 |
| 12/11/2025 | Committee - Financing Activities | Review DIP motion and propose lien structure. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |

Force Ten Partners LLC - Lugano Diamonds & Jewelry Inc.
Time Entry Details for the Period December 3, 2025 through December 31, 2025

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/11/2025 | Committee - Consulting | Meeting with R. Albarano re information request list for the Debtors. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/11/2025 | Committee - Consulting | Meeting with A. Meislik and a creditor to understand Modi's investment pitch (.6). Prepare meeting notes (.2). | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/11/2025 | Committee - Consulting | Update call with Glass Ratner and Force 10. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 12/11/2025 | Committee - Cash Flow Forecasting | Meeting with R. Peil re the status of the cash flow budget and variance reporting. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/11/2025 | Committee - Business Analysis / Operations | Attend call with a victim of Lugano and B. Weiss to learn more about the scheme | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/11/2025 | Committee - Business Analysis / Operations | Attend weekly call with R. Peil (Glass Ratner), B. Weiss, R. Albarano, N. Rafatjoo to discuss business performance, budget milestones and other issues. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/11/2025 | Committee - Sale Process | Attend call with N. Tell regarding sale process. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/11/2025 | Committee - Sale Process | Synthesize data and documents. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/11/2025 | Committee - Consulting | Discuss documenting data requests with data previously received with N. Rafatjoo; coordinate timing with B. | 0.3 | Renee | Albarano | $ 795.00 | $ 238.50 |
| 12/11/2025 | Committee - Claims Analysis and Objections | Analyze litigation claims filed by various victims. | 3.3 | Brian | Weiss | $ 925.00 | $ 3,052.50 |
| 12/11/2025 | Committee - Sale Process | Meeting with PSZJ team re the Gordon Brothers bid and the DIP budgets. | 0.6 | Brian | Weiss | $ 925.00 | $ 555.00 |
| 12/11/2025 | Committee - Sale Process | Attend working session with B. Weiss, J. Pomerantz, J. Kroop, and J. Morris. | 0.7 | Adam | Meislik | $ 925.00 | $ 647.50 |
| 12/11/2025 | Committee - Business Analysis / Operations | Review litigation history. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/11/2025 | Committee - Sale Process | Research terms of agency agreement. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/11/2025 | Committee - Business Analysis / Operations | Cross-referenced data room contents against information request list to confirm requested materials had not already been provided. | 2.1 | Nicholas | Rafatjoo | $ 415.00 | $ 871.50 |
| 12/11/2025 | Committee - Business Analysis / Operations | Review and upload new documents into internal data room. | 0.6 | Nicholas | Rafatjoo | $ 415.00 | $ 249.00 |
| 12/11/2025 | Committee - Business Analysis / Operations | Telco with Glass Ratner and internal Force 10 team, take notes on call. | 0.6 | Nicholas | Rafatjoo | $ 415.00 | $ 249.00 |
| 12/12/2025 | Committee - Consulting | Multiple reviews of diligence request list edited by N. Rafatjoo. | 1.5 | Renee | Albarano | $ 795.00 | $ 1,192.50 |
| 12/12/2025 | Committee - Business Analysis / Operations | Attend meeting with M. Issa and B. Weiss regarding business performance, Agency agreement, fraud investigation and other matters. | 1.1 | Adam | Meislik | $ 925.00 | $ 1,017.50 |
| 12/12/2025 | Committee - Business Analysis / Operations | Further cross-referenced data room contents against information request list to confirm requested materials had not already been provided. | 0.5 | Nicholas | Rafatjoo | $ 415.00 | $ 207.50 |
| 12/12/2025 | Committee - Business Analysis / Operations | Link documents to info request list. | 0.6 | Nicholas | Rafatjoo | $ 415.00 | $ 249.00 |
| 12/12/2025 | Committee - Business Analysis / Operations | Telco with R. Albarano regarding Info request list. | 0.2 | Nicholas | Rafatjoo | $ 415.00 | $ 83.00 |
| 12/12/2025 | Committee - Consulting | Meeting with M. Issa and A. Meislik re case topics. | 1.2 | Brian | Weiss | $ 925.00 | $ 1,110.00 |
| 12/13/2025 | Committee - Business Analysis / Operations | Review SOFAs and SOALs. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/13/2025 | Committee - Business Analysis / Operations | Analyze the SOAL and SOFA of Lugano Diamond & Jewelry. Prepare draft memo, send to PSZJ. | 2.3 | Brian | Weiss | $ 925.00 | $ 2,127.50 |
| 12/13/2025 | Committee - Business Analysis / Operations | Continue SOFA and SOAL review. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/14/2025 | Committee - Business Analysis / Operations | Review SOFAs and SOALs and synthesize findings. | 0.7 | Adam | Meislik | $ 925.00 | $ 647.50 |
| 12/14/2025 | Committee - Business Analysis / Operations | Attend working session with B. Weiss on diligence, SOFA and SOALs. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/14/2025 | Committee - Review/Assist with Court Pleadings | Continue review of the SOAL and SOFAs. Prepare information request list incorporating PSZJ's items. | 1.9 | Brian | Weiss | $ 925.00 | $ 1,757.50 |
| 12/14/2025 | Committee - Business Analysis / Operations | Review due diligence request list and suggest additions. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/14/2025 | Committee - Business Analysis / Operations | Continue to review SOFAs and SOALs and synthesize findings. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/14/2025 | Committee - Business Analysis / Operations | Correspond with R. Peil (Debtor FA) about SOFA and SOAL - redaction and seal issues. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/15/2025 | Committee - Consulting | Participate in the Lugano PSZJ & Force 10 UCC meeting prep | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 12/15/2025 | Committee - Cash Flow Forecasting | Meeting with the PSZJ and Force 10 team re DIP budget, sale status, and SOALs/SOFAs. | 0.7 | Brian | Weiss | $ 925.00 | $ 647.50 |
| 12/15/2025 | Committee - Consulting | Internal Force 10 status update virtual meeting. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 12/15/2025 | Committee - Consulting | Attend Force 10 planning meeting. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/15/2025 | Committee - Sale Process | Attend working session with J. Pomerantz, J. Kroop, and J. Morris (PSJW) and B. Weiss (Force 10) to discuss SOFA/SOALs, DIP Budget, Sale Process, and other issues. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/15/2025 | Committee - Business Analysis / Operations | Attend Force 10 planning meeting. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/15/2025 | Committee - Business Analysis / Operations | Further attend Force 10 work product discussion with N. Rafatjoo and R. Albarano. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/15/2025 | Committee - Business Analysis / Operations | Update the due diligence request list. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/15/2025 | Committee - Consulting | Meeting with PSZJ and Barnes Thornburg re common interest privilege topics. | 2 | Brian | Weiss | $ 925.00 | $ 1,850.00 |
| 12/15/2025 | Committee - Court Hearings | Attend 341a hearing, take notes and synthesize issues. | 1.8 | Adam | Meislik | $ 925.00 | $ 1,665.00 |
| 12/15/2025 | Committee - Cash Flow Forecasting | Analyze the DIP loan variance report. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/15/2025 | Committee - Cash Flow Forecasting | Review cash flow variance report; create memo of open items. Incorporate revisions into memo after B. Weiss | 1.6 | Renee | Albarano | $ 795.00 | $ 1,272.00 |
| 12/15/2025 | Committee - Court Hearings | Attend 341a meeting. | 1.8 | Brian | Weiss | $ 925.00 | $ 1,665.00 |
| 12/15/2025 | Committee - Court Hearings | Attend 341(a) Meeting of the Creditors | 1.7 | Renee | Albarano | $ 795.00 | $ 1,351.50 |
| 12/15/2025 | Committee - Business Analysis / Operations | Weekly call with PZSJ and the internal Force 10 team regarding updates. | 0.9 | Nicholas | Rafatjoo | $ 415.00 | $ 373.50 |
| 12/15/2025 | Committee - Business Analysis / Operations | Telco with the internal Force 10 team regarding workflow and upcoming tasks. | 1.1 | Nicholas | Rafatjoo | $ 415.00 | $ 456.50 |
| 12/15/2025 | Committee - Court Hearings | Attend 341a hearing. | 1.5 | Nicholas | Rafatjoo | $ 415.00 | $ 622.50 |
| 12/15/2025 | Committee - Business Analysis / Operations | Analyze CODI's restated 10-K and prepare an analysis for presentation to the UCC. | 3.4 | Brian | Weiss | $ 925.00 | $ 3,145.00 |
| 12/15/2025 | Committee - Business Analysis / Operations | Review public final information for case background and details of investment scheme. | 1.2 | Adam | Meislik | $ 925.00 | $ 1,110.00 |
| 12/15/2025 | Committee - Business Analysis / Operations | Further review public financial information for case background and details of the investment scheme. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/16/2025 | Committee - Cash Flow Forecasting | Review updated variance report with line item details. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 12/16/2025 | Committee - Consulting | Attend Force 10 and PSZJ virtual meeting. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 12/16/2025 | Committee - Cash Flow Forecasting | Meeting with the PSZJ team and Force 10 re the sale status and cash flow variance reporting. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Business Analysis / Operations | Attend call with J. Pomerantz and B. Weiss regarding budget to actual and work plan issues. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Business Analysis / Operations | Prepare for call with Gordon Brothers. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |

Force Ten Partners LLC - Lugano Diamonds & Jewelry Inc.
Time Entry Details for the Period December 3, 2025 through December 31, 2025

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|------|------|-------|-------|------------|-----------|---------------|-----------------|
| 12/16/2025 | Committee - Consulting | Summarize SOFA & SOAL into presentable format; review and edit drafts from N. Rafatjoo. | 1.9 | Renee | Albarano | $ 795.00 | $ 1,510.50 |
| 12/16/2025 | Committee - Cash Flow Forecasting | Analyze the cash flow variance report and review the memo to provide to Glass Ratner. | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/16/2025 | Committee - Business Analysis / Operations | Telco regarding actuals to budget | 0.9 | Nicholas | Rafatjoo | $ 415.00 | $ 373.50 |
| 12/16/2025 | Committee - Sale Process | Participate in call with PSZJ, Force 10, Gordon Brothers, & Armory Securities. | 0.7 | Renee | Albarano | $ 795.00 | $ 556.50 |
| 12/16/2025 | Committee - Consulting | Prepare an information request list and transmittal communication to Glass Ratner. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Sale Process | Meeting with Gordon Brothers re sales and liquidation status. | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/16/2025 | Committee - Business Analysis / Operations | Attend call with Gordon Bros (Rick Edwards) to discuss appraisal and Tier 1 results and expectations. | 0.7 | Adam | Meislik | $ 925.00 | $ 647.50 |
| 12/16/2025 | Committee - Business Analysis / Operations | Continue to prepare for Gordon Brothers discussion by reviewing and analyzing appraisal and agency | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/16/2025 | Committee - Consulting | Call with B. Weiss & R. Peil re cash variance. | 0.5 | Renee | Albarano | $ 795.00 | $ 397.50 |
| 12/16/2025 | Committee - Cash Flow Forecasting | Meeting with R. Peil and R. Albarano re DIP budget variances. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Consulting | Continued updates to cash variance commentary; share with B. Weiss. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 12/16/2025 | Committee - Sale Process | Attend sale process update call with Armory. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/16/2025 | Committee - Sale Process | Prepare Gordon Brothers notes for team. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/16/2025 | Committee - Business Analysis / Operations | Analyze CODI's restated 10-K and prepare an analysis for presentation to the UCC. | 2.8 | Brian | Weiss | $ 925.00 | $ 2,590.00 |
| 12/16/2025 | Committee - Sale Process | Call and communication with J. Nahas regarding his client's bid. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/16/2025 | Committee - Sale Process | Correspond with PSZJ regarding bid procedures. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/16/2025 | Committee - Sale Process | Review bid procedures. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/16/2025 | Committee - Sale Process | Call with J. Pomerantz regarding bidders and other case issues. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Sale Process | Attend call with potential overbidder and professionals, PSZJ, Armory, and Debtor counsel. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Sale Process | The 10 call with E. Perison and N. Tell of Armory to debrief on bidder call. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/16/2025 | Committee - Business Analysis / Operations | Telco with the Force 10 team and Gordon Brothers regarding the sales process. | 0.8 | Nicholas | Rafatjoo | $ 415.00 | $ 332.00 |
| 12/16/2025 | Committee - Consulting | Read the minutes to the Board of Directors meetings. | 0.6 | Brian | Weiss | $ 925.00 | $ 555.00 |
| 12/16/2025 | Committee - Business Analysis / Operations | Review SOFAs and SOALs begin to upload into internal templates. | 2.4 | Nicholas | Rafatjoo | $ 415.00 | $ 996.00 |
| 12/16/2025 | Committee - Sale Process | Attend call with bidder FA. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/16/2025 | Committee - Business Analysis / Operations | Review documents. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/17/2025 | Committee - Consulting | Compile weekly presentation for UCC. | 0.8 | Renee | Albarano | $ 795.00 | $ 636.00 |
| 12/17/2025 | Committee - Consulting | Summarize SOFA & SOAL into presentable format; review and edit drafts from N. Rafatjoo. | 2.3 | Renee | Albarano | $ 795.00 | $ 1,828.50 |
| 12/17/2025 | Committee - Consulting | Analyze the minutes to the Board of Directors meeting (5/25-10/25). Prepare communication to PSZJ re same. | 1.2 | Brian | Weiss | $ 925.00 | $ 1,110.00 |
| 12/17/2025 | Committee - Consulting | Call re Lugano information request list. | 0.9 | Renee | Albarano | $ 795.00 | $ 715.50 |
| 12/17/2025 | Committee - Consulting | Meeting with Glass Ratner, KBK, and PSZJ re information requests. | 0.9 | Brian | Weiss | $ 925.00 | $ 832.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Attend a call with R. Peil, J. Minga, B. Weiss, J. Morris, H. Winograd, and N. Rafatjoo regarding the status and fulfillment of due diligence requests. | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 12/17/2025 | Committee - Business Analysis / Operations | Call with B. Weiss and J. Pomerantz to discuss workplan. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/17/2025 | Committee - Consulting | Meeting with J. Pomerantz re Committee interviews. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/17/2025 | Committee - Consulting | Update the UCC information request list. Send updated list to Glass Ratner and KBK. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/17/2025 | Committee - Cash Flow Forecasting | Review and update draft variance report presentation. | 1.1 | Renee | Albarano | $ 795.00 | $ 874.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Review SOFAs and SOALs, input the information into the internal template database, and begin preparation for the presentation. | 1.7 | Nicholas | Rafatjoo | $ 415.00 | $ 705.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Review variance analysis and memo, and prepare slides for the weekly presentation. | 2.8 | Nicholas | Rafatjoo | $ 415.00 | $ 1,162.00 |
| 12/17/2025 | Committee - Business Analysis / Operations | Telco with debtor's counsel, committee counsel, GR, and internal Force 10 team regarding information request | 0.6 | Nicholas | Rafatjoo | $ 415.00 | $ 249.00 |
| 12/17/2025 | Committee - Consulting | Prepare UCC meeting slides. | 1.7 | Brian | Weiss | $ 925.00 | $ 1,572.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Prepare slides to present to the UCC. | 1.8 | Nicholas | Rafatjoo | $ 415.00 | $ 747.00 |
| 12/17/2025 | Committee - Business Analysis / Operations | Synthesize information and prepare presentation materials for the Committee. | 1.5 | Adam | Meislik | $ 925.00 | $ 1,387.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Continue to synthesize information and prepare presentation materials for the Committee. | 1.4 | Adam | Meislik | $ 925.00 | $ 1,295.00 |
| 12/17/2025 | Committee - Business Analysis / Operations | Participate in discussion about potential bidder terms. | 1.3 | Adam | Meislik | $ 925.00 | $ 1,202.50 |
| 12/17/2025 | Committee - Sale Process | Correspond with J. Pomerantz regarding bidder issues. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Review the newly filed SOFAs and SOALs and compare the first filed set of SOFAs and SOALs. | 1.1 | Nicholas | Rafatjoo | $ 415.00 | $ 456.50 |
| 12/17/2025 | Committee - Business Analysis / Operations | Continue to synthesize information and prepare committee presentation. | 2 | Adam | Meislik | $ 925.00 | $ 1,850.00 |
| 12/17/2025 | Committee - Business Analysis / Operations | Organize the internal data room. | 0.9 | Nicholas | Rafatjoo | $ 415.00 | $ 373.50 |
| 12/18/2025 | Committee - Consulting | Review UCC meeting slides for the UCC meeting. Prepare additional analyses on assets and charitable | 1 | Brian | Weiss | $ 925.00 | $ 925.00 |
| 12/18/2025 | Committee - Consulting | Participate in weekly committee meeting. | 1.4 | Renee | Albarano | $ 795.00 | $ 1,113.00 |
| 12/18/2025 | Committee - Business Analysis / Operations | Weekly update call with Force 10, PSZJ, and UCC members regarding updates and next steps. | 1.4 | Nicholas | Rafatjoo | $ 415.00 | $ 581.00 |
| 12/18/2025 | Committee - Committee Activities | Prepare for and attend committee meeting. | 1.8 | Adam | Meislik | $ 925.00 | $ 1,665.00 |
| 12/18/2025 | Committee - Consulting | Attend UCC meeting. | 1.4 | Brian | Weiss | $ 925.00 | $ 1,295.00 |
| 12/18/2025 | Committee - Business Analysis / Operations | Prepare restatement slides for the committee presentation deck. | 0.8 | Nicholas | Rafatjoo | $ 415.00 | $ 332.00 |
| 12/18/2025 | Committee - Business Analysis / Operations | Prepare analysis and slides for the UCC for the CODI and Lugano financial restatement. | 2 | Brian | Weiss | $ 925.00 | $ 1,850.00 |
| 12/18/2025 | Committee - Sale Process | Attend discussion with members of Armory (investment banker to the Debtor). | 1.2 | Adam | Meislik | $ 925.00 | $ 1,110.00 |
| 12/18/2025 | Committee - Business Analysis / Operations | Review SOFAs and Schedules and create different summary charts to reflect important data to share with the | 2.8 | Nicholas | Rafatjoo | $ 415.00 | $ 1,162.00 |
| 12/18/2025 | Committee - Business Analysis / Operations | Prepare deck. | 3.5 | Nicholas | Rafatjoo | $ 415.00 | $ 1,452.50 |
| 12/18/2025 | Committee - Business Analysis / Operations | Further prepare slides. | 1.9 | Nicholas | Rafatjoo | $ 415.00 | $ 788.50 |
| 12/18/2025 | Committee - Claims Analysis and Objections | Review details of litigation claims and the underlying investment schemes. | 2.3 | Adam | Meislik | $ 925.00 | $ 2,127.50 |
| 12/18/2025 | Committee - Claims Analysis and Objections | Further review lawsuits in Simba, Newport Serene, and state court. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |

Force Ten Partners LLC - Lugano Diamonds & Jewelry Inc.
Time Entry Details for the Period December 3, 2025 through December 31, 2025

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/19/2025 | Committee - Sale Process | Call with J. Pomerantz regarding bidder dynamics. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/19/2025 | Committee - Business Analysis / Operations | Read the UD term sheet. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/19/2025 | Committee - Business Analysis / Operations | Meeting with PSZJ and the Debtors re the UD term sheet. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/19/2025 | Committee - Consulting | Attend meeting with the special committee, Glass Ratner and Armory in the role of consultation party. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/19/2025 | Committee - Business Analysis / Operations | Attend meeting with Avi Wazana, B. Weiss, and I. Chan. | 1.8 | Adam | Meislik | $ 925.00 | $ 1,665.00 |
| 12/19/2025 | Committee - Sale Process | Review bidder proposal and correspondence. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/19/2025 | Committee - Consulting | Meeting with UCC member at Force 10's office. | 2 | Brian | Weiss | $ 925.00 | $ 1,850.00 |
| 12/19/2025 | Committee - Committee Activities | Meeting with A. Wazana, B. Weiss, and A. Meislik | 2 | Isaac | Chan | $ 595.00 | $ 1,190.00 |
| 12/19/2025 | Committee - Business Analysis / Operations | Prepare updated restatement slides for the committee presentation deck. | 0.8 | Nicholas | Rafatjoo | $ 415.00 | $ 332.00 |
| 12/19/2025 | Committee - Business Analysis / Operations | Prepare deck. | 1.5 | Nicholas | Rafatjoo | $ 415.00 | $ 622.50 |
| 12/19/2025 | Committee - Business Analysis / Operations | Further prepare slides. | 1.2 | Nicholas | Rafatjoo | $ 415.00 | $ 498.00 |
| 12/20/2025 | Committee - Cash Flow Forecasting | Analyze the weekly and cumulative to date DIP budget variance report. Prepare communication to R. Peil re | 1 | Brian | Weiss | $ 925.00 | $ 925.00 |
| 12/20/2025 | Committee - Business Analysis / Operations | Analyze retention bonus issues and research comparable KEIP data. Synthesize and report findings to PSZJ. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/21/2025 | Committee - Business Analysis / Operations | Analyze SOAL and SOFA materials. | 0.7 | Brian | Weiss | $ 925.00 | $ 647.50 |
| 12/21/2025 | Committee - Sale Process | Provide analysis to J. Kroop to support motion | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/21/2025 | Committee - Cash Flow Forecasting | Prepare cash flow variance report | 2.6 | Isaac | Chan | $ 595.00 | $ 1,547.00 |
| 12/22/2025 | Committee - Sale Process | Review committee objection to Agency Agreement to ensure it aligns with Force 10 understanding and | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/22/2025 | Committee - Sale Process | Read and provide comments to the Committee's objection to the Gordon Brothers agency agreement. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/22/2025 | Committee - Cash Flow Forecasting | Meeting with I. Chan to review the DIP variance report and SOALs. | 1 | Brian | Weiss | $ 925.00 | $ 925.00 |
| 12/22/2025 | Committee - Business Analysis / Operations | Meeting with J. Pomerantz re BoA merchant account analysis to perform. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/22/2025 | Committee - Sale Process | Attend meeting with R. Edwards and his team regarding Retention Bonus pool and sales commissions. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/22/2025 | Committee - Sale Process | Prepare summary of conversation with Gordon Bros. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/22/2025 | Committee - Business Analysis / Operations | Analyze the SOAL and cash management motion and prepare an analysis of Bank of America's cash accounts regarding their assertion that there are setoff rights to the debtors' cash accounts. | 1.5 | Brian | Weiss | $ 925.00 | $ 1,387.50 |
| 12/22/2025 | Committee - Business Analysis / Operations | Attend working session with PSZJ, Force 10 regarding objection to Agency Agreement, status of DIP loan. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/22/2025 | Committee - Sale Process | Attend call with J. Kroop regarding agency agreement. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/22/2025 | Committee - Consulting | Attend status meeting with the PSZJ team. | 0.7 | Brian | Weiss | $ 925.00 | $ 647.50 |
| 12/22/2025 | Committee - Business Analysis / Operations | Review and discuss UCC presentation with I. Chan. | 1 | Nicholas | Rafatjoo | $ 415.00 | $ 415.00 |
| 12/22/2025 | Committee - Business Analysis / Operations | Analyze the Investigation and Overview report from BT. Read interviews of CP and Ford. | 2.4 | Brian | Weiss | $ 925.00 | $ 2,220.00 |
| 12/22/2025 | Committee - Cash Flow Forecasting | Call with M. Issa regarding retention packages and CODI sweeps. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/22/2025 | Committee - Cash Flow Forecasting | Call with J. Pomerantz to debrief on retention packages and CODI issues. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/22/2025 | Committee - Business Analysis / Operations | Review UCC presentations | 1 | Isaac | Chan | $ 595.00 | $ 595.00 |
| 12/22/2025 | Committee - Business Analysis / Operations | Discuss 12/26/25 UCC presentation with N. Rafatjoo. | 1 | Isaac | Chan | $ 595.00 | $ 595.00 |
| 12/22/2025 | Committee - Cash Flow Forecasting | Meeting with B. Weiss to discuss SOFA/SOAL presentation and Cash Flow Variance report | 1 | Isaac | Chan | $ 595.00 | $ 595.00 |
| 12/22/2025 | Committee - Cash Flow Forecasting | Prepare cash flow variance report | 1.2 | Isaac | Chan | $ 595.00 | $ 714.00 |
| 12/22/2025 | Committee - Cash Flow Forecasting | Review cash flow vendor payments | 1.6 | Isaac | Chan | $ 595.00 | $ 952.00 |
| 12/22/2025 | Committee - Committee Activities | Attend UCC Meeting prep call with B. Weiss, A. Meislik, N. Rafatjoo, and PSZJ | 0.7 | Isaac | Chan | $ 595.00 | $ 416.50 |
| 12/22/2025 | Committee - Business Analysis / Operations | Begin amending and preparing the updated presentation deck. | 1.5 | Nicholas | Rafatjoo | $ 415.00 | $ 622.50 |
| 12/23/2025 | Committee - Business Analysis / Operations | Review Special Committee presentation. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/23/2025 | Committee - Business Analysis / Operations | Participate in work planning. | 0.2 | Adam | Meislik | $ 925.00 | $ 185.00 |
| 12/23/2025 | Committee - Consulting | Meeting with J. Pomerantz re case topics. Prepare communication to J. Morris re the Ankura report. | 0.4 | Brian | Weiss | $ 925.00 | $ 370.00 |
| 12/23/2025 | Committee - Consulting | Prepare engagement planning for various workstreams. | 0.8 | Brian | Weiss | $ 925.00 | $ 740.00 |
| 12/23/2025 | Committee - Litigation | Review Gaynor interviews. | 1.5 | Brian | Weiss | $ 925.00 | $ 1,387.50 |
| 12/23/2025 | Committee - Claims Analysis and Objections | Create a claims register and templates for the evaluation of the diamond claimant's asserted amounts. | 2.4 | Brian | Weiss | $ 925.00 | $ 2,220.00 |
| 12/23/2025 | Committee - Business Analysis / Operations | Continue review of special committee production under Common Interest. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/23/2025 | Committee - Cash Flow Forecasting | Prepare and update detailed cash flow variance report | 1.8 | Isaac | Chan | $ 595.00 | $ 1,071.00 |
| 12/23/2025 | Committee - Business Analysis / Operations | Prepare and update the presentation deck. | 1 | Nicholas | Rafatjoo | $ 415.00 | $ 415.00 |
| 12/24/2025 | Committee - Business Analysis / Operations | Review and synthesize Special Committee production. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/24/2025 | Committee - Claims Analysis and Objections | Download creditor claims from the Omni site. Begin analysis of claims. | 1.1 | Brian | Weiss | $ 925.00 | $ 1,017.50 |
| 12/24/2025 | Committee - Case Administration | Configure inbound email group. | 0.4 | Erik | Nathan | $ 595.00 | $ 238.00 |
| 12/24/2025 | Committee - Cash Flow Forecasting | Begin review of GR Draft DIP Budget | 0.6 | Adam | Meislik | $ 925.00 | $ 555.00 |
| 12/24/2025 | Committee - Cash Flow Forecasting | Meetings with J. Pomerantz re the debtors updated cash collateral budgets. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/24/2025 | Committee - Cash Flow Forecasting | Analyze the debtors cash collateral budget. | 1 | Brian | Weiss | $ 925.00 | $ 925.00 |
| 12/24/2025 | Committee - Cash Flow Forecasting | Participate in discussions with M. Lane regarding vendor issues and DIP budget issues. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/25/2025 | Committee - Claims Analysis and Objections | Continue analysis of creditor claims tied to investment contracts. | 1 | Adam | Meislik | $ 925.00 | $ 925.00 |
| 12/25/2025 | Committee - Claims Analysis and Objections | Setup sync pairs between Special Committee file store and Force 10 file store. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/25/2025 | Committee - Cash Flow Forecasting | Continue to review the DIP budget. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/25/2025 | Committee - Cash Flow Forecasting | Review CODI forbearance issues and integrate into the cash collateral budget memo. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/25/2025 | Committee - Claims Analysis and Objections | Update claims schedule. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/25/2025 | Committee - Claims Analysis and Objections | Continue to review claims against Simba and Newport Serenade. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/26/2025 | Committee - Cash Flow Forecasting | Analyze the cash collateral budget. Prepare questions for the debtor. Prepare a memorandum to the UCC. | 5.2 | Brian | Weiss | $ 925.00 | $ 4,810.00 |
| 12/26/2025 | Committee - Cash Flow Forecasting | Meeting with A. Meislik re cash collateral topics. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |

Force Ten Partners LLC - Lugano Diamonds & Jewelry Inc.
Time Entry Details for the Period December 3, 2025 through December 31, 2025

| Date | Task | Notes | Hours | First Name | Last Name | Billable Rate | Billable Amount |
|---|---|---|---|---|---|---|---|
| 12/26/2025 | Committee - Cash Flow Forecasting | Continued review of DIP budget and further changes to memo. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/26/2025 | Committee - Cash Flow Forecasting | Meeting with J. Pomerantz re the debtors cash collateral budget. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/26/2025 | Committee - Claims Analysis and Objections | Analysis of field diamond claimants POCs(9). Prepare template and interest computations. | 1.8 | Brian | Weiss | $ 925.00 | $ 1,665.00 |
| 12/26/2025 | Committee - Cash Flow Forecasting | Review cash budget and correspond with M. Issa (Glass Ratner) regarding same. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/26/2025 | Committee - Cash Flow Forecasting | Further review cash collateral budget and edit memorandum to PSZJ and committee. | 0.8 | Adam | Meislik | $ 925.00 | $ 740.00 |
| 12/27/2025 | Committee - Cash Flow Forecasting | Review GR comments on cash collateral budget in relation to status on discussions with CODI on use of cash | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/28/2025 | Committee - Litigation | Prepare communications to J. Morris re the status of Force 10's information requests, update control log (.3). Prepare Rule 2004 information requests and read PSZJ's request list. | 0.4 | Brian | Weiss | $ 925.00 | $ 370.00 |
| 12/28/2025 | Committee - Cash Flow Forecasting | Analyze GR's responses to questions regarding the updated cash collateral budget. Incorporate responses into the tracking log. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/29/2025 | Committee - Claims Analysis and Objections | Synthesize Simba and Serenade claims into data tables. | 0.5 | Adam | Meislik | $ 925.00 | $ 462.50 |
| 12/29/2025 | Committee - Claims Analysis and Objections | Analyze litigation claims for investment amounts and update the claims register. | 2.7 | Brian | Weiss | $ 925.00 | $ 2,497.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Attend organizational call with S. Hewitt, J. Pope, E. Sussman, C. Underwood, | 0.7 | Adam | Meislik | $ 925.00 | $ 647.50 |
| 12/29/2025 | Committee - Litigation | Meeting with Barnes Thornburg, Glass Ratner, and PSZJ. | 0.7 | Brian | Weiss | $ 925.00 | $ 647.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Attend debrief call with J. Pomerantz, J. Morris, and B. Weiss. | 0.3 | Adam | Meislik | $ 925.00 | $ 277.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Review retention program effect on Debtor economics under the Agency agreement. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/29/2025 | Committee - Litigation | Meeting with PSZJ re meeting with the Special Committee. | 0.2 | Brian | Weiss | $ 925.00 | $ 185.00 |
| 12/29/2025 | Committee - Litigation | Meeting with PSZJ and A. Meislik re J. Gaynor court hearing preparation. | 0.5 | Brian | Weiss | $ 925.00 | $ 462.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Attend working session with J. Pomerantz, J. Morris and B. Weiss regarding retention bonus issues. | 0.4 | Adam | Meislik | $ 925.00 | $ 370.00 |
| 12/29/2025 | Committee - Cash Flow Forecasting | Prepare communication to Glass Ratner re the cash collateral budget. | 0.4 | Brian | Weiss | $ 925.00 | $ 370.00 |
| 12/29/2025 | Committee - Consulting | Meeting with N. Rafatjoo re UCC meeting presentation. | 0.3 | Brian | Weiss | $ 925.00 | $ 277.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Review 1/5/26 presentation and provide comments | 1.4 | Isaac | Chan | $ 595.00 | $ 833.00 |
| 12/29/2025 | Committee - Cash Flow Forecasting | Prepare and update detailed cash flow variance report | 1.3 | Isaac | Chan | $ 595.00 | $ 773.50 |
| 12/29/2025 | Committee - Cash Flow Forecasting | Review and format Debtor DIP Budget | 2.3 | Isaac | Chan | $ 595.00 | $ 1,368.50 |
| 12/29/2025 | Committee - Cash Flow Forecasting | Review Force 10 analysis of Debtor DIP Budget and questions to Glass Ratner | 0.7 | Isaac | Chan | $ 595.00 | $ 416.50 |
| 12/29/2025 | Committee - Cash Flow Forecasting | Review Force 10 analysis of Debtor DIP Budget and questions to Glass Ratner and prepare DIP budget output | 1.4 | Isaac | Chan | $ 595.00 | $ 833.00 |
| 12/29/2025 | Committee - Committee Activities | Attend forensic accounting discussion with B. Weiss and A. Meislik | 0.9 | Isaac | Chan | $ 595.00 | $ 535.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Review and analyze SOFAs and SOALs, and prepare updated tables and figures for the UCC presentation | 2 | Nicholas | Rafatjoo | $ 415.00 | $ 830.00 |
| 12/29/2025 | Committee - Business Analysis / Operations | Prepare presentation deck for UCC. | 2.2 | Nicholas | Rafatjoo | $ 415.00 | $ 913.00 |
| 12/29/2025 | Committee - Business Analysis / Operations | Further review and analyze SOFAs and SOALs, and prepare updated tables and figures for the UCC | 1.8 | Nicholas | Rafatjoo | $ 415.00 | $ 747.00 |
| 12/29/2025 | Committee - Business Analysis / Operations | Continue to prepare a draft presentation for review. | 2.5 | Nicholas | Rafatjoo | $ 415.00 | $ 1,037.50 |
| 12/29/2025 | Committee - Business Analysis / Operations | Review all data rooms and pull new documents into the internal database. | 1 | Nicholas | Rafatjoo | $ 415.00 | $ 415.00 |
| 12/29/2025 | Committee - Business Analysis / Operations | Review and finalize the MORs for filing. | 1.5 | Nicholas | Rafatjoo | $ 415.00 | $ 622.50 |
| 12/30/2025 | Committee - Court Hearings | Attend hearing to approve Agency Agreement. | 1.1 | Adam | Meislik | $ 925.00 | $ 1,017.50 |
| 12/30/2025 | Committee - Cash Flow Forecasting | Prepare cash flow summary information for the UCC presentation. | 1.5 | Brian | Weiss | $ 925.00 | $ 1,387.50 |
| 12/30/2025 | Committee - Court Hearings | Attend court hearing re payment of insider compensation within the Gordon Brothers agency agreement. | 1.1 | Brian | Weiss | $ 925.00 | $ 1,017.50 |
| 12/30/2025 | Committee - Claims Analysis and Objections | Analyze litigation claims for investment amounts and update the claims register. | 1.8 | Brian | Weiss | $ 925.00 | $ 1,665.00 |
| 12/30/2025 | Committee - Cash Flow Forecasting | Review DIP budget notes and prepare slides for UCC presentation accordingly | 2.3 | Isaac | Chan | $ 595.00 | $ 1,368.50 |
| 12/30/2025 | Committee - Cash Flow Forecasting | Prepare cash flow variance slides for UCC presentation | 1.5 | Isaac | Chan | $ 595.00 | $ 892.50 |
| 12/30/2025 | Committee - Business Analysis / Operations | Review UCC presentation and provide comments to N. Rafatjoo | 1.9 | Isaac | Chan | $ 595.00 | $ 1,130.50 |
| 12/30/2025 | Committee - Business Analysis / Operations | Prepare presentation deck for UCC. | 2.2 | Nicholas | Rafatjoo | $ 415.00 | $ 913.00 |
| 12/30/2025 | Committee - Business Analysis / Operations | Prepare updated tables and figures for the UCC presentation deck. | 1.5 | Nicholas | Rafatjoo | $ 415.00 | $ 622.50 |
| 12/30/2025 | Committee - Business Analysis / Operations | Continue to prepare a draft presentation for review. | 0.4 | Nicholas | Rafatjoo | $ 415.00 | $ 166.00 |
| 12/30/2025 | Committee - Business Analysis / Operations | Review all data rooms and pull new documents into the internal database. | 0.4 | Nicholas | Rafatjoo | $ 415.00 | $ 166.00 |
| 12/30/2025 | Committee - Business Analysis / Operations | Prepare presentation deck for UCC. | 1.7 | Nicholas | Rafatjoo | $ 415.00 | $ 705.50 |
| 12/31/2025 | Committee - Consulting | Prepare/review UCC report. | 2.3 | Brian | Weiss | $ 925.00 | $ 2,127.50 |
| 12/31/2025 | Committee - Business Analysis / Operations | Prepare presentation deck for UCC. | 1 | Nicholas | Rafatjoo | $ 415.00 | $ 415.00 |
| 12/31/2025 | Committee - Business Analysis / Operations | Telco with B. Weiss and I. Chan regarding presentation deck. | 0.2 | Nicholas | Rafatjoo | $ 415.00 | $ 83.00 |
| 12/31/2025 | Committee - Business Analysis / Operations | Prepare presentation deck for UCC. | 3.5 | Nicholas | Rafatjoo | $ 415.00 | $ 1,452.50 |
| 12/31/2025 | Committee - Business Analysis / Operations | Review UCC presentation and provide comments to N. Rafatjoo | 0.7 | Isaac | Chan | $ 595.00 | $ 416.50 |
| 12/31/2025 | Committee - Business Analysis / Operations | UCC Presentation review call with B. Weiss and N. Rafatjoo | 0.2 | Isaac | Chan | $ 595.00 | $ 119.00 |
| 12/31/2025 | Committee - Business Analysis / Operations | Review, prepare, and update UCC presentation | 4.5 | Isaac | Chan | $ 595.00 | $ 2,677.50 |
| 12/31/2025 | Committee - Business Analysis / Operations | Review and address comments from I. Chan and B. Weiss regarding the Committee presentation deck. | 1.7 | Nicholas | Rafatjoo | $ 415.00 | $ 705.50 |
| | | Total | 353.9 | | | | $ 267,267.50 |