# EXHIBIT A

CORE/3536099.0002/237229181.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Lugano Diamonds & Jewelry Inc., *et al.*,[1] | Case No. 25-12055 (BLS) |
| | (Jointly Administered) |
| Debtors. | |

**ORDER GRANTING MORDECHAI FERDER, INDIVIDUALLY AND IN HIS CAPACITY AS
TRUSTEE OF THE HAIM FAMILY TRUST'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY**

Upon consideration of the Mordechai Ferder, Individually And In His Capacity As Trustee Of The Haim Family Trust's Motion For Relief From The Automatic, Or Alternatively To Lift The Stay To Allow For The Pursuit Of Such Claims  (the "**Motion**")[2;] and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2); and this Court having found that notice of the Motion and opportunity were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, CA 92660.

[2] Capitalized terms used but not defined herein have the meanings ascribed in the Motion.

proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362 is hereby terminated and modified to permit Movant Mordechai Ferder, individually and in his capacity as Trustee of The Haim Family Trust ("**Movant**") to (a) file, serve and prosecute any and all counterclaims, including compulsory counterclaims (including conducting discovery in connection therewith), against the debtor Lugano Diamonds & Jewelry Inc. in the action captioned *Lugano Diamonds and Jewelry, Inc. v. Ferder, et. al.*, Case No. 30-2025-01492210-CU-CO-CJC ("State Court Action"), including in the event of a remand back to the Superior Court of California, County of Orange, Case No. 30-2025-01492210-CU-CO-CJC; (b) assert any right of setoff or recoupment in connection therewith.

3. Movant's request for a waiver of the 14-day stay under Bankruptcy Rule 4001(a)(3) is granted.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

5. This order is binding and effective despite any conversion of any of these bankruptcy cases to a cases under any other chapter of the Bankruptcy Code.