IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned hereby certifies that he has obtained from the United States Bankruptcy Court for the District of Delaware the omnibus hearing date set forth on the proposed order attached hereto.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

33862219.1

| | |
|---|---|
| Dated: February 3, 2026<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Timothy R. Powell*<br>Edmon L. Morton (Del. No. 3856)<br>Sean M. Beach (Del. No. 4070)<br>Timothy R. Powell (Del. No. 6894)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>Email:   emorton@ycst.com<br>            sbeach@ycst.com<br>            tpowell@ycst.com<br><br>-and-<br><br>**KELLER BENVENUTTI KIM LLP**<br>Tobias S. Keller (admitted *pro hac vice*)<br>Traci L. Shafroth (admitted *pro hac vice*)<br>Scott Friedman (admitted *pro hac vice*)<br>101 Montgomery Street, Suite 1950<br>San Francisco, California 94104<br>Telephone: (415) 496-6723<br>Facsimile: (650) 636-9251<br>Email:   tkeller@kbkllp.com<br>            tshafroth@kbkllp.com<br>            sfriedman@kbkllp.com<br><br>*Attorneys for Debtors*<br>*and Debtors-in-Possession* |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> LUGANO DIAMONDS & JEWELRY INC., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-12055 (BLS) <br><br> (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, this Court has scheduled the following omnibus hearing date in the above-captioned proceeding:

**March 11, 2026, at 10:00 a.m. (ET)**

**This date will replace the hearing previously scheduled for March 3, 2026, at 1:30 p.m. (ET).**

33862219.1