**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Lugano Diamonds & Jewelry Inc., *et al*.,[1] | ) | Case No. 25-12055 (BLS) |
| | ) | |
| Debtors. | ) | **Objections Due: February 13, 2026 at 4:00 p.m. (ET)** |
| | ) | **Hearing Date: March 11, 2026 at 10:00 a.m. (ET)** |
| _____ | ) | |

**NOTICE OF RESCHEDULED HEARING REGARDING MORDECHAI FERDER, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE HAIM FAMILY TRUST'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**PLEASE TAKE NOTICE** that on January 27, 2026, the undersigned counsel filed the Mordechai Ferder, Individually And In His Capacity As Trustee Of The Haim Family Trust's Motion For Relief From The Automatic, Or Alternatively To Lift The Stay To Allow For The Pursuit Of Such Claims  (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** THAT THE   HEARING ON THE MOTION HAS BEEN RESCHEDULED TO **March 11, 2026 AT 10:00 a.m. (ET)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6th FLOOR, COURTROOM #1, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **February 13, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served so as to be received on or before the Objection Deadline by the undersigned counsel.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtors' U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, CA 92660.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 5, 2026

/s/  Jeffrey M. Schlerf
Jeffrey M. Schlerf (No. 3047)
STINSON LLP
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

-and-

Sandford L. Frey (admitted pro hac vice))
Stinson, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (310) 730-7044
Email:  Sandford.frey@stinson.com

CORE/9995000.0044.0040/237958140.1