**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al*.,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTER
SCHEDULED FOR FEBRUARY 25, 2026, AT 1:30 P.M. (ET)**

**NO MATTERS ARE GOING FORWARD. THE HEARING IS CANCELLED WITH
THE PERMISSION OF THE COURT.**

## RESOLVED MATTERS

1.  Special Committee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination [D.I. 319, 1/29/26]

    Objection Deadline:   February 11, 2026 at 4:00 p.m. (ET)

    Related Documents:

    A.  Amended Notice of the Special Committee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination [D.I. 331, 2/3/26]

    B.  Paul and Cassandra Hazen's Joinder of the Special Committee's Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 Authorizing Examination [D.I. 365, 2/10/26]

    C.  Notice of Withdrawal [D.I. 390, 2/20/26]

    Objection Filed:      None.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2]  **Amendments appear in bold.**

Status: This matter has been withdrawn.

2.      Motion of Debtors for an Order (A) Authorizing the Debtors to (I) Reject an Unexpired Lease of Nonresidential Real Property, and (II) Abandon any Remaining Personal Property Located at the Leased Premises, Both Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 325, 1/30/26]

Objection Deadline:    February 13, 2026 at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 381, 2/17/26]

    B.    Order (A) Authorizing the Debtors to (I) Reject an Unexpired Lease of Nonresidential Real Property, and (II) Abandon any Remaining Personal Property Located at the Leased Premises, Both Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 383, 2/18/26]

Objections Filed:    None.

Status: An order has been entered.

3.      Motion for Entry of an Order Pursuant to 11 U.S.C. § 363 Authorizing Debtors to (I) Satisfy Costs of Pool Counsel in Connection with Special Committee Investigation and (II) Reimburse Prepetition Costs of Employee Outside Counsel in Connection with Special Committee Investigation [D.I. 329, 2/2/26]

Objection Deadline:    February 18, 2026, at 4:00 p.m. (ET)

Related Documents:

    A.    Certificate of No Objection [D.I. 384, 2/19/26]

    B.    Order Authorizing the Debtors to (I) Satisfy Costs of Pool Counsel in Connection with Special Committee Investigation and (II) Reimburse Prepetition Costs of Employee Outside Counsel in Connection with Special Committee Investigation [D.I. 389, 2/20/26]

Objections Filed:    None.

Status:  An order has been entered.

4.      Motion of Debtors for Entry of an Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 336, 2/4/26]

Objection Deadline:    February 18, 2026, at 4:00 p.m. (ET)

Related Documents:

    A. Certificate of No Objection [D.I. 385, 2/19/26]

    B. Order Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 [D.I. 387, 2/20/26]

Objections Filed:    None.

Status: An order has been entered.

5.    Motion of Debtors for Entry of an Order Approving the Settlement Agreement Among Lugano Diamonds & Jewelry Inc. and Urbinder Developments Ltd. [D.I. 338, 2/4/26]

Objection Deadline:    February 18, 2026, at 4:00 p.m. (ET)

Related Documents:

    A. Certificate of No Objection [D.I. 386, 2/19/26]

    B. Order Approving the Settlement Agreement Among Lugano Diamonds & Jewelry Inc. and Urbinder Developments Ltd. [D.I. 388, 2/20/26]

Objections Filed:    None.

Status: An order has been entered.

**MATTERS PENDING UNDER CERTIFICATION OF COUNSEL**

6.    Debtors' Motion for an Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors Is a Lessee [D.I. 337, 2/4/26]

Objection Deadline:    February 18, 2026, at 4:00 p.m. (ET)

Related Documents:

    A. Certification of Counsel [D.I. 391, 2/23/26]

    B. **Order Extending the Deadline for the Debtors to Assume or Reject Unexpired Leases of Non-Residential Real Property Under Which Any of the Debtors Is a Lessee [D.I. 395, 2/24/26]**

Objections Filed:

    A. Informal response from 620 NCD LLC, 660 Newport Center Drive LLC, Fashion Island Retail LLC, Irvine Management Company, and The Irvine Company, LLC

Status: **An order has been entered.**

7.    Bulley & Andrews, LLC's Motion for an Order Lifting the Automatic Stay, to the Extent Applicable, to Enforce Mechanics Liens [D.I. 369, 2/11/26]

Objection Deadline:    February 18, 2026, at 4:00 p.m. (ET), *extended for the Debtors to February 23, 2026 at 12:00 p.m. (ET)*

Related Documents:

   A.  Certification of Counsel [D.I. 392, 2/23/26]

   B.  **Order Granting Bulley & Andrews, LLC's Motion for an Order Lifting the Automatic Stay, to Extent Applicable, to Enforce Mechanics Liens [D.I. 396, 2/24/26]**

Objections Filed:

   A.  Informal response from the Debtors

Status: **An order has been entered.**

*[Signature Page Follows]*

Dated: February 24, 2026
     Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:  emorton@ycst.com
      sbeach@ycst.com
      sborovinskaya@ycst.com
      bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email:   tkeller@kbkllp.com
      tshafroth@kbkllp.com
      sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*