**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

**Objections Due: March 23, 2026 at 4:00 P.M. (ET)**
**Hearing Date:  To be scheduled if necessary**

**NOTICE OF SECOND MONTHLY FEE APPLICATION FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES OF FORCE TEN ADVISORS, LLC**
**AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR THE PERIOD FROM**
**JANUARY 1, 2026 THROUGH JANUARY 31, 2026**

**PLEASE TAKE NOTICE** that on March 2, 2026, Force Ten Advisors, LLC, financial advisor to the official committee of unsecured creditors (the "**Committee**"), filed its *Second Monthly Fee Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for the Period From January 1, 2026 Through January 31, 2026* (the "**Application**"), seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $168,107.50 and reimbursement for actual and necessary expenses in the amount of $6166.35. A copy of the Application is attached hereto for service upon you.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

4917-6967-4642.2 53772.00002

of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Court**") on or before **March 23, 2026 at 4:00 p.m. Eastern Time**.

The Application is submitted pursuant to the *Order (A) Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (B) Granting Related Relief* entered on December 15, 2025 [Docket No. 193] (the "**Administrative Order**").

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following parties (the "**Fee Notice Parties**"): (a) the Debtors, 620 Newport Center Dr., Ste 100, Newport Beach, CA 92660, Attn: J. Michael Issa (missa@glassratner.com); (b) counsel for the Debtors, (i) Keller Benvenutti Kim LLP, 101 Montgomery Street, Suite 1950, San Francisco, CA 94104, Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Scott J. Friedman (sfriedman@kbkllp.com); and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach (sbeach@ycst.com), and Timothy R. Powell (tpowell@ycst.com); (c) counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender, (i) Squire Patton Boggs (US) LLP, 1000 Key Tower 127 Public Square, Cleveland, OH 44114, Attn: Peter R. Morrison, Esq. (peter.morrison@squirepb.com), and (ii) Polsinelli PC, as Delaware counsel to the DIP Lender and Prepetition Lender, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Shanti Katona (skatona@polsinelli.com); (d) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Timothy Fox (timothy.fox@usdoj.gov); (e) counsel to the Committee, (i) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, DE 19801, Attn.: James E. O'Neill (joneill@pszjlaw.com); (ii) Pachulski

Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., 13thh Floor, Los Angeles, California 90067

Jeffrey N. Pomerantz (jpomerantz@pszjlaw.com) and Jordan A. Kroop (jkroop@pszjlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS ARE FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, THEN 80% OF FEES AND 100% OF EXPENSES REQUESTED IN THE APPLICATION MAY BE PAID PURSUANT TO THE ADMINISTRATIVE ORDER WITHOUT FURTHER HEARING OR ORDER OF THE COURT.

IF A TIMELY OBJECTION IS FILED AND SERVED, A HEARING ON THE APPLICATION WILL BE HELD AT A DATE AND TIME TO BE DETERMINED.

*[ Remainder of Page Intentionally Left Blank ]*

4917-6967-4642.2 53772.00002                              3

Dated:    March 2, 2026            Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill, Esq. (DE Bar No. 4042)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Email:        joneill@pszjlaw.com
              ecorma@pszjlaw.com

- and -

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Jordan A. Kroop, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:    (310) 277-6910
Email:        jpomerantz@pszjlaw.com
              jkroop@pszjlaw.com

- and -

John A. Morris, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:    (212) 561-7700
Email:        jmorris@pszjlaw.com

*Counsel to the*
*Official Committee of Unsecured Creditors*

4917-6967-4642.2 53772.00002