**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 312** |

**ORDER APPROVING THE STIPULATION OF THE DEBTORS AND MORDECHAI HAIM FERDER, INDIVIDUALLY AND AS TRUSTEE OF THE HAIM FAMILY TRUST GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of the *Certification of Counsel Regarding Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Granting Limited Relief from the Automatic Stay* (the "Certification of Counsel") and the *Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Granting Limited Relief from the Automatic Stay* (the "Stipulation")[2] entered into by, between and among the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Mordechai Haim Ferder, individually and as trustee of the Haim Family Trust, (in such capacities, "Ferder", and together with the Debtors, the "Parties") attached to this order (this "Order") as **Exhibit A**, and upon consideration of *Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay* [Docket No. 312] (the "Stay Relief Motion"); and it appearing that this Court

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

34081538.3

has jurisdiction to consider the Stipulation pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that venue of the above-captioned chapter 11 cases (the "Chapter 11 Cases") in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Certification of Counsel, the Stipulation, and the Stay Relief Motion; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.      The Stipulation is approved.

2.      The Stipulation shall be effective immediately upon entry of this Order and the provisions of Federal Rule of Bankruptcy Procedure 4001(a)(4) are waived.

3.      The automatic stay is hereby modified pursuant to 11 U.S.C. § 362(d) solely to the extent necessary to permit Ferder to file (but not prosecute) counterclaims (the "Counterclaims") in the action captioned *Lugano Diamonds & Jewelry Inc. v Mordechai Ferder et al.* (the "State Court Action"), which pending State Court Action was removed by Plaintiff, Lugano Diamonds and Jewelry Inc., Debtor and Debtor in Possession, ("Lugano") from the Orange County Superior Court of the State of California ("State Court") to the United States District Court for the Central District of California (Case No. 8:25-cv-02845 FWS-JDE)(the "California District Court") where it is currently pending subject to the Remand Motion (as defined in the Stipulation) filed by Ferder. Except as modified in this Paragraph and in Paragraph 4(a)(ii) below, the automatic stay shall remain in full force and effect without prejudice to further or additional relief.

34081538.3

2

4.    The hearing on the Stay Relief Motion is adjourned as provided below:

a.    If the California District Court grants *Plaintiff Lugano Diamonds & Jewelry Inc.'s Motion to Transfer to United States Bankruptcy Court for the District of Delaware* (the "Venue Transfer Motion") and venue of the District Court Action is transferred to this Court, (i) the Counterclaims may be asserted in connection with an adversary proceeding (an "Adversary Proceeding") pending in this Court, and (ii) to the extent the automatic stay is applicable to the Counterclaims in such Adversary Proceeding, the automatic stay is hereby modified to permit the Counterclaims in be prosecuted in such Adversary Proceeding.

b.    If the California District Court denies the Venue Transfer Motion, the Stay Relief Motion shall be adjourned until the next omnibus hearing in these Chapter 11 Cases that is at least 10 days after the California District Court enters an order denying the Venue Transfer Motion, or such other date as the Parties may agree.  The Debtors, the Official Committee of Unsecured Creditors, and any other party may file a response no later than 7 days after the California District Court enters such order, or such later date as the Parties may agree.  Ferder may file his reply 2 days prior to the continued hearing on the Stay Relief Motion.

5.    The Stipulation and this Order are being entered into solely as an interim accommodation to avoid unnecessary legal expenses and the Stipulation and this Order shall not affect or impair the jurisdiction and venue arguments of the Parties which are expressly preserved; and shall not affect or impair the rights and defenses of the Parties with respect to the State Court Action, Remand Motion and/or Venue Transfer Motion or any of the claims or arguments of the Parties asserted therein.

34081538.3

6. The Parties are authorized to take the actions necessary to implement this Order.

7. This Court retains jurisdiction  to implement, interpret, and enforce this Order and the Stipulation.

**Dated: March 9th, 2026**
**Wilmington, Delaware**

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

34081538.3