## EXHIBIT A

## Stipulation

34081538.3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

**STIPULATION OF THE DEBTORS AND MORDECHAI HAIM FERDER,
INDIVIDUALLY AND AS TRUSTEE OF THE HAIM FAMILY TRUST
GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY**

This stipulation (this "Stipulation") is entered into by, between and among the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Mordechai Haim Ferder, individually and as trustee of the Haim Family Trust, (in such capacities, "Ferder", and together with the Debtors, the "Parties"), by and through their respective undersigned counsel.

**RECITALS**

**WHEREAS**, on June 24, 2025, Debtor Lugano Diamonds & Jewelry Inc. ("Lugano") commenced an action against Ferder (the "State Court Action") in the Superior Court of the State of California, County of Orange (the "State Court") and Lugano filed its First Amended Complaint in the State Court Action on November 26, 2025 ("FAC").

**WHEREAS**, on December 22, 2025, Lugano filed the Notice of Removal, removing the State Court Action from the State Court to the United States District Court for the Central California District Court (the "California District Court"), *Lugano Diamonds & Jewelry Inc. v*

---

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

34081538.3

*Mordechai Ferder et al.,* (Case No. 8:25-cv-02845 FWS-JDE) (such action, the "District Court Action").

**WHEREAS**, the California District Court entered an order on January 20, 2026, approving a stipulation between the Parties establishing a briefing schedule for Ferder to file a motion to remand the District Court Action to the State Court (the "Remand Motion") and Lugano to file a motion to transfer venue to this Court (the "Venue Transfer Motion"), as well as setting Ferder's deadline to file a responsive pleading.

**WHEREAS,** on January 27, 2026, Lugano filed the Venue Transfer Motion and Ferder filed the Remand Motion in the California District Court and Ferder filed a motion for relief from the automatic stay [Docket No. 312] (the "Stay Relief Motion") in the Chapter 11 Cases.

**WHEREAS**, a hearing on the Stay Relief Motion is currently scheduled for March 11, 2026.

**WHEREAS**, Ferder's time to file an answer or otherwise respond in the District Court Action has been extended until March 27, 2026.

**WHEREAS**, the Parties are entering into this Stipulation solely as an interim accommodation to avoid unnecessary legal expenses until a decision is rendered with respect to the Remand Motion and Venue Transfer Motion.

**NOW, THEREFORE**, the Parties, for good and valuable consideration, the adequacy and receipt of which is hereby acknowledged by both Parties, hereby agree and stipulate as follows:

1. The Parties agree that cause exists within the meaning of section 362(d)(1) of the Bankruptcy Code to modify the automatic stay, to the extent applicable, solely to the extent necessary to permit Ferder to file (but not prosecute) counterclaims (the "Counterclaims") in the District Court Action. The automatic stay will remain in full force and effect, except to the extent

34081538.3

3

modified pursuant to this paragraph and paragraph 2(a)(ii) below, without prejudice to further or additional relief.

2. The hearing on the Stay Relief Motion is adjourned as provided below:

   a. If the California District Court grants the Venue Transfer Motion and venue of the District Court Action is transferred to this Court, (i) the Counterclaims may be asserted in connection with an adversary proceeding (an "Adversary Proceeding") pending in this Court, and (ii) to the extent the automatic stay is applicable to the Counterclaims in such Adversary Proceeding, the automatic stay is modified by the Order approving this Stipulation to permit the Counterclaims to be prosecuted in such Adversary Proceeding.

   b. If the California District Court denies the Venue Transfer Motion, the Stay Relief Motion shall be adjourned until the next omnibus hearing in the Chapter 11 Cases that is at least 10 days after the California District Court enters an order denying the Venue Transfer Motion, or such other date as the Parties may agree. The Debtors, the Official Committee of Unsecured Creditors, and any other party may file a response no later than 7 days after the California District Court enters such order, or such later date as the Parties may agree. Ferder may file his reply 2 days prior to the continued hearing on the Stay Relief Motion.

3. The proposed order will include a request to waive the provisions of Federal Rule of Bankruptcy Procedure 4001(d)(4).

4. This Stipulation is being entered into solely as an interim accommodation to avoid unnecessary legal expenses; and this Stipulation and the proposed order shall not affect or impair the jurisdiction and venue arguments of the Parties which are expressly preserved; and shall not

34081538.3

4

affect or impair the rights and defenses of the Parties with respect to the State Court Action, Remand Motion and/or Venue Transfer Motion or any of the claims or arguments of the Parties asserted therein.

5. This Stipulation may be executed in counterparts, and electronic signatures shall be deemed as effective as originals and binding on the Parties.

6. The undersigned each represent that they have authority to execute this Stipulation on behalf of their respective clients.

Dated: March 9, 2026
Wilmington, Delaware

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
**STINSON LLP**
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

-and-

Sandford L. Frey (admitted *pro hac vice*)
**STINSON, LLP**
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (310) 730-7020
Email: sandford.frey@stinson.com

*Attorneys for Mordechai Haim Ferder,
Individually and as Trustee of the Haim Family
Trust*

34081538.3

Dated: March 9, 2026
Wilmington, Delaware

/s/ Shella Borovinskaya
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
**YOUNG CONAWAY STARGATT &
TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
     sbeach@ycst.com
     sborovinskaya@ycst.com


-and-


Tobias S. Keller *(admitted pro hac vice)*
Traci L. Shafroth *(admitted pro hac vice)*
Scott Friedman *(admitted pro hac vice)*
**KELLER BENVENUTTI KIM LLP**
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
     tshafroth@kbkllp.com
     sfriedman@ kbkllp.com

*Attorneys for Debtors and Debtors-in-Possession*

34081538.3