**Exhibit A**

**February Invoice**

4920-7729-4746.1 53772.00002



10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA  90067

Lugano Jewelers O.C.C.
-

February 28, 2026
Invoice   152844
Client    53772.00002

RE:  Chapter 11 Case

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2026

| | |
|---|---|
| FEES | $560,143.50 |
| EXPENSES | $6,365.62 |
| **TOTAL CURRENT CHARGES** | **$566,509.12** |
| **BALANCE FORWARD** | **$655,732.56** |
| **TOTAL BALANCE DUE** | **$1,222,241.68** |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:   2
Invoice 152844
February 28, 2026

---

### Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BLW | Wallen, Ben L. | Partner | 1,195.00 | 17.10 | $20,434.50 |
| CHM | Mackle, Cia H. | Partner | 1,350.00 | 55.40 | $74,790.00 |
| IAWN | Nasatir, Iain A.W. | Partner | 1,775.00 | 0.70 | $1,242.50 |
| JAM | Morris, John A. | Partner | 2,050.00 | 41.30 | $84,665.00 |
| JEO | O'Neill, James E. | Partner | 1,595.00 | 7.30 | $11,643.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 2,175.00 | 31.30 | $68,077.50 |
| MBL | Litvak, Maxim B. | Partner | 1,895.00 | 5.40 | $10,233.00 |
| RMP | Pachulski, Richard M. | Partner | 2,650.00 | 2.30 | $6,095.00 |
| JAK | Kroop, Jordan A. | Counsel | 1,750.00 | 84.80 | $148,400.00 |
| JMD | Dine, Jeffrey M. | Counsel | 1,795.00 | 65.00 | $116,675.00 |
| HRW | Winograd, Hayley R. | Associate | 1,250.00 | 1.80 | $2,250.00 |
| ATB | Bates, Andrea T. | Paralegal | 695.00 | 22.50 | $15,637.50 |
| | | | | 334.90 | $560,143.50 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    3
Invoice 152844
February 28, 2026

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AD | Asset Disposition | 0.50 | $1,087.50 |
| BL | Bankruptcy Litigation | 209.10 | $340,068.00 |
| CA | Case Administration | 6.80 | $7,811.00 |
| CO | Claims Administration and Objections | 1.40 | $2,535.00 |
| CP | PSZJ Compensation | 4.30 | $4,453.50 |
| CPO | Other Professional Compensation | 6.30 | $9,058.50 |
| EC | Contract and Lease Matters | 1.10 | $1,925.00 |
| FN | Financing/Cash Collateral/Cash Management | 3.50 | $6,617.00 |
| GC | General Creditors' Committee | 18.00 | $34,470.00 |
| IC | Insurance Coverage | 0.70 | $1,242.50 |
| PD | Plan and Disclosure Statement | 61.60 | $112,977.50 |
| SER | Seranade | 3.20 | $5,188.00 |
| SIM | Simba | 15.30 | $27,285.00 |
| SL | Stay Litigation | 3.10 | $5,425.00 |
| | | 334.90 | $560,143.50 |

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:    4

Invoice 152844

February 28, 2026

## Summary of Expenses

| Description | Amount |
| --- | --- |
| Bloomberg | $60.00 |
| Court Fees | $1,122.50 |
| Lexis/Nexis- Legal Research | $29.73 |
| Litigation Support Vendors | $1,276.00 |
| Pacer - Court Research | $89.40 |
| Online Research | $2,007.50 |
| Transcript | $72.50 |
| Westlaw - Legal Research | $1,707.99 |
| | $6,365.62 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:   5
Invoice 152844
February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Disposition** | | | | | | |
| 02/05/2026 | JNP | AD | Conference with O. Katz regarding Christoph bonus issues. | 0.20 | 2,175.00 | $435.00 |
| 02/11/2026 | JNP | AD | Conference with O. Katz regarding Christoph Pachler bonus. | 0.20 | 2,175.00 | $435.00 |
| 02/24/2026 | JNP | AD | Conference with O. Katz regarding Christoph Pachler bonus. | 0.10 | 2,175.00 | $217.50 |
| | | | | **0.50** | | **$1,087.50** |
| **Bankruptcy Litigation** | | | | | | |
| 01/02/2026 | RMP | BL | Prepare for and conference with J. Pomerantz re case issues and strategy. | 1.70 | 2,650.00 | $4,505.00 |
| 01/30/2026 | RMP | BL | Telephone conference with J. Pomerantz re post-confirmation issues. | 0.60 | 2,650.00 | $1,590.00 |
| 02/01/2026 | HRW | BL | Review emails from J. Morris, E. Sussman re: topics for CODI interviews (0.2). | 0.20 | 1,250.00 | $250.00 |
| 02/01/2026 | JAM | BL | Draft e-mail w/ potential interview topics for CODI (0.8); e-mails w/ PSZJ, Force 10, Special Committee re: CODI interview topics (0.1); revise list of CODI interview topics (0.1). | 1.00 | 2,050.00 | $2,050.00 |
| 02/01/2026 | MBL | BL | Emails with team re CODI interview topics. | 0.10 | 1,895.00 | $189.50 |
| 02/02/2026 | JAM | BL | Zoom call w/ J. Pomerantz, E. Sussman, T. Schmeltz re: Special Committee investigation and related matters (0.5); Zoom call w/ J. Pomerantz, J. Kroop, Force 10 re: litigation issues (0.7). | 1.20 | 2,050.00 | $2,460.00 |
| 02/02/2026 | JAM | BL | E-mails w/ E. Sussman, B. Glassman, others re: interviews (0.1); e-mails w/ K. Basaria, E. Sussman, others re: GT draft Protective Order and related matters (0.1); review of Forbes article on Lugano (0.3). | 0.50 | 2,050.00 | $1,025.00 |
| 02/02/2026 | JEO | BL | Emails with PSZJ team regarding status of 2/3 hearing | 0.40 | 1,595.00 | $638.00 |
| 02/02/2026 | JEO | BL | Review agenda canceling 2/3 hearing | 0.20 | 1,595.00 | $319.00 |
| 02/02/2026 | JNP | BL | Weekly call with Barnes & Thornburg and J. Morris regarding investigation. | 0.50 | 2,175.00 | $1,087.50 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    6
Invoice 152844
February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2026 | JNP | BL | Weekly update call with Force 10, J. Morris and J. Kroop. | 0.70 | 2,175.00 | $1,522.50 |
| 02/02/2026 | JNP | BL | Conference with B. Weiss regarding accounting reports. | 0.10 | 2,175.00 | $217.50 |
| 02/02/2026 | JNP | BL | Read Forbes article regarding Moti and CODI. | 0.20 | 2,175.00 | $435.00 |
| 02/02/2026 | JNP | BL | Emails regarding Grant Thornton 2004. | 0.10 | 2,175.00 | $217.50 |
| 02/03/2026 | ATB | BL | Download and process GT production on Everlaw; correspond with team regarding same. | 0.70 | 695.00 | $486.50 |
| 02/03/2026 | JAM | BL | Zoom call w/ E. Sussman, J. Pomerantz re: investigation issues (0.4); tel c. w/ J. Pomerantz re: litigation issues (0.5). | 0.90 | 2,050.00 | $1,845.00 |
| 02/03/2026 | JAM | BL | Review draft discovery demands for Moti (0.5); communications w/ E. Sussman re: comments on draft discovery demands for Motion (0.2); analysis of 2022 10-K (for FY 2021) (0.8). | 1.50 | 2,050.00 | $3,075.00 |
| 02/03/2026 | JMD | BL | Review Debtor-provided documents (2.0). | 2.00 | 1,795.00 | $3,590.00 |
| 02/03/2026 | JNP | BL | Conference with E. Sussman and J. Morris regarding discovery issues. | 0.50 | 2,175.00 | $1,087.50 |
| 02/03/2026 | JNP | BL | Conference with J. Morris regarding call with Squires regarding discovery issues. | 0.50 | 2,175.00 | $1,087.50 |
| 02/03/2026 | JNP | BL | Conference with J. Kroop regarding committee memo regarding pool counsel; review and revise email to committee regarding same. | 0.20 | 2,175.00 | $435.00 |
| 02/04/2026 | ATB | BL | Download documents from debtors' data site and organize on VFR. | 2.30 | 695.00 | $1,598.50 |
| 02/04/2026 | BLW | BL | Reserch re: litigation cliams. | 4.30 | 1,195.00 | $5,138.50 |
| 02/04/2026 | HRW | BL | Communicate with J. Morris, J. Dine re: equitable subordination issues (0.2). | 0.20 | 1,250.00 | $250.00 |
| 02/04/2026 | HRW | BL | Review email from S. Kane re: interview topics for CODI investigation (0.1). | 0.10 | 1,250.00 | $125.00 |

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:   7

Invoice 152844

February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2026 | JAM | BL | E-mail to Reeves, J. Pomerantz re: meet and confer concerning Moti (0.1); tel c. w/ J. Pomerantz re: litigation matters (0.1); Zoom call w/ E. Sussman, Sidley re: GT document production (0.3). | 0.50 | 2,050.00 | $1,025.00 |
| 02/04/2026 | JAM | BL | Tel c. w/ J. Pomerantz re: litigation matters (0.2); review litigation e-mails (0.3) | 0.50 | 2,050.00 | $1,025.00 |
| 02/04/2026 | JMD | BL | Emails re investigation standards (0.5). Review Debtor-provided documents (3.0). Telephone conference J. Morris (0.2). | 3.70 | 1,795.00 | $6,641.50 |
| 02/04/2026 | JNP | BL | Conference with B/ Weiss regarding forensic accounting issues. | 0.20 | 2,175.00 | $435.00 |
| 02/04/2026 | JNP | BL | Conference with J. Morris regarding litigation status and related (multiple). | 0.60 | 2,175.00 | $1,305.00 |
| 02/05/2026 | ATB | BL | Coordinate and process upload of Lugano production to Everlaw. | 1.10 | 695.00 | $764.50 |
| 02/05/2026 | BLW | BL | Continue Litigation Claim research. | 1.40 | 1,195.00 | $1,673.00 |
| 02/05/2026 | HRW | BL | Review emails from S. Kane, J. Morris, E. Sussman re: interview topics for CODI witnesses (0.3). | 0.30 | 1,250.00 | $375.00 |
| 02/05/2026 | HRW | BL | Email with A. Bates, J. Morris, J. Dine re: CODI document production (0.2). | 0.20 | 1,250.00 | $250.00 |
| 02/05/2026 | HRW | BL | Call with A. Bates re: CODI document production (0.1). | 0.10 | 1,250.00 | $125.00 |
| 02/05/2026 | JAK | BL | Confer with J. Minga re Simba-related issues. | 0.50 | 1,750.00 | $875.00 |
| 02/05/2026 | JAM | BL | Review e-mails re: cash collateral, discovery (0.4); e-mail to Squire Sanders, E. Sussman, J. Pomerantz re: CODI interviews and discovery (0.5). | 0.90 | 2,050.00 | $1,845.00 |
| 02/05/2026 | JNP | BL | Conference with J. Reeves, S. Frey and J. Morris regarding case issues. | 0.50 | 2,175.00 | $1,087.50 |
| 02/05/2026 | JNP | BL | Conference with J. Morris regarding litigation and discovery. | 0.20 | 2,175.00 | $435.00 |
| 02/06/2026 | BLW | BL | Continue litigation claim research. | 2.90 | 1,195.00 | $3,465.50 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:   8
Invoice 152844
February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2026 | JAM | BL | Zoom call w/ E. Sussman, J. Pomerantz re: litigation update (0.5); Zoom call w/ J. Pomeantz, J. Kroop, Force 10 re: litigation update (0.7). | 1.20 | 2,050.00 | $2,460.00 |
| 02/09/2026 | JAM | BL | Zoom call w/ professionals and D. Beckham (FTI)  re: litigation trustee appointment (0.7);Zoom call w/ professionals and Michael Goldberg re: litigation trustee appointment (0.7). | 1.40 | 2,050.00 | $2,870.00 |
| 02/09/2026 | JNP | BL | Participate in weekly meeting with Barnes & Thornburg and J. Morris. | 0.70 | 2,175.00 | $1,522.50 |
| 02/09/2026 | JNP | BL | Conference with Force 10, J. Kroop and J. Morris regarding litigation issues. | 0.70 | 2,175.00 | $1,522.50 |
| 02/09/2026 | JNP | BL | Conference with A. Wazana regarding litigation issues and related (2x). | 0.50 | 2,175.00 | $1,087.50 |
| 02/10/2026 | ATB | BL | Attend document review meeting. | 0.50 | 695.00 | $347.50 |
| 02/10/2026 | ATB | BL | Download and organize special committee data site documents; and debtors documents; organize same on VFR. | 1.60 | 695.00 | $1,112.00 |
| 02/10/2026 | BLW | BL | Continue researching claims. | 0.80 | 1,195.00 | $956.00 |
| 02/10/2026 | CHM | BL | Emails with J. Morris re litigation availability (.1); attend Zoom call with Force 10 (.5); attend Zoom call with litigation team (.8); begin review of relevant documents and email re document universe (1.9). | 3.30 | 1,350.00 | $4,455.00 |
| 02/10/2026 | HRW | BL | Review emails from J. Morris re: interview topics for CODI witnesses (0.1). | 0.10 | 1,250.00 | $125.00 |
| 02/10/2026 | HRW | BL | Review emails from A. Bates, J. Dine re: document production issues (0.2). | 0.20 | 1,250.00 | $250.00 |
| 02/10/2026 | HRW | BL | Review emails from J. Manga re: index of dataroom (0.1). | 0.10 | 1,250.00 | $125.00 |
| 02/10/2026 | JAM | BL | Tel c. w/ J. Dine re: document review (0.1); e-mail to S. Kane, B. Glassman, E. Sussman, J. Pomerantz re: CODI interviews and discovery (0.2). | 0.30 | 2,050.00 | $615.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    9
Invoice 152844
February 28, 2026

| Date | Atty | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2026 | JAM | BL | Zoom call w/ Force 10, J. Dine, C. Mackle (partial) re: discovery and document issues (0.4); Zoom call w/ C. Mackle, J. Dine, A. Bates re: discovery and documents (0.8); tel c. w/ J. Pomerantz re: litigation matters (0.1). | 1.30 | 2,050.00 | $2,665.00 |
| 02/10/2026 | JMD | BL | Zoom conference J. Morris, A. Meislik, B. Weiss, J. Pomerantz re investigation (0.5). Draft email re investigation document and database issues (1.0). | 1.50 | 1,795.00 | $2,692.50 |
| 02/10/2026 | JNP | BL | Conference with J. Kroop regarding  call with E. Sussman regarding White Mountain. | 0.10 | 2,175.00 | $217.50 |
| 02/10/2026 | JNP | BL | Conference with J. Morris regarding information regarding bank accounts and related. | 0.30 | 2,175.00 | $652.50 |
| 02/10/2026 | JNP | BL | Review Miami landlord proof of claim and emails regarding same. | 0.10 | 2,175.00 | $217.50 |
| 02/10/2026 | JNP | BL | Conference with J. Morris regarding litigation issues. | 0.10 | 2,175.00 | $217.50 |
| 02/11/2026 | BLW | BL | Continue researching litigaition claims. | 2.20 | 1,195.00 | $2,629.00 |
| 02/11/2026 | CHM | BL | Review of CODI related documents including board minutes and presentations (8.4); coordinate document review capabilities with A. Bates (.2). | 8.60 | 1,350.00 | $11,610.00 |
| 02/11/2026 | HRW | BL | Review emails from J. Morris, N. He, S. Kane re: interview topics for CODI witnesses (0.2). | 0.20 | 1,250.00 | $250.00 |
| 02/11/2026 | JAM | BL | E-mails w/ A. Bates, Force 10 re: document review issues (0.2); interview of Sage Huse w/ T. Schmeltz, E. Sussman, others (signed off a bit early) (2.9). | 3.10 | 2,050.00 | $6,355.00 |
| 02/11/2026 | JNP | BL | Review and respond to emails from E. Susman regarding 2004 joinder by creditor. | 0.10 | 2,175.00 | $217.50 |
| 02/11/2026 | JNP | BL | Conference with J. Kroop regarding contacting creditor who joined in 2004. | 0.10 | 2,175.00 | $217.50 |
| 02/12/2026 | CHM | BL | Continue review of CODI board documents and SEC filings. | 6.50 | 1,350.00 | $8,775.00 |
| 02/12/2026 | HRW | BL | Review email from S. Kane re: interview topics for CODI investigation (0.1). | 0.10 | 1,250.00 | $125.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    10
Invoice 152844
February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/12/2026 | JAM | BL | Interview of Kim Birch w/ E. Sussman, T. Schmetlz (3.0); e-mail to E. Sussman re: Moti account information (0.2); review documents and e-mail to E. Sussman, C. Underwood, J. Pomerantz re: Moti account information (0.3). | 3.50 | 2,050.00 | $7,175.00 |
| 02/12/2026 | JMD | BL | Review Grant Thornton documents (6.5). | 6.50 | 1,795.00 | $11,667.50 |
| 02/13/2026 | CHM | BL | Review of CODI-related documents and begin drafting timeline. | 4.30 | 1,350.00 | $5,805.00 |
| 02/15/2026 | JMD | BL | Review Grant Thornton documents (0.5). Research re inventory accounting control issues (0.5). | 1.00 | 1,795.00 | $1,795.00 |
| 02/16/2026 | JMD | BL | Review Grant Thornton documents (3.0). | 3.00 | 1,795.00 | $5,385.00 |
| 02/17/2026 | ATB | BL | Download and process for upload to Everlaw the CODI UCC SC Vol003 production. | 0.60 | 695.00 | $417.00 |
| 02/17/2026 | CHM | BL | Telephone conference re AI capabilities on database (.2); telephone conference with A. Bates re same (.3); catalog documents on Everlaw (1.0). | 1.50 | 1,350.00 | $2,025.00 |
| 02/17/2026 | JAK | BL | Analyze and heavily edit opposition to motion to remand Lugano v. Ferder (1.5); email to counsel for Special Committee re same (0.2); attend hearing in Simba case (0.6). | 2.30 | 1,750.00 | $4,025.00 |
| 02/17/2026 | JAK | BL | Confer with counsel for Hazens re interview / deposition of Jane Selin (0.6); emails with E. Sussman re same (0.1). | 0.70 | 1,750.00 | $1,225.00 |
| 02/17/2026 | JMD | BL | Emails re document review and production (0.3).  Review CODI UCC volume 3 production (0.8). | 1.10 | 1,795.00 | $1,974.50 |
| 02/18/2026 | ATB | BL | Download and process Lugano VOL004 production and upload to Everlaw. | 0.70 | 695.00 | $486.50 |
| 02/18/2026 | ATB | BL | Download and process Lugano GT Vol002 for upload to Everlaw. | 0.70 | 695.00 | $486.50 |
| 02/18/2026 | CHM | BL | Telephone conference re document collection (.7); review documents on Everlaw (.3); review documents in data room and SEC filings and continue investigation (4.9). | 5.90 | 1,350.00 | $7,965.00 |
| 02/18/2026 | JAM | BL | Terri Shaffer interview w/ E. Sussman, A. Meislik, S. Kane, B. Glassman (3.6); tel c. w/ E. Sussman re: Shaffer interview (0.1). | 3.70 | 2,050.00 | $7,585.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    11
Invoice 152844
February 28, 2026

| Date | Init. | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2026 | JAM | BL | Zoom call w/ C. Mackle, J. Dine re: investigation/complaint (0.7); e-mail to PSZJ/Force 10 teams re: litigation strategy (0.8). | 1.50 | 2,050.00 | $3,075.00 |
| 02/18/2026 | JMD | BL | Zoom conference J. Morris, C. Mackle, (0.7). Review Lugano documents (1.4). | 2.10 | 1,795.00 | $3,769.50 |
| 02/19/2026 | ATB | BL | Download and reprocess Lugano Vol004 for re-upload to Everlaw; correspond with J. Minga re: same. | 0.80 | 695.00 | $556.00 |
| 02/19/2026 | CHM | BL | Continue review of documents in connection with CODI investigation and continue preparation of timeline. | 3.30 | 1,350.00 | $4,455.00 |
| 02/19/2026 | JAK | BL | Assess new hearing dates and deadlines for plan process and pending matters in Simba case. | 0.40 | 1,750.00 | $700.00 |
| 02/19/2026 | JAM | BL | E-mail to E. Sussman, C. Underwood, J. Pomerantz, C. Mackle, J. Dine re: documents and discovery (0.5); meet w/ J. Pomerantz re: investigation issues (0.2); meet w/ J. Pomerantz re: post-confirmation trustee issues (0.2). | 0.90 | 2,050.00 | $1,845.00 |
| 02/19/2026 | JMD | BL | Review and analyze CODI 10-Ks (4.2). | 4.20 | 1,795.00 | $7,539.00 |
| 02/19/2026 | JNP | BL | Conference with J. Morris regarding investigation issues. | 0.30 | 2,175.00 | $652.50 |
| 02/19/2026 | MBL | BL | Review CODI claims summary from J. Morris. | 0.10 | 1,895.00 | $189.50 |
| 02/20/2026 | ATB | BL | Download Lugano GT volume 3 production; upload to Everlaw. | 0.60 | 695.00 | $417.00 |
| 02/20/2026 | CHM | BL | Continue review of documents in connection with CODI investigation and continue preparation of timeline. | 5.00 | 1,350.00 | $6,750.00 |
| 02/20/2026 | JAM | BL | E-mails w/ E. Sussman, J. Pomerantz, others re: Selin interview/deposition (0.2). | 0.20 | 2,050.00 | $410.00 |
| 02/20/2026 | JMD | BL | Review and analyze CODI 10-Ks (4.4). | 4.40 | 1,795.00 | $7,898.00 |
| 02/20/2026 | JNP | BL | Review emails regarding Selin interview. | 0.10 | 2,175.00 | $217.50 |
| 02/21/2026 | JMD | BL | Review CODI SEC filings and litigation filings (3.5). | 3.50 | 1,795.00 | $6,282.50 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    12
Invoice 152844
February 28, 2026

| Date | Initials | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/23/2026 | BLW | BL | Begin outlining research memorandum re: litigation research. | 1.20 | 1,195.00 | $1,434.00 |
| 02/23/2026 | JAM | BL | Call w/ T. Schmeltz, E. Sussman, C. Underwood re: investigation issues (0.9); Zoom call w/ J. Kroop, Force 10 re: investigation issues/factual development (1.2). | 2.10 | 2,050.00 | $4,305.00 |
| 02/23/2026 | JMD | BL | Factual research for CODI complaint (7.5). | 7.50 | 1,795.00 | $13,462.50 |
| 02/24/2026 | ATB | BL | Correspond with J. Morris re: B&T docs; review productions re: same. | 0.60 | 695.00 | $417.00 |
| 02/24/2026 | BLW | BL | Outline legal research memorandum re: litigation claim. | 0.40 | 1,195.00 | $478.00 |
| 02/24/2026 | CHM | BL | Attend Zoom conference with Force 10 and PSZJ litigation team (1.2); continue review of documents in connection with CODI investigation (4.8). | 6.00 | 1,350.00 | $8,100.00 |
| 02/24/2026 | JAK | BL | Emails with debtors' litigation counsel re remand motion status (0.2). | 0.20 | 1,750.00 | $350.00 |
| 02/24/2026 | JAM | BL | Zoom call w/ Force 10, J. Pomerantz, C. Mackle, J. Dine re: investigation issues (1.2); e-mails w/ C. Underwood, E. Sussman re: email requests of CODI and related matters (0.4); review report of CODI shareholder demand for liquidation (0.3). | 1.90 | 2,050.00 | $3,895.00 |
| 02/24/2026 | JAM | BL | E-mails w/ C. Mackle, J. Dine, A. Bates re: document production and review (0.2); review documents (2.9); tel c. w/ J. Pomerantz re: investigation progress (0.4). | 3.50 | 2,050.00 | $7,175.00 |
| 02/24/2026 | JEO | BL | Review status of matters scheduled for hearing and review agenda canceling hearing | 0.60 | 1,595.00 | $957.00 |
| 02/24/2026 | JMD | BL | Factual research for CODI complaint (5.5). Telephone call Adam Meislik (Fore 10) re compaint issues (.3).  Zoom conference J. Morris, J. Pomerantz re complaint issues (1.2). | 7.00 | 1,795.00 | $12,565.00 |
| 02/24/2026 | JNP | BL | Conference with PSZJ and Force10 regarding status of investigation. | 1.20 | 2,175.00 | $2,610.00 |
| 02/24/2026 | JNP | BL | Conference with J. Morris regarding status of investigation and related issues. | 0.40 | 2,175.00 | $870.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    13
Invoice 152844
February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/25/2026 | ATB | BL | Search B&T production for interview summaries; review iManage site containing "read only" versions of same; correspond with J. Morris re: same. | 0.70 | 695.00 | $486.50 |
| 02/25/2026 | ATB | BL | Correspond with J. Minga re: deletion of Lugano Vol005 production; delete production from Everlaw. | 0.60 | 695.00 | $417.00 |
| 02/25/2026 | BLW | BL | Continue outlining litigation memorandum re: litigation claims. | 2.90 | 1,195.00 | $3,465.50 |
| 02/25/2026 | BLW | BL | Call with Mr. Morris and Mr. Pomerantz (partial) re: litigation research, investigation, next steps. | 1.00 | 1,195.00 | $1,195.00 |
| 02/25/2026 | CHM | BL | Attend call with PSZJ litigation team re CODI (.6); continue review of documents and begin formulating complaint sections (6.1). | 6.70 | 1,350.00 | $9,045.00 |
| 02/25/2026 | JAM | BL | Zoom call w/ C. Mackle, J. Dine re: investigation issues (0.5); tel c. w/ M. Harvey re: investigation issues (0.2); Zoom call w/ B. Wallen, J. Pomerantz (partial) re: legal issues and case law (1.0). | 1.70 | 2,050.00 | $3,485.00 |
| 02/25/2026 | JAM | BL | Zoom call w/ J. Pomerantz, M. Harvey, A. Wazana re: facts pertaining to investigation (1.0); e-mail to E. Sussman, C. Underwood, J. Pomerantz, C. Mackle re: discovery diligence items (0.5); e-mails w/ E. Sussman re: discovery diligence items (0.2). | 1.70 | 2,050.00 | $3,485.00 |
| 02/25/2026 | JMD | BL | Zoom J. Morris, C. Mackle re drafting complaint (0.5)  Draft CODI subordination complaint (6.5). | 7.00 | 1,795.00 | $12,565.00 |
| 02/25/2026 | JNP | BL | Conference with J. Morris and B. Wallen regarding research claim theories. | 0.80 | 2,175.00 | $1,740.00 |
| 02/25/2026 | JNP | BL | Conference with Committee member, counsel and J. Morris regarding  litigation theories. | 1.00 | 2,175.00 | $2,175.00 |
| 02/26/2026 | CHM | BL | Telephone conference with PSZJ litigation team re Lugano investigation (.8); review documents in Everlaw re Goldman Sachs attempted sale and create sale timeline (3.5). | 4.30 | 1,350.00 | $5,805.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    14
Invoice 152844
February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/26/2026 | JAM | BL | Zoom call w/ Force 10, J. Dine, C. Mackle re: investigation issues (0.7); draft follow up diligence requests (0.3); e-mails w/ Force 10, J. Dine re: follow up diligence requests (0.3). | 1.30 | 2,050.00 | $2,665.00 |
| 02/26/2026 | JMD | BL | Zoom conference J. Morris, C. Mackle, Force 10 re complaint fact gathering (0.7).  Draft fact section of CODI complaint (5.5). | 6.20 | 1,795.00 | $11,129.00 |
| 02/27/2026 | ATB | BL | Correspond with Everlaw re: CODI UCC-SC Vol004 production upload and resolve issues. | 0.50 | 695.00 | $347.50 |
| 02/27/2026 | ATB | BL | Correspond with J. Minga re: replacement Lugano production files; download and process same for upload to Everlaw. | 0.70 | 695.00 | $486.50 |
| 02/27/2026 | ATB | BL | Download and process Lugano Vol005 production to Everlaw. | 0.70 | 695.00 | $486.50 |
| 02/27/2026 | JAM | BL | E-mail to E. Sussman, C. Underwood re: supplemental document requests (0.2); tel c. w/ E. Sussman, C. Underwood, J. Pomerantz re: investigation issues, discovery (0.6). | 0.80 | 2,050.00 | $1,640.00 |
| 02/27/2026 | JAM | BL | Review of CODI financials and e-mail to J. Pomerantz, J. Dine, C. Mackle re: same (0.2). | 0.20 | 2,050.00 | $410.00 |
| 02/27/2026 | JNP | BL | Conference with BT and J. Morris regarding litigation issues. | 0.50 | 2,175.00 | $1,087.50 |
| 02/28/2026 | JMD | BL | Review documents re internal controls (4.3). | 4.30 | 1,795.00 | $7,718.50 |
| | | | | **209.10** | | **$340,068.00** |

**Case Administration**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/03/2026 | ATB | CA | Review bankruptcy dockets; update critical dates memos. | 0.60 | 695.00 | $417.00 |
| 02/04/2026 | JNP | CA | Conference with R. Winthrop regarding case status. | 0.20 | 2,175.00 | $435.00 |
| 02/20/2026 | ATB | CA | Update critical dates memos in Lugano, Simba and Serenade cases. | 0.80 | 695.00 | $556.00 |
| 02/20/2026 | ATB | CA | Update critical dates in related litigation cases. | 0.40 | 695.00 | $278.00 |
| 02/23/2026 | ATB | CA | Circulate 2/25 agenda to team. | 0.20 | 695.00 | $139.00 |
| 02/24/2026 | ATB | CA | Update critical dates memo for Lugano; Serenade; and Simba; and state court litigation; circulate to team. | 1.60 | 695.00 | $1,112.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:   15
Invoice 152844
February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2026 | JAK | CA | Review and analyze monthly operating reports. | 0.80 | 1,750.00 | $1,400.00 |
| 02/25/2026 | JAK | CA | Internal WIP and assignments call. | 0.50 | 1,750.00 | $875.00 |
| 02/25/2026 | JAM | CA | Internal WIP call (0.5). | 0.50 | 2,050.00 | $1,025.00 |
| 02/25/2026 | JNP | CA | Participate on team WIP call. | 0.50 | 2,175.00 | $1,087.50 |
| 02/27/2026 | ATB | CA | Update critical dates memo. | 0.70 | 695.00 | $486.50 |
| | | | | **6.80** | | **$7,811.00** |

**Claims Administration and Objections**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/09/2026 | JAK | CO | Review claims analysis from Force 10 (0.4); call with Force 10 re claims analysis (0.8). | 1.20 | 1,750.00 | $2,100.00 |
| 02/25/2026 | JNP | CO | Conference with B. Weiss regarding status of claims review. | 0.20 | 2,175.00 | $435.00 |
| | | | | **1.40** | | **$2,535.00** |

**PSZJ Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2026 | JAK | CP | Review deadlines for objections to monthly fee statements. | 0.20 | 1,750.00 | $350.00 |
| 02/05/2026 | ATB | CP | File CNO re: PSZJ first monthly. | 0.20 | 695.00 | $139.00 |
| 02/17/2026 | ATB | CP | Review January bill. | 0.70 | 695.00 | $486.50 |
| 02/24/2026 | JNP | CP | Review January bills. | 0.30 | 2,175.00 | $652.50 |
| 02/25/2026 | ATB | CP | Initial draft of January monthly. | 0.70 | 695.00 | $486.50 |
| 02/26/2026 | ATB | CP | Continue drafting January monthly fee application; correspond with J. O'Neill regarding same. | 1.30 | 695.00 | $903.50 |
| 02/27/2026 | JEO | CP | Review and provide comments to January fee application for PSZJ | 0.90 | 1,595.00 | $1,435.50 |
| | | | | **4.30** | | **$4,453.50** |

**Other Professional Compensation**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2026 | JEO | CPO | Review fee escrow and budget issues | 2.00 | 1,595.00 | $3,190.00 |
| 02/10/2026 | JEO | CPO | Emails with Debtors' counsel re  budget and fee escrow | 0.80 | 1,595.00 | $1,276.00 |

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:   16

Invoice 152844

February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/17/2026 | ATB | CPO | Draft and file CNO re: Force Ten's first monthly. | 0.30 | 695.00 | $208.50 |
| 02/17/2026 | JEO | CPO | Review status of Force 10 fee application and approve CNO for filing | 0.40 | 1,595.00 | $638.00 |
| 02/24/2026 | JEO | CPO | Analyze fee budget and fee escrow requirements and payments | 0.90 | 1,595.00 | $1,435.50 |
| 02/24/2026 | JEO | CPO | Emails with Adam Meislik re fee escrow | 0.60 | 1,595.00 | $957.00 |
| 02/27/2026 | ATB | CPO | Review Force Ten January application; revise same; draft notice. | 0.80 | 695.00 | $556.00 |
| 02/27/2026 | JEO | CPO | Review January Fee Application for Force 10 | 0.50 | 1,595.00 | $797.50 |
| | | | | **6.30** | | **$9,058.50** |

**Contract and Lease Matters**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/08/2026 | JAK | EC | Emails with J. Pomerantz and debtor's counsel re settlement with Toronto landlord (0.2). | 0.20 | 1,750.00 | $350.00 |
| 02/27/2026 | JAK | EC | Review of Irvine stipulation for lease draw on LC (0.3); email with counsel for Irvine re same (0.1); call with counsel for Irvine re same and related matters (0.5). | 0.90 | 1,750.00 | $1,575.00 |
| | | | | **1.10** | | **$1,925.00** |

**Financing/Cash Collateral/Cash Management**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2026 | JAK | FN | Assess status of cash collateral order and adjourning of hearing. | 0.30 | 1,750.00 | $525.00 |
| 02/02/2026 | MBL | FN | Emails with J. Pomerantz re budget status. | 0.10 | 1,895.00 | $189.50 |
| 02/10/2026 | JNP | FN | Review emails regarding budget and final cash collateral order. | 0.10 | 2,175.00 | $217.50 |
| 02/10/2026 | MBL | FN | Emails with team and debtor counsel re revised DIP budget; review same. | 0.10 | 1,895.00 | $189.50 |
| 02/10/2026 | MBL | FN | Review final DIP order and COC. | 0.30 | 1,895.00 | $568.50 |
| 02/20/2026 | MBL | FN | Draft lien review memo; analyze applicable loan documents and BK schedules. | 2.50 | 1,895.00 | $4,737.50 |
| 02/24/2026 | MBL | FN | Review entered final cash collateral order. | 0.10 | 1,895.00 | $189.50 |
| | | | | **3.50** | | **$6,617.00** |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    17
Invoice 152844
February 28, 2026

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **General Creditors' Committee** | | | | | | |
| 02/02/2026 | JAK | GC | Strategy discussion with PSZJ and Force 10 teams re all pending matters. | 0.70 | 1,750.00 | $1,225.00 |
| 02/02/2026 | JNP | GC | Conference with A. Rothstein regarding Term Sheet. | 0.50 | 2,175.00 | $1,087.50 |
| 02/04/2026 | JNP | GC | Email to Committee regarding interview of Liquidating Trustees. | 0.10 | 2,175.00 | $217.50 |
| 02/04/2026 | JNP | GC | Conference with A. Rothstein regarding interview of Liquidating Trustee. | 0.20 | 2,175.00 | $435.00 |
| 02/05/2026 | JNP | GC | Conference with A. Wazana and M. Harvey regarding case issues. | 0.50 | 2,175.00 | $1,087.50 |
| 02/05/2026 | JNP | GC | Conference with C. Robinson regarding plan issues. | 0.10 | 2,175.00 | $217.50 |
| 02/08/2026 | JNP | GC | Review Force 10 committee deck. | 0.20 | 2,175.00 | $435.00 |
| 02/09/2026 | JAK | GC | Prepare and edit Committee meeting agenda and weekly memo (1.4); finalize memo to Committee re pool counsel motion (0.2); email to Committee re tomorrow's meeting (0.2). | 1.80 | 1,750.00 | $3,150.00 |
| 02/09/2026 | JNP | GC | Review Agenda, memo to Committee and emails regarding same. | 0.20 | 2,175.00 | $435.00 |
| 02/09/2026 | JNP | GC | Conference with A. Rothstein .re litigation trustee issues (2x). | 0.20 | 2,175.00 | $435.00 |
| 02/10/2026 | JAK | GC | Prepare for (0.2) and conduct (1.2) Committee meeting on all current topics. | 1.40 | 1,750.00 | $2,450.00 |
| 02/10/2026 | JAM | GC | Committee call (1.2). | 1.20 | 2,050.00 | $2,460.00 |
| 02/10/2026 | JNP | GC | Participate in Committee call. | 1.20 | 2,175.00 | $2,610.00 |
| 02/13/2026 | JAK | GC | Telephone call with counsel for several unsecured creditors re case status. | 0.60 | 1,750.00 | $1,050.00 |
| 02/19/2026 | JAK | GC | Begin updating committee memo and agenda for next meeting. | 0.40 | 1,750.00 | $700.00 |
| 02/24/2026 | JAK | GC | Call with J. Pomerantz re all pending matters (0.8); emails with Force 10 re deck for Committee meeting (0.1); draft update memo and agenda for Committee meeting tomorrow (2.5). | 3.40 | 1,750.00 | $5,950.00 |

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:    18

Invoice 152844

February 28, 2026

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2026 | JNP | GC | Review and comment on materials for committee meeting. | 0.20 | 2,175.00 | $435.00 |
| 02/25/2026 | JAK | GC | Prepare for (0.2) and conduct (1.3) committee meeting re all pending matters; follow-up call with committee member (0.3). | 1.80 | 1,750.00 | $3,150.00 |
| 02/25/2026 | JAM | GC | Prepare for Committee meeting (0.7); Committee meeting re: investigation and related matters (1.2). | 1.90 | 2,050.00 | $3,895.00 |
| 02/25/2026 | JNP | GC | Review of Force 10 materials for committee call. | 0.10 | 2,175.00 | $217.50 |
| 02/25/2026 | JNP | GC | Participate on Committee call. | 1.20 | 2,175.00 | $2,610.00 |
| 02/25/2026 | JNP | GC | Conference with A. Rothstein after committee call. | 0.10 | 2,175.00 | $217.50 |
| | | | | **18.00** | | **$34,470.00** |

**Insurance Coverage**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/06/2026 | IAWN | IC | Draft paragraph summarizing travelers complaint. | 0.50 | 1,775.00 | $887.50 |
| 02/11/2026 | IAWN | IC | Telephone conference with Raver re insurance. | 0.10 | 1,775.00 | $177.50 |
| 02/11/2026 | IAWN | IC | Exchange emails with Lugano re insurance. | 0.10 | 1,775.00 | $177.50 |
| | | | | **0.70** | | **$1,242.50** |

**Plan and Disclosure Statement**

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2026 | JAK | PD | Emails with J. Pomerantz re plan term sheet revisions (0.2); extensive revisions to plan term sheet and create redline comparisons (1.1). | 1.30 | 1,750.00 | $2,275.00 |
| 02/02/2026 | JAK | PD | Continued drafting of liquidation trust agreement. | 2.20 | 1,750.00 | $3,850.00 |
| 02/02/2026 | JNP | PD | Review and revise Term Sheet for plan. | 0.50 | 2,175.00 | $1,087.50 |
| 02/02/2026 | JNP | PD | Email to Committee regarding Term Sheet. | 0.10 | 2,175.00 | $217.50 |
| 02/04/2026 | JAK | PD | Continued work on liquidation trust agreement. | 1.20 | 1,750.00 | $2,100.00 |
| 02/04/2026 | JNP | PD | Emails with FTI regarding Liquidating Trustee role (2x). | 0.20 | 2,175.00 | $435.00 |

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:    19

Invoice 152844

February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/04/2026 | JNP | PD | Conference with M. Goldberg regarding status. | 0.20 | 2,175.00 | $435.00 |
| 02/04/2026 | JNP | PD | Emails with Squires, KBK regarding interview of liquidating trustees. | 0.20 | 2,175.00 | $435.00 |
| 02/04/2026 | JNP | PD | Conference with J. Rothelder and P. Morrison regarding forensic issues. | 0.20 | 2,175.00 | $435.00 |
| 02/05/2026 | JAK | PD | Work on scheduling interviews with liquidation trustee candidates (0.3); internal research re preserving tax refund claim in plan (0.4); continued drafting of liquidation trust agreement (2.3). | 3.00 | 1,750.00 | $5,250.00 |
| 02/05/2026 | JAK | PD | Call with CODI and Debtors' counsel re tax implications of plan structure (0.5); review of plan term sheet markup from CODI (0.2); call with J. Pomerantz re same (0.4); additional edits to liquidation trust agreement (0.6). | 1.70 | 1,750.00 | $2,975.00 |
| 02/05/2026 | JAK | PD | Edits to plan term sheet (0.5); additional revisions of liquidation trust agreement (0.2); email redline to counsel for all major parties (0.2); additional email with T. Keller and J. Pomerantz re term sheet (0.2). | 1.10 | 1,750.00 | $1,925.00 |
| 02/05/2026 | JNP | PD | Conference with M. Goldberg regarding case background. | 0.30 | 2,175.00 | $652.50 |
| 02/05/2026 | JNP | PD | Conference with Squires, KBK and J. Kroop regarding tax issues and plan. | 0.50 | 2,175.00 | $1,087.50 |
| 02/05/2026 | JNP | PD | Conference with J. Rothelder regarding term sheet. | 0.10 | 2,175.00 | $217.50 |
| 02/05/2026 | JNP | PD | Review and revise Term Sheet and emails regarding same. | 0.30 | 2,175.00 | $652.50 |
| 02/05/2026 | JNP | PD | Emails with T. Keller regarding plan term sheet. | 0.10 | 2,175.00 | $217.50 |
| 02/08/2026 | JNP | PD | Review and comment on first half of Liquidation Trust Agreement. | 0.50 | 2,175.00 | $1,087.50 |
| 02/09/2026 | JAK | PD | Interview of David Beckman for liquidation trustee role (0.7); interview of Mark Goodman for liquidation trustee role (0.8). | 1.50 | 1,750.00 | $2,625.00 |
| 02/09/2026 | JNP | PD | Conference with M. Goldberg regarding litigation trustee position (2x). | 0.30 | 2,175.00 | $652.50 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    20
Invoice 152844
February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|------|---|---|-------------|-------|------|--------|
| 02/09/2026 | JNP | PD | Participate in interviews regarding litigation trustee. | 1.20 | 2,175.00 | $2,610.00 |
| 02/10/2026 | JNP | PD | Review and comment on Liquidation Trust Agreement. | 1.00 | 2,175.00 | $2,175.00 |
| 02/11/2026 | JAK | PD | Revisions to liquidation trust agreement (2.4); confer with J. Pomerantz re same (0.2); emails with debtors' counsel re timing of plan draft (0.1). | 2.70 | 1,750.00 | $4,725.00 |
| 02/12/2026 | JAK | PD | Extensive revisions to liquidation trust agreement (3.5); emails to J. Pomerantz re same (0.3); brief research on issue pertaining to same (0.6). | 4.40 | 1,750.00 | $7,700.00 |
| 02/12/2026 | JNP | PD | Review and comment on next version of Liquidation Trust Agreement. | 1.50 | 2,175.00 | $3,262.50 |
| 02/16/2026 | JAK | PD | Initial review and annotation of draft plan and disclosure statement. | 3.80 | 1,750.00 | $6,650.00 |
| 02/17/2026 | JAK | PD | Emails with Brian Weiss re possible categories of expense for liquidation trust, related issues (0.5); begin review of draft plan and disclosure statement (1.2). | 1.70 | 1,750.00 | $2,975.00 |
| 02/19/2026 | JAK | PD | Extensive analysis and edits to first draft of debtors' plan. | 6.70 | 1,750.00 | $11,725.00 |
| 02/19/2026 | JNP | PD | Conference with J. Morris regarding Liquidating Trustee issues. | 0.20 | 2,175.00 | $435.00 |
| 02/19/2026 | JNP | PD | Conference with P. Morrison regarding Liquidating Trustee. | 0.20 | 2,175.00 | $435.00 |
| 02/20/2026 | JAK | PD | Extensive review of and comments on draft disclosure statement (3.4); edits to liquidation trust agreement (1.5). | 4.90 | 1,750.00 | $8,575.00 |
| 02/23/2026 | JAK | PD | Review and prepare comments to disclosure statement (2.4); edits to liquidation trust agreement (0.9). | 3.30 | 1,750.00 | $5,775.00 |
| 02/23/2026 | JNP | PD | Conference with T. Schmeltz regarding Liquidating Trustee. | 0.30 | 2,175.00 | $652.50 |
| 02/24/2026 | JNP | PD | Conference with J. Kroop regarding plan. | 0.10 | 2,175.00 | $217.50 |
| 02/24/2026 | JNP | PD | Begin to review plan. | 0.70 | 2,175.00 | $1,522.50 |

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:    21

Invoice 152844

February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/24/2026 | JNP | PD | Conference with Trace Schmeltz regarding plan issues. | 0.10 | 2,175.00 | $217.50 |
| 02/25/2026 | JAK | PD | Confer with J. Pomerantz re edits to draft plan (0.3); review of additional comments to draft plan (1.3). | 1.60 | 1,750.00 | $2,800.00 |
| 02/25/2026 | JNP | PD | Review and revise plan and provide comments. | 2.50 | 2,175.00 | $5,437.50 |
| 02/25/2026 | JNP | PD | Emails regarding call to discuss Liquidating Trustee. | 0.10 | 2,175.00 | $217.50 |
| 02/26/2026 | JAK | PD | Extensive edits to draft plan (6.8); additional edits to liquidation trust agreement (1.4). | 8.20 | 1,750.00 | $14,350.00 |
| 02/26/2026 | JAM | PD | Zoom call w/ J. Pomerantz, counsel for CODI/Debtors/Special Committee re: plan/Trustee issues (0.3); tel c. w/ J. Pomerantz re: plan/Trustee issues (0.1). | 0.40 | 2,050.00 | $820.00 |
| 02/26/2026 | JNP | PD | Conference with Squires, BT, KBK regarding liquidating trustee and follow-up call with J. Morris regarding same. | 0.50 | 2,175.00 | $1,087.50 |
| | | | | **61.60** | | **$112,977.50** |

**Seranade**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/02/2026 | MBL | SER | Call with G. Gerro re Serenade bankruptcy (0.5); follow-up info request re same (0.1). | 0.60 | 1,895.00 | $1,137.00 |
| 02/13/2026 | MBL | SER | Follow-up with Serenade equity counsel re sale info. | 0.10 | 1,895.00 | $189.50 |
| 02/24/2026 | ATB | SER | Draft notice of appearance. | 0.30 | 695.00 | $208.50 |
| 02/24/2026 | JNP | SER | Conference with M. Litvak regarding status of various issues. | 0.30 | 2,175.00 | $652.50 |
| 02/24/2026 | MBL | SER | Call with J. Pomerantz re Serenade status (0.3); emails with team and debtor counsel re same (0.1). | 0.40 | 1,895.00 | $758.00 |
| 02/24/2026 | MBL | SER | Coordinate filing notice of appearance in Serenade case. | 0.10 | 1,895.00 | $189.50 |
| 02/24/2026 | MBL | SER | Draft insert to committee memo re Serenade. | 0.20 | 1,895.00 | $379.00 |
| 02/25/2026 | ATB | SER | Coordinate filing of notice of appearance. | 0.50 | 695.00 | $347.50 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:    22
Invoice 152844
February 28, 2026

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 02/25/2026 | MBL | SER | Call with debtor counsel re Serenade status (0.3); follow-up emails with Serenade trustee counsel re same (0.2). | 0.50 | 1,895.00 | $947.50 |
| 02/28/2026 | MBL | SER | Emails with Serenade trustee re discovery needs. | 0.20 | 1,895.00 | $379.00 |
| | | | | 3.20 | | $5,188.00 |

**Simba**

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 02/03/2026 | JAK | SIM | Review amended employment application for Reeves & Weiss in Simba case (0.2); email to Lugano counsel re same (0.1); review motion to pay Pool Counsel (0.6); write memo re same to Committee (0.5). | 1.40 | 1,750.00 | $2,450.00 |
| 02/03/2026 | JNP | SIM | Review and respond to email with J. Kroop regarding Simba retention of counsel. | 0.10 | 2,175.00 | $217.50 |
| 02/05/2026 | JAK | SIM | Analyze motion to extend plan deadlines in Simba case (0.3); email to J. Pomerantz re same (0.1). | 0.40 | 1,750.00 | $700.00 |
| 02/05/2026 | JNP | SIM | Emails to and from J. Kroop regarding Simba filing. | 0.10 | 2,175.00 | $217.50 |
| 02/09/2026 | JAK | SIM | Call with J. Pomerantz re issues for call with Gadol counsel (0.2); call with counsel for Gadol and Testa in Simba case re possible settlement (1.0); review order denying plan deadline extension (0.1). | 1.30 | 1,750.00 | $2,275.00 |
| 02/09/2026 | JNP | SIM | Conference with J. Kroop regarding Simba and call to counsel. | 0.20 | 2,175.00 | $435.00 |
| 02/10/2026 | JAK | SIM | Emails with counsels for debtors and CODI re White Mountain lien in Simba case (0.3); email response to creditor's counsel inquiring regarding status (0.4). | 0.70 | 1,750.00 | $1,225.00 |
| 02/10/2026 | JNP | SIM | Review Simba status report. | 0.10 | 2,175.00 | $217.50 |
| 02/10/2026 | JNP | SIM | Emails with KBK regarding White Mountain. | 0.10 | 2,175.00 | $217.50 |
| 02/10/2026 | JNP | SIM | Conference with E. Sussman regarding White Mountain. | 0.10 | 2,175.00 | $217.50 |
| 02/13/2026 | JAK | SIM | Analyze materials re Gadol / Testa claims and proposed settlement in Simba case (1.2) arrange for telephonic appearance at 2-17 hearing (0.2). | 1.40 | 1,750.00 | $2,450.00 |

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:     23
Invoice 152844
February 28, 2026

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2026 | JAK | SIM | Analyze proposed settlement with Gadol in Simba case (1.5); research re possible avoidance of Gadol lien (1.1). | 2.60 | 1,750.00 | $4,550.00 |
| 02/20/2026 | JAK | SIM | Additional review of proposed Gadol settlement in Simba (0.3); strategy discussion re same with J. Minga (0.4); emails with E. Sussman re efforts to interview Selin (0.4). | 1.10 | 1,750.00 | $1,925.00 |
| 02/23/2026 | JAK | SIM | Additional review of proposed settlement with Gadol in Simba case (0.6); call with J. Minga re same (0.6); strategy email to J. Pomerantz and J. Morris re same (0.3); call with Force 10 and J. Morris re investigation (1.5). | 3.00 | 1,750.00 | $5,250.00 |
| 02/24/2026 | JAK | SIM | Confer with J. Minga re objection to upcoming 9019 motion re Gadol and Testa settlement (0.3); initial review of settlement motion (0.2). | 0.50 | 1,750.00 | $875.00 |
| 02/24/2026 | JNP | SIM | Conference with J. Kroop regarding status of various issues. | 0.30 | 2,175.00 | $652.50 |
| 02/25/2026 | JAK | SIM | Analyze and annotate motion to approve settlement (0.7); begin outlining objection to same (0.8); email to internal team re same (0.2). | 1.70 | 1,750.00 | $2,975.00 |
| 02/28/2026 | JNP | SIM | Review 9019 motion and J. Kroop comments. | 0.20 | 2,175.00 | $435.00 |
| | | | | **15.30** | | **$27,285.00** |

**Stay Litigation**

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/10/2026 | JAK | SL | Review of Ferder stay relief motion (0.4); emails with debtors' counsel re same (0.2); emails with counsel for Ferder re extension of objection time (0.2). | 0.80 | 1,750.00 | $1,400.00 |
| 02/16/2026 | JAK | SL | Analyze Bully stay relief motion. | 0.50 | 1,750.00 | $875.00 |
| 02/20/2026 | JAK | SL | Emails with debtors' counsel re order on Bully stay relief motion (0.2); review of proposed order re same (0.1); confer with S. Friedman re Ferder stay relief motion (0.9). | 1.20 | 1,750.00 | $2,100.00 |
| 02/23/2026 | JAK | SL | Emails with debtors' and Special Committee's counsel re stay relief resolution for Ferder and related issues (0.2); additional review of stay relief motion (0.4). | 0.60 | 1,750.00 | $1,050.00 |
| | | | | **3.10** | | **$5,425.00** |

Pachulski Stang Ziehl & Jones LLP                                     Page:    24
Lugano Jewelers O.C.C.                                                Invoice 152844
Client 53772.00002                                                   February 28, 2026

---

**TOTAL SERVICES FOR THIS MATTER:**                                  **$560,143.50**

Pachulski Stang Ziehl & Jones LLP

Lugano Jewelers O.C.C.

Client 53772.00002

Page:    25

Invoice 152844

February 28, 2026

---

**Expenses**

| Date | Code | Description | Amount |
|------|------|-------------|-------:|
| 12/03/2025 | FF | Delaware District Court, Pro Hac Vice Fees - JNP, JAM, and JAK | 150.00 |
| 12/05/2025 | FF | US District Court Central District of California, Pro Hac Vice Fees, JAK | 450.00 |
| 12/05/2025 | FF | US District Court Cental District of California, Pro Hac Vice Fees, JAM | 450.00 |
| 12/06/2025 | FF | Delaware District Court, Pro Hac Vice Fees, HRW | 50.00 |
| 01/06/2026 | FF | Orange County Superior Court, Court Fees | 22.50 |
| 02/04/2026 | WL | 53772.002 Westlaw Charges for 02-04-26 | 1,379.02 |
| 02/05/2026 | RS | Clas Information Services, Inv. 533891-001 | 2,007.50 |
| 02/05/2026 | TR | Reliable Transcript 12.30.25 LDJ | 72.50 |
| 02/11/2026 | WL | 53772.002 Westlaw Charges for 02-11-26 | 328.97 |
| 02/19/2026 | BB | 53772.00002 Bloomberg Charges through 02-19-26 | 15.00 |
| 02/19/2026 | BB | 53772.00002 Bloomberg Charges through 02-19-26 | 15.00 |
| 02/19/2026 | BB | 53772.00002 Bloomberg Charges through 02-19-26 | 15.00 |
| 02/21/2026 | LN | 53772.00002 Lexis Charges for 02-21-26 | 29.73 |
| 02/24/2026 | BB | 53772.00002 Bloomberg Charges through 02-24-26 | 15.00 |
| 02/28/2026 | OS | Everlaw, Inv. 188774 | 1,276.00 |
| 02/28/2026 | PAC | Pacer - Court Research | 89.40 |

**Total Expenses for this Matter**                    **$6,365.62**

Pachulski Stang Ziehl & Jones LLP
Lugano Jewelers O.C.C.
Client 53772.00002

Page:     26
Invoice 152844
February 28, 2026

## A/R STATEMENT

**Outstanding Balance from prior invoices as of  02/28/2026**          **(May not include recent payments)**

| A/R Bill Number | Invoice Date | Fee Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 151859 | 12/31/2025 | $112,621.95 | $0.00 | $112,621.95 |
| 152468 | 01/31/2026 | $536,623.00 | $6,487.61 | $543,110.61 |

**Total Amount Due on Current and Prior Invoices:**          **$1,222,241.68**