**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

**Objection Deadline: April 15, 2026**
**Hearing Date:  To be scheduled if necessary**

**THIRD MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FORCE TEN ADVISORS, LLC AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM <u>FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026</u>**

| | |
|---|---|
| **NAME OF APPLICANT:** | Force Ten Advisors, LLC ("<u>Force 10</u>") |
| **ROLE IN CASE:** | Financial Advisor to the Official Committee of Unsecured Creditors |
| **DATE OF RETENTION:** | Order entered January 6, 2026 authorizing retention of Force 10, effective as of December 3, 2025 [Docket No 276] |
| **TIME PERIOD:** | February 1, 2026 through and including February 28, 2026 (the "<u>Fee Application Period</u>") |
| **CURRENT APPLICATION:** | Total Fees Requested:  $274,311.00 |
| | 80% of Fees Requested:  $219,448.80 |
| | Total Expenses Requested:  $3.20 |
| | Total Fees and Expenses Requested:  $219,452.00 |

This is a:  <u> X </u>  monthly ___  interim ___  final application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

4920-6284-9691.1 53772.00002

**THIRD MONTHLY FEE APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FORCE TEN ADVISORS, LLC**

**PRIOR FEE STATEMENTS**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 1/23/26 | 12/1/25 – 12/31/25 | $267,267.50 | $50.40 | $213,814.00 | $50.40 |
| 3/2/26 | 1/1/26-1/31/26 | $168,170.50 | $166.35 | $134,486.00 | $166.35 |

4920-6284-9691.1 53772.00002

Force Ten Advisors, LLC
Lugano Diamonds & Jewelry Inc., *et al.*
Financial Advisor to the Official Committee of Unsecured Creditors
Chapter 11
Timekeeper Chart
February 1, 2026 through February 28, 2026

| Name of Professional Person | Position | Hourly Billing Rate | Total Hours | Total Compensation |
|---|---|---|---|---|
| Mylene Ayala | Manager | $355.00 | 2.0 | $710.00 |
| Isaac Chan | Manager | $595.00 | 107.3 | $63,843.50 |
| Adam Meislik | Partner | $925.00 | 79.3 | $73,352.50 |
| Erik Nathan | Managing Director | $595.00 | 65.7 | $39,091.50 |
| Nicholas Rafatjoo | Associate | $415.00 | 50.2 | $20,833.00 |
| Ellen Sprague | Manager | $355.00 | 3.6 | $1,278.00 |
| Brian Weiss | Partner | $925.00 | 81.3 | $75,202.50 |
| **GRAND TOTAL:** | | | **389.4** | **$274,311.00** |
| **BLENDED RATE:**[1] | | | | **$704.45** |

---

[1] The blended rate is determined based on dividing the total requested compensation by the total number of hours billed during the Fee Application Period (as defined herein).

4920-6284-9691.1 53772.00002

Force Ten Advisors, LLC
Lugano Diamonds & Jewelry Inc., *et al.*
Financial Advisor to the Official Committee of Unsecured Creditors
Chapter 11
Project Category Chart
February 1, 2026 through February 28, 2026

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Committee – Business Analysis/Operations | 202.1 | $136,647.50 |
| Committee – Cash Flow Forecasting | 3.5 | $2,907.50 |
| Committee – Claims Analysis and Objections | 58.4 | $32,267.00 |
| Committee – Committee Activities | 19.5 | $16,360.50 |
| Committee – Consulting | 11.9 | $10,743.50 |
| Committee – Fee/Employment Applications | 2.0 | $710.00 |
| Committee – Litigation | 85.9 | $69,032.50 |
| Committee – Plan & Disclosure Statement | 6.1 | $5,642.50 |
| **GRAND TOTAL:** | **389.4** | **$274,311.00** |

4920-6284-9691.1 53772.00002

Force Ten Advisors, LLC
Lugano Diamonds & Jewelry Inc., *et al.*
Financial Advisor to the Official Committee of Unsecured Creditors
Chapter 11
Expense Chart
February 1, 2026 through February 28, 2026

| Expense Category | Total Expenses |
|---|---|
| Information Technology | $3.20 |
| **GRAND TOTAL:** | **$3.20** |

4920-6284-9691.1 53772.00002

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**THIRD MONTHLY FEE APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF FORCE TEN ADVISORS, LLC AS
FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR THE PERIOD FROM
FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

Force Ten Advisors, LLC ("Force 10"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), hereby submits this application (this "Fee Application") for monthly allowance of compensation for professional services rendered by Force 10 to the Committee for the period from February 1, 2026 through and including February 28, 2026 (the "Fee Application Period") and reimbursement of actual and necessary expenses incurred by Force 10 during the Fee Application Period, pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660

4920-6284-9691.1 53772.00002

*§ 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 and the *Order Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated December 15, 2025   [Docket No. 193] (the "Interim Compensation Procedures Order").

Pursuant to Local Rule 2016-2, this Application is supported by the Certification of Adam Meislik, which is attached hereto.   In support of this Fee Application, Force 10 respectfully represents as follows:

## JURISDICTION

1.      The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. § 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

2.      On November 16, 2025  (the "Petition Date"),  the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code.  The Debtor is operating its business as a debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      On November 25, 2025 , pursuant to section 1102(a)(1) of the Bankruptcy Code, the Office of the United States Trustee for Region 3, District of Delaware (the "U.S. Trustee") appointed the Committee.  The current members of the Committee are (i) Royal T Diamonds Group Ltd.; (ii) NBS Diamonds Inc. (dba Scarselli Diamonds); (iii) Ponte Gadea Chicago, LLC; (iv) The Irvine Company; (v) William Scott Simon; (vi) Barry Aronoff;  (vii) Avina LLC/Global Innovations LLC (viii) Adam Rothstein; and (ix) Kristoffer Winters.

4920-6284-9691.1 53772.00002

4.      On December 18, 2025 , the Committee filed the *Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing The Employment of Force Ten Partners, LLC as Financial Advisor, Effective as of December 3, 2025* [Docket No. 218] (the "Retention Application").  As set forth in the Retention Application, Force 10 has not received a retainer.

5.      On January 8, 2026, the Court granted the Retention Application and entered the *Order Approving Application to Employ Force Ten Partners, LLC as Financial Advisor to the Official Committee of Unsecured Creditors* [Docket No. 284] (the "Retention Order").

**INTERIM COMPENSATION PROCEDURES ORDER**

6.      The Court entered the Interim Compensation Procedures Order on December 15, 2025. The Interim Compensation Procedures Order sets forth the procedures for interim compensation and reimbursement of expenses for all Professionals in the Chapter 11 Cases.

7.      In particular, the Interim Compensation Procedures Order provides that Professionals may file and serve a Monthly Fee Application on or before the 20th day of each calendar month, or as soon as practicable thereafter, for interim approval and allowance of compensation for services rendered and reimbursement of services incurred during any preceding month or months.  Parties in interest will have 21 days after the service of a Monthly Fee Application to object to the requested compensation for services rendered and reimbursement of expenses incurred.  If there are no objections to such Monthly Fee Application filed within 21 days after the service of the Monthly Fee Application, the Professional may file a certificate of no objection (the "Certificate of No Objection") with the Court.

3

8.      Upon the filing of a Certificate of No Objection, the Debtors are authorized and directed to pay such Professional 80% of the fees and 100% of the expenses requested in such Monthly Fee Application.  If a partial objection to the Monthly Fee Application is filed, then the Debtors are authorized to pay 80% of the fees and 100% of the expenses not subject to an objection.

**NATURE AND EXTENT OF FINANCIAL SERVICES PROVIDED**

9.      As financial advisor to the Committee, Force 10 has provided extensive financial advisory services to the Committee in the Chapter 11 Cases.  The total number of hours expended by Force 10 professionals in performing professional services for the Committee during the Fee Application Period was 389.4 hours at a blended billing rate of $704.45 per hour.

10.     Force 10 believes the foregoing rates are the market rates that financial advisory firms charge clients for such fees.  In addition, Force 10 worked closely with the Committee's counsel, Pachulski Stang Ziehl & Jones LLP, to ensure that there was no duplication of services and that all matters were appropriately and diligently handled for the Committee in a timely and efficient manner.

11.     Attached hereto as **Exhibit A** are the detailed time records of Force 10 professionals for services rendered during the Fee Application Period, organized by matter, including a breakdown of disbursements incurred by Force 10 during the Fee Application Period (the "Invoice").  The Invoice identifies each individual Force 10 professionals , or staff person who provided services to the Committee during the relevant time period as well as the following:  (1) his or her individual billing rate; (2) the total number of hours expended by that person; and (3) the total fees incurred.  These entries provide detailed descriptions of Force 10's services during the Fee Application Period.

4

4920-6284-9691.1 53772.00002

12.     Force 10 established task codes and project categories (the "Project Categories") for work performed by Force 10's professionals  in the Chapter 11 Cases.  Force 10 attempted to place the services provided in the Project Category that best relates to such services.  However, because certain services may relate to one or more Project Categories, services pertaining to one Project Category may in fact be included in another Project Category.  During the Fee Application Period, Force 10 rendered services to the Committee for each of the Project Categories that were both necessary and beneficial.  Force 10's professionals  performed work and billed time for each category as detailed in **Exhibit A**.

**ACTUAL AND NECESSARY COSTS AND EXPENSES INCURRED**

13.     During the Fee Application Period, Force 10 incurred reasonable and necessary disbursements in the amount of $3.20  in the performance of its duties to the Committee during the Fee Application Period and respectfully requests reimbursement of such amount.

**RELIEF REQUESTED**

14.     During the Fee Application Period, Force 10 incurred actual, reasonable, and necessary fees in the amount of $274,311.00.  For the same period, Force 10 incurred actual, reasonable, and necessary expenses totaling $3.20.  Pursuant to the Interim Compensation Procedures Order, Force 10 seeks payment of $219,448.80, representing 80% of Force 10's fees for services rendered and reimbursement of 100% of expenses.  As of the date of this Application, Force 10 has received no payment for the fees and expenses requested herein.

15.     No agreement or understanding exists between Force 10 and any other person for the sharing of compensation received or to be received for services rendered in or in connection with the Chapter 11 Cases.

5

4920-6284-9691.1 53772.00002

16.     The undersigned has reviewed the requirements of Local Rule 2016-2 and certifies to the best of his information, knowledge, and belief that this Application complies with that Local Rule.

## NOTICE

17.     A copy of this Fee Application has been served on each of the Notice Parties (as defined in the Interim Compensation Procedures Order).

## CONCLUSION

WHEREFORE, Force 10 respectfully requests that this Court:  (a) allow Force 10 interim compensation in the amount of $274,311.00for actual, reasonable, and necessary professional services rendered on behalf of the Committee during the Fee Application Period; (b) authorize and direct the Debtors to pay to Force 10 the amount of $219,448.80, which is equal to the sum of 80% of such amount and 100% reimbursement of expenses; and (c) grant such other and further relief as is just and proper.

*[Remainder of Page Intentionally Left Blank]*

6

4920-6284-9691.1 53772.00002

Dated:   March 25, 2026           Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

James E. O'Neill, Esq. (DE Bar No. 4042)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100
Email:          joneill@pszjlaw.com
                   ecorma@pszjlaw.com

- and -

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Jordan A. Kroop, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:   (310) 277-6910
Email:          jpomerantz@pszjlaw.com
                   jkroop@pszjlaw.com

- and -

John A. Morris, Esq. (admitted *pro hac vice*)
Hayley R. Winograd, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Email:          jmorris@pszjlaw.com

*Counsel to the*
*Official Committee of Unsecured Creditors*

7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC.., *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

## DECLARATION OF ADAM MEISLIK

1. I am a partner in the firm of Force Ten Advisors, LLC ("Force 10"), Financial Advisor to the Official Committee of Unsecured Creditors (the "Committee") in the Chapter 11 Cases regarding the above-captioned debtors and debtors in possession (the "Debtors"). Force 10 maintains offices at, among other places, 5271 California Ave, Irvine, CA 92617. I make this certification in accordance with Rule 2016-2 of the Local Rules.[2]

2. I am familiar with the work performed on behalf of the Committee by Force 10's professionals. I have reviewed the *Third Monthly Fee Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2026 through February 28, 2026* and the facts set forth therein are true and correct to the best of my knowledge, information and belief.

3. Moreover, I have reviewed Local Rule 2016-2 and, to the best of my knowledge, information and belief formed upon the basis of my participation in these Chapter 11 Cases, as well as after reasonable inquiry, the facts set forth in the Application materially comply with the

4920-6284-9691.1 53772.00002

provisions of the Local Rules, the Bankruptcy Code, and this Court's orders.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2026
Irvine, CA                                         */s/ Adam Meislik*
                                                   Adam Meislik