**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered)<br><br>Re: Docket No. **430** |

**ORDER (I) EXTENDING THE DEBTORS' EXCLUSIVE**
**PERIODS TO (A) FILE A CHAPTER 11 PLAN AND (B) SOLICIT**
**ACCEPTANCES OF A CHAPTER 11 PLAN PURSUANT TO SECTION 1121**
**OF THE BANKRUPTCY CODE AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) extending the date by which the Debtors have the exclusive right to file a chapter 11 plan by one-hundred twenty (120) days from March 16, 2026 through and including July 14, 2026 (the "Exclusive Filing Period"); (b) extending the date by which the Debtors have the exclusive right to solicit votes on a chapter 11 plan by one-hundred twenty (120) days from May 15, 2026 through and including September 14, 2026 (the "Exclusive Solicitation Period," and together with the Exclusive Filing Period, the "Exclusive Periods"), in each case, without prejudice to the Debtors' right to seek further extension of the Exclusive Periods; and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and upon the statements of counsel made in support of the relief requested in the Motion at the hearing before this Court, if any; and it appearing that

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308).  The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

this Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and after due deliberation thereon; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is hereby extended through and including July 14, 2026.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is hereby extended through and including September 14, 2026.

4.      Nothing herein shall prejudice the Debtors' rights to seek further extensions of the Exclusivity Period consistent with section 1121(d) of the Bankruptcy Code.

5.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

*[Continued on Next Page]*

3

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: March 31st, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

3