**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: April 20, 2026, at 11:00 a.m. ET** |

### JOINDER IN DEBTORS' OBJECTION TO MORDECHAI FERDER'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Compass Group Diversified Holdings LLC ("CODI"), by and through its undersigned counsel, hereby joins in *Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay* [D.I. 450] (the "Objection"). For the reasons stated in the Objection, the Court should deny *Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay* [D.I. 312] (the "Ferder Motion").

### RESERVATION OF RIGHTS

CODI reserves all of its rights, claims, defenses, and remedies, including, without limitation, the right to amend, modify, or supplement this joinder or the Objection and to raise additional arguments at the hearing on the Ferder Motion.

[*Remainder of Page Intentionally Left Blank*]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

DATED: March 31, 2026                    POLSINELLI PC

                                    By:

                                         */s/ Shanti M. Katona*
                                         Shanti M. Katona (Del Bar No. 5352)
                                         222 Delaware Avenue, Suite 1101
                                         Wilmington, DE 19801
                                         Telephone: (302) 252-0920
                                         skatona@polsinelli.com

                                         - and -

                                         Stephen D. Lerner (admitted *pro hac vice*)
                                         SQUIRE PATTON BOGGS (US) LLP
                                         201 E. Fourth Street, Suite 1900
                                         Cincinnati, OH 45202
                                         Telephone: (513) 361-1200
                                         stephen.lerner@squirepb.com

                                         - and -

                                         Peter R. Morrison (admitted *pro hac vice*)
                                         SQUIRE PATTON BOGGS (US) LLP
                                         1000 Key Tower
                                         127 Public Square
                                         Cleveland, OH 44114
                                         Telephone: (216) 479-8500
                                         peter.morrison@squirepb.com

                                         - and -

                                         Jeffrey N. Rothleder (admitted *pro hac vice*)
                                         SQUIRE PATTON BOGGS (US) LLP
                                         2550 M Street NW
                                         Washington, D.C. 20037
                                         Telephone: (202) 457-6000
                                         jeffrey.rothleder@squirepb.com

                                         *Counsel to Compass Group Diversified*
                                         *Holdings LLC*

2