**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
|  | (Jointly Administered) |
| Debtors. | |
|  | **Ref. Docket No. 312** |

**STIPULATION OF THE DEBTORS AND MORDECHAI HAIM FERDER,
INDIVUDALLY AND AS TRUSTEE OF THE HAIM FAMILY TRUST,
REGARDING FURTHER ADJOURNING MOTION FOR RELIEF FROM STAY**

This stipulation (this "Stipulation") is entered into by and among the debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") and Mordechai Haim Ferder, individually and as trustee of the Haim Family Trust, (in such capacities, "Ferder", and together with the Debtors, the "Parties"), by and through their respective undersigned counsel.

**RECITALS**

**WHEREAS**, on June 24, 2025, Debtor Lugano Diamonds & Jewelry Inc. ("Lugano") commenced an action against Ferder (the "State Court Action") in the Superior Court of the State of California, County of Orange (the "State Court") and Lugano filed its First Amended Complaint in the State Court Action on November 26, 2025 ("FAC");

**WHEREAS,** on December 22, 2025, Lugano filed a Notice of Removal, removing the State Court Action from the State Court to the United States District Court for the Central District of California (the "California District Court"), commencing the action captioned *Lugano*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

*Diamonds & Jewelry Inc. v Mordechai Ferder et al.,* (Case No. 8:25-cv-02845 FWS-JDE) (such action, the "District Court Action");

**WHEREAS,** the California District Court entered an order on January 20, 2026, approving a stipulation between the Parties establishing a briefing schedule for Ferder to file a motion to remand the District Court Action to the State Court (the "Remand Motion") and Lugano to file a motion to transfer venue to this Court (the "Venue Transfer Motion"), as well as setting Ferder's deadline to file a responsive pleading;

**WHEREAS,** on January 27, 2026, Ferder filed a motion for relief from the automatic stay [Docket No. 312] (the "Stay Relief Motion") in the Debtors' chapter 11 cases (the "Chapter 11 Cases"), together with a declaration in support thereof [Docket No. 314];

**WHEREAS,** on March 9, 2026, this Court entered that certain *Order Approving Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Granting Limited Relief from the Automatic Stay* [Docket No. 424] (the "March 9 Stipulation"), which provided that, among other things, the Stay Relief Motion would be adjourned until the next omnibus hearing in the Chapter 11 Cases that was at least 10 days after the California District Court enters an order denying the Venue Transfer Motion, or such other date as the parties to the March 9 Stipulation may agree;

**WHEREAS,** the March 9 Stipulation further provided that the Debtors, the Official Committee of Unsecured Creditors (the "Creditors' Committee"), and any other party may file a response to the Lift Stay Motion no later than 7 days after the California District Court entered any order denying the Venue Transfer Motion, or such other date as the parties to the March 9 Stipulation may agree;

**WHEREAS,** on March 13, 2026, the California District Court entered an order [District Court Action Docket No. 32] granting the Remand Motion and denying the Venue Transfer Motion as moot;

**WHEREAS,** on March 30, 2026, the Debtors timely filed an objection to the Stay Relief Motion [Docket No. 450] (the "Objection"), together with the declaration of Traci L. Shafroth in support thereof [Docket No. 451];

**WHEREAS,** on March 30, 2026, the Creditors' Committee filed a joinder to the Objection [Docket No. 452];

**WHEREAS,** on March 31, 2026, Compass Group Diversified Holdings LLC filed a joinder to the Objection [Docket No. 459];

**WHEREAS,** Lugano has agreed to (a) extend the period in which Ferder may file an answer to the FAC in the State Court Action until June 8, 2026 (the "Answer Deadline") and (b) extend the period in which Ferder may file an omnibus reply to the Objection and joinders through and including May 27, 2026;

**WHEREAS,** the Parties have similarly agreed that the hearing on the Stay Relief Motion shall be further continued for a period comparable to the extension of Ferder's Answer Deadline in the State Court Action; and

**WHEREAS**, the Parties are entering into this Stipulation solely as a further interim accommodation to avoid unnecessary legal expenses.

**NOW, THEREFORE**, the Parties, for good and valuable consideration, the adequacy and receipt of which is hereby acknowledged by both Parties, hereby agree and stipulate as follows:

1.      The hearing on the Stay Relief Motion shall be continued until the June 1, 2026 omnibus hearing date in the Chapter 11 Cases.

2.      The Parties' rights and defenses with respect to the FAC and the State Court Action, and any of the claims or arguments of the Parties that have been or may be asserted therein, are not affected by this Stipulation.

3.      This Stipulation may be executed in counterparts, and electronic signatures shall be deemed as effective as originals and binding on the Parties.

4.      The deadline by which Ferder may file an omnibus reply in the Bankruptcy Court to the Objection and the joinders thereto is extended through and including May 27, 2026.

5.      The undersigned each represent that they have authority to execute this Stipulation on behalf of their respective clients.

Dated: April 6, 2026
Wilmington, Delaware

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)
**STINSON LLP**
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com -and-

-and-

Sandford L. Frey (admitted pro hac vice)
**STINSON, LLP**
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067
Telephone: (310) 730-7020
Email:  sandford.frey@stinson.com

*Attorneys for Mordechai Haim Ferder,*
*Individually and as Trustee of the Haim Family*
*Trust*

Dated: April 6, 2026
Wilmington, Delaware

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
**YOUNG    CONAWAY    STARGATT    &
TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
      sbeach@ycst.com
      sborovinskaya@ycst.com

      -and-

Tobias S. Keller *(admitted pro hac vice)*
Traci L. Shafroth *(admitted pro hac vice)*
Scott Friedman *(admitted pro hac vice)*
**KELLER BENVENUTTI KIM LLP**
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
      tshafroth@kbkllp.com
      sfriedman@ kbkllp.com

*Attorneys for Debtors and Debtors-in-Possession*