**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,<br><br>       Debtors. | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered)<br><br>**Objections Due: May 5, 2026 at 4:00 pm ET**<br>**Hearing Date: June 1, 2026 at 11:00 pm ET** |

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM DECEMBER 1, 2025, THROUGH FEBRUARY 28, 2026**

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | Effective as of December 1, 2025, by order entered January 6, 2026 [Doc 274] |
| Period for which Compensation and Reimbursement is Sought: | December 1, 2025 – February 28, 2026 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $1,644,273.75 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $13,488.51 |
| Rates are Higher than those Approved or Disclosed at Retention? Yes ☒ No ☐<br>If yes, Total Compensation Sought Using Rates Disclosed in Retention Application: | As disclosed in its retention application, PSZJ's standard hourly rates are subject to periodic adjustment. The actual rates charged are disclosed here and in the attached invoices |
| Compensation Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $879,786.20 |
| Expenses Sought in this Application Already Paid Pursuant to a Monthly Compensation Order but not yet Allowed: | $7,122.89 |
| Number of Professionals Included in this Application: | 13 |
| If Applicable, Number of Professionals in this Application not Included in Staffing Plan Approved by Client: | N/A |
| Number of Professionals Billing Fewer than 15 Hours to the Case During this Period: | 2 |

This is a:     ☐monthly    ☒ interim   ☐final     application

4912-4225-1934.4 53772.00002

The total time expended for fee application preparation is approximately 2.0 hours and the corresponding compensation requested is approximately $1,300.

**MONTHLY APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 1/14/26 | 12/1/25–12/31/25 | $563,109.75 | $635.28 | $450,487.80 | $635.28 |
| 3/2/26 | 1/1/26–1/31/26 | $536,623.00 | $6,487.61 | $429,298.40 | $6,487.61 |
| 3/25/26 | 2/1/26–2/28/26 | $560,143.50 | $6,365.62 | Pending | Pending |
| **Totals** | | **$1,659,876.25** | **$13,488.51** | | |

**PSZJ PROFESSIONALS[1]**

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Wallen, Ben L. | Partner, 2016 | $1,075.00 | 3.80 | $4,085.00 |
| Wallen, Ben L. | Partner, 2016 | $1,195.00 | 61.80 | $73,851.00 |
| Mackle, Cia H. | Partner, 2006 | $1,350.00 | 55.40 | $74,790.00 |
| Nasatir, Iain A.W. | Partner, 1983 | $1,775.00 | 12.90 | $22,897.50 |
| Morris, John A. | Partner, 1991 | $1,875.00 | 55.00 | $103,125.00 |
| Morris, John A. | Partner, 1991 | $2,050.00 | 82.70 | $169,535.00 |
| Morris, John A. | Partner, 1991 | $937.50 | 4.30 | $4,031.25 |
| O'Neill, James E. | Partner, 2001 | $1,595.00 | 18.50 | $29,507.50 |
| O'Neill, James E. | Partner, 2001 | $1,475.00 | 11.40 | $16,815.00 |
| Pomerantz, Jeffrey N. | Partner, 1989 | $2,175.00 | 80.20 | $174,435.00 |
| Pomerantz, Jeffrey N. | Partner, 1989 | $1,895.00 | 58.80 | $111,426.00 |
| Litvak, Maxim B. | Partner, 2001 | $1,895.00 | 31.90 | $60,450.50 |
| Litvak, Maxim B. | Partner, 2001 | $1,725.00 | 11.70 | $20,182.50 |
| Kroop, Jordan A. | Counsel, 1995 | $1,750.00 | 157.40 | $275,450.00 |
| Kroop, Jordan A. | Counsel, 1995 | $1,625.00 | 107.50 | $174,687.50 |
| Dine, Jeffrey M. | Counsel, 2019 | $1,795.00 | 86.40 | $155,088.00 |
| Dine, Jeffrey M. | Counsel, 2019 | $1,675.00 | 26.90 | $45,057.50 |
| Gruber, Richard J. | Counsel, 1982 | $1,850.00 | 6.20 | $11,470.00 |
| Corma, Edward A. | Associate, 2020 | $875.00 | 20.70 | $18,112.50 |
| Winograd, Hayley R. | Associate, 2018 | $1,250.00 | 5.90 | $7,375.00 |
| Winograd, Hayley R. | Associate, 2018 | $1,150.00 | 26.90 | $30,935.00 |
| Bates, Andrea T. | Paralegal | $695.00 | 60.60 | $42,117.00 |
| Bates, Andrea T. | Paralegal | $650.00 | 29.00 | $18,850.00 |
| **Total** | | | **1015.9** | **$1,644,273.75** |

Total:        $1,644,273.75
Total Hours:      1,015.90
Blended Rate:    $1,618.54

---

[1] PSZJ's monthly applications included time for Richard Pachulski, Laura Davis Jones, Leslie Forrester, and Beth Dassa. That time has been removed from this Application such that the total reflected in this Application is lower than the total of the monthly applications by 10.1 hours and $15,602.50.

**COMPENSATION BY CATEGORY**

| Project Categories | Total Hours | Total Fees |
|---|---|---|
| Asset Analysis and Recovery | 19.60 | $23,637.50 |
| Asset Disposition | 81.50 | $140,605.00 |
| Bankruptcy Litigation | 459.30 | $722,823.50 |
| Case Administration | 73.10 | $87,370.50 |
| Claims Administration and Objections | 6.70 | $11,751.50 |
| PSZJ Compensation | 9.20 | $9,496.50 |
| Other Professional Compensation | 9.10 | $12,502.50 |
| Employee Benefits/Pensions/ and KEIP/KERP | 2.30 | $4,025.00 |
| Contract and Lease Matters | 2.10 | $3,675.00 |
| Financial Filings | 2.60 | $3,952.00 |
| Financing/Cash Collateral/Cash Management | 63.50 | $119,782.50 |
| General Creditors' Committee | 117.00 | $206,685.00 |
| Meetings of and Communications with Creditors | 2.40 | $3,540.00 |
| Non-Working Travel | 4.30 | $4,031.25 |
| Operations | 0.50 | $937.50 |
| Insurance Coverage | 13.90 | $25,072.50 |
| Plan and Disclosure Statement | 98.20 | $179,151.50 |
| PSZJ Retention | 9.10 | $13,013.00 |
| Other Professional Retention | 17.80 | $29,058.00 |
| Serenade | 7.50 | $12,792.50 |
| Simba | 20.00 | $34,982.50 |
| Stay Litigation | 6.20 | $10,801.50 |
| Tax Issues | 0.10 | $189.50 |
| Less removed time as per fn 1 above | -10.10 | -$15,602.50 |
| **Totals** | **1015.9** | **$1,644,273.75** |

**EXPENSE SUMMARY**

| Expense Category | Total Expenses |
|---|---:|
| Auto Travel Expense | $686.92 |
| Working Meals | $20.85 |
| Delivery/Courier Service | $15.00 |
| Bloomberg | $105.00 |
| Court Fees | $1,139.50 |
| Lexis/Nexis Legal Research | $353.60 |
| Litigation Support Vendors | $1,813.48 |
| PACER - Court Research | $509.00 |
| Reproduction Expense | $40.90 |
| Online Research | $2,007.50 |
| Transcript | $539.60 |
| Westlaw Legal Research | $6,257.16 |
| **Total** | **$13,488.51** |

4912-4225-1934.4 53772.00002

6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,<br><br>    Debtors. | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered)<br><br>**Objections Due: May 5, 2026 at 4:00 pm ET**<br>**Hearing Date: June 1, 2026 at 11:00 pm ET** |

**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM DECEMBER 1, 2025, THROUGH FEBRUARY 28, 2026**

Under sections 330 and 331 of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and this Court's *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* entered on December 15, 2025 [Doc 193] (the "**Interim Compensation Order**"), Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel to the Official Committee of Unsecured Creditors (the "**Committee**"), submits its *First Interim Application for Compensation and for Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2025, through February 28, 2026* (the "**Application**").

By this Application, PSZJ seeks an interim allowance of compensation in the amount of $1,644,273.75 and actual and necessary expenses in the amount of $13,488.51 for a total allowance of $1,657,762.26 and payment of the unpaid amount of such fees and expenses for the period December 1, 2025, through February 28, 2026 (the "**First Interim Period**"). In support of this Application, PSZJ respectfully represents:

4912-4225-1934.4 53772.00002

**BACKGROUND**

1.      On November 16, 2025 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession under Bankruptcy Code § 1107(a) and 1108. The Debtors' chapter 11 cases are being jointly administered under Bankruptcy Rule 1015(b) and Local Rule 1015-1. No request for the appoint of a trustee or examiner has been made.

2.      On November 26, 2025, the Office of the United States Trustee (the "**U.S. Trustee**") appointed the Committee, comprising: (i) Royalty T Diamonds Group Ltd.; (ii) NBS Diamonds Inc. (dba Scarselli Diamonds); (iii) Ponte Gadea Chicago, LLC; (iv) The Irvine Company; (v) William Scott Simon; (vi) Barry Aronoff; (vii) Avina LLC/Global Innovations LLC; (viii) Adam Rothstein; and (ix) Kristoffer Winters. The *Notice of Appointment of Committee of Unsecured Creditors* was filed as amended on November 26, 2025 [Doc 93].

3.      The Court has jurisdiction over this core proceeding under 28 U.S.C. §§ 157(b)(2) and 1334.

4.      On December 15, 2025, the Court entered the Interim Compensation Order, authorizing estate professionals ("**Professionals**") to submit applications for interim compensation and reimbursement for expenses. The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within 21 days after service of the monthly fee application, the Debtors are authorized to pay the Professional 80% of the requested fees and 100% of the requested expenses.

5.      The Committee's retention of PSZJ as counsel was approved effective as of December 1, 2025, by this Court's *Order Authorizing the Employment and Retention of Pachulski*

*Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors Effective as of December 1, 2025* [Doc 274] (the "**Retention Order**"). The Retention Order authorized PSZJ to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

6.      Attorneys retained under Bankruptcy Code §§ 327 or 1103 must comply with certain requirements of the *United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases* (the "**Revised UST Guidelines**"). The Office of the United States Trustee has promulgated forms to aid in compliance with the Revised UST Guidelines. Charts and tables based on such forms are attached to this Application and contain data relevant to these cases: **Exhibit A**, Customary and Comparable Compensation Disclosures with Fee Applications; **Exhibit B**, Summary of Timekeepers Included in this Fee Application, **Exhibit C**, Staffing Plan; **Exhibit D-1**, Summary of Compensation Requested by Project Category; **Exhibit D-2**, Summary of Expense Reimbursement Requested by Category; and **Exhibit E**, Summary Cover Sheet of Fee Application.

## PSZJ's APPLICATION FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES

### Compensation Paid and Its Source

7.      PSZJ's monthly fee applications for December 2025, January 2026, and February 2026 have been filed and served in accordance with the Interim Compensation Order.

8.      On January 14, 2026, PSZJ filed its *First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, for the Period from December 1, 2025 through December 31, 2025* (the "**First Monthly Fee Application**") requesting $563,109.75 in fees and $635.28 in expenses. On February 10, 2026, PSZJ received payment on account of the First Monthly Fee

Application in the amount of $450,487.80 (80% of fees) and reimbursement of expenses in the amount of $635.28 (100% of expenses).

9.      On March 2, 2026, PSZJ filed its *Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, for the Period from January 1, 2026 through January 31, 2026* (the "**Second Monthly Fee Application**") requesting $536,623.00 in fees and $6,487.61 in expenses. PSZJ received payment on account of the Second Monthly Fee Application in the amount of $429,298.40 (80% of fees) and reimbursement of expenses in the amount of $6,487.61 (100% of expenses).

10.     On March 25, 2026, PSZJ filed its *Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel to the Official Committee of Unsecured Creditors, for the Period from February 1, 2026 through February 28, 2026* (the "**Third Monthly Fee Application**") requesting $560,143.50 in fees and $6,365.62 in expenses. The Third Monthly Fee Application remains pending.

11.     The Monthly Fee Applications covered by this Application contain detailed daily time logs describing the actual and necessary services provided by PSZJ during the periods covered by such applications as well as other detailed information required to be included in fee applications.

**Requested Relief**

12.     By this Application, PSZJ requests that the Court approve payment of 100% of the fees and expenses incurred by PSZJ during the First Interim Period.

13.     At all relevant times, PSZJ has not represented any party having an interest adverse to these cases.

14. All services for which PSZJ requests compensation were performed for or on behalf of the Committee, and not on behalf of the Debtors, any other committee, creditor, or other person.

15. Neither PSZJ nor any of its partners, counsels, or associates have received any payment or promises of payment from any source other than from the Debtors for services rendered or to be rendered in any capacity in connection with the matters covered by this Application. There is no agreement or understanding between PSZJ and any other person (other than among PSZJ's attorneys) for the sharing of compensation to be received for services rendered in these cases.

16. The professional services and related expenses for which PSZJ requests interim allowance of compensation and reimbursement of expenses were rendered and incurred in connection with these cases in the discharge of PSZJ's professional responsibilities as attorneys for the Committee in these chapter 11 cases. PSZJ's services have been necessary and beneficial to the Committee, the Debtors and their estates, creditors and other parties in interest.

17. In accordance with the factors enumerated in Bankruptcy Code § 330, PSZJ respectfully submits that the amount requested by PSZJ is fair and reasonable given (a) the complexity of the cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under the Bankruptcy Code. PSZJ has reviewed the requirements of, and believes this Application complies with, Local Rule 2016-2 and the Interim Compensation Order.

### Statement from PSZJ

18. Under Appendix B Guidelines for Reviewing Application for Compensation and Reimbursement of Expenses Filed under the United States Code by Attorneys in Larger Chapter 11 Cases, PSZJ responds to the following questions regarding the Application:

| Question | Yes | No | Additional Explanation or Clarification |
|---|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period? If so, please explain. | | No | |
| If the fees sought in this fee application as compared to the fees budgeted for the time period covered by this fee application higher by 10% or more, did you discuss the reasons for the variation with the client? | | N/A | |
| Have any of the professionals included in this fee application varied their hourly rate based on the geographic location of the bankruptcy case? | | No | |
| Does the fee application include time or fees related to reviewing or revising time records or preparing, reviewing, or revising invoices? | | No | |
| Does this fee application include time or fees for reviewing time records to redact any privileged or other confidential information? If so, please quantify by hours and fees. | | No | |
| If the fee application includes any rate increases since retention in these Cases:<br>   i.   Did your client review and approve those rate increases in advance?<br>   ii.   Did your client agree when retaining the law firm to accept all future rate increases? If not, did you inform your client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458? | Yes | | |

PSZJ respectfully requests that, for the First Interim Period, the Court allow, on an interim basis, PSZJ's compensation in the amount of $1,644,273.75 and actual and necessary expenses in the amount of $13,488.51, for a total allowance of $1,657,762.26 and authorize and direct the Debtors to pay to PSZJ the outstanding amount of such sums.

Dated:    April 14, 2026              Respectfully submitted,

                                     **PACHULSKI STANG ZIEHL & JONES LLP**

                                     */s/ James E. O'Neill*
                                     James E. O'Neill, Esq. (DE Bar No. 4042)
                                     Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
                                     Jordan A. Kroop, Esq. (admitted *pro hac vice*)
                                     919 North Market Street, 17th Floor
                                     Wilmington, DE 19801
                                     Telephone:   (302) 652-4100
                                     Email:       joneill@pszjlaw.com
                                                  jpomerantz@pszjlaw.com
                                                  jkroop@pszjlaw.com

                                     *Counsel to the Official Committee of Unsecured Creditors*

**DECLARATION**

James E. O'Neill, declares under penalty of perjury:

a)      I am a partner of the applicant law firm Pachulski Stang Ziehl & Jones LLP, and am admitted to appear before this Court.

b)      I am familiar with the legal services rendered by PSZJ as counsel to the Committee.

c)      I have reviewed the foregoing Application. The facts set forth in it are true to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-2 and the Interim Compensation Order, and submit that the Application substantially complies them.

*/s/ James E. O'Neill*
James E. O'Neill

4912-4225-1934.4 53772.00002