**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 25-12055 (BLS) |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*, | (Jointly Administered) |
| Debtors. | **Objections Due: May 5, 2026 at 4:00 pm ET**<br>**Hearing Date: June 1, 2026 at 11:00 pm ET** |

**NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2025, THROUGH FEBRUARY 28, 2026**

**PLEASE NOTE:** On April 14, 2026, under the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* entered on December 15, 2025 [Doc 193] (the "**Interim Compensation Order**"), Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), counsel for the Official Committee of Unsecured Creditors (the "**Committee**"), filed its *First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors for the Period From December 1, 2025, through February 28, 2026* (the "**Application**"), seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $1,659,876.25 and reimbursement for actual and necessary expenses in the amount of $13,488.51. Any response or objection to the Application must be filed with the Court and served on PSZJ and the parties named in the Interim Compensation Order by **May 5, 2026, at 4:00 p.m. Eastern Time.** A hearing on the Application will be held on **June 1, 2026, at 11:00 a.m. Eastern Time** before the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Dated:    April 14, 2026          Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill, Esq. (DE Bar No. 4042)
Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Jordan A. Kroop, Esq. (admitted *pro hac vice*)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:    (302) 652-4100
Email:        joneill@pszjlaw.com
              jpomerantz@pszjlaw.com
              jkroop@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

4912-4225-1934.4 53772.00002