**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE* | |
|---|---|---|
| | BILLED OR COLLECTED Firm or offices for preceding year, excluding bankruptcy* | BILLED In this fee application |
| Sr./Equity Partner/Shareholder | $1,700.00 | $1,616.73 |
| Counsel | $1,400.00 | $1,739.00 |
| Associates | $1,000.00 | $1,091.67 |
| Paralegal | $625.00 | $672.50 |
| Case Management Assistants | $495.00 | N/A |
| All timekeepers aggregated** | $1,050.00** | $1,617.81 |

\* Represents approximate blended hourly rate. Non-estate work for PSZJ represents a de minimis amount of PSZJ's revenues as PSZJ's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2024, non-estate work represented approximately 8–10% of PSZJ's revenues. It is expected that non-estate work in 2025 will represent approximately 8–10% of PSZJ' revenues.

\*\* Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-4225-1934.4 53772.00002

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION**

| NAME | TITLE OR POSITION | DEPARTMENT, GROUP OR SECTION | DATE OF ADMISSION (if applicable) | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| Wallen, Ben L. | Partner | Bankruptcy | 2016 | 3.80 | $4,085.00 | $1,075.00 | $1,075.00 | |
| Wallen, Ben L. | Partner | Bankruptcy | 2016 | 61.80 | $73,851.00 | $1,195.00 | $1,075.00 | 1 |
| Mackle, Cia H. | Partner | Bankruptcy | 2006 | 55.40 | $74,790.00 | $1,350.00 | N/A | N/A |
| Nasatir, Iain A.W. | Partner | Bankruptcy | 1983 | 12.90 | $22,897.50 | $1,775.00 | N/A | N/A |
| Morris, John A. | Partner | Bankruptcy | 1991 | 55.00 | $103,125.00 | $1,875.00 | $1,875.00 | N/A |
| Morris, John A. | Partner | Bankruptcy | 1991 | 82.70 | $169,535.00 | $2,050.00 | $1,875.00 | 1 |
| Morris, John A. | Partner | Bankruptcy | 1991 | 4.30 | $4,031.25 | $937.50 | $937.50 | N/A |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 18.50 | $29,507.50 | $1,595.00 | $1,475.00 | 1 |
| O'Neill, James E. | Partner | Bankruptcy | 2001 | 11.40 | $16,815.00 | $1,475.00 | $1,475.00 | N/A |
| Pomerantz, Jeffrey N. | Partner | Bankruptcy | 1989 | 80.20 | $174,435.00 | $2,175.00 | $1,895.00 | 1 |
| Pomerantz, Jeffrey N. | Partner | Bankruptcy | 1989 | 58.80 | $111,426.00 | $1,895.00 | $1,895.00 | N/A |
| Litvak, Maxim B. | Partner | Bankruptcy | 2001 | 31.90 | $60,450.50 | $1,895.00 | $1,725.00 | 1 |
| Litvak, Maxim B. | Partner | Bankruptcy | 2001 | 11.70 | $20,182.50 | $1,725.00 | $1,725.00 | N/A |
| Kroop, Jordan A. | Counsel | Bankruptcy | 1998 | 157.40 | $275,450.00 | $1,750.00 | $1,625.00 | 1 |
| Kroop, Jordan A. | Counsel | Bankruptcy | 1998 | 107.50 | $174,687.50 | $1,625.00 | $1,625.00 | N/A |
| Dine, Jeffrey M. | Counsel | Bankruptcy | 2019 | 86.40 | $155,088.00 | $1,795.00 | $1,675.00 | 1 |
| Dine, Jeffrey M. | Counsel | Bankruptcy | 2019 | 26.90 | $45,057.50 | $1,675.00 | $1,675.00 | N/A |
| Gruber, Richard J. | Counsel | Bankruptcy | 1982 | 6.20 | $11,470.00 | $1,850.00 | $1,850.00 | N/A |
| Corma, Edward A. | Associate | Bankruptcy | 2020 | 20.70 | $18,112.50 | $875.00 | $875.00 | N/A |
| Winograd, Hayley R. | Associate | Bankruptcy | 2018 | 5.90 | $7,375.00 | $1,250.00 | $1,150.00 | 1 |
| Winograd, Hayley R. | Associate | Bankruptcy | 2018 | 26.90 | $30,935.00 | $1,150.00 | $1,150.00 | N/A |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 60.60 | $42,117.00 | $695.00 | $650.00 | 1 |
| Bates, Andrea T. | Paralegal | Bankruptcy | N/A | 29.00 | $18,850.00 | $650.00 | $650.00 | N/A |
| **TOTAL** | | | | **1015.9** | **$1,644,273.75** | | | |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-4225-1934.4 53772.00002

# EXHIBIT C

## STAFFING PLAN

| CATEGORY OF TIMEKEEPER [1] (using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 7 | $1,616.73 |
| Counsel | 3 | $1,739.00 |
| Associate | 2 | $1,091.67 |
| Law Library Director | 0 | N/A |
| Paralegal | 1 | $672.50 |
| Case Management Assistants | 0 | N/A |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Case Name:           Lugano Diamonds & Jewelry Inc., et al.
Case Number:         25-12055 (BLS)
Applicant's Name:    Pachulski Stang Ziehl & Jones LLP
Date of Application: 4/14/26
Interim or Final:    Interim

4912-4225-1934.4 53772.00002

## EXHIBIT D-1

### SUMMARY OF COMPENSATION REQUESTED BY CATEGORY

(*See* Guidelines ¶ C.8 for project category information)

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---|---|
| Asset Analysis and Recovery | 19.60 | $23,637.50 |
| Asset Disposition | 81.50 | $140,605.00 |
| Bankruptcy Litigation | 459.30 | $722,823.50 |
| Case Administration | 73.10 | $87,370.50 |
| Claims Administration and Objections | 6.70 | $11,751.50 |
| PSZJ Compensation | 9.20 | $9,496.50 |
| Other Professional Compensation | 9.10 | $12,502.50 |
| Employee Benefits/Pensions/ and KEIP/KERP | 2.30 | $4,025.00 |
| Contract and Lease Matters | 2.10 | $3,675.00 |
| Financial Filings | 2.60 | $3,952.00 |
| Financing/Cash Collateral/Cash Management | 63.50 | $119,782.50 |
| General Creditors' Committee | 117.00 | $206,685.00 |
| Meetings of and Communications with Creditors | 2.40 | $3,540.00 |
| Non-Working Travel | 4.30 | $4,031.25 |
| Operations | 0.50 | $937.50 |
| Insurance Coverage | 13.90 | $25,072.50 |
| Plan and Disclosure Statement | 98.20 | $179,151.50 |
| PSZJ Retention | 9.10 | $13,013.00 |
| Other Professional Retention | 17.80 | $29,058.00 |
| Serenade | 7.50 | $12,792.50 |
| Simba | 20.00 | $34,982.50 |
| Stay Litigation | 6.20 | $10,801.50 |
| Tax Issues | 0.10 | $189.50 |
| Less time removed as per fn 1 above | -10.10 | -$15,602.50 |
| **TOTAL** | **1015.9** | **$1,644,273.75** |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-4225-1934.4 53772.00002

**EXHIBIT D-2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*SEE* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| Expense | Total |
|---|---|
| Auto Travel Expense | $686.92 |
| Working Meals | $20.85 |
| Delivery/Courier Service | $15.00 |
| Bloomberg | $105.00 |
| Court Fees | $1,139.50 |
| Lexis/Nexis-Legal Research | $353.60 |
| Litigation Support Vendors | $1,813.48 |
| PACER - Court Research | $509.00 |
| Reproduction Expense | $40.90 |
| Online Research | $2,007.50 |
| Transcript | $539.60 |
| Westlaw-Legal Research | $6,257.16 |
| **Grand Total** | **$13,488.51** |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-4225-1934.4 53772.00002                    13

## EXHIBIT E

### SUMMARY COVER SHEET OF FEE APPLICATION

| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
|---|---|
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | December 1, 2025 through February 28, 2026 |
| Total compensation sought this period: | $1,657,765.26 |
| Total expenses sought this period: | $13,488.51 |
| Petition date: | November 16, 2025 |
| Retention date: | December 1, 2025 |
| Date of order approving employment: | January 6, 2026 |
| Total fees approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed fees paid to date: | $879,786.20 |
| Total allowed expenses paid to date: | $7,122.89 |
| Blended rate in this application for all attorneys: | $1,709.28 |
| Blended rate in this application for all timekeepers: | $1,618.54 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $879,786.20 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $7,122.89 |
| Number of professionals included in this application: | 13 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 3 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Pachulski Stang Ziehl & Jones LLP |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |