**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Dkt. No. [ ]** |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF PACHULSKI STANG ZIEHL & JONES LLP
AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM DECEMBER 1, 2025, THROUGH FEBRUARY 28, 2026**

Pachulski Stang Ziehl & Jones LLP ("**PSZJ**"), as counsel for the official committee of unsecured creditors (the "**Committee**") in the above-captioned cases, filed its *First Interim Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP for the Period from December 1, 2025 through February 28, 2026* (the "**First Interim Fee Application**"). The Court has reviewed the First Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Fee Application, and any hearing on the First Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Fee Application. Accordingly, it is

ORDERED that the First Interim Fee Application is GRANTED on an interim basis. The Debtors in the above cases must pay to PSZJ the sum of $1,644,273.75 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

4912-4225-1934.4 53772.00002

2

$13,488.51 for a total of $1,657,762.26 for services rendered and disbursements incurred by PSZJ for the period December 1, 2025 through February 28, 2026, less any amounts previously paid in connection with the Monthly Fee Applications. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.