**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,<br><br>        Debtors. | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered)<br><br>**Objections Due: May 5, 2026 at 4:00 pm ET**<br>**Hearing Date: June 1, 2026 at 11:00 am ET** |

**NOTICE OF FIRST INTERIM APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF
FORCE TEN ADVISORS, LLC AS FINANCIAL ADVISOR FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM
DECEMBER 3, 2025, THROUGH FEBRUARY 28, 2026**

      **PLEASE NOTE:** On April 14, 2026, under the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* entered on December 15, 2025 [Doc 193] (the "**Interim Compensation Order**"), Force Ten Advisors, LLC ("**Force 10**"), financial advisor for the Official Committee of Unsecured Creditors (the "**Committee**"), filed its *First Interim Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor for the Official Committee of Unsecured Creditors for the Period From December 3, 2025, through February 28, 2026* (the "**Application**"), seeking compensation for the reasonable and necessary services rendered to the Committee in the amount of $709,686.00 and reimbursement for actual and necessary expenses in the amount of $219.95. Any response or objection to the Application must be filed with the Court and served on Force 10 and the parties named in the Interim Compensation Order by **May 5, 2026, at 4:00 p.m. Eastern Time.** A hearing on the Application will be held on **June 1, 2026, at 11:00 a.m. Eastern Time** before the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 6th Floor, Courtroom #1, Wilmington, Delaware 19801.

Dated:    April 14, 2026       Respectfully submitted,

           **PACHULSKI STANG ZIEHL & JONES LLP**

           */s/ James E. O'Neill*
           James E. O'Neill, Esq. (DE Bar No. 4042)
           Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
           Jordan A. Kroop, Esq. (admitted *pro hac vice*)
           919 North Market Street, 17th Floor
           Wilmington, DE 19801
           Telephone:  (302) 652-4100
           Email:       joneill@pszjlaw.com
                        jpomerantz@pszjlaw.com
                        jkroop@pszjlaw.com

           *Counsel to the Official Committee of Unsecured Creditors*

4912-2033-8849.2 53772.00002