**EXHIBIT A**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS**

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| Category of Timekeeper | Blended Hourly Rate | | |
|---|---|---|---|
| | **Billed** <br><br> In comparable practice areas for preceding calendar year | **Billed** <br><br> Firm-wide for preceding calendar year | **Billed** <br><br> This Application[1] |
| Partners | $871.13 | $871.13 | $925.00 |
| Managing Directors and Directors | $560.13 | $560.13 | $621.48 |
| Managers, Senior Associates, Associates and Analysts | $391.29 | $391.29 | $494.07 |

Case Name:         Lugano Diamonds & Jewelry Inc., et al.
Case Number:      25-12055 (BLS)
Applicant's Name:    Force Ten Advisors, LLC
Date of Application:   4/14/26
Interim or Final:      Interim

---

[1] Force 10 implemented a firm wide rate increase effective January 1, 2026. Such increases were implemented for this engagement per employment order.

4912-2033-8849.2 53772.00002

**EXHIBIT B**

**SUMMARY OF TIMEKEEPERS INCLUDED IN THIS APPLICATION**

| Name | Title | Fees Billed in the Application Period ($) | Hours Billed in the Application Period | Hourly Rate Billed in the Application Period ($) |
|---|---|---|---|---|
| Adam Meislik | Partner | $210,900.00 | 228.0 | $925.00 |
| Brian Weiss | Partner | $226,347.50 | 244.7 | $925.00 |
| Renee Albarano | Managing Director | $21,703.50 | 27.3 | $795.00 |
| Erik Nathan | Managing Director | $80,682.00 | 135.6 | $595.00 |
| Isaac Chan | Manager | $90,023.50 | 151.3 | $595.00 |
| Ellen Sprague | Manager | $1,526.50 | 4.3 | $355.00 |
| Mylene Ayala | Manager | $1,562.00 | 4.4 | $355.00 |
| Nicholas Rafatjoo | Associate | $76,941.00 | 185.4 | $415.00 |
| **Totals** | | **$709,686.00** | **981.0** | |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Force Ten Advisors, LLC |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-2033-8849.2 53772.00002

**EXHIBIT D-1**
**SUMMARY OF COMPENSATION REQUESTED BY CATEGORY**

| CATEGORY | HOURS BILLED THIS PERIOD | TOTAL FOR APPLICATION |
|---|---:|---:|
| **December 2025** | | |
| Committee – Business Analysis/Operations | 166.3 | $106,703.50 |
| Committee – Case Administration | 0.9 | 700.50 |
| Committee – Cash Flow Forecasting | 54.6 | 42,448.00 |
| Committee – Claims Analysis and Objections | 18.5 | 17,112.50 |
| Committee – Committee Activities | 9.0 | 6,627.00 |
| Committee – Consulting | 48.4 | 42,768.00 |
| Committee – Court Hearings | 9.0 | 7,339.00 |
| Committee – Fee/Employment Applications | 1.6 | 1,480.00 |
| Committee – Financing Activities | 6.8 | 6,290.00 |
| Committee – Litigation | 3.9 | 3,607.50 |
| Committee – Review/Assist with Court Pleadings | 1.9 | 1,757.50 |
| Committee – Sale Process | 33.0 | 30,434.00 |
| **January 2026** | | |
| Committee – Business Analysis/Operations | 102.1 | $62,948.50 |
| Committee – Case Administration | 0.4 | 370.00 |
| Committee – Cash Flow Forecasting | 12.4 | 10,864.00 |
| Committee – Claims Analysis and Objections | 42.2 | 27,509.00 |
| Committee – Committee Activities | 32.2 | 27,631.00 |
| Committee – Consulting | 2.3 | 2,127.50 |
| Committee – Fee/Employment Applications | 3.7 | 2,054.50 |
| Committee – Litigation | 40.5 | 33,253.50 |
| Committee – Plan & Disclosure Statement | 1.5 | 979.50 |
| Committee – Sale Process | 0.4 | 370.00 |
| **February 2026** | | |
| Committee – Business Analysis/Operations | 202.1 | $136,647.50 |
| Committee – Cash Flow Forecasting | 3.5 | 2,907.50 |
| Committee – Claims Analysis and Objections | 58.4 | 32,267.00 |
| Committee – Committee Activities | 19.5 | 16,360.50 |
| Committee – Consulting | 11.9 | 10,743.50 |
| Committee – Fee/Employment Applications | 2.0 | 710.00 |
| Committee – Litigation | 85.9 | 69,032.50 |
| Committee – Plan & Disclosure Statement | 6.1 | 5,642.50 |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Force Ten Advisors, LLC |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-2033-8849.2 53772.00002

# EXHIBIT D-2

## SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY

(*SEE* GUIDELINES ¶ C.8 FOR PROJECT CATEGORY INFORMATION)

| Expense | Total |
|---|---|
| Information Technology | $219.95 |
| **Grand Total** | **$219.95** |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Force Ten Advisors, LLC |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

**EXHIBIT E**

**SUMMARY COVER SHEET OF FEE APPLICATION**

| Name of Applicant: | Force Ten Advisors, LLC |
|---|---|
| Name of client: | Official Committee of Unsecured Creditors |
| Time period covered by this application: | December 3, 2025 through February 28, 2026 |
| Total compensation sought this period: | $709,686.00 |
| Total expenses sought this period: | $219.95 |
| Petition date: | November 16, 2025 |
| Retention date: | December 3, 2025 |
| Date of order approving employment: | January 8, 2026 |
| Total fees approved by interim order to date: | $0.00 |
| Total expenses approved by interim order to date: | $0.00 |
| Total allowed fees paid to date: | $567,748.80 |
| Total allowed expenses paid to date: | $219.95 |
| Blended rate in this application for all timekeepers: | $723.65 |
| Fees sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $567,748.80 |
| Expenses sought in this application already paid pursuant to a monthly compensation order but not yet allowed: | $219.95 |
| Number of professionals included in this application: | 8 |
| If applicable, number of professionals in this application not included in staffing plan approved by client: | N/A |
| If applicable, difference between fees budgeted and compensation sought for this period: | N/A |
| Number of professionals billing fewer than 15 hours to the case during this period | 2 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this application using the rates originally disclosed in the retention application | No |

| | |
|---|---|
| Case Name: | Lugano Diamonds & Jewelry Inc., et al. |
| Case Number: | 25-12055 (BLS) |
| Applicant's Name: | Force Ten Advisors, LLC |
| Date of Application: | 4/14/26 |
| Interim or Final: | Interim |

4912-2033-8849.2 53772.00002                    11