**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Dkt. No. [ ]** |

**ORDER GRANTING FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF FORCE TEN ADVISORS, LLC FOR THE PERIOD FROM DECEMBER 3, 2025, THROUGH FEBRUARY 28, 2026**

Force Ten Advisors, LLC ("**Force 10**"), as financial advisor for the official committee of unsecured creditors (the "**Committee**") in the above-captioned cases, filed its *First Interim Application for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from December 3, 2025 through February 28, 2026* (the "**First Interim Fee Application**"). The Court has reviewed the First Interim Fee Application and finds that: (a) the Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334; (b) notice of the First Interim Fee Application, and any hearing on the First Interim Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Interim Fee Application. Accordingly, it is

ORDERED that the First Interim Fee Application is GRANTED on an interim basis. The Debtors in the above cases must pay to Force 10 the sum of $709,686.00 as compensation for

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

necessary professional services rendered, and actual and necessary expenses in the amount of $219.95 for a total of $709,905.95 for services rendered and disbursements incurred by Force 10 for the period December 3, 2025 through February 28, 2026, less any amounts previously paid in connection with the Monthly Fee Applications. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.