**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |
| LUGANO DIAMONDS & JEWELRY INC.<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendant. | Adv. Proc. No. 26-50036 (BLS) |

**NOTICE OF AMENDED[2] AGENDA FOR HEARING OF MATTER**
**SCHEDULED FOR APRIL 20, 2026, AT 11:00 A.M. (ET)**

> **NO MATTERS ARE GOING FORWARD.  THE HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT.**

**RESOLVED MATTERS**

1.    Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to (A) File a Chapter 11 Plan and (B) Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [D.I. 430, 3/13/26]

      Objection Deadline:    March 27, 2026 at 4:00 p.m. (ET)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2]    **Amendments appear in bold.**

Related Documents:

    A.  Certificate of No Objection [D.I. 453, 3/30/26]

    B.  Order (I) Extending the Debtors' Exclusive Periods to (A) File a Chapter 11 Plan and (B) Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [D.I. 457, 3/31/26]

Objections Filed:  None.

Status:  An order has been entered.

2.    Debtors' Motion for an Order (A) Authorizing the Debtors to (I) Reject an Unexpired Lease of Nonresidential Real Property, and (II) Abandon Any Remaining Personal Property Located at the Leased Premises, Bother Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 456, 3/31/26]

Objection Deadline:   April 13, 2026 at 4:00 p.m. (ET0

Related Documents:

    A.  Certificate of No Objection [D.I. 482, 4/14/26]

    B.  Order (A) Authorizing the Debtors to (I) Reject an Unexpired Lease of Nonresidential Real Property, and (II) Abandon Any Remaining Personal Property Located at the Leased Premises, Bother Effective as of the Rejection Effective Date; and (B) Granting Related Relief [D.I. 484, 4/15/26]

Objections Filed: None

Status: An order has been entered.

## ADJOURNED MATTER

3.    Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 312, 1/27/26]

Objection Deadline:   February 13, 2026 at 4:00 p.m. (ET), *extended to March 30, 2026 at 4:00 p.m. (ET) for the Debtors and the Committee*

Related Documents:

    A.  Notice of Rescheduled Hearing [D.I. 340, 2/5/26]

    B.  Order Approving the Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust Granting Limited Relief from the Automatic Stay [D.I. 424, 3/9/26]

    C.  Declaration of Traci L. Shafroth in Support of Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 451, 3/30/26]

D. Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Regarding Further Adjourning Motion for Relief from Stay [D.I. 466, 4/6/26]

Objections Filed:

A. Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 450, 3/30/26]

B. Official Committee of Unsecured Creditors' Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 452, 3/30/26]

C. Compass Group Diversified Holdings LLC's Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 459, 3/31/26]

Status: As set forth in the *Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Regarding Further Adjourning Motion for Relief from Stay*, this matter is adjourned by agreement of the parties to June 1, 2026 at 11:00 a.m. (ET).

## ADVERSARY MATTER PRETRIAL CONFERENCE

4. Lugano Diamonds & Jewelry Inc. v. Travelers Casualty and Surety Company of America, Adv. Case No. 26-50036

Related Documents:

A. Complaint [D.I. 1, 2/4/26]

B. Summons [D.I. 2, 2/5/26]

C. Travelers Casualty and Surety Company of America's Answer to Plaintiff's Complaint [D.I. 9, 3/23/26]

D. Certificate of Counsel Regarding Proposed Adversary Proceeding Scheduling Order [D.I. 19, 4/16/26]

Status: A proposed joint scheduling order has been submitted under certification of counsel. **No hearing is necessary.**

Dated: April 16, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Brynna M. Gaffney*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: emorton@ycst.com
      sbeach@ycst.com
      sborovinskaya@ycst.com
      bgaffney@ycst.com


-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email:   tkeller@kbkllp.com
      tshafroth@kbkllp.com
      sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*