**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 444** |

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED)**
**REGARDING THIRD MONTHLY FEE APPLICATION FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES OF**
**FORCE TEN ADVISORS, LLC, AS FINANCIAL ADVISOR TO THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026**

The undersigned hereby certifies that:

1.      On March 25, 2026, Force Ten Advisors, LLC ("Force 10"), as financial advisor to the Official Committee of Unsecured Creditors (the "Committee") filed and served its *Third Monthly Fee Statement for Compensation and Reimbursement of Expenses of Force Ten Advisors, LLC , as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from February 1, 2026 Through February 28, 2026* [Docket No. 444] (the "Application").

2.      Objections to the Applications were to be filed and served no later than April 15, 2026 by 4:00 p.m. (prevailing Eastern Time).  The undersigned has caused the Bankruptcy Court's docket in this case to be reviewed, and no answer, objection or other responsive

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

4899-6716-3300.1 53772.00002

pleadings to the Application appears thereon.  Additionally, no objections to the Application have been received by the undersigned counsel.

3.	Pursuant to the *Order (A) Authorizing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (B) Granting Related Relief* [Docket No. 193], the Debtors are authorized to pay Force 10 $219,448.80, which represents 80% of the fees ($274,311.00), and $3.20 which represents 100% of the expenses, for a total payment of $219,452.00 for the period from February 1, 2026 through February 28, 2026, upon the filing of this certificate of no objection and without the need for entry of a Bankruptcy Court order approving the Fee Statement.

*[Remainder of Page Intentionally Left Blank]*

Dated:    April 23, 2026         Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*
James E. O'Neill, Esq. (DE Bar No. 4042)
Edward A. Corma, Esq. (DE Bar No. 6718)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone:   (302) 652-4100
Email:        joneill@pszjlaw.com
                ecorma@pszjlaw.com

- and -

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
Jordan A. Kroop, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone:   (310) 277-6910
Email:        jpomerantz@pszjlaw.com
                jkroop@pszjlaw.com

- and -

John A. Morris, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone:   (212) 561-7700
Email:        jmorris@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*