**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
|  | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 477, 478, 479 & 480** |

**CERTIFICATION OF COUNSEL REGARDING PROPOSED
ORDER APPROVING INTERIM FEE APPLICATIONS OF
DEBTORS' AND SPECIAL COMMITTEE'S PROFESSIONALS**

On April 14, 2026, the professionals (collectively, the "Professionals") retained in these chapter 11 cases by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry, Inc. (the "Special Committee"), filed their respective applications for allowance of compensation and reimbursement of expenses [Docket Nos. 477, 478, 479 & 480] (collectively, the "Interim Fee Applications").  The Interim Fee Applications were filed by the following Professionals:

- Young Conaway Stargatt & Taylor, LLP, co-counsel to the Debtors;

- Keller Benvenutti Kim LLP, co-counsel to the Debtors;

- Barnes & Thornburg LLP, counsel to the Special Committee;

- Omni Agent Solutions, Inc., administrative advisor to the Debtors; and

- Armory Securities, LLC, investment banker to the Debtors.

Objections, if any, to the Interim Fee Applications were required to be filed and served on or before May 1, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").  Prior to the Objection

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Deadline, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") and Compass Group Diversified Holdings LLC ("CODI") provided informal comments to certain of the Interim Fee Applications, and such comments were subsequently resolved on a consensual basis.  No other formal or informal responses to the Interim Fee Applications were received prior to the Objection Deadline, and a review of the docket in these chapter 11 cases reveals no answer, objection, or other responsive pleading thereto.  Accordingly, the Debtors hereby submit the proposed form of order attached hereto as **Exhibit 1** (the "Proposed Order"), approving the Interim Fee Applications on a final basis.

WHEREFORE, as no other responses or objections were received to the Interim Fee Applications other than those described herein, and the U.S. Trustee and CODI have advised the Debtors' undersigned counsel that they do not object to entry of the Proposed Order, the Debtors respectfully request that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

[*Remainder of Page Intentionally Left Blank*]

60092294.1

2

Dated: May 13, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email:   emorton@ycst.com
         sbeach@ycst.com
         sborovinskaya@ycst.com
         bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email:   tkeller@kbkllp.com
         tshafroth@kbkllp.com
         sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*

60092294.1

# EXHIBIT 1

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 477, 478, 479 & 480** |

**OMNIBUS ORDER APPROVING**
**FIRST INTERIM FEE APPLICATIONS OF**
**DEBTORS' AND SPECIAL COMMITTEE'S PROFESSIONALS**

Upon consideration of the first interim fee applications (collectively, the "First Interim Fee Applications") of certain professionals (collectively, the "Professionals"), a list of which is attached hereto as **Exhibit A**, retained in these chapter 11 cases by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry, Inc., for allowance of compensation and reimbursement of expenses on an interim basis, and it appearing to this Court that all of the requirements of sections 327, 328, 330, 331 and 503(b) of title 11 of the United States Code, 11 U.S.C. §§ 101–1532, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses incurred were reasonable and necessary; and that the notice of the First Interim Fee Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

**IT IS HEREBY ORDERED THAT**:

1.      The First Interim Fee Applications are APPROVED with respect to the amounts set forth on **Exhibit A** attached hereto.

2.      The Professionals are granted interim allowance of compensation in the amounts set forth on **Exhibit A** attached hereto.

3.      The Professionals are granted, on an interim basis, reimbursement of the reasonable and necessary expenses in the amounts set forth on **Exhibit A** attached hereto.

4.      The Debtors are authorized and directed, as provided herein, to remit, or cause to be remitted, payment to the Professionals in the amounts set forth on **Exhibit A** hereto, less any and all amounts previously paid on account of such fees and expenses.

5.      This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6.      This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

60092585.2

# EXHIBIT A

## Proposed Order

60092585.2

**LUGANO DIAMONDS & JEWELRY INC.,** *et al*
Case No. 25-12055 (BLS)
Chart of First Interim Fee Applications

| Professional | Interim Compensation Period & Interim Fee Application | Interim Fees Requested | Voluntary Reduction[1] | Interim Expenses Requested | Voluntary Reduction[2] | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Co- Counsel to the Debtors | 11/16/25-2/28/26 D.I. 477 & 478 | $1,100,102.00 | $574.79 | $15,523.86 | N/A | $1,099,527.21 | $15,523.86 |
| Keller Benvenutti Kim LLP, Co- Counsel to the Debtors | 11/16/25-2/28/26 D.I. 477 & 479 | $1,238,722.50 | $5,000.00 | $6,992.40 | N/A | $1,233,722.50 | $6,992.40 |
| Barnes & Thornburg LLP, Counsel to Special Committee of the Board of Directors of Lugano | 11/16/25-2/28/26 D.I. 477 & 480 | $1,757,704.85[3] | $2,490.00 | $74,240.06 | $25,035.89 | $1,755,214.85 | $49,204.17 |

[1]   These amounts reflect voluntary reductions at the request of the Office of the United States Trustee (the "U.S. Trustee").

[2]   These amounts reflect voluntary reductions at the request of the U.S. Trustee.

[3]   This amount reflects a voluntary reduction of ten percent (10%) of Barnes & Thornburg LLP's fee request for the period from the Petition Date through January 31, 2026.  That reduction was taken as part of a voluntary agreement with the Debtors' lender, as disclosed in the First Interim Fee Application.

60092585.2

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Diamonds & Jewelry Inc. | | | | | | | |
| Omni Agent Solutions, Inc. | 11/16/25-2/28/26 D.I. 477 | $30,645.45 | N/A | $0.00 | N/A | $30,645.45 | $0.00 |
| Armory Securities, LLC | 11/16/25-2/28/26 D.I. 477 | $797,666.00 | N/A | $0.00 | N/A | $797,666.00 | $0.00 |

2

60092585.2