**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR JUNE 22, 2026, AT 10:00 A.M. (ET)**

---

**NO MATTERS ARE GOING FORWARD.  THE HEARING IS CANCELLED WITH THE PERMISSION OF THE COURT.**

---

**ADJOURNED MATTERS**

1. Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 312, 1/27/26]

   Objection Deadline:  February 13, 2026 at 4:00 p.m. (ET), *extended to March 30, 2026 at 4:00 p.m. (ET) for the Debtors and the Official Committee of Unsecured Creditors*

   Related Documents:

   A. Notice of Rescheduled Hearing Regarding Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 340, 2/5/26]

   B. Order Approving the Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust Granting Limited Relief from the Automatic Stay [D.I. 424, 3/9/26]

   C. Declaration of Traci L. Shafroth in Support of Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 451, 3/30/26]

   D. Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Regarding Further Adjourning Motion for Relief from Stay [D.I. 466, 4/6/26]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

E.  Omnibus Reply of Mordechai Ferder, Individually and in his Capacity as Trustee of the Haim Family Trust, to Debtors' Objection and Joinders in Support of Motion for Relief from the Automatic Stay [D.I. 604, 6/16/26]

Objections:

A.  Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 450, 3/30/26]

B.  Official Committee of Unsecured Creditors' Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 452, 3/30/26]

C.  Compass Group Diversified Holdings LLC's Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 459, 3/31/26]

Status: This matter is adjourned to the omnibus hearing scheduled on July 14, 2026 by agreement of the parties.

2.  Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 474, 4/10/26]

Objection Deadline:   May 8, 2026 at 4:00 p.m. (ET)

Related Documents:

A.  Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, in Support of Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 548, 5/27/26]

B.  Amended Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, in Support of Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 551, 5/28/26]

Objections:

A.  Debtors' Objection to Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 524, 5/8/26]

Status: This matter is adjourned to the omnibus hearing scheduled on July 14, 2026 by agreement of the parties. Travelers Casualty and Surety Company of America's response deadline has been extended to 4:00 p.m. (ET) on July 9, 2026.

**ADVERSARY MATTER**

***Lugano Diamonds & Jewelry Inc. v. Travelers Casualty and Surety Company of America*, Case No. 26-50036**

3.    Defendant's Motion for Permissive Abstention [D.I. 11, 3/23/26]

Related Documents:

   A.  Memorandum of Law in Support of Defendant's Motion for Permissive Abstention [D.I. 12, 3/23/26]

   B.  Reply in Support of Defendant's Motion for Permissive Abstention [D.I. 25, 4/27/26]

   C.  Defendant Travelers Casualty and Surety Company of America's Request for Oral Argument [D.I. 26, 4/30/26]

   D.  Defendant Travelers Casualty and Surety Company of America's Notice of Completion of Briefing [D.I. 27, 4/30/26]

   E.  Plaintiff's Request for Oral Argument [D.I. 28, 4/30/26]

Objections:

   A.  Debtors' Objection to Travelers Casualty and Surety Company of America's Motion for Permissive Abstention [D.I. 24, 4/20/26]

Status:  This matter is adjourned to the omnibus hearing scheduled on July 14, 2026 by agreement of the parties.


*[Remainder of Page Intentionally Left Blank]*

Dated: June 17, 2026
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: emorton@ycst.com
      sbeach@ycst.com
      sborovinskaya@ycst.com
      bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email:  tkeller@kbkllp.com
      tshafroth@kbkllp.com
      sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*