**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al*.,[1] | Case No. 25-12055 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket Nos. 615 & 616** |

**ORDER SHORTENING THE NOTICE PERIOD FOR THE DEBTORS' MOTION
FOR ENTRY OF AN ORDER (A) APPROVING THE DISCLOSURE STATEMENT
ON AN INTERIM BASIS; (B) ESTABLISHING SOLICITATION AND TABULATION
PROCEDURES; (C) APPROVING THE FORMS OF BALLOTS AND SOLICITATION
MATERIALS; (D) ESTABLISHING THE VOTING RECORD DATE; (E) FIXING
THE DATE, TIME, AND PLACE FOR THE COMBINED CONFIRMATION
HEARING AND THE DEADLINE FOR FILING OBJECTIONS
THERETO; AND (F) GRANTING RELATED RELIEF**

Upon the motion (the "<u>Motion to Shorten</u>")[2] of the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") for entry of an order (this "<u>Order</u>") (i) shortening time for notice of the hearing on the Solicitation Procedures Motion and (ii) shortening the period of time to object to the Solicitation Procedures Motion; and it appearing that this Court has jurisdiction to consider the Motion to Shorten pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated February 29, 2012; and it appearing that venue of the Chapter 11 Cases and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that it may enter a final order

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows:  Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc.  (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2]   Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

60266680.4

consistent with Article III of the United States Constitution; and it appearing that proper and adequate notice of the Motion to Shorten has been given under the circumstances and in accordance with the Bankruptcy Rules and Local Rules and that no other or further notice is necessary; and after due deliberation thereon; and this Court having found that the relief herein is in the best interests of the Debtors' estates; and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

1.      The Motion to Shorten is GRANTED as set forth herein.

2.      The hearing to consider approval of the Solicitation Procedures Motion will be held on **July 14, 2026, at 10:00 a.m. (ET)**.

3.      Any response or objection to the Solicitation Procedures Motion must be filed no later than **July 7, 2026, at 4:00 p.m. (ET)**.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


**Dated: June 26th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**

60266680.4

2