**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
|  | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR JULY 14, 2026, AT 10:00 A.M. (ET)**

---

**This proceeding will be conducted in person.  Counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to the Court's website (httsp://www.deb.uscourts.gov/ecourt-appearances)**
**Registration is required no later than 4:00 p.m. (ET)**
**one business day prior to the hearing.**

---

**ADJOURNED MATTERS**

1.   Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 474, 4/10/26]

   Objection Deadline:   May 8, 2026 at 4:00 p.m. (ET)

   Related Documents:

   A. Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, in Support of Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 548, 5/27/26]

   B. Amended Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, in Support of Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 551, 5/28/26]

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Objections:

    A. Debtors' Objection to Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy [D.I. 524, 5/8/26]

Status: This matter is adjourned by agreement between the Debtors and Travelers to August 31, 2026 at 11:00 a.m. (ET).

***Lugano Diamonds & Jewelry Inc. v. Travelers Casualty and Surety Company of America*, Case No. 26-50036**

2.    Defendant's Motion for Permissive Abstention [D.I. 11, 3/23/26]

    Related Documents:

    A. Memorandum of Law in Support of Defendant's Motion for Permissive Abstention [D.I. 12, 3/23/26]

    B. Reply in Support of Defendant's Motion for Permissive Abstention [D.I. 25, 4/27/26]

    C. Defendant Travelers Casualty and Surety Company of America's Request for Oral Argument [D.I. 26, 4/30/26]

    D. Defendant Travelers Casualty and Surety Company of America's Notice of Completion of Briefing [D.I. 27, 4/30/26]

    E. Plaintiff's Request for Oral Argument [D.I. 28, 4/30/26]

    Objections:

    A. Debtors' Objection to Travelers Casualty and Surety Company of America's Motion for Permissive Abstention [D.I. 24, 4/20/26]

Status: This matter is adjourned by agreement between the Debtors and Travelers to August 31, 2026 at 11:00 a.m. (ET).

**CONTESTED MATTER GOING FORWARD**

3.    Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 615, 6/24/26]

    Objection Deadline:   July 7, 2026 at 4:00 p.m. (ET), *extended to July 8, 2026 at 4:00 p.m. (ET) for the Office of the United States Trustee and to July 9, 2026 at 11:59 p.m. (ET) for Bryan Gadol and Darren Testa*

Related Documents:

A. Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 612, 6/24/26]

B. Notice of Filing of Plan Support Agreement [D.I. 613, 6/24/26]

C. Disclosure Statement for the Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 614, 6/24/26]

D. Order Shortening the Notice Period for the Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 623, 6/26/26]

E. Notice of Filing of Liquidation Analysis [D.I. 636, 7/7/26]

F. Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 640, 7/9/26]

G. Reply of Special Committee of Board of Directors of Lugano Diamonds & Jewelry Inc. to Objection of the Ferder Parties to Approval of Disclosure Statement [D.I. 641, 7/9/26]

H. Compass Group Diversified Holdings LLC Reply to Objections to the Approval of Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 642, 7/9/26]

I. Official Committee of Unsecured Creditors' Response to Disclosure Statement Objections [D.I. 643, 7/9/26]

J. Amended Chapter 11 of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Debtor Affiliates [D.I. 649, 7/9/26]

K. Notice of Filing of Blackline of Amended Chapter 11 of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Debtor Affiliates [D.I. 650, 7/9/26]

L. Disclosure Statement for the Amended Chapter 11 of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Debtor Affiliates [D.I. 651, 7/9/26]

M.  Notice of Filing of Blackline of Disclosure Statement for the Amended Chapter 11 of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Debtor Affiliates [D.I. 652, 7/9/26]

N.  Notice of Filing of Revised Proposed Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 653, 7/9/26]

Objections Filed:

A.  Informal Responses from:

  i.  Brian Gadol
  ii.  Darren Testa

B.  Objection of the Ferder Parties to Approval of the Debtors' Disclosure Statement for the Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and its Affiliated Debtors [D.I. 637, 7/7/26]

C.  Objection of the United States Trustee to Approval of Solicitation Procedures [D.I. 638, 7/7/26]

Status: Item (A) is resolved.  With respect to Items (B) and (C), this matter is going forward.

**STATUS CONFERENCE**

4.  Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 312, 1/27/26]

Objection Deadline:   February 13, 2026 at 4:00 p.m. (ET), *extended to March 30, 2026 at 4:00 p.m. (ET) for the Debtors and the Official Committee of Unsecured Creditors*

Related Documents:

A.  Notice of Rescheduled Hearing Regarding Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion for Relief from the Automatic Stay [D.I. 340, 2/5/26]

B.  Order Approving the Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust Granting Limited Relief from the Automatic Stay [D.I. 424, 3/9/26]

C.  Declaration of Traci L. Shafroth in Support of Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 451, 3/30/26]

D.  Stipulation of the Debtors and Mordechai Haim Ferder, Individually and as Trustee of the Haim Family Trust, Regarding Further Adjourning Motion for Relief from Stay [D.I. 466, 4/6/26]

E.  Omnibus Reply of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, to Debtors' Objection and Joinders in Support of Motion for Relief from the Automatic Stay [D.I. 604, 6/16/26]

Objections:

A.  Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 450, 3/30/26]

B.  Official Committee of Unsecured Creditors' Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 452, 3/30/26]

C.  Compass Group Diversified Holdings LLC's Joinder in Debtors' Objection to Mordechai Ferder's Motion for Relief from the Automatic Stay [D.I. 459, 3/31/26]

Status: The underlying litigation that was the subject of the motion has been dismissed. The Debtors do not believe there is anything further to adjudicate in this matter, but the movant has not confirmed.  The Debtors, therefore, are listing this matter as a status conference to the extent the movant has any additional issues to discuss with respect to this matter.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 10, 2026
      Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253
Email: emorton@ycst.com
      sbeach@ycst.com
      sborovinskaya@ycst.com
      bgaffney@ycst.com


-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone:  (415) 496-6723
Facsimile:  (650) 636-9251
Email:  tkeller@kbkllp.com
      tshafroth@kbkllp.com
      sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*

6