# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 9, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the methods set forth on the Service List attached hereto as **Exhibit B:**

- **Debtors' Omnibus Reply to Objections to Debtors' Motion for Entry of an Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [Docket No. 640]**

- **Reply of Special Committee of Board of Directors of Lugano Diamonds & Jewelry Inc. to Objection of the Ferder Parties to Approval of Disclosure Statement (D.I. 637) [Docket No. 641]**

- **Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [Docket No. 649]**

- **Notice of Filing of Blackline of Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Debtor Affiliates and Exhibits Thereto [Docket No. 650]**

- **Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [Docket No. 651]**

- **Notice of Filing of Blackline of Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [Docket No. 652]**

- **Notice of Filing of Revised Proposed Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [Docket No. 653]**

---

[1]   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Dated: July 13, 2026

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California          }
{                             } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this _13th_ day of ___July___, 20_26_ by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

## **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Enhanced Retail Funding, LLC | Ashby & Geddes, P.A. | Attn: Gregory A Taylor<br>500 Delaware Ave, 8th Fl<br>Wilmington, DE 19801 | Gtaylor@ashbygeddes.com | Email |
| *NOA - Counsel for The Irvine Company, LLC, 620 NCD LLC, Fashion Island Retail LLC, and Irvine Management Company | Ballard Spahr LLP | Attn: Leslie C Heilman/Laurel D Roglen<br>Attn: Margaret A Vesper/Erin L Williamson<br>919 Market St, 11th Fl<br>Wilmington, DE 19801 | heilmanl@ballardspahr.com;<br>roglenl@ballardspahr.com;<br>vesperm@ballardspahr.com;<br>williamsone@ballardspahr.com | Email |
| *NOA - Counsel for The Irvine Company, LLC, 620 NCD LLC, Fashion Island Retail LLC, and Irvine Management Company | Ballard Spahr LLP | Attn: Brian D Huben/Dustin P Branch<br>Attn: Nahal Zarnighian<br>2029 Century Park E, Ste 1400<br>Los Angeles, CA 90067-2915 | hubenb@ballardspahr.com;<br>branchd@ballardspahr.com;<br>zarnighiann@ballardspahr.com | Email |
| *NOA - Counsel for the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. | Barnes & Thornburg LLP | Attn: Amy E Tryon<br>222 Delaware Ave, Ste 1200<br>Wilmington, DE 19801 | Amy.Tryon@btlaw.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Bayard, P.A. | Attn: Ericka F Johnson<br>600 N King St, Ste 400<br>Wilmington, DE 19801 | ejohnson@bayardlaw.com | Email |
| *NOA - Counsel for Krostoffer Winters | Bienert Katzman Littrell Williams LLP | Attn: Steven J Katzman<br>903 Calle Amanecer, Ste 350<br>San Clemente, CA 92673 | skatzman@bklwlaw.com | Email |
| *NOA - Counsel to N.B.S. Diamonds Inc. | Bryan Cave Leighton Paisner LLP | Attn: Jarret P Hitchings<br>301 S College St, Ste 2150<br>Charlotte, NC 28202 | jarret.hitchings@bclplaw.com | Email |
| *NOA - Counsel to N.B.S. Diamonds Inc. | Bryan Cave Leighton Paisner LLP | Attn: Sharon Z Weiss<br>120 Broadway, Ste 300<br>Santa Monica, CA 90401 | sharon.weiss@bclplaw.com | Email |
| *NOA - Counsel for Oracle America, Inc. | Buchalter LLP | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| *NOA - Counsel for Paul and Cassandra Hazen | Chipman Brown Cicero & Cole, LLP | Attn: Mark L Desgrosseilliers/Alison R Maser<br>1313 N Market St, Ste 5400<br>Hercules Plz<br>Wilmington, DE 19801 | desgross@chipmanbrown.com;<br>maser@chipmanbrown.com | Email |
| *NOA - Counsel for the Hazens | Howard & Howard Attorneys PLLC | Attn: James E Morgan<br>180 N Stetson Ave, Ste 1400<br>Chicago, IL 60601 | jem@h2law.com | Email |
| IRS | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | scott.miller@irs.gov | Email |
| *NOA - Counsel for Ramond W Cohen | K&L Gates LLP | Attn: Jonathan P Hersey<br>1 Park Plz, 12th Fl<br>Irvine, CA 92614 | jonathan.hersey@klgates.com | Email |
| *NOA - Counsel for Ramond W Cohen | K&L Gates LLP | Attn: Matthew B Goeller<br>600 N King St, Ste 901<br>Wilmington, DE 19801 | matthew.goeller@klgates.com | Email |
| *NOA - Counsel for Ramond W Cohen | K&L Gates LLP | Attn: Gunjan D Devnani/A Lee Hogewood III<br>301 Hillsborough St, Ste 1200<br>Raleigh, NC 27603 | gunjan.devnani@klgates.com;<br>lee.hogewood@klgates.com | Email |
| *NOA - Counsel for Adam Rothstein | Landis Rath & Cobb LLP | Attn: Kimberly A Brown/Colin R Robinson<br>Attn: Katherine S Dute<br>919 Market St, Ste 1800<br>Wilmington, DE 19801 | brown@lrclaw.com;<br>robinson@lrclaw.com;<br>dute@lrclaw.com | Email |
| *NOA - Counsel for Barry Aronoff and Aronoff Capital, Inc | Loeb & Loeb LLP | Attn: Lance N Jurich<br>10100 Santa Monica Blvd Ste 2200<br>Los Angeles, CA 90067 | Ljurich@loeb.com | Email |
| *NOA - Counsel for Barry Aronoff and Aronoff Capital, Inc | Loeb & Loeb LLP | Attn: Vadim J Rubinstein<br>345 Park Ave<br>New York, NY 10154 | vrubinstein@loeb.com | Email |
| *NOA - Counsel for AmTrust North America, Inc. on behalf of Technology Insurance Company, Inc. | Maurice Wutscher LLP | Attn: Alan C Hochheiser<br>23611 Chagrin Blvd, Ste 207<br>Beachwood, OH 44122 | ahochheiser@mauricewutscher.com | Email |
| *NOA - Counsel for Ponte Gadea Chicago, LLC | McCarter & English, LLP | Attn: Kate Roggio Buck/Lawrence J O'Brien<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | kbuck@mccarter.com;<br>lobrien@mccarter.com | Email |
| *NOA - Counsel for Bank of America, N.A. | Moore & Van Allen PLLC | Attn: Cole Richins/Danielle Wise<br>100 N Tryon St, Ste 4700<br>Charlotte, NC 28202 | colerichins@mvalaw.com;<br>daniellewise@mvalaw.com | Email |
| *NOA - Counsel for Anne Bright Campf | Morris James LLP | Attn: Siena B Cerra<br>3205 Ave N Blvd, Ste 100<br>Wilmington, DE 19803 | scerra@morrisjames.com | Email |
| *NOA - Counsel to Avina LLC and Global Innovations, LLC | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney, Sr /Matthew B Harvey<br>1201 N Market St, Ste 1600<br>Wilmington, DE 19801 | rdehney@morrisnichols.com;<br>mharvey@morrisnichols.com | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| UST | Office of the U.S. Trustee for the District of Delaware | Attn: Timothy Fox<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Lockbox 35<br>Wilmington, DE 19801 | timothy.fox@usdoj.gov | Email |
| *NOA - Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: John A Morris<br>1700 Broadway, 36th Fl<br>New York, NY 10019 | jmorris@pszjlaw.com | Email |
| *NOA - Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: James E O'neill/Edward A Corma<br>919 N Market St, 17th Fl<br>Wilmington, DE 19801 | joneill@pszjlaw.com;<br>ecorma@pszjlaw.com | Email |
| *NOA - Counsel for the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones LLP | Attn: Jeffrey N Pomerantz/Jordan A Kroop<br>10100 Santa Monica Blvd, 13th Fl<br>Los Angeles, CA 90067 | jpomerantz@pszjlaw.com;<br>jkroop@pszjlaw.com | Email |
| *NOA - Counsel for Darren Testa and Bryan Gadol | Perkins Coie LLP | Attn: Paul S Jasper<br>505 Howard St, Ste 1000<br>San Francisco, CA 94105-3204 | pjasper@perkinscoie.com | Email |
| *NOA - Counsel for Darren Testa and Bryan Gadol | Perkins Coie LLP | Attn: Rebecca J Marston<br>110 N Wacker Dr, Ste 3400<br>Chicago, IL 60606 | rmarston@perkinscoie.com | Email |
| *NOA - Counsel for John Locksley | Pierson Ferdinand LLP | Attn: Mette H Kurth<br>3411 Silverside Rd<br>Baynard Bldg, Ste 104-13<br>Wilmington, DE 19810 | mette.kurth@pierferd.com | Email |
| *NOA - Counsel for John Locksley | Pierson Ferdinand LLP | Attn: Thomas R Walker<br>7060 Rico Rd<br>Chattahoochee Hills, GA 30268 | thomas.walker@pierferd.com | Email |
| *NOA - Counsel for Barry Aronoff and Aronoff Capital, Inc | Potter Anderson & Corroon LLP | Attn: Jeremy W Ryan/Sarah R Gladieux<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | jryan@potteranderson.com;<br>sgladieux@potteranderson.com | Email |
| *NOA - Counsel for Darren Testa and Bryan Gadol | Raines Feldman Littrell LLP | Attn: Hamid Rafatjoo<br>4675 MacArthur Ct, Ste 1550<br>Newport Beach, CA 92660 | hrafatjoo@raineslaw.com | Email |
| *NOA - Counsel for Darren Testa and Bryan Gadol | Raines Feldman Littrell LLP | Attn: Thomas J Francella, Jr<br>824 N Market St, Ste 805<br>Wilmington, DE 19801 | tfrancella@raineslaw.com | Email |
| *NOA - Counsel for Enhanced Retail Funding, LLC | Riemer & Braunstein LLP | Attn: Steven Fox<br>Times Sq Twr<br>7 Times Sq, Ste 2506<br>New York, NY 10036 | SFox@riemerlaw.com | Email |
| *NOA - Counsel for Anne Bright Campf | Robinson & Cole LLP | Attn: Brya M Keilson, Esq<br>1201 N Market St, Ste 1406<br>Wilmington, DE 19801 | bkeilson@rc.com | Email |
| *NOA - Counsel for Krostoffer Winters | Saul Ewing LLP | Attn: Nicholas Smargiassi<br>1201 N Market St, Ste 2300<br>Wilmington, DE 19801 | nicholas.smargiassi@saul.com | Email |
| *NOA - Counsel for Krostoffer Winters | Saul Ewing LLP | Attn: Zev M Shechtman<br>1888 Century Park E, Ste 1500<br>Los Angeles, CA 90067 | zev.shechtman@saul.com | Email |
| *NOA - Counsel for Interested Party | Scheer Law Group, LLP | Attn: Timothy J Silverman<br>85 Argonaut, Ste 202<br>Aliso Viejo, CA 92656 | tsilverman@scheerlawgroup.com | Email |
| counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender | Squire Batton Boggs (US) LLP | Attn:  Peter Morrison, Esq<br>1000 Key Tower<br>127 Public Sq<br>Cleveland, OH 44114 | peter.morrison@squirepb.com;<br>stephen.lerner@squirepb.com;<br>kyle.arendsen@squirepb.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Squire Patton Boggs (US) LLP | Attn: Jeffrey N Rothleder<br>2550 M St NW<br>Washington, DC 20037 | jeffrey.rothleder@squirepb.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Squire Patton Boggs (US) LLP | Attn: Peter R Morrison<br>1000 Key Twr<br>127 Public Sq<br>Cleveland, OH 44114 | peter.morrison@squirepb.com | Email |
| *NOA - Counsel for Compass Group Diversified Holdings LLC | Squire Patton Boggs (US) LLP | Attn: Stephen D Lerner<br>201 E 4th St, Ste 1900<br>Cincinnati, OH 45202 | stephen.lerner@squirepb.com | Email |
| *NOA - Counsel for the Special Committee of the Board of Directors of Lugano Diamonds & Jewelry Inc. | Steptoe LLP | Attn: Vincent P (Trace) Schmeltz III/Kenneth P Kansa<br>227 W Monroe St, Ste 4700<br>Chicago, IL 60606 | kkansa@steptoe.com;<br>tschmeltz@steptoe.com | Email |
| *NOA - Counsel for Mordechai Ferder, individually and as Trustee of the Haim Family Trust | Stinson LLP | Attn: Jeffrey M Schlerf<br>1007 N Orange St, 3rd Floor #127<br>Wilmington, DE 19801 | jeffrey.schlerf@stinson.com | Email |
| *NOA - Counsel for Mordechai Ferder, individually and as Trustee of the Haim Family Trust | Stinson LLP | Attn: Sandford L Frey/Dennette A Mulvaney<br>1901 Ave of the Stars, Ste 450<br>Los Angeles, CA 90067 | sandford.frey@stinson.com;<br>dennette.mulvaney@stinson.com | Email |

# **EXHIBIT B**

## Exhibit B

Service List

| Creditor | Address | Email | Method of Service |
|---|---|---|---|
| Mordechai Ferder, individually and in his capacity as Trustee of The Haim Family Trust | c/o Reeves & Weiss LLP Attn: Jeffrey H Reeves; Daniel Weiss Esq 3333 Michelson Dr, Ste 300 Irvine, CA 92612 | JReeves@reevesandweiss.com | Email Overnight Mail |
| Mordechai Ferder, individually and in his capacity as Trustee of The Haim Family Trust | c/o Stinson LLP Attn: Standford L Frey, Esq; Dennette A Mulvaney, Esq 1901 Avenue of the Stars, Ste 450 Los Angeles, CA 90067-6006 | | Overnight Mail |

Lugano Diamonds Jewelry Inc., et al.,(Case No. 25-12055)