**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**PROOF OF PUBLICATION**

Attached hereto as Exhibits A – B are the Proofs of Publication for the *Notice of (I) Approval of Disclosure Statement on an Interim Basis; and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan* as follows:

| Publication | Publication Date | Exhibit |
|---|---|---|
| **The New York Times** | **July 17, 2026** | **Exhibit A** |
| **Orange County Business Journal** | **July 20, 2026** | **Exhibit B** |

Dated: July 21, 2026

/s/ *Randy Lowry*
Randy Lowry
Omni Agent Solutions, Inc.
5955 DeSoto Avenue, Suite 100
Woodland Hills, California 91367
(818) 906-8300
*Claims, Noticing, and Administrative Agent for the Debtors*

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

# EXHIBIT A

The New York Times Company

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

July 21, 2026

I, Tami Bacon, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

7/17/2026, NY/NATW, pg B3

Tami Bacon

ROWENA SORIANO
NOTARY PUBLIC
REG. # 00351915
MY COMMISSION EXPIRES
06302029
COMMONWEALTH OF VIRGINIA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] Debtors. | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT ON AN INTERIM BASIS; AND (II) THE HEARING TO CONSIDER (A) FINAL APPROVAL OF THE DISCLOSURE STATEMENT AS CONTAINING ADEQUATE INFORMATION AND (B) CONFIRMATION OF THE PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

***Conditional Approval of Disclosure Statement.*** On July 9, 2026, the Debtors filed the (a) *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 649] (as may be amended, modified, or supplemented from time to time, the "Plan")[2] and (b) *Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 651] (as the same may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On July 14, 2026, the Court entered an order (the "Interim Disclosure Statement Order"), which, among other things, approved the Disclosure Statement on an interim basis for solicitation purposes only.

***Combined Confirmation Hearing.*** A hearing (the "Combined Confirmation Hearing") to consider (a) final approval of the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and (b) confirmation of the Plan will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #1, 824 North Market Street, Wilmington, Delaware 19801, on **August 31, 2026 at 11:00 a.m. (prevailing Eastern Time)**. The Combined Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Combined Confirmation Hearing or any continued hearing or as indicated in any notice or agenda filed with the Court on the docket in these Chapter 11 Cases. The Plan may be modified, if necessary, prior to, during, or as a result of the Combined Confirmation Hearing.

***Voting Deadline.*** All votes to accept or reject the Plan must be **actually received** by the Debtors' claims and voting agent, Omni Agent Solutions, Inc. (the "Notice and Claims Agent") by no later than **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)**. Any failure to follow the voting instructions included with a Ballot may disqualify the Ballot and corresponding vote.

***Executory Contracts and Unexpired Leases.*** **Please be advised that the Plan contains various provisions concerning executory contracts and unexpired leases, including the rejection or assumption thereof, that may affect your rights.**

***Releases.*** **Please be advised that the Plan contains various releases, exculpation, and injunction provisions that may affect your rights.**

***Contribution.*** **Please be advised that General Unsecured Creditors may elect to contribute and assign certain claims to the Liquidation Trust.**

**A COPY OF THE PLAN, DISCLOSURE STATEMENT, OPT-OUT FORM, CONTRIBUTION FORM, OR OTHER DOCUMENTS CAN BE FOUND BY USING THE FOLLOWING QR CODE OR AT HTTPS://OMNIAGENTSOLUTIONS.COM/LUGANO:**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE INJUNCTION, RELEASE, AND EXCULPATION PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED.**

***Objections.*** The deadline to object or respond to final approval of the Disclosure Statement and confirmation of the Plan (including objections to the releases, injunctions, and exculpation provisions provided therein) is **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Objections and responses must (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (iii) comply with the Bankruptcy Rules and the Local Rules; and (iv) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with a copy served upon the following: (a) the Debtors, Attn: J. Michael Issa (missa@glassratner.com); (b) counsel for the Debtors, (1) Keller Benvenutti Kim LLP, Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Scott J. Friedman, Esq. (sfriedman@kbkllp.com); and (2) Young Conaway Stargatt & Taylor, LLP, Rodney Square, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach, Esq. (sbeach@ycst.com), and Shella Borovinskaya, Esq. (sborovinskaya@ycst.com); (c) counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender, (1) Squire Patton Boggs (US) LLP, Attn: Stephen D. Lerner (stephen.lerner@squirepb.com), Peter R. Morrison, Esq. (peter.morrison@squirepb.com) and Jeffrey N. Rothleder (jeffrey.rothleder@squirepb.com); and (2) Bayard, P.A., as Delaware counsel, Attn: Erika E. Johnson, Esq. (ejohnson@bayardlaw.com); (d) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Benjamin A. Hackman, Esq. (Benjamin.a.hackman@usdoj.gov); and (e) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, Attn: James E. O'Neill, Esq. (joneill@pszjlaw.com), Jeffrey N. Pomerantz, Esq. (jpomerantz@pszjlaw.com), John A. Morris, Esq. (jmorris@pszjlaw.com), and Jordan A. Kroop, Esq. (jkroop@pszjlaw.com), so that they are received no later than the Objection Deadline.

**IF OBJECTIONS ARE NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE COMBINED CONFIRMATION HEARING.**

***Additional Information.*** Copies of the Disclosure Statement, the Plan, the Interim Disclosure Statement Order, and all other documents filed in these Chapter 11 Cases may be obtained and reviewed without charge at **https://omniagentsolutions.com/Lugano**, or upon request to the Debtors' claim and voting agent, Omni Agent Solutions, Inc., by (a) telephone at (888) 902-1791 (US & Canada toll free) or +1 (747) 226-5603 (International), or (b) email at LuganoInquiries@omniagnt.com.

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

ENERGY | COMPANIES

# E.V. Chargers Are Spreading Across South at Restaurants and Stores

attracting more drivers.

"We knew that we had a certain percentage of our guests that were E.V. drivers," Richard Del Valle, Bojangles's chief information officer, said at the Savannah restaurant over a plate of chicken tenders. "We see them going through our drive-throughs. And so we wanted something for them."

Electric vehicle sales have slumped in the United States after Congress and President Trump ended, last fall, a federal tax credit of up to $7,500 for people who bought or leased one. But there are still not enough chargers to serve all the electric vehicles on American roads, industry executives say.

There are signs that the market is stabilizing. Sales of new electric vehicles rose 15 percent in the second quarter from the first three months of the year, though they were still down from last year, according to Cox Automotive. And sales of used electric vehicles are soaring as contracts on leased cars expire.

And while electric cars may be politically divisive in Washington — Mr. Trump has frequently attacked them, and former President Joseph R. Biden Jr. embraced them — many Americans, including in conservative areas, tend to judge them on how well they meet their needs.

Some Southerners, like Clyde Campbell, said they were drawn to electric cars for economic reasons. On a sweltering day recently, Mr. Campbell was charging his Volkswagen ID.Buzz van at a station operated by Mercedes-Benz in Savannah.

Mr. Campbell, who is a part-time minister, uses the van as part of a private transportation service. He used to own a Lincoln Navigator that cost $85 to fill up with gasoline, much more than it costs him to charge the Volkswagen. The fuel savings are enough to cover his monthly car payment, he said.

"I did the numbers," said Mr. Campbell, who also markets his own barbecue sauce, Clyde's Big Daddy's. "Even paying $25 here," he said, referring to the cost of using the Mercedes charging station, "I'm saving money over a tank of gas in the Navigator."

About two-thirds of Mercedes-Benz's 900 high-powered chargers in the United States are in Southern states.

Charging stations are growing fastest in states that followed California's lead in electric vehicle sales. In the second quarter, Texas and Florida lagged only California and Illinois in charger installations, according to Paren.

In percentage terms, South Carolina had the third-highest growth, with an 11.4 percent increase from the first quarter, narrowly behind Illinois and Kentucky.

"The need for charging is massive," said Madeline Ebert, senior director of product management at the Mercedes-Benz Charging Network. "We will continue to build our network so the chargers are there when sales pick up again."

German luxury cars and Buc-ee's, a Texas institution, may seem like another odd pairing. But 28 Buc-ee's, known for smoked brisket sandwiches and caramel-coated puffed-corn Beaver Nuggets, have Mercedes charging stations.

Charging companies are discovering that the best locations are those that provide electric vehicle owners with a place to eat or shop in the half-hour or so it takes to charge.

"You can use your time in a good way," Ms. Ebert said.

Tia and Tom Wouters stopped to charge the couple's electric Mercedes sport utility vehicle at a Buc-ee's in Florida during a road trip to North Carolina, and were




GAVIN McINTYRE FOR THE NEW YORK TIMES



A Bojangles in Savannah, Ga., recently added E.V. charging stations. Clyde Campbell, an entrepreneur, said the savings from an electric car over a gas-powered one was obvious. "I did the numbers," he said.

impressed.

"There was loads of food," Mr. Wouters said while using a Mercedes charger in Savannah. "It was like Disneyland."

The South is also a major center of electric vehicle manufacturing. Hyundai makes the Ioniq 5 and Ioniq 9 at a massive factory about a half-hour drive from Savannah. The South Korean automaker also makes batteries at the site in a joint venture with LG Energy Solution.

Mercedes makes the EQS and EQE electric sport utility vehicles in Tuscaloosa, Ala. And BMW announced last month that it would produce an electric version of its X5 S.U.V. in Spartanburg, S.C.

Republicans have welcomed the investments even as they opposed subsidies for electric vehicles.

"It's one great reason we have more people moving in here than ever before," Gov. Henry McMaster of South Carolina told BMW executives in Spartanburg last month as the carmaker unveiled new X5 models. "They want to be part of this great success."

Southern electric utilities are encouraging electric vehicle ownership. Georgia Power provides rebates to customers who install home chargers, and they get a lower rate at night. TXU Energy in Texas offers free home charging to electric vehicle owners from 10 p.m. to 5 a.m. Utilities want people to charge at night to smooth out fluctuations in demand and make it easier to manage the grid.

"The cheapest fuel right now is a red state garage at midnight," said Joseph Vellone, the chief executive of ChargeScape, which helps customers take advantage of charging deals offered by utilities. It's a joint venture of BMW, Ford Motor, Honda and Nissan.

But even if they can charge at home, many Americans fear that it may not be easy to do so on road trips. That's one of the reasons automakers are installing chargers on their own or through partnerships with other businesses.

"Having the confidence that the stations are there is going to give people the reassurance they need to buy an E.V.," Ms. Ebert of Mercedes said.

Bojangles made sure the chargers in Savannah, provided by XLR8 America, were visible from the busy, four-lane road in front of the restaurant. So far, the Savannah location is the only Bojangles with a charger, but the company plans to add 85 by early next year.

The chargers will help attract a different kind of customer, said Rajiv Dinakaran, the chief operating officer of Georgia Foods, a family business that owns 45 Bojangles franchises, including the one in Savannah.

Georgia Foods, one of Bojangles's largest franchisees, wants to install "as many as we can," Mr. Dinakaran, who drives a Tesla, said. "We see it as something that's going to be great for the business."

# Britain Nationalizes Its Last Major Steel Mill Just Before Starmer's Exit

By ESHE NELSON

LONDON — The British government fully took over the country's last major crude steel production facility on Thursday, ending a long-running saga over control of the site between the government and its former Chinese owners.

The nationalization of British Steel, which operates the blast furnaces and steel-making complex in Scunthorpe, in the East Midlands of England, is one of the final acts of the premiership of Keir Starmer. He announced the move to nationalize British Steel two months ago.

At the time, dreadful results in local elections threatened his leadership of the Labour Party and, by extension, the government. Mr. Starmer argued that "strong nations" must make their own steel, and that his decision to put British Steel under public ownership would protect jobs.

**2020**

The year Jingye Group, the former owner, acquired British Steel.

*Unable to find a buyer after a dispute with a Chinese company.*

Mr. Starmer's premiership is set to end in a matter of days. But the nationalization of British Steel has gone ahead.

"British Steel is part of the fabric of our nation and a cornerstone of Britain's industrial strength," Mr. Starmer said in a statement on Thursday. "Today's decision secures the future of steelmaking in the U.K., protects skilled jobs and safeguards a vital national capability."

The government first intervened in Scunthorpe in April 2025, when it appeared that British Steel's owner, Jingye Group, was taking unilateral action to close down the blast furnaces, threatening Britain's last remaining capacity to make crude steel. The government invoked emergency measures to seize control of the day-to-day running of the plant.

Over the next year, the government sought to find a private buyer for British Steel, which requires large investments to modernize its production and reduce carbon emissions. In the end, the government failed to find a buyer and opted for nationalization.

The government said an independent valuer would be appointed to assess whether any compensation was payable to Jingye.

In a statement on Monday, Jingye demanded that the British government "promptly, adequately and effectively" compensate it for its full investment in British Steel. It described the government's takeover action as "extreme, escalating measures" that proved the value of British Steel.

Jingye said it had made "substantial financial investments" in operations and equipment since its acquisition of British Steel in early 2020. "We are resolved to pursue full recovery of these investments, without compromise," the company said.

The decision to nationalize British Steel is part of an emerging trend by the Labour Party to take more control of industries and sectors that are deemed to be failing. The government is renationalizing rail operations around the country.

Andy Burnham, the former mayor of Greater Manchester, is set to become the country's next prime minister. He has said he wants to bring more essential utilities and services, like water, housing and energy, under greater public control.

Britain's steel industry has been ailing for decades, hampered by the high cost of energy needed to run plants, as well as by competition from China's vast exports of cheaper steel. More recently, U.S. tariffs on steel have also weighed on the sector.

The government is trying to revitalize the industry. It wants up to half of Britain's steel needs to be produced domestically. At the start of July, the British government imposed new steel tariffs, which further limited tariff-free steel imports.

Despite nationalization, British Steel's future will be challenging, given the investment required and wider struggles of the sector. In March, a government audit agency said the day-to-day running of British Steel was costing the government about 1.3 million pounds ($1.8 million) a day, but how much it will cost going forward will depend on whether the government decides to refurbish the blast furnaces or build electric ones.

On Thursday, the government said it intended to stabilize the company and "consider its future direction," which could include private sector investment.

Xinyun Wu contributed research from Taipei, Taiwan.

# Maker of Drone Boats Used in War to Open New Texas Shipyard

By PETER EAVIS and NICHOLAS KULISH



SARONIC TECHNOLOGIES

The Saronic Corsair, a sea drone. The firm's naval drone helped rescue the crew of a downed helicopter last month.

After its unmanned vessels recently drew attention in the Iran war, Saronic Technologies, a shipbuilding start-up, announced on Thursday that it would open a new facility in the United States to make both naval and commercial ships.

Saronic's chief executive, Dino Mavrookas, said the company would break ground this year on an 850-acre shipyard in Brownsville, Texas, and begin building vessels there by 2028.

Last month, the U.S. military used a Saronic drone boat to rescue the two-person crew of a downed Apache attack helicopter off the coast of Oman. This week, three of its vessels were used to attack an Iranian naval installation, which U.S. Central Command said was the first time the military had employed drone boats in a combat operation.

Saronic has sought to emphasize its ability to bring products to market quickly, in contrast to large, established defense contractors. But building a major shipbuilding operation in the United States could prove tough.

The American commercial shipbuilding industry has declined so much over the past several decades that reviving it would require billions of dollars in private capital and government support.

Most large commercial ships are built in China, Japan and South Korea. President Trump and a bipartisan group of lawmakers in Congress want to resurrect commercial shipbuilding with subsidies and other measures, but their efforts have made little progress.

"We have full conviction in our ability to go and build ships at scale," Mr. Mavrookas said on a call with reporters, adding that he hoped to employ manufacturing methods that would keep costs down. American ships cost up to five times as much as those built in Asia.

*Saronic Technologies will make naval and commercial vessels.*

Saronic was founded in 2022 and has more than 1,300 employees. The company produces the Corsair, a 24-foot unmanned vessel that runs on diesel fuel and can travel at speeds of up to 35 knots. Saronic has a $392 million production contract with the U.S. Navy.

In March, Saronic announced a $1.75 billion funding round, which valued the company at $9.25 billion. Saronic already has shipbuilding facilities in Austin, Texas, and Franklin, La.

Large U.S. shipyards focus on building naval vessels, for which they are well paid. But because there is little demand for expensive American-made commercial ships, very few are produced. Lawmakers introduced legislation last year that would provide subsidies to help shipping companies afford the pricey vessels, but it has barely advanced in Congress.

Still, the desire in Washington to support shipbuilding has drawn investment. Hanwha, a South Korean shipbuilder, is expanding a shipyard in Philadelphia.

"To get to massive scale and to rebuild the work force and to invest in the supply chain and all of those things, you do need government support, and we are seeing that level of support from the government," Mr. Mavrookas said.

The Brownsville site will be called Port Alpha, and Saronic said it hoped to produce ships up to 1,200 feet in length. On the call with reporters, Mr. Mavrookas, a former member of the Navy SEALs, said Saronic was exploring what type of commercial ships it might build.

"From a commercial perspective, we're looking at how do we build, how do you build container ships again? How do you build roll-on, roll-off vessels? How do you build tankers?" he said. Roll-on, roll-off ships carry cars and other vehicles.

Mr. Mavrookas said the timing of the Port Alpha announcement was a coincidence and not in some way an effort to capitalize on publicity from the war with Iran. "Very well timed, I will admit," he said, "but not intentional."

In May, the Navy announced that Saronic was among seven companies under consideration to build a larger sibling of the Corsair. Some jilted bidders complained about the process, telling contacts at the Pentagon or in Congress that they believed the Navy gave Saronic preferential treatment. Investors in Saronic have ties to Mr. Trump, his family and his administration.

A Saronic spokeswoman pointed to the company's focus on innovation and support of the Navy's mission as reasons for its success. The Defense Department has rejected suggestions that it favored politically connected companies in the competitions.

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] Debtors. | Chapter 11 Case No. 25-12055 (BLS) (Jointly Administered) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT ON AN INTERIM BASIS; AND (II) THE HEARING TO CONSIDER (A) FINAL APPROVAL OF THE DISCLOSURE STATEMENT AS CONTAINING ADEQUATE INFORMATION AND (B) CONFIRMATION OF THE PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

***Conditional Approval of Disclosure Statement***. On July 9, 2026, the Debtors filed the (a) *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket. No. 649] (as may be amended, modified, or supplemented from time to time, the "Plan")[2] and (b) *Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket. No. 651] (as the same may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On July 14, 2026, the Court entered an order (the "Interim Disclosure Statement Order"), which, among other things, approved the Disclosure Statement on an interim basis for solicitation purposes only.

***Combined Confirmation Hearing***. A hearing (the "Combined Confirmation Hearing") to consider (a) final approval of the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and (b) confirmation of the Plan will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #1, 824 North Market Street, Wilmington, Delaware 19801, on **August 31, 2026 at 11:00 a.m. (prevailing Eastern Time)**. The Combined Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Combined Confirmation Hearing or any continued hearing or as indicated in any notice or agenda filed with the Court on the docket in these Chapter 11 Cases. The Plan may be modified, if necessary, prior to, during, or as a result of the Combined Confirmation Hearing.

***Voting Deadline.*** All votes to accept or reject the Plan must be **actually received** by the Debtors' claims and voting agent, Omni Agent Solutions, Inc. (the "Notice and Claims Agent") by no later than **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)**. Any failure to follow the voting instructions included with a Ballot may disqualify the Ballot and corresponding vote.

***Executory Contracts and Unexpired Leases***. **Please be advised that the Plan contains various provisions concerning executory contracts and unexpired leases, including the rejection or assumption thereof, that may affect your rights.**

***Releases***. **Please be advised that the Plan contains various releases, exculpation, and injunction provisions that may affect your rights.**

***Contribution***. **Please be advised that General Unsecured Creditors may elect to contribute and assign certain claims to the Liquidation Trust.**

**A COPY OF THE PLAN, DISCLOSURE STATEMENT, OPT-OUT FORM, CONTRIBUTION FORM, OR OTHER DOCUMENTS CAN BE FOUND BY USING THE FOLLOWING QR CODE OR AT HTTPS://OMNIAGENTSOLUTIONS.COM/LUGANO:**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE INJUNCTION, RELEASE, AND EXCULPATION PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED.**

***Objections***. The deadline to object or respond to final approval of the Disclosure Statement and confirmation of the Plan (including objections to the releases, injunctions, and exculpation provisions provided therein) is **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Objections and responses must (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (iii) comply with the Bankruptcy Rules and the Local Rules; and (iv) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with a copy served upon the following: (a) the Debtors, Attn: J. Michael Issa (missa@glassratner.com); (b) counsel for the Debtors, (1) Keller Benvenutti Kim LLP, Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Scott J. Friedman, Esq. (sfriedman@kbkllp.com); and (2) Young Conaway Stargatt & Taylor, LLP, Rodney Square, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach, Esq. (sbeach@ycst.com), and Shella Borovinskaya, Esq. (sborovinskaya@ycst.com); (c) counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender, (1) Squire Patton Boggs (US) LLP, Attn: Stephen D. Lerner (stephen.lerner@squirepb.com), Peter R. Morrison, Esq. (peter.morrison@squirepb.com) and Jeffrey N. Rothleder (jeffrey.rothleder@squirepb.com); and (2) Bayard, P.A., as Delaware counsel, Attn: Erika F. Johnson, Esq. (ejohnson@bayardlaw.com); (d) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Benjamin A. Hackman, Esq. (Benjamin.a.hackman@usdoj.gov); and (e) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, Attn: James E. O'Neill, Esq. (joneill@pszjlaw.com), Jeffrey N. Pomerantz, Esq. (jpomerantz@pszjlaw.com), John A. Morris, Esq. (jmorris@pszjlaw.com), and Jordan A. Kroop, Esq. (jkroop@pszjlaw.com), so that they are received no later than the Objection Deadline.

**IF OBJECTIONS ARE NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE COMBINED CONFIRMATION HEARING.**

***Additional Information***. Copies of the Disclosure Statement, the Plan, the Interim Disclosure Statement Order, and all other documents filed in these Chapter 11 Cases may be obtained and reviewed without charge at **https://omniagentsolutions.com/Lugano**, or upon request to the Debtors' claim and voting agent, Omni Agent Solutions, Inc., by (a) telephone at (888) 902-1791 (US & Canada toll free) or +1 (747) 226-5603 (International), or (b) email at LuganoInquiries@omniagnt.com.

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

# EXHIBIT B

**ORANGE COUNTY BUSINESS JOURNAL**
18500 Von Karman Ave, Suite 150
Irvine CA 92612
T 949-833-8373 | F 949-833-3614
www.ocbj.com

# PROOF OF PUBLICATION

(2015.5 C.C.P.)

**State of California**

**County of ORANGE**

**Notice Type**: Notice of Disclosure Statement

I am a citizen of the United States; I am over the age of eighteen, and not a party to or interested in the above-entitled matter.

I am the principal clerk of the printer and publisher of the **ORANGE COUNTY BUSINESS JOURNAL**, a newspaper of general circulation, printed and published **WEEKLY** in the City of **IRVINE, COUNTY of ORANGE,** and which newspaper has been adjudged a newspaper of general circulation by the Superior Court of the County of Orange, State of California, under the date of **April 24, 1990**

**Case Number: A152-894;** that the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit

July 20

**All in the year 2026**

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Dated at **IRVINE** California, this 20th day of July, 2026

Signature

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT ON AN INTERIM BASIS; AND (II) THE HEARING TO CONSIDER (A) FINAL APPROVAL OF THE DISCLOSURE STATEMENT AS CONTAINING ADEQUATE INFORMATION AND (B) CONFIRMATION OF THE PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

***Conditional Approval of Disclosure Statement***. On July 9, 2026, the Debtors filed the (a) *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket. No. 649] (as may be amended, modified, or supplemented from time to time, the "Plan")[2] and (b) *Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket. No. 651] (as the same may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On July 14, 2026, the Court entered an order (the "Interim Disclosure Statement Order"), which, among other things, approved the Disclosure Statement on an interim basis for solicitation purposes only.

***Combined Confirmation Hearing***. A hearing (the "Combined Confirmation Hearing") to consider (a) final approval of the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and (b) confirmation of the Plan will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #1, 824 North Market Street, Wilmington, Delaware 19801, on **August 31, 2026 at 11:00 a.m. (prevailing Eastern Time)**. The Combined Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Combined Confirmation Hearing or any continued hearing or as indicated in any notice or agenda filed with the Court on the docket in these Chapter 11 Cases. The Plan may be modified, if necessary, prior to, during, or as a result of the Combined Confirmation Hearing.

***Voting Deadline.*** All votes to accept or reject the Plan must be **actually received** by the Debtors' claims and voting agent, Omni Agent Solutions, Inc. (the "Notice and Claims Agent") by no later than **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)**. Any failure to follow the voting instructions included with a Ballot may disqualify the Ballot and corresponding vote.

***Executory Contracts and Unexpired Leases***. **Please be advised that the Plan contains various provisions concerning executory contracts and unexpired leases, including the rejection or assumption thereof, that may affect your rights.**

***Releases***. **Please be advised that the Plan contains various releases, exculpation, and injunction provisions that may affect your rights.**

***Contribution***. **Please be advised that General Unsecured Creditors may elect to contribute and assign certain claims to the Liquidation Trust.**

**A COPY OF THE PLAN, DISCLOSURE STATEMENT, OPT-OUT FORM, CONTRIBUTION FORM, OR OTHER DOCUMENTS CAN BE FOUND BY USING THE FOLLOWING QR CODE OR AT HTTPS://OMNIAGENTSOLUTIONS.COM/LUGANO:**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE INJUNCTION, RELEASE, AND EXCULPATION PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED.**

***Objections***. The deadline to object or respond to final approval of the Disclosure Statement and confirmation of the Plan (including objections to the releases, injunctions, and exculpation provisions provided therein) is **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Objections and responses must (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (iii) comply with the Bankruptcy Rules and the Local Rules; and (iv) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with a copy served upon the following: (a) the Debtors, Attn: J. Michael Issa (missa@glassratner.com); (b) counsel for the Debtors, (1) Keller Benvenutti Kim LLP, Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Scott J. Friedman, Esq. (sfriedman@kbkllp.com); and (2) Young Conaway Stargatt & Taylor, LLP, Rodney Square, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach, Esq. (sbeach@ycst.com), and Shella Borovinskaya, Esq. (sborovinskaya@ycst.com); (c) counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender, (1) Squire Patton Boggs (US) LLP, Attn: Stephen D. Lerner (stephen.lerner@squirepb.com), Peter R. Morrison, Esq. (peter.morrison@squirepb.com) and Jeffrey N. Rothleder (jeffrey.rothleder@squirepb.com); and (2) Bayard, P.A., as Delaware counsel, Attn: Erika F. Johnson, Esq. (ejohnson@bayardlaw.com); (d) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Benjamin A. Hackman, Esq. (Benjamin.a.hackman@usdoj.gov); and (e) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, Attn: James E. O'Neill, Esq. (joneill@pszjlaw.com), Jeffrey N. Pomerantz, Esq. (jpomerantz@pszjlaw.com), John A. Morris, Esq. (jmorris@pszjlaw.com), and Jordan A. Kroop, Esq. (jkroop@pszjlaw.com), so that they are received no later than the Objection Deadline.

**IF OBJECTIONS ARE NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE COMBINED CONFIRMATION HEARING.**

***Additional Information***. Copies of the Disclosure Statement, the Plan, the Interim Disclosure Statement Order, and all other documents filed in these Chapter 11 Cases may be obtained and reviewed without charge at **https://omniagentsolutions.com/Lugano**, or upon request to the Debtors' claim and voting agent, Omni Agent Solutions, Inc., by (a) telephone at (888) 902-1791 (US & Canada toll free) or +1 (747) 226-5603 (International), or (b) email at LuganoInquiries@omniagnt.com.

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

# marketplace

To Advertise Contact
Kimberly Lopez, ext. 263
@ 949.833.8373

FLORAL CREATIONS BY ENZO
Only the BEST BLOOMS for Your BEST MOMENTS.




WEDDINGS • BIRTHDAYS • BABY SHOWERS
CORPORATE EVENTS • AND MORE
714-751-2160
floralcreationsbyenzo.com
floralcreationsbyenzo

RIVERSIDE CENTRAL BUSINESS CENTER
3610 CENTRAL AVE SUITE 400
RIVERSIDE, CA 92506
WWW.RIVERSIDECENTRALBUSINESSCENTER.COM
951.335.5330



Bilingual Admin Support
Private Offices
Mail Services
Flexible Terms

Conference Rooms
Ample Parking
Virtual Plans
Kitchen/Lounge

Biosense Webster, Inc. seeks Clin DS - Automation and Analytics Engineer in Irvine, CA. Convert raw data: Collect, manage, and convert raw data into usable information for data scientists and business analysts to interpret clinical data. *May telecommute per company's policy (hybrid). $110K-$125K/year. To apply, please send resume to jkim6240@its.jnj.com, refer to Job code A011.10729.6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered) |

**NOTICE OF (I) APPROVAL OF DISCLOSURE STATEMENT ON AN INTERIM BASIS; AND (II) THE HEARING TO CONSIDER (A) FINAL APPROVAL OF THE DISCLOSURE STATEMENT AS CONTAINING ADEQUATE INFORMATION AND (B) CONFIRMATION OF THE PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

***Conditional Approval of Disclosure Statement***. On July 9, 2026, the Debtors filed the (a) *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket. No. 649] (as may be amended, modified, or supplemented from time to time, the "Plan")[2] and (b) *Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket. No. 651] (as the same may be amended, modified, or supplemented from time to time, the "Disclosure Statement"). On July 14, 2026, the Court entered an order (the "Interim Disclosure Statement Order"), which, among other things, approved the Disclosure Statement on an interim basis for solicitation purposes only.

***Combined Confirmation Hearing***. A hearing (the "Combined Confirmation Hearing") to consider (a) final approval of the Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and (b) confirmation of the Plan will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 6th Floor, Courtroom #1, 824 North Market Street, Wilmington, Delaware 19801, on **August 31, 2026 at 11:00 a.m. (prevailing Eastern Time)**. The Combined Confirmation Hearing may be continued from time to time without further notice other than the announcement by the Debtors in open court of the adjourned date at the Combined Confirmation Hearing or any continued hearing or as indicated in any notice or agenda filed with the Court on the docket in these Chapter 11 Cases. The Plan may be modified, if necessary, prior to, during, or as a result of the Combined Confirmation Hearing.

***Voting Deadline.*** All votes to accept or reject the Plan must be **actually received** by the Debtors' claims and voting agent, Omni Agent Solutions, Inc. (the "Notice and Claims Agent") by no later than **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)**. Any failure to follow the voting instructions included with a Ballot may disqualify the Ballot and corresponding vote.

***Executory Contracts and Unexpired Leases***. **Please be advised that the Plan contains various provisions concerning executory contracts and unexpired leases, including the rejection or assumption thereof, that may affect your rights.**

***Releases***. **Please be advised that the Plan contains various releases, exculpation, and injunction provisions that may affect your rights.**

***Contribution***. **Please be advised that General Unsecured Creditors may elect to contribute and assign certain claims to the Liquidation Trust.**

**A COPY OF THE PLAN, DISCLOSURE STATEMENT, OPT-OUT FORM, CONTRIBUTION FORM, OR OTHER DOCUMENTS CAN BE FOUND BY USING THE FOLLOWING QR CODE OR AT HTTPS://OMNIAGENTSOLUTIONS.COM/LUGANO:**

**YOU ARE ADVISED TO CAREFULLY REVIEW AND CONSIDER THE PLAN, INCLUDING THE INJUNCTION, RELEASE, AND EXCULPATION PROVISIONS, AS YOUR RIGHTS MAY BE AFFECTED.**

***Objections***. The deadline to object or respond to final approval of the Disclosure Statement and confirmation of the Plan (including objections to the releases, injunctions, and exculpation provisions provided therein) is **August 18, 2026, at 4:00 p.m. (Prevailing Eastern Time)** (the "Objection Deadline").

Objections and responses must (i) be in writing; (ii) state the name and address of the objecting party and the nature of the Claim or Interest of such party; (iii) comply with the Bankruptcy Rules and the Local Rules; and (iv) be filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, with a copy served upon the following: (a) the Debtors, Attn: J. Michael Issa (missa@glassratner.com); (b) counsel for the Debtors, (1) Keller Benvenutti Kim LLP, Attn: Tobias S. Keller, Esq. (tkeller@kbkllp.com) and Scott J. Friedman, Esq. (sfriedman@kbkllp.com); and (2) Young Conaway Stargatt & Taylor, LLP, Rodney Square, Attn: Edmon L. Morton, Esq. (emorton@ycst.com), Sean M. Beach, Esq. (sbeach@ycst.com), and Shella Borovinskaya, Esq. (sborovinskaya@ycst.com); (c) counsel to Compass Group Diversified Holdings LLC, the Debtors' prepetition secured lender and postpetition secured lender, (1) Squire Patton Boggs (US) LLP, Attn: Stephen D. Lerner (stephen.lerner@squirepb.com), Peter R. Morrison, Esq. (peter.morrison@squirepb.com) and Jeffrey N. Rothleder (jeffrey.rothleder@squirepb.com); and (2) Bayard, P.A., as Delaware counsel, Attn: Erika F. Johnson, Esq. (ejohnson@bayardlaw.com); (d) the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801, Attn: Benjamin A. Hackman, Esq. (Benjamin.a.hackman@usdoj.gov); and (e) counsel to the Committee, Pachulski Stang Ziehl & Jones LLP, Attn: James E. O'Neill, Esq. (joneill@pszjlaw.com), Jeffrey N. Pomerantz, Esq. (jpomerantz@pszjlaw.com), John A. Morris, Esq. (jmorris@pszjlaw.com), and Jordan A. Kroop, Esq. (jkroop@pszjlaw.com), so that they are received no later than the Objection Deadline.

**IF OBJECTIONS ARE NOT FILED AND SERVED AS PRESCRIBED HEREIN, THE OBJECTING PARTY MAY BE BARRED FROM OBJECTING TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND CONFIRMATION OF THE PLAN AND MAY NOT BE HEARD AT THE COMBINED CONFIRMATION HEARING.**

***Additional Information***. Copies of the Disclosure Statement, the Plan, the Interim Disclosure Statement Order, and all other documents filed in these Chapter 11 Cases may be obtained and reviewed without charge at **https://omniagentsolutions.com/Lugano**, or upon request to the Debtors' claim and voting agent, Omni Agent Solutions, Inc., by (a) telephone at (888) 902-1791 (US & Canada toll free) or +1 (747) 226-5603 (International), or (b) email at LuganoInquiries@omniagnt.com.

[1] The Debtors in these chapter 11 cases (the "Chapter 11 Cases"), along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.

FICTITIOUS BUSINESS NAME STATEMENT
20266747251

The following company is doing business as CRISPY CONES MISSION VIEJO, 27734 SANTA MATGARITA PKWY, MISSION VIEJO, CA 92691. The registrant has not commenced business under this fictitious business name. The business is being conducted by a Limited Liability Co., SUGAR DISTRICT LLC, 27734 SANTA MATGARITA PKWY, MISSION VIEJO, CA 92691. This statement was filed with the County Clerk of Orange County on 7/14/26 Notice - this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.

FICTITIOUS BUSINESS NAME STATEMENT
20266746730

The following company is doing business as BALL LEMON COIN LAUNDRY, 1401 21ST STE R, SACRAMENTO, CA 95811. The registrant has not commenced business under this fictitious business name. The business is being conducted by a Limited Liability Co., CLEANCYCLE VENTURES LLC, 1401 21ST STE R, SACRAMENTO, CA 95811. This statement was filed with the County Clerk of Orange County on 7/7/26 Notice - this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.

FICTITIOUS BUSINESS NAME STATEMENT
20266744856

The following company is doing business as ESSENTIAL CLEANING SERVICES, 1001 W STEVENS AVE, SANTA ANA, CA 92707. The registrant has commenced business under this fictitious business name 3/11/26. The business is being conducted by an INDIVIDUAL., JORGE MEDINA, 1001 W STEVENS AVE, SANTA ANA, CA 92707. This statement was filed with the County Clerk of Orange County on 6/9/26 Notice - this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.

FICTITIOUS BUSINESS NAME STATEMENT
20266746032

The following company is doing business as LOT2LOT, 6336 E. CEDARBROOKS RD., ORANGE, CA 92867. The registrant has commenced business under this fictitious business name 6/25/26. The business is being conducted by an INDIVIDUAL, MOHAMMAD RIZWAN, 6336 E. CEDARBROOKS RD., ORANGE, CA 92867. This statement was filed with the County Clerk of Orange County on 6/25/26 Notice - this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.

FICTITIOUS BUSINESS NAME STATEMENT
20266745106

The following company is doing business as DYNAMIC FINANCE, 21071 SHARMILA, LAKE FOREST, CA 92630. The registrant has not commenced business under this fictitious business name. The business is being conducted by a Limited Liability Co., DYNAMIC PLANNING SERVICES LLC, 21071 SHARMILA, LAKE FOREST, CA 92630. This statement was filed with the County Clerk of Orange County on 6/12/26 Notice - this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.

FICTITIOUS BUSINESS NAME STATEMENT
20266747448

The following company is doing business as SOLIS CONSTRUCTION, 721 HELIOTROPE AVE, CORONA DEL MAR, CA 92625. The registrant has commenced business under this fictitious business name 7/16/26. The business is being conducted by an INDIVIDUAL, VICTOR MANUAL SOLIS, PO BOX 8293, ALTA LOMA, CA 91701. This statement was filed with the County Clerk of Orange County on 7/16/26 Notice - this fictitious business name statement expires five years from the date it was filed in the office of the County Clerk. A new fictitious business name statement must be filed before that time. The filing of this statement does not of itself authorize the use in this state of a fictitious business name in violation of the rights of another federal, state, or common law (see section 14400 ET SEQ., business and professions code). PUBLISHED JULY 20, 27, AUGUST 3, 10, 2026.