# EXHIBIT 1

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**LUGANO DIAMONDS & JEWELRY INC., *et al.*,**[1]<br><br>*Debtors.* | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. ____** |

**ORDER GRANTING MOTION OF MORDECHAI FERDER**
**TO ESTIMATE CLAIM FOR VOTING PURPOSES**
**<u>PURSUANT TO BANKRUPTCY RULE 3018(a)</u>**

Upon the motion (the "**Motion**")[2] of Mordechai Ferder, individually and as Trustee of the Haim Family Trust (collectively, "**Ferder**" or the "**Movant**"), for entry of an order pursuant to Federal Rule of Bankruptcy Procedure 3018(a), section 105(a) of title 11 of the United States Code ("**Bankruptcy Code**"), and section 502(c) of the Bankruptcy Code, temporarily allowing Proof of Claim No. 160 ("**Claim**") for voting purposes; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given in accordance with the Disclosure Statement Order [Dkt. No. 661] and the Federal Rules of Bankruptcy Procedure; and it appearing that no other or further notice is necessary; and the Court having reviewed the Motion; and after due deliberation thereon; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED.

2. Proof of Claim No. 160, filed by Mordechai Ferder, individually and as Trustee of the Haim Family Trust, is hereby temporarily allowed in the amount of $32,176,566.76,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

solely for purposes of voting to accept or reject the Plan of Liquidation of Lugano Diamonds & Jewelry Inc., et al. [Dkt. Nos. 612, 649] (as may be amended, modified, or supplemented, "**Plan**"), pursuant to Federal Rule of Bankruptcy Procedure 3018(a).

3. The temporary allowance of the Claim for voting purposes pursuant to this Order is without prejudice to and shall not affect: (a) the Debtor Lugano Diamonds & Jewelry Inc.'s Complaint and Objection to Proof of Claim No. 160 [Dkt. No. 611] and Adversary Proceeding No. 26-50528-BLS, which shall proceed on the merits in due course; (b) Mr. Ferder's rights to contest and defend against the Debtor Lugano Diamonds & Jewelry Inc.'s Objection in full; (c) Mr. Ferder's right to seek allowance of the Claim in the full amount of $36,024,500.00, or such greater amount as may be asserted in any amendment, plus any additional amounts to which he may be entitled; and (d) all other rights, claims, counterclaims, and defenses of any party with respect to the ultimate allowance (amount, classification, or otherwise) of the Claim.

4. The voluntary credit of $3,859,250.00 reflected in the estimated amount is without prejudice, without waiver, and without any admission of liability, and shall not be cited, referenced, or used as an admission in any subsequent proceeding.

5. This Order is for voting purposes only and shall not affect the rights or abilities of the Debtors or any party in interest to later object to the Claim for any other purposes, including, without limitation, allowance and distribution under the Plan.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: Wilmington, Delaware
August ____, 2026

________________________________
BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano

Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.