# EXHIBIT 2

BANK OF AMERICA
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

Preferred Rewards

**Client service information**

1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MORDECHAI H FERDER
EDIT F FERDER
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

# Your Adv Tiered Interest Chkg Preferred Rewards Diamond

for March 28, 2024 to April 26, 2024

Account number: [redacted] 2480

**MORDECHAI H FERDER EDIT F FERDER**

## Account summary

| | |
|---|---|
| Beginning balance on March 28, 2024 | $[redacted] |
| Deposits and other additions | [redacted] |
| ATM and debit card subtractions | [redacted] |
| Other subtractions | -[redacted] |
| Checks | -[redacted] |
| Service fees | -[redacted] |
| **Ending balance on April 26, 2024** | **$[redacted]** |

*Annual Percentage Yield Earned this statement period:* [redacted].
*Interest Paid Year To Date: $*[redacted].




Don't miss out

Stay connected with email to help manage your financial life. Don't miss out on updates, product features, and special offers from Bank of America.

Update your email preference at **bofa.com/StayConnected**.
Or just scan this code with your smart device.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-06-23-0937.B | 5770035

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation (“BofA Corp.”).

©2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

PRIVATE BANK

MORDECHAI H FERDER | Account # [redacted] 2480 | March 28, 2024 to April 26, 2024

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

Can you spot a scam? Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves

Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079.B | 5449173

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|
| 0[redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total deposits and other additions** | | **$[redacted]** |

## Withdrawals and other subtractions

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 04/01/24 | WIRE TYPE:WIRE OUT DATE:240401 TIME:1415 ET TRN:2024040100406735 SERVICE REF:339152 BNF:KACI BLOEMERS ID:1201371961 BNF BK:PNC BANK, N .A. ID:0222 PMT DET:485085782 | -92,000.00 |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| **Total other subtractions** | | **-$[redacted]** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total service fees** | | **-$[redacted]** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

BANK OF AMERICA
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

Preferred Rewards

**Client service information**

1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MORDECHAI H FERDER
EDIT F FERDER
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

# Your Adv Tiered Interest Chkg Preferred Rewards Diamond

for November 27, 2024 to December 27, 2024

Account number: [redacted] 2480

**MORDECHAI H FERDER EDIT F FERDER**

## Account summary

| | |
|---|---|
| Beginning balance on November 27, 2024 | $[redacted] |
| Deposits and other additions | [redacted] |
| ATM and debit card subtractions | -[redacted] |
| Other subtractions | -[redacted] |
| Checks | [redacted] |
| Service fees | [redacted] |
| **Ending balance on December 27, 2024** | **$[redacted]** |

*Annual Percentage Yield Earned this statement period:* [redacted].
*Interest Paid Year To Date:* $[redacted].

Security tips

Tips to help protect yourself from trending scams:

- Hang up if you receive a suspicious call from someone saying they're from the bank. Instead, call the number on your statement or card.
- Neither Bank of America nor the U.S. government will request that you transfer money or share codes to resolve fraud.

**Learn more about trending scams.**
Scan the code or visit **bofa.com/HelpProtectYourself**.

When you use the QRC feature certain information is collected from your mobile device for business purposes. SSM-01-24-2353.B2 | 6172088

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation (“BofA Corp.”).

©2024 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

Order foreign currency before you travel

Use our Mobile Banking app* or Online Banking and pick up your currency at a financial center, or have it delivered to your home (if under $1,000).

**Scan the code to learn more or visit bofa.com/foreigncurrency**

* Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-04-24-0466.B | 6564446

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total deposits and other additions** | | **$[redacted]** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **Total ATM and debit card subtractions** | | **-$[redacted]** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

BANK OF AMERICA

PRIVATE BANK

MORDECHAI H FERDER | Account # [redacted] 2480 | November 27, 2024 to December 27, 2024

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 12/17/24 | WIRE TYPE:BOOK OUT DATE:241217 TIME:1723 ET TRN:2024121700578827 RELATED REF:TS20241217051338 BNF:ICON ADVISORS LLC ID:325084988315 | -1,110,000.00 |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| **Total other subtractions** | | **-$[redacted]** |

# Service fees

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total service fees** | | **-$[redacted]** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

BANK OF AMERICA

PRIVATE BANK

MORDECHAI H FERDER | Account # [redacted] 2480 | November 27, 2024 to December 27, 2024

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank

BANK OF AMERICA
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

Preferred Rewards

**Client service information**

1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MORDECHAI H FERDER
EDIT F FERDER
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

# Your Adv Tiered Interest Chkg Preferred Rewards Diamond

for December 28, 2024 to January 29, 2025

Account number: [redacted] 2480

**MORDECHAI H FERDER EDIT F FERDER**

## Account summary

| | |
|---|---|
| Beginning balance on December 28, 2024 | $[redacted] |
| Deposits and other additions | [redacted] |
| ATM and debit card subtractions | [redacted] |
| Other subtractions | [redacted] |
| Checks | [redacted] |
| Service fees | [redacted] |
| **Ending balance on January 29, 2025** | **$[redacted]** |

*Annual Percentage Yield Earned this statement period:* [redacted].
*Interest Paid Year To Date:* [redacted].


## Help prevent check fraud

Consider writing fewer checks and paying bills in our Mobile app, Online Banking, or setting up automatic payments directly on utility sites.

Scan the code to learn more or visit: **bofa.com/HelpPreventFraud**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-03-24-0504.B I 6490905

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

PRIVATE BANK



Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

# Deposits and other additions - continued

| Date | Description | Amount |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total deposits and other additions** | | **$[redacted]** |

# Withdrawals and other subtractions

## ATM and debit card subtractions

| Date | Description | Amount |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total ATM and debit card subtractions** | | **-$[redacted]** |

## Other subtractions

| Date | Description | Amount |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

BANK OF AMERICA

PRIVATE BANK

MORDECHAI H FERDER | Account # [redacted] 2480 | December 28, 2024 to January 29, 2025

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 01/29/25 | WIRE TYPE:WIRE OUT DATE:250129 TIME:1404 ET TRN:2025012900392481 SERVICE REF:013440 BNF:TIM BASS ID:3623551961 BNF BK:WELLS FARGO BANK , NA ID:121000248 PMT DET:533220512 | -50,000.00 |
| **Total other subtractions** | | **-$[redacted]** |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total service fees** | | **-$[redacted]** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

BANK OF AMERICA
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

MORDECHAI H FERDER
EDIT F FERDER
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

Preferred Rewards

**Client service information**

1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Adv Tiered Interest Chkg Preferred Rewards Diamond

for February 27, 2025 to March 27, 2025

Account number: [redacted] 2480

**MORDECHAI H FERDER EDIT F FERDER**

## Account summary

| | |
|---|---|
| Beginning balance on February 27, 2025 | [redacted] |
| Deposits and other additions | [redacted] |
| ATM and debit card subtractions | [redacted] |
| Other subtractions | [redacted] |
| Checks | [redacted] |
| Service fees | [redacted] |
| **Ending balance on March 27, 2025** | [redacted] |

*Annual Percentage Yield Earned this statement period:* [redacted].
*Interest Paid Year To Date:* $[redacted]




## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

**To learn more, visit bofa.com/SecurityCenter or scan this code.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-11-23-0458.C I 6115469

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation (“BofA Corp.”).

©2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

PRIVATE BANK

MORDECHAI H FERDER | Account # [redacted] 2480 | February 27, 2025 to March 27, 2025

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

## Deposits and other additions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total deposits and other additions** | | **$[redacted]** |

## Withdrawals and other subtractions

### ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **Total ATM and debit card subtractions** | | **-$[redacted]** |

### Other subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 03/04/25 | WIRE TYPE:BOOK OUT DATE:250304 TIME:1504 ET TRN:2025030400489024 RELATED REF:TS20250304025920 BNF:MERRILL LYNCH ID:6550113516 PMT DET:FOR FURTHE R CREDIT 29J18360 ANTHONYFERRY /ACC/For further cr edit 29J18360 //Anthony Ferry | -500,000.00 |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

# Withdrawals and other subtractions - continued

## Other subtractions - continued

| Date | Description | Amount |
| --- | --- | --- |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total other subtractions** | | **-$[redacted]** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **Total checks** | | -$[redacted] |
| **Total # of checks** | | [redacted] |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total service fees** | | -$[redacted] |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

This page intentionally left blank

## Check images

**Account number: [redacted] 2480**
Check number: [redacted] | Amount: $[redacted]

[redacted]

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good News!**
**Soon, more funds may be available if we place a hold on your check deposit.**

Starting May 19, 2025, here is what to expect if we place a hold on your check deposit and where you can find these changes in our Deposit Agreement and Disclosures after this date:

- The first $275 (previously $225) may be available the next business day.
- When you deposit checks totaling more than $6,725 (previously $5,525) on any one day, we may continue to place a longer hold.
- For certain check deposits into accounts open less than 30 days, the first $6,725 (previously $5,525) of a day’s total deposits may be available the next business day.

Our Deposit Agreement and Disclosures document is available at bankofamerica.com/depositagreement. Details can be found in the sections called “Longer Delays May Apply” and “Special Rules for New Accounts”. You may also find helpful information in the “When Funds are Available for Withdrawal and Deposit Holds” section of the Agreement.

BANK OF AMERICA
PRIVATE BANK

P.O. Box 15284
Wilmington, DE 19850

Preferred Rewards

**Client service information**

1.800.878.7878

En Español: 1.800.688.6086

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

MORDECHAI H FERDER
EDIT F FERDER
1501 SERENADE TER
CORONA DEL MAR, CA 92625-1753

# Your Adv Tiered Interest Chkg Preferred Rewards Diamond

for March 28, 2025 to April 28, 2025

Account number: [redacted] 2480

**MORDECHAI H FERDER EDIT F FERDER**

## Account summary

| | |
|---|---|
| Beginning balance on March 28, 2025 | $[redacted] |
| Deposits and other additions | [redacted] |
| ATM and debit card subtractions | [redacted] |
| Other subtractions | [redacted] |
| Checks | [redacted] |
| Service fees | [redacted] |
| **Ending balance on April 28, 2025** | **$[redacted]** |

*Annual Percentage Yield Earned this statement period:* [redacted].
*Interest Paid Year To Date:* [redacted].


## Do not miss out

Stay connected with email to help manage your financial life. Do not miss out on updates, product features, and special offers from Bank of America.

**Update your email preference at bofa.com/StayConnected.**
Or just scan this code with your smart device.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-07-24-0085.B | 6745886

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation (“BofA Corp.”).

©2025 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA
PRIVATE BANK

MORDECHAI H FERDER | Account # [redacted] 2480 | March 28, 2025 to April 28, 2025

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total deposits and other additions** | | **$[redacted]** |

Available in English and Spanish

Send wire transfers in the Mobile Banking app

Use our app or Online Banking to send domestic wires or international wires in 140+ currencies to over 200 countries.

**Scan the code or visit bofa.com/wiretransfers.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.
Fees or other costs may apply to wire transfers. See the Online Banking Service Agreement at bankofamerica.com.
Data connection required. Carrier fees may apply.

SSM-12-24-0270.C I 7457437

# Withdrawals and other subtractions

## ATM and debit card subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total ATM and debit card subtractions** | | **-$[redacted]** |

## Other subtractions

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| 03/31/25 | WIRE TYPE:WIRE OUT DATE:250331 TIME:1628 ET TRN:2025033100781963 SERVICE REF:721974 BNF:NATIONAL FINANCIAL SERVICE ID:066196221 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:TS2 0250331041519FFC: Z24563898 /ACC/FFC: Z24563898 | -200,000.00 |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

## Withdrawals and other subtractions - continued

### Other subtractions - continued

| Date | Description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total other subtractions** | | **-$[redacted]** |

## Checks

| Date | Check # | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| **Total checks** | | -$[redacted] |
| **Total # of checks** | | [redacted] |

## Service fees

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| **Total service fees** | | **-$[redacted]** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

Braille and Large Print Request - You can request a copy of this statement in Braille or Large Print by calling 800.432.1000 or going to bankofamerica.com and enter Visually Impaired Access from the home page.

## Check images

**Account number: [redacted] 2480**
Check number: [redacted] | Amount: [redacted]

[redacted]

This page intentionally left blank

This page intentionally left blank

This page intentionally left blank