# EXHIBIT 3

# Activity Alert

## Current Day Detail

The following Wire/High Value Payment Incoming transactions for the current business day were reported at 13:31 PM CDT on 03/11/2025.

| | |
|---|---|
| Amount: | 6,441,316.76 USD |
| Account: | XXXX6485 |
| Bank Reference: | 250311449462 |
| Customer Reference: | 0311449462 |
| Text: | WIRE TYPE:WIRE IN DATE:031125 TIME:1426 ET\|TRN:2025031100449462 SNDR REF:2025070000055100\|SERVICE REF:20250311MMQFMPJ3000141\|RELATED REF:\|ORIG:LAND TITLE GUARANTEE COMPANY 3033 E 1ST AVE STE 600\|DENVER CO 80217-5440 ID:8910381618\|ORG BK: ID:\|INS BK: ID:\|SND BK:ALPINE BANK ID:102103407\|BNF:LUGANO DIAMONDS & JEWELRY INC. NA ID:001453426485\|BNF BK: ID:\|PAYMENT DETAILS:\|PROCEEDS FROM REFINANCE OF 1220 RED\|BUTTE DR ASPEN CO |

Thank you for using CashPro. Visit CashPro for additional information.