**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| **LUGANO DIAMONDS & JEWELRY INC.,** *et al.*,[1] | Case No. 25-12055 (BLS) |
| *Debtors.* | (Jointly Administered) |

**NOTICE OF SUBSTITUTION OF DELAWARE COUNSEL**

PLEASE TAKE NOTICE that Jeffrey M. Schlerf is disassociating with Stinson LLP and should be removed from all service lists, including the court's electronic notification list, in the above-captioned cases.

PLEASE TAKE FURTHER NOTICE that Gregory W. Hauswirth at the below-listed address and contact information should be substituted for Jeffrey M. Schlerf as local Delaware counsel for Mordechai Ferder, individually and as Trustee of the Haim Family Trust and should be added to all service lists, including the court's electronic notification list, in the above-captioned cases:

Gregory W. Hauswirth
Carothers & Hauswirth LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302 990-4850
Email: ghauswirth@ch-legal.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Dated:  August 10, 2026

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE Bar No. 3047)
STINSON LLP
1007 N. Orange St.
3rd Floor #127
Wilmington, DE 19801
Telephone: (302) 509-4634
Email: jeffrey.schlerf@stinson.com

*/s/ Gregory W. Hauswirth*
Gregory W. Hauswirth (DE Bar No. 5679)
Carothers & Hauswirth LLP
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: 302 990-4850
Email: ghauswirth@ch-legal.com