**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS)<br>(Jointly administered) |
| Debtors. | Re: D.I. 638 & 649<br>**Hearing Date: Aug. 31, 2026, at 11:00 a.m.**<br>**Objections Due: Aug. 18, 2026, at 4:00 p.m.** |

**OBJECTION OF THE UNITED STATES TRUSTEE**
**TO CONFIRMATION OF DEBTORS' CHAPTER 11 PLAN**

Andrew R. Vara, the United States Trustee for Region 3 (the "U.S. Trustee"), through his undersigned counsel, objects to confirmation of the *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [D.I. 649] (as may be subsequently amended) (the "Plan"), and in support of his objection respectfully states:

## JURISDICTION AND STANDING

1. This Court has jurisdiction to hear and determine Plan confirmation and this objection pursuant to: (i) 28 U.S.C. § 1334; (ii) applicable orders of the United States District Court of the District of Delaware issued pursuant to 28 U.S.C. § 157(a); and (iii) 28 U.S.C. § 157(b)(2).

2. Pursuant to 28 U.S.C. § 586, the U.S. Trustee is charged with overseeing the administration of chapter 11 cases filed in this judicial district. This duty is part of the U.S.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, CA 92660.

Trustee's overarching responsibility to enforce the bankruptcy laws as written by Congress and interpreted by the Courts. *See In re Revco D.S., Inc.*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the U.S. Trustee as a "watchdog"). Under 28 U.S.C. § 586(a)(3)(B) the U.S. Trustee has the duty to monitor and comment on plans and disclosure statements filed in chapter 11 cases.

3. The U.S. Trustee has standing to be heard concerning Plan confirmation and this objection pursuant to 11 U.S.C. § 307. *See In re Columbia Gas Sys., Inc.*, 33 F.3d 294, 295-96 (3d Cir. 1994) (noting that U.S. Trustee has "public interest standing" under section 307, which goes beyond mere pecuniary interest).

## BACKGROUND

4. On November 16, 2025, the above-captioned debtors (the "Debtors") filed chapter 11 petitions in this Court. The Debtors were a jewelry retailer.

5. On November 25, 2025, the U.S. Trustee appointed an official committee of unsecured creditors. *See* D.I. 88.

6. On June 24, 2026, the Debtors filed the first version of the Plan and an accompanying disclosure statement. *See* D.I. 612 & 614.

7. On June 30, 2026, the U.S. Trustee's counsel sent Debtors' counsel informal comments about the Plan, disclosure statement, and solicitation-procedures motion. On July 6, 2026, Debtors' counsel provided responses.

8. On July 7, 2026, the U.S. Trustee filed an objection to approval of the Debtors' requested solicitation procedures [D.I. 638] (the "Objection"). A copy of the Objection is attached as **Exhibit A**.

9. On July 9, 2026, the Debtors filed a redline version of the Plan. *See* D.I. 650.

10. On July 14, 2026, this Court held a hearing on the Disclosure Statement/Solicitation Procedures Motion. At that hearing, the Court authorized the Debtors to solicit votes on the Plan.

**OBJECTION**

11. The Court should deny Plan confirmation for the reasons stated in the Objection.

**RESERVATION OF RIGHTS**

12. The U.S. Trustee leaves the Debtors to their burden of proof and reserves any and all rights, remedies and obligations to, among other things, (i) complement, supplement, augment, alter or modify this objection, (ii) file any appropriate motion, or conduct any and all discovery, and (iii) assert such other grounds as may become apparent upon further factual discovery.

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court deny confirmation of the Plan and grant such other relief as the Court deems fair and just.

Dated: August 18, 2026
Wilmington, Delaware

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE,**
**REGIONS 3 & 9**

By: *<u>/s/ Benjamin Hackman</u>*
Benjamin A. Hackman (DE #7702)
Trial Attorney
Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
benjamin.a.hackman@usdoj.gov