**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Aug. 20, 2026 ,12:00 p.m. E.T.[2]**<br>**Hearing Date: Aug. 31, 2026, 11:00 a.m. E.T.** |

**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S LIMITED OBJECTION TO AMENDED PLAN AND RESERVATION OF RIGHTS**

Travelers Casualty and Surety Company of America ("Travelers") hereby files this limited objection (the "Objection") to confirmation of the Debtors' Chapter 11 amended plan, as supplemented [D.I. 649] (the "Amended Plan"). In support of this Objection, Travelers respectfully states as follows:

1. On November 16, 2025 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the title 11 of the United States Code (the "Bankruptcy Code") in this Court.

2. Prior to the Petition Date, Travelers issued to Debtor Lugano Holding Inc. the D&O insurance policy numbered 107710744 (the "Policy").

3. Counsel for Travelers and the Debtors are in discussions concerning certain objections to the Amended Plan raised informally by Travelers, which discussions are ongoing. Travelers' files this Limited Objection out of an abundance of caution and to preserve its objections

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Deadline extended by agreement.

to the Amended Plan should the parties be unable to reach an agreement. Travelers reserves the right to supplement this Limited Objection.

4. Travelers' objects to confirmation of the Amended Plan (as it may further be amended) to the extent that the confirmation order does not include the following language (or similar language approved by Travelers' counsel):

> Except with respect to the Specified Provisions (as defined below), notwithstanding any provision in the Plan, Plan Supplement or this Order to the contrary (other than the Specified Provisions), including but not limited to Article XI of the Plan, nothing in the Plan, Plan Supplement, or this Order shall expand, limit, modify or affect any rights, claims or defenses of Travelers Casualty and Surety Company of America ("Travelers") under or related to insurance policies issued by Travelers to the Debtors ("Travelers Policies") or under applicable law. The "Specified Provisions" are: (a) Article VI of the Plan and the Plan Supplement Exhibit B, with respect to the assumption and assignment of the Travelers Policies to the Liquidation Trust, any Cure Payment related thereto, and the Insurance Rights Transfer; *provided*, *however*, that the Liquidation Trust, Liquidation Trustee, and Liquidation Trust Oversight Board do not have coverage under the Travelers Policies for any acts or omissions occurring after the Effective Date of the Plan; (b) Sections 11.06 and 11.07 of the Plan (except to the extent set forth in this paragraph), (c) any provision of the Plan, Plan Supplement, or this Order that requires the timely Filing of a proof of claim or request for payment of an Administrative Claim; (d) Article X of the Plan, provided, however, the retention of jurisdiction is without prejudice to any argument by Travelers that any litigation should be commenced or adjudicated in another forum or proceeding (whether judicial, arbitral, or otherwise); and (e) and any provisions of the Confirmation Order corresponding to any of the foregoing clauses (a)-(d)[3]. Notwithstanding Specified Provision (b), Section 11.06(a)(i) of the Plan and paragraph[4] [●] of this Order shall not apply to Travelers with respect to any dispute, matter, action or proceeding of any kind arising under, relating to or affecting the Travelers Policies or related rights, policy claims or defenses (whether legal, equitable, contractual, statutory, regulatory or otherwise).

[3] NTD: Travelers must review and approve all such Confirmation Order provisions.

[4] NTD: The paragraph corresponding to 11.06(a)(i).

5. Travelers further reserves all objections with respect to any amendment to the Amended Plan that adversely affects Travelers' rights and claims against the Debtors, Reorganized Lugano,[5] or any third parties.

WHEREFORE, Travelers Casualty and Surety Company of America respectfully requests that the Court (i) sustain its Limited Objection, and (ii) grant such other and further relief as may be just and proper.

Dated: August 21, 2026
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Tancredi (Del. Bar No. 4657)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: lisa.tancredi@wbd-us.com

-and-

**KAUFMAN BORGEEST & RYAN LLP**
Nicole Sheth (Admitted *pro hac vice*)
Victoria Venegas (Admitted *pro hac vice*)
21700 Oxnard Street, Suite 1450
Woodland Hills, California 91367
Telephone: (818) 880-0992
Email: nsheth@kbrlaw.com
vvenegas@kbrlaw.com

*Counsel for Travelers Casualty and Surety Company of America*

[5] As defined in the Amended Plan [D.I. 649].