**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF CHRISTOPH PACHLER IN SUPPORT OF OBJECTION OF DEBTORS AND DEBTORS IN POSSESSION TO MOTION OF MORDECHAI FERDER, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE HAIM FAMILY TRUST, TO ESTIMATE CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

I, Christoph Pachler, do hereby declare as follows:

1. I am the Chief Financial Officer of Lugano Diamonds & Jewelry Inc. ("Lugano") and its affiliates that are parties to these chapter 11 cases (collectively, the "Debtors"). I submit this declaration in support of the Debtors' objection to the motion of Mordechai Ferder, individually and in his capacity as trustee of the Haim Family Trust, to estimate his claim for voting purposes.

2. Except as otherwise indicated, all facts set forth in this declaration are based upon information supplied to me by members of the Debtors' management, employees, and professionals, or learned from my review of relevant documents in my role as the Debtors' CFO.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

If called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration.

3. The Debtors' books and records reflect that on February 7, 2025, the Debtors received a transfer of $2.5 million. I understand that transfer came from an account owned or controlled by Mr. Ferder. Further, on March 11, 2025, the Debtors received a transfer of $6.4 million from Land Title Guarantee. I understand that transfer to have occurred at the behest of Mr. Ferder.

4. I, along with Lugano's Controller, David Ford, sought additional information from Mr. Ferder about the transaction underlying these transfers within two days of the second transfer. The information we obtained was then put by me into an email to Mr. Ferder. A true and correct copy of that email is attached to this Declaration as Exhibit A.

5. In that email, I asked Mr. Ferder whether the information therein was correct, whether there was anything wrong with it, or whether he had any additional information to add. Mr. Ferder responded that the facts presented to him in my email were correct.

6. I spoke again with Mr. Ferder on the underlying transaction a few days later. That conversation was to obtain additional information respecting the transaction to provide to Lugano's parent company, CODI. Mr. Ferder provided several additional facts respecting the transaction. I summarized those facts in an email to CODI. A true and correct copy of that email is attached to this Declaration as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2026

Christoph Pachler

**Exhibit A**

**From:** Moti Ferder
**To:** Christoph Pachler
**Cc:** David Ford
**Subject:** RE: Wire confirmation
**Date:** Monday, March 17, 2025 1:01:41 PM
**Attachments:** image001.png
logo-213px_65d56e04-70b5-448b-aa4f-a484bbe2334b.png

---

This is correct.

Moti Ferder
Chief Executive Officer

620 Newport Center Drive, Suite 800
Newport Beach, CA 92660
**Office** +1 949.720.0080 (866.LUGANO6)
**Cell** +1 213.200.8200

**NEWPORT BEACH | ASPEN | PALM BEACH | OCALA**
**HOUSTON | WASHINGTON D.C. | GREENWICH | LONDON**

**WEB | FACEBOOK | INSTAGRAM | LINKEDIN**

---

**From:** Christoph Pachler
**Sent:** Thursday, March 13, 2025 5:25 PM
**To:** Moti Ferder
**Cc:** David Ford
**Subject:** RE: Wire confirmation

Moti – David and I are checking what we need to disclose regarding the [redacted] funds. So that we are prepared, can you get us background. Here is what I think I know, pls fill in any gaps or add information that would be useful:

- [redacted] bought an item from us for $8.8M, invoice date 7/22/24. We did not receive any funds at the time of the sale.
- [redacted] is in the process of selling his company, therefore he informed you that his liquidity is restricted.
- You and he entered into an agreement where you as an individual extended a personal loan to him, and the funds from this loan were used to pay off his outstanding accounts receivable with Lugano.
- Lugano is not involved in this loan or any other financial arrangements that you have with [redacted].
- We received $2.5M on 2/7/25, and $6.4M on 3/11/25, both from accounts that you own or control.

- [redacted] confirmed in the below email that these funds are to be allocated to his AR.

Is this correct? Anything I got wrong? Any additioanl infoirmation you can add?

Thx much.

Christoph

Christoph Pachler
Chief Financial Officer

620 Newport Center Drive, Suite 800
Newport Beach, CA 92660
Cell +1 949.520.2334

NEWPORT BEACH | ASPEN | PALM BEACH | OCALA
HOUSTON | WASHINGTON D.C. | GREENWICH | LONDON

WEB | FACEBOOK | INSTAGRAM | LINKEDIN

---

**From:** Christoph Pachler <CPachler@luganodiamonds.com>
**Sent:** Wednesday, March 12, 2025 2:03 PM
**To:** Moti Ferder <moti@luganodiamonds.com>
**Subject:** RE: Wire confirmation

Thx. We probably have to write up a more substantive memo and include it in our related-party disclosure at the end of the quarter. This will in all likelihood be reviewed, therefore I want to be fully buttoned up.

Christoph

Christoph Pachler
Chief Financial Officer

620 Newport Center Drive, Suite 800
Newport Beach, CA 92660
Cell +1 949.520.2334

NEWPORT BEACH | ASPEN | PALM BEACH | OCALA
HOUSTON | WASHINGTON D.C. | GREENWICH | LONDON

WEB | FACEBOOK | INSTAGRAM | LINKEDIN

---

**From:** Moti Ferder <moti@luganodiamonds.com>
**Sent:** Wednesday, March 12, 2025 7:31 AM
**To:** Christoph Pachler <CPachler@luganodiamonds.com>

**Subject:** FW: Wire confirmation

See below

Moti Ferder
Chief Executive Officer

620 Newport Center Drive, Suite 800
Newport Beach, CA 92660
Office +1 949.720.0080 (866.LUGANO6)
Cell +1 213.200.8200

NEWPORT BEACH | ASPEN | PALM BEACH | OCALA
HOUSTON | WASHINGTON D.C. | GREENWICH | LONDON

WEB | FACEBOOK | INSTAGRAM | LINKEDIN

---

**From:** [redacted] <[redacted]>
**Sent:** Wednesday, March 12, 2025 7:14 AM
**To:** Moti Ferder <moti@luganodiamonds.com>
**Subject:** Re: Wire confirmation

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Yes, thank you for all your help Moti!

M

> On Mar 11, 2025, at 5:16 PM, Moti Ferder <moti@luganodiamonds.com> wrote:
>
> Hi [redacted],
>
> Just wanted to confirm we received the wire in the amount of $6,441,316.76 from Land Title Guarantee today.
>
> This wire will be applied towards the final balance of invoice 930002590.
>
> Can you please confirm that we should apply this wire on your behalf.
>
> Cheers,
>
> Moti
>
> Moti Ferder
> Chief Executive Officer
>
> 620 Newport Center Drive, Suite 800
> Newport Beach, CA 92660

Office +1 949.720.0080 (866.LUGANO6)
Cell +1 213.200.8200

NEWPORT BEACH | ASPEN | PALM BEACH | OCALA
HOUSTON | WASHINGTON D.C. | GREENWICH | LONDON

WEB | FACEBOOK | INSTAGRAM | LINKEDIN

**Exhibit B**

**From:** Christoph Pachler
**To:** stephen@compassdiversified.com; Carrie Ryan; gabe@compassdiversified.com; ami@compassdiversified.com; Jill F. Ritchie
**Cc:** David Ford
**Subject:** Related party issue - follow-up
**Date:** Monday, March 17, 2025 9:26:34 PM
**Attachments:** logo-213px_e1ef216b-ffea-4339-a16c-f2c7f64dd554.png

---

Spoke to Moti on the information we requested. He told me as follows:

- There is no documentation on the loan. It was a handshake agreement. Moti trusts [redacted] and has done business with him for years.
- Moti will not charge any interest to [redacted].
- In terms of timeframe, [redacted] company [redacted] has undertaken steps towards an IPO. [redacted] will pay Moti back upon completion of the IPO.
- There is no collateral except for the stone. In the (in Moti's opinion: highly-unlikely) event of non-repayment, Moti would demand to take possession of the stone.

Christoph

Christoph Pachler
Chief Financial Officer

620 Newport Center Drive, Suite 800
Newport Beach, CA 92660
**Cell** +1 949.520.2334

**NEWPORT BEACH | ASPEN | PALM BEACH | OCALA**
**HOUSTON | WASHINGTON D.C. | GREENWICH | LONDON**

**WEB | FACEBOOK | INSTAGRAM | LINKEDIN**