**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF JOSEPH POPE IN SUPPORT OF OBJECTION OF DEBTORS AND DEBTORS IN POSSESSION TO MOTION OF MORDECHAI FERDER, INDIVIDUALLY AND IN HIS CAPACITY AS TRUSTEE OF THE HAIM FAMILY TRUST, TO ESTIMATE CLAIM FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

I, Joseph Pope, do hereby declare as follows:

1. I am a Managing Director of GlassRatner Advisory & Capital Group LLC ("GlassRatner"). GlassRatner is a financial advisory services firm, serving companies and their stakeholders across a wide spectrum of industries and sizes. GlassRatner has been engaged by Lugano Diamonds & Jewelry Inc. ("Lugano") and its affiliates that are parties to these chapter 11 cases (collectively, the "Debtors") to provide financial advisory services. A Senior Managing Director of GlassRatner, J. Michael Issa, currently serves as the Debtors' Chief Restructuring Officer.

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

2. I, along with other GlassRatner professionals, have performed services for the Debtors in these cases. In performing those services, I have become familiar with the Debtors' books and records.

3. I submit this declaration in support of the Debtors' objection to the motion of Mordechai Ferder, individually and in his capacity as trustee of the Haim Family Trust, to estimate his claim for voting purposes. Except as otherwise indicated, all facts set forth in this declaration are based upon information supplied to me by members of the Debtors' management, employees, and professionals, or learned from my review of relevant documents in performing services for the Debtors. If called upon to testify, I could and would testify competently to the facts set forth herein. I am authorized to submit this Declaration.

4. At the request of counsel to the Special Committee, GlassRatner reviewed the lists of alleged payments appended to Mr. Ferder's proof of claim as Addenda A and B. GlassRatner further compared the amounts and dates on Addenda A and B to the Debtors' accounts payable and liability balances to see if any of the alleged payments reduced any of the Debtors' obligations.

5. No decreases in the Debtors' obligations matched any of the amounts that Mr. Ferder asserts were transferred to pay obligations of Lugano.

6. The Debtors' books and records reflect an Officer Loan Payable due from Mr. Ferder in the amount of $107,394.37.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2026

Joseph Pope