**IN UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*[1] | Case No. 25-12055 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Hearing Date: Aug. 31, 2026, 11:00 a.m. E.T.** |

**NOTICE OF WITHDRAWAL OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S LIMITED OBJECTION TO AMENDED PLAN AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that Travelers Casualty and Surety Company of America ("Travelers"), by and through its undersigned counsel, withdraws the *Limited Objection to Amended Plan and Reservation of Rights* [D.I. 810], filed by Travelers on August 21, 2026. Travelers reserves all of its rights to object with respect to any amendment to the Amended Plan that adversely affects Travelers' rights and claims against the Debtors, Reorganized Lugano,[2] or any third parties.

Dated: August 26, 2026
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Lisa Bittle Tancredi*
Lisa Bittle Tancredi (Del. Bar No. 4657)
1313 North Market Street
Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: lisa.tancredi@wbd-us.com

-and-

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] As defined in the Amended Plan [D.I. 649].

**KAUFMAN BORGEEST & RYAN LLP**
Nicole Sheth (Admitted *pro hac vice*)
Victoria Venegas (Admitted *pro hac vice*)
21700 Oxnard Street, Suite 1450
Woodland Hills, California 91367
Telephone: (818) 880-0992
Email: nsheth@kbrlaw.com
vvenegas@kbrlaw.com

*Counsel for Travelers Casualty and Surety Company of America*