**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**DECLARATION OF JERIAD R. PAUL REGARDING THE SOLICITATION AND TABULATION OF VOTES ON THE AMENDED CHAPTER 11 PLAN OF LUGANO DIAMONDS & JEWELRY INC. AND ITS AFFILIATED DEBTORS**

I, Jeriad R. Paul, hereby declare under penalty of perjury as follows:

1. I am the Vice President of Omni Agent Solutions, Inc. ("Omni"), located at 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367 and 1120 Avenue of the Americas, 4th Floor, New York, New York, 11036. I am over the age of 18 years and not a party to the above-captioned chapter 11 cases (the "Chapter 11 Cases").

2. I submit this declaration (this "Declaration") with respect to (i) the solicitation of votes and tabulation of ballots cast on the *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 649] (as amended, supplemented or otherwise modified from time to time, the "Plan")[2] and (ii) the solicitation and tabulation of elections contained in the Plan, including Holders' elections to (a) opt out of the Third Party Release, and (b) for Holders of Class 4 Claims to (x) contribute claims against GT to the Liquidation Trust, and (y) reduce their Class 4 Claims and receive the recoveries afforded to Class 5

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning scribed to them in the Plan or Disclosure Statement Order (as defined below), as applicable.

("Convenience Class Elections").

3. Prior to the commencement of the Chapter 11 Cases, the above-captioned debtors and debtors in possession (collectively, the "Debtors") engaged Omni as their claims, noticing, and solicitation agent (the "Solicitation Agent") to assist with, among other things, (i) serving solicitation materials to the parties entitled to vote to accept or reject the Plan and (ii) tabulating votes and elections with respect thereto. Omni and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans and tabulating various elections contained in proposed chapter 11 plans, similar to those contained in the Plan. The Court authorized Omni's retention (i) as claims and noticing agent to the Debtors on November 18, 2025, pursuant to the *Order (I) Appointing Omni Agent Solutions, Inc. as Claims and Noticing Agent; and (II) Granting Related Relief* [Docket No. 55], and (ii) as administrative agent to the Debtors on December 15, 2025, pursuant to the *Order Authorizing Debtors to Employ and Retain Omni Agent Solutions, Inc. as Administrative Agent, Effective as of the Petition Date* [Docket No. 198].

4. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision or from the Debtors, and/or my review of the relevant documents. I am authorized to submit this Declaration on behalf of Omni. If I were called to testify, and if called as a witness, I could and would testify competently as to the facts set forth herein.

**A. Service and Transmittal of the Solicitation Packages.**

5. Pursuant to the *Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections thereto;*

*and (F) Granting Related Relief* [Docket No. 661] (the "Disclosure Statement Order"), the Debtors established July 14, 2026 as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan. Pursuant to the Plan, Holders of Class 3 (CODI Claim), Class 4 (General Unsecured Claims), and Class 5 (Convenience Class Claims) (collectively, the "Voting Classes") as of the Voting Record Date were entitled to vote to accept or reject the Plan. No other classes were entitled to vote on the Plan.

6. On July 21, 2026, Omni caused to be distributed via first-class mail and/or email to Holders of Claims in the Voting Classes as of the Voting Record Date: (i) the Combined Hearing Notice; (ii) instructions, including a QR code, for accessing the Disclosure Statement, the Plan, and the Disclosure Statement Order; (iii) the Committee Letter; (iv) the Ballots; and (v) a pre-paid, pre-addressed return envelope (collectively, the "Solicitation Package"). The Solicitation Package was distributed in accordance with the Disclosure Statement Order.

7. In accordance with the solicitation procedures approved in the Disclosure Statement Order (the "Solicitation Procedures"), Omni worked closely with the Debtors and their advisors to identify the Holders in the Voting Classes as of the Voting Record Date that were entitled to vote and to coordinate the distribution of the Solicitation Packages to such Holders. Detailed descriptions evidencing the service of the Solicitation Packages are set forth in the *Affidavit of Service* filed with the Court on July 29, 2026 [Docket No. 750].

**B. The Tabulation Process**

8. In accordance with the Solicitation Procedures, Omni reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was processed in accordance with Omni's standard tabulation procedures and in compliance with the court-approved Solicitation Procedures. To be included in the tabulation results, each Ballot

must have been properly executed, completed, and delivered according to the applicable voting instructions by: (i) first class mail; (ii) overnight courier; or (iii) personal delivery, so that each Ballot was actually received by Omni no later than the Voting Deadline at the return address set forth in the applicable Ballot. Alternatively, Ballots could be submitted electronically through the Solicitation Agent's Electronic Balloting Submission Portal at https://omniagentsolutions.com/Lugano-Ballots by no later than the Voting Deadline, unless the Debtors determine otherwise or as permitted by the Court. Omni completed its final tabulation of Ballots on August 26, 2026, following a complete review and audit of all Ballots received.

9. Set forth below is a summary of the voting results with respect to the Voting Classes tabulated on a consolidated basis:

| **Total Ballots Received** | | | |
|---|---|---|---|
| **Accept** | | **Reject** | |
| **Number** (*% of Number*) | **Amount** (*% of Amount*) | **Number** (*% of Number*) | **Amount** (*% of Amount*) |
| **Class 3 – CODI Claim** | | | |
| 1<br>100.00% | $718,222,591.91<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |
| **Class 4 – General Unsecured Claims** | | | |
| 70<br>95.89% | $188,192,872.70<br>99.86% | 3<br>4.11% | $264,684.14<br>0.14% |
| **Class 5 – Convenience Class Claims** | | | |
| 12<br>100.00% | $65,729.80<br>100.00% | 0<br>0.00% | $0.00<br>0.00% |

10. The final tabulation of votes cast by timely and properly completed Ballots received by Omni is attached hereto as **Exhibit A-1**.

11. Holders of Claims asserted against multiple Debtors (whether against the same or multiple Debtors) that are classified under the Plan in the same Voting Class received no more than one Solicitation Package (and, therefore, one Ballot) on account of such Claim and with respect to that Class. In accordance with the Solicitation Procedures, Holders of Claims against multiple Debtors were required to vote all such claims uniformly and not split votes. Holders were not permitted to vote to accept the Plan as to one Debtor and reject the Plan as to another Debtor. A summary of the voting results with respect to the Voting Classes tabulated on a Debtor-by-Debtor basis is attached hereto as **Exhibit A-2**.

**C. Elections.**

12. In addition, in accordance with the Solicitation Procedures, Omni reviewed and tabulated the elections recorded on the Ballots from Holders of Claims in the Voting Classes that chose to opt-out of the Third Party Release. **Exhibit A** denotes which Holders of Claims in the Voting Classes, and **Exhibit B-1** denotes all parties that, opted out of the Third Party Release.[3] Omni also reviewed and tabulated elections made by Holders of Claims in Class 4 making Convenience Class Elections and those who elected to contribute their Contributed Claims to the Liquidation Trust. **Exhibits B-2** and **B-3** further denote which Claims in Class 4 made such elections.

[3] Holders of Claims in Classes 4 and 5 were able to elect to opt out of the Third Party Release on the Ballots. The Holder of the Claim in Class 3 affirmatively consented to the Third Party Release and did not have the ability to opt out of the Third Party Release. Holders of Claims and Equity Interests only in Classes 6, 7, and 8 are not Releasing Parties and, as such, are not subject to the Third Party Release.

**D. Notices of Non-Voting Status and Forms.**

13. On July 21, 2026, upon entry of the Disclosure Statement Order, Omni sent via first-class mail and/or email the Notice of Non-Voting Status to the Holders of Claims or Equity Interests in the Non-Voting Classes and Opt-Out Forms to Holders of Claims in Classes 1 and 2 and Holders of unclassified Claims. Holders of Claims and Equity Interests only in Classes 6, 7, and 8 are not Releasing Parties and, thus, are not subject to the Third Party Release and did not receive an Opt-Out Form.

14. All valid Opt-Out Forms cast by Holders of Claims in Class 1 and Class 2, and by Holders of Claims in unclassified claims, received by Omni on or before the Voting Deadline were tabulated pursuant to the procedures set forth in the Disclosure Statement Order and are denoted on **Exhibit B-1**. Omni's tabulation of valid Convenience Class Elections and Contributed Claims Forms is set forth in the report annexed hereto as **Exhibits B-2** and **B-3**.

15. Omni is in possession of the Ballots, Opt-Out Forms, Convenience Class Elections, and Contribution Forms received by it, and copies of the same are available for review and inspection by or submission to the Court. To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots, Opt-Out Forms, forms for Convenience Class Elections, and Contribution Forms in connection with the Plan is true and correct.

Dated: August 27, 2026

*/s/ Jeriad R. Paul*
Jeriad R. Paul
Vice President
Omni Agent Solutions, Inc.

# Exhibit A-1

## Consolidated Ballot Report and Voting Classes Opt-Out Elections

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No. 25-12055**
**Claims Ballot Details Results**
**Class 3 - CODI Claim**

**Class Summary**

**Voting Outcome** **Accepted**

| | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| **# Votes:** | 1 | 1 | 1 | 0 | 0 |
| **Vote %:** | 100.00% | 100.00% | 100.00% | 0.00% | |
| **Amt:** | $718,222,591.91 | $718,222,591.91 | $718,222,591.91 | $0.00 | |
| **Amt %:** | 100.00% | 100.00% | 100.00% | 0.00% | |

| Creditor | Ballot # | Clm Sch | Case No | Date Received | Printed Ballot Amt | Tabulated Vote Amt | Vote | Comment |
|---|---|---|---|---|---|---|---|---|
| Compass Group Diversified Holdings Llc | 16921 | C153 | 25-12055 | 08/07/2026 | $718,222,591.91 | $718,222,591.91 | Accept | |



OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No. 25-12055**
**Claims Ballot Details Results**
**Class 4 - General Unsecured Claims**

## Class Summary

**Voting Outcome** **Accepted**

| | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| **# Votes:** | 79 | 73 | 70 | 3 | 3 |
| **Vote %:** | 100.00% | 92.41% | 95.89% | 4.11% | |
| **Amt:** | $193,098,353.77 | $188,457,556.84 | $188,192,872.70 | $264,684.14 | |
| **Amt %:** | 100.00% | 97.60% | 99.86% | 0.14% | |

| Creditor | Ballot # | Clm Sch | Case No | Date Received | Printed Ballot Amt | Tabulated Vote Amt | Vote | Opt Out Elect | Convenience Class Election | Contribution Election | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 620 Ned Llc | 16931 | C169 | 25-12055 | 08/18/2026 | $100,000.00 | $100,000.00 | Accept | ☑ | ☐ | ☐ | |
| A Wine Valley Experience Limousine | 13049 | S5530 | 25-12055 | 08/05/2026 | $30,728.82 | $30,728.82 | Accept | ☐ | ☐ | ☐ | |
| American Express National Bank | 16879 | C82 | 25-12055 | 08/18/2026 | $229,684.14 | $229,684.14 | Reject | ☑ | ☐ | ☐ | |
| American Friends Of The Israel Philharmonic Orchestra | 16909 | C139 | 25-12055 | 08/18/2026 | $50,000.00 | $50,000.00 | Accept | ☑ | ☐ | ☐ | |
| Ancora Castings | 13029 | S5503 | 25-12055 | 08/19/2026 | $52,979.44 | $52,979.44 | Accept | ☐ | ☐ | ☐ | Late Ballot Accepted by Debtors in Consultation with Official Committee of Unsecured Creditors. |
| Aspen Art Museum | 16904 | C125 | 25-12055 | 08/12/2026 | $3,700,000.00 | $3,700,000.00 | Accept | ☑ | ☐ | ☐ | |
| Batten Construction Inc | 13004 | S5472 | 25-12055 | 08/03/2026 | $34,664.96 | $34,664.96 | Accept | ☐ | ☐ | ☐ | |
| Belgium New York, Llc | 16908 | C137 | 25-12055 | 08/13/2026 | $582,784.00 | $582,784.00 | Accept | ☐ | ☐ | ☑ | |
| Brooke Usa | 16902 | C114 | 25-12055 | 08/17/2026 | $27,500.00 | $27,500.00 | Accept | ☑ | ☐ | ☐ | |
| Bulley & Andrews, Llc | 16903 | C117 | 25-12055 | 08/14/2026 | $2,501,966.16 | $2,501,966.16 | Accept | ☑ | ☐ | ☐ | |
| Cartier Limited | 16906 | C134 | 25-12055 | 08/13/2026 | $490,920.26 | $490,920.26 | Accept | ☑ | ☐ | ☐ | |
| Customer 16965 | 16965 | C18 | 25-12055 | 08/07/2026 | $250,000.00 | $250,000.00 | Accept | ☑ | ☐ | ☐ | |
| Customer 16967 | 16967 | C25 | 25-12055 | 08/08/2026 | $300,000.00 | $300,000.00 | Accept | ☑ | ☐ | ☐ | |
| Customer 16970 | 16970 | C36 | 25-12055 | 07/26/2026 | $450,000.00 | $450,000.00 | Accept | ☐ | ☐ | ☐ | |
| Customer 16978 | 16978 | C69 | 25-12055 | 08/13/2026 | $1,457,500.00 | $1,457,500.00 | Accept | ☐ | ☐ | ☐ | |
| Customer 16999 | 16999 | C116 | 25-12055 | 08/03/2026 | $250,000.00 | $250,000.00 | Accept | ☑ | ☐ | ☐ | |
| Customer 17011 | 17011 | C131 | 25-12055 | 08/04/2026 | $500,000.00 | $500,000.00 | Accept | ☑ | ☐ | ☐ | |
| Customer 17015 | 17015 | C138 | 25-12055 | 08/10/2026 | $21,351,966.00 | $21,351,966.00 | Accept | ☐ | ☐ | ☑ | |
| Customer 17078 | 17078 | C51 | 25-12055 | 07/31/2026 | $380,000.00 | $380,000.00 | Accept | ☐ | ☐ | ☑ | |
| Customer 17089 | 17089 | C74 | 25-12055 | 08/15/2026 | $1,497,694.43 | $1,497,694.43 | Accept | ☐ | ☐ | ☐ | |
| Customer 17155 | 17155 | C178 | 25-12055 | 08/15/2026 | $3,628,996.83 | $3,628,996.83 | Accept | ☑ | ☐ | ☑ | |
| Dkstudio Architects Inc. | 16829 | C16 | 25-12055 | 08/14/2026 | $37,472.85 | $37,472.85 | Accept | ☐ | ☑ | ☑ | |
| Estate Security Services, Inc | 16828 | C15 | 25-12055 | 08/17/2026 | $63,524.49 | $63,524.49 | Accept | ☐ | ☐ | ☐ | |
| Euclid Commercial Cleaning | 13084 | S5571 | 25-12055 | 08/01/2026 | $15,119.95 | $15,119.95 | Accept | ☐ | ☑ | ☐ | |
| Fashion Island Retail Llc | 16929 | C167 | 25-12055 | 08/18/2026 | $100,000.00 | $100,000.00 | Accept | ☑ | ☐ | ☐ | |
| First Circle Design, Llc | 16802 | C1 | 25-12052 | 08/06/2026 | $30,364.64 | $30,364.64 | Accept | ☐ | ☐ | ☐ | |
| Five C's Inc | 16876 | C79 | 25-12055 | 08/03/2026 | $1.00 | $1.00 | Accept | ☐ | ☐ | ☐ | Claimant wrote claim amount of $454,998.00, tabulated at voting amount. |
| Hampton Classic Horse Show, Inc. | 17047 | C5 | 25-12055 | 08/10/2026 | $240,000.00 | $240,000.00 | Accept | ☑ | ☐ | ☐ | |
| Irvine Management Company | 16930 | C168 | 25-12055 | 08/18/2026 | $77,800.00 | $77,800.00 | Accept | ☑ | ☐ | ☐ | |
| Jes Publishing | 17085 | C68 | 25-12055 | 07/30/2026 | $14,650.00 | $0.00 | Invalid | ☐ | ☑ | ☐ | Ballot signed by Transfer Agent. The transfer was not finalized before the Voting Record Date, as required under the applicable procedures. |
| Kothari & Co, Inc | 16871 | C72 | 25-12055 | 07/30/2026 | $197,673.98 | $197,673.98 | Accept | ☐ | ☐ | ☐ | |
| Luca Gems | 16897 | C106 | 25-12055 | 07/29/2026 | $166,159.00 | $166,159.00 | Accept | ☑ | ☐ | ☐ | |
| Miracles For Kids | 16953 | C190 | 25-12055 | 08/10/2026 | $15,000.00 | $15,000.00 | Accept | ☐ | ☑ | ☐ | |



OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367
Visit us on the Web at www.omniagentsolutions.com
PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No. 25-12055**
**Claims Ballot Details Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Case No | Date Received | Printed Ballot Amt | Tabulated Vote Amt | Vote | Opt Out Elect | Convenience Class Election | Contribution Election | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mordechai Ferder, Individually And In His Capacity As Trustee Of The Haim Family Trust | 17149 | C160 | 25-12055 | 08/18/2026 | $0.00 | $0.00 | Reject | ☑ | ☐ | ☐ | Claimant wrote claim amount of $32,176,566.76, tabulated at voting amount. |
| Napa Valley Tours & Transportation | 16816 | C8 | 25-12055 | 08/05/2026 | $30,728.82 | $30,728.82 | Accept | ☑ | ☐ | ☐ | |
| Nella Media Group, Llc | 17097 | C80 | 25-12055 | 07/30/2026 | $22,000.00 | $0.00 | Invalid | ☐ | ☐ | ☐ | Ballot signed by Transfer Agent. The transfer was not finalized before the Voting Record Date, as required under the applicable procedures. |
| Odyssey Retail Advisors Llc | 13110 | S5606 | 25-12055 | 08/06/2026 | $514,000.00 | $514,000.00 | Accept | ☐ | ☐ | ☑ | |
| Oncall It, Inc. | 16926 | C163 | 25-12055 | 08/18/2026 | $117,558.16 | $117,558.16 | Accept | ☐ | ☐ | ☐ | |
| Oracle Credit Corporation And Oracle America, Inc., Sii Netsuite, Inc. | 16911 | C143 | 25-12055 | 08/13/2026 | $607,952.68 | $607,952.68 | Abstain | ☑ | ☐ | ☐ | |
| Papercity / Urban Publishers | 16905 | C128 | 25-12055 | 08/17/2026 | $35,000.00 | $35,000.00 | Reject | ☐ | ☐ | ☐ | |
| Ponte Gadea Chicago Llc | 16922 | C154 | 25-12055 | 08/18/2026 | $2,792,847.22 | $0.00 | Invalid | ☐ | ☐ | ☐ | Ballot amount has been aggregated in Ballot ID 16947. |
| Ponte Gadea Chicago, Llc | 16947 | C185 | 25-12055 | 08/18/2026 | $6,755,110.26 | $9,547,957.48 | Accept | ☐ | ☐ | ☐ | Ballot amount has been aggregated. |
| Potential Claimant 16958 | 16958 | C1 | 25-12055 | 07/28/2026 | $150,000.00 | $150,000.00 | Accept | ☐ | ☐ | ☐ | |
| Potential Claimant 16959 | 16959 | C2 | 25-12055 | 07/28/2026 | $150,000.00 | $150,000.00 | Accept | ☐ | ☐ | ☐ | |
| Potential Claimant 16966 | 16966 | C24 | 25-12055 | 08/17/2026 | $274,249.07 | $274,249.07 | Accept | ☑ | ☐ | ☐ | |
| Potential Claimant 16969 | 16969 | C30 | 25-12055 | 08/10/2026 | $750,000.00 | $750,000.00 | Accept | ☑ | ☐ | ☑ | |
| Potential Claimant 16972 | 16972 | C52 | 25-12055 | 08/14/2026 | $636,997.26 | $636,997.26 | Accept | ☑ | ☐ | ☑ | |
| Potential Claimant 16973 | 16973 | C55 | 25-12055 | 08/13/2026 | $4,895,000.00 | $4,895,000.00 | Accept | ☑ | ☐ | ☑ | |
| Potential Claimant 16986 | 16986 | C89 | 25-12055 | 08/12/2026 | $609,479.50 | $609,479.50 | Accept | ☐ | ☐ | ☑ | |
| Potential Claimant 16987 | 16987 | C95 | 25-12055 | 08/03/2026 | $1,400,000.00 | $1,400,000.00 | Accept | ☑ | ☐ | ☐ | |
| Potential Claimant 16989 | 16989 | C96 | 25-12055 | 08/03/2026 | $1,591,863.03 | $1,591,863.03 | Accept | ☐ | ☐ | ☐ | |
| Potential Claimant 16990 | 16990 | C103 | 25-12055 | 07/29/2026 | $9,405,000.00 | $9,405,000.00 | Accept | ☐ | ☐ | ☐ | |
| Potential Claimant 17001 | 17001 | C120 | 25-12055 | 08/13/2026 | $10,625,701.65 | $2,638,503.00 | Accept | ☑ | ☐ | ☑ | Claim temporarily allowed in the amount of $2,638,503.00 for voting purposes only. |
| Potential Claimant 17002 | 17002 | C121 | 25-12055 | 08/17/2026 | $7,836,801.11 | $2,126,003.00 | Accept | ☑ | ☐ | ☑ | Claim temporarily allowed in the amount of $2,126,003.00 for voting purposes only. |
| Potential Claimant 17005 | 17005 | C124 | 25-12055 | 08/17/2026 | $7,805,857.50 | $7,805,857.50 | Accept | ☑ | ☐ | ☑ | |
| Potential Claimant 17007 | 17007 | C127 | 25-12055 | 08/18/2026 | $9,879,900.00 | $9,879,900.00 | Accept | ☑ | ☐ | ☑ | |
| Potential Claimant 17008 | 17008 | C129 | 25-12055 | 08/17/2026 | $2,017,592.49 | $2,017,592.49 | Accept | ☑ | ☐ | ☐ | |
| Potential Claimant 17010 | 17010 | C130 | 25-12055 | 08/06/2026 | $14,082,693.39 | $14,082,693.39 | Accept | ☐ | ☐ | ☑ | |
| Potential Claimant 17014 | 17014 | C136 | 25-12055 | 08/03/2026 | $1,328,693.62 | $1,328,693.62 | Accept | ☑ | ☐ | ☑ | |
| Potential Claimant 17020 | 17020 | C5 | 25-12052 | 08/11/2026 | $12,430,000.00 | $12,430,000.00 | Accept | ☑ | ☐ | ☐ | |
| Potential Claimant 16960 | 16960 | C7 | 25-12055 | 07/30/2026 | $1,090,000.00 | $1,090,000.00 | Abstain | ☐ | ☐ | ☐ | |
| Potential Claimant 17060 | 17060 | C9 | 25-12055 | 07/30/2026 | $1,213,850.00 | $1,213,850.00 | Accept | ☐ | ☐ | ☐ | |
| Potential Claimant 17132 | 17132 | C140 | 25-12055 | 08/17/2026 | $4,250,000.00 | $4,250,000.00 | Accept | ☐ | ☐ | ☐ | |
| Radius Llc | 16843 | C35 | 25-12055 | 08/17/2026 | $32,157.03 | $32,157.03 | Accept | ☐ | ☐ | ☐ | Claimant wrote claim amount of $34,157.03, tabulated at voting amount. |
| Real Gems, Inc | 16854 | C48 | 25-12055 | 08/10/2026 | $189,594.75 | $189,594.75 | Accept | ☑ | ☐ | ☐ | |
| Royal T Diamonds Group Ltd. | 16910 | C141 | 25-12055 | 08/13/2026 | $56,393,258.18 | $56,393,258.18 | Accept | ☑ | ☐ | ☑ | |
| Rutan & Tucker, Llp | 16895 | C99 | 25-12055 | 08/17/2026 | $113,347.03 | $113,347.03 | Abstain | ☑ | ☐ | ☐ | |
| Smart Arts Jewellery Limited | 16808 | C4 | 25-12053 | 08/02/2026 | $56,815.50 | $56,815.50 | Accept | ☐ | ☐ | ☐ | |
| St Margaret's Epsicopal School Ptf | 13129 | S5627 | 25-12055 | 08/01/2026 | $31,200.00 | $31,200.00 | Accept | ☐ | ☑ | ☐ | |
| Sta Jets | 17091 | C76 | 25-12055 | 08/18/2026 | $315,292.74 | $315,292.74 | Accept | ☐ | ☐ | ☑ | |
| Swift Communications | 16830 | C17 | 25-12055 | 08/12/2026 | $18,602.50 | $18,602.50 | Accept | ☐ | ☐ | ☐ | |
| Terre Du Soleil, Ltd | 16896 | C102 | 25-12055 | 08/03/2026 | $131,714.62 | $131,714.62 | Accept | ☑ | ☐ | ☐ | Claimant wrote claim amount of $131,714.82, tabulated at voting amount. |
| The Irvine Co | 13136 | S5635 | 25-12055 | 08/18/2026 | $105,000.00 | $105,000.00 | Accept | ☑ | ☐ | ☐ | |
| The Raymond F. Kravis Center For The Performing Arts, Inc. | 16927 | C164 | 25-12055 | 08/13/2026 | $50,000.00 | $50,000.00 | Accept | ☐ | ☐ | ☐ | |
| Tourism Development Corporation | 17142 | C150 | 25-12055 | 08/06/2026 | $19,700.00 | $19,700.00 | Accept | ☑ | ☐ | ☐ | |
| Trimic, Lp | 16887 | C90 | 25-12055 | 08/12/2026 | $761,849.30 | $761,849.30 | Accept | ☐ | ☐ | ☑ | |
| Wheeler Kearns Architects, Inc | 13045 | S5525 | 25-12055 | 08/14/2026 | $284,377.75 | $284,377.75 | Accept | ☑ | ☐ | ☐ | |



OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No. 25-12055**
**Claims Ballot Details Results**
**Class 4 - General Unsecured Claims**

| Creditor | Ballot # | Clm Sch | Case No | Date Received | Printed Ballot Amt | Tabulated Vote Amt | Vote | Opt Out Elect | Convenience Class Election | Contribution Election | Comment |
|---|---|---|---|---|---|---|---|---|---|---|---|
| White Mountain Capital Inc. | 16878 | C81 | 25-12055 | 08/13/2026 | $3,305,367.20 | $3,305,367.20 | Accept | ☑ | ☐ | ☑ | |
| Zrg Partners, Llc | 13027 | S5501 | 25-12055 | 08/18/2026 | $71,200.00 | $71,200.00 | Accept | ☐ | ☐ | ☐ | |



OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No. 25-12055**
**Claims Ballot Details Results**
**Class 5 - Convenience Class Claims**

## Class Summary

**Voting Outcome** **Accepted**

| | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 12 | 12 | 12 | 0 | 0 |
| Vote %: | 100.00% | 100.00% | 100.00% | 0.00% | |
| Amt: | $65,729.80 | $65,729.80 | $65,729.80 | $0.00 | |
| Amt %: | 100.00% | 100.00% | 100.00% | 0.00% | |

| Creditor | Ballot # | Clm Sch | Case No | Date Received | Printed Ballot Amt | Tabulated Vote Amt | Vote | Opt Out Elect | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Aspen Daily News | 17042 | S5539 | 25-12055 | 07/30/2026 | $4,000.00 | $4,000.00 | Accept | ☐ | |
| Bana Communications Llc | 16850 | C44 | 25-12055 | 08/17/2026 | $5,040.00 | $5,040.00 | Accept | ☐ | |
| Cada, Llc | 16800 | C1 | 25-12054 | 08/07/2026 | $967.20 | $967.20 | Accept | ☐ | |
| Conference Technologies, Inc | 13073 | S5557 | 25-12055 | 08/10/2026 | $7,698.55 | $7,698.55 | Accept | ☐ | |
| Designers Resource Collection Aka Drc | 13077 | S5561 | 25-12055 | 07/30/2026 | $2,073.00 | $2,073.00 | Accept | ☐ | |
| Emcor Services New England Mechanical | 16844 | C37 | 25-12055 | 08/03/2026 | $2,866.40 | $2,866.40 | Accept | ☐ | |
| Fairfield County Look, Llc | 16890 | C92 | 25-12055 | 07/31/2026 | $8,000.00 | $8,000.00 | Accept | ☐ | |
| Kontrapunktus Neo-baroque Chamber Orchestra | 16825 | C12 | 25-12054 | 07/29/2026 | $10,000.00 | $10,000.00 | Accept | ☐ | |
| Lcn Legal Limited | 16954 | C192 | 25-12055 | 08/18/2026 | $9,837.90 | $9,837.90 | Accept | ☑ | |
| M&c Saatchi Mobile Ltd | 17082 | C63 | 25-12055 | 07/30/2026 | $5,000.00 | $5,000.00 | Accept | ☐ | |
| Spotless Cleaning Chicago Ltd | 13127 | S5625 | 25-12055 | 08/05/2026 | $5,940.00 | $5,940.00 | Accept | ☐ | |
| The Service Umbrella Llc | 16835 | C26 | 25-12055 | 08/03/2026 | $4,306.75 | $4,306.75 | Accept | ☐ | |

# **Exhibit A-2**

## **Debtor-by-Debtor Tabulation Summary**

**Lugano Diamonds & Jewelry Inc.**

**Exhibit A-2: Debtor by Debtor Tabulation Summary**

| Debtor Name | Case Number | Class | Class Description | Number Accepting<br>% | Number Rejecting<br>% | Amount Accepting<br>% | Amount Rejecting<br>% | Class Voting Result |
|---|---|---|---|---|---|---|---|---|
| Lugano Diamonds & Jewelry Inc. | 25-12055 | 3 | CODI Claim | 1<br>100.00% | 0<br>0.00% | $718,222,591.91<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 4 | General Unsecured Claims | 69<br>95.83% | 3<br>4.17% | $188,136,057.20<br>99.86% | $264,684.14<br>0.14% | ACCEPT |
| | | 5 | Convenience Class Claims | 10<br>100.00% | 0<br>0.00% | $54,762.60<br>100.00% | $0.00<br>0.00% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting<br>%** | **Number Rejecting<br>%** | **Amount Accepting<br>%** | **Amount Rejecting<br>%** | **Class Voting Result** |
| Lugano Buyer, Inc. | 25-12052 | 3 | CODI Claim | 1<br>100.00% | 0<br>0.00% | $718,222,591.91<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 4 | General Unsecured Claims | 4<br>100.00% | 0<br>0.00% | $22,502,361.90<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 5 | Convenience Class Claims | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | N/A* |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting<br>%** | **Number Rejecting<br>%** | **Amount Accepting<br>%** | **Amount Rejecting<br>%** | **Class Voting Result** |
| K.L.D. Jewelry, LLC | 25-12053 | 3 | CODI Claim | 1<br>100.00% | 0<br>0.00% | $718,222,591.91<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 4 | General Unsecured Claims | 4<br>100.00% | 0<br>0.00% | $22,528,812.76<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 5 | Convenience Class Claims | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | N/A* |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting<br>%** | **Number Rejecting<br>%** | **Amount Accepting<br>%** | **Amount Rejecting<br>%** | **Class Voting Result** |
| Lugano Prive, LLC | 25-12054 | 3 | CODI Claim | 1<br>100.00% | 0<br>0.00% | $718,222,591.91<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 4 | General Unsecured Claims | 4<br>100.00% | 0<br>0.00% | $31,382,957.48<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 5 | Convenience Class Claims | 2<br>100.00% | 0<br>0.00% | $10,967.20<br>100.00% | $0.00<br>0.00% | ACCEPT |
| **Debtor Name** | **Case Number** | **Class** | **Class Description** | **Number Accepting<br>%** | **Number Rejecting<br>%** | **Amount Accepting<br>%** | **Amount Rejecting<br>%** | **Class Voting Result** |
| Lugano Holding, Inc. | 25-12056 | 3 | CODI Claim | 1<br>100.00% | 0<br>0.00% | $718,222,591.91<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 4 | General Unsecured Claims | 5<br>100.00% | 0<br>0.00% | $23,902,361.90<br>100.00% | $0.00<br>0.00% | ACCEPT |
| | | 5 | Convenience Class Claims | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | 0<br>0.00% | N/A** |

*No Claims have been asserted in Class 5 against these Debtors; therefore, no Ballots were distributed.

**No submissions were received for Class 5 Ballots sent to Holders of Claims asserted against this Debtor.

# **Exhibit B**

## **Election Reports**

# EXHIBIT B-1

**Debtor #: Lugano Diamonds & Jewelry Inc.**
**Case No #: 25-12055**
**Opt Out Detail Results**
**Non-Voting and Voting Parties – Opt-Out Form Results**

| Creditor | Form Ref # | Clm Sch | Date Received | Opt Out Election |
|---|---|---|---|---|
| 620 Ncd Llc | 16931 | C169 | 08/18/2026 | ☑ |
| American Express National Bank | 16879 | C82 | 08/18/2026 | ☑ |
| American Friends Of The Israel Philharmonic Orchestra | 16909 | C139 | 08/18/2026 | ☑ |
| Aspen Art Museum | 16904 | C125 | 08/12/2026 | ☑ |
| Brooke Usa | 16902 | C114 | 08/17/2026 | ☑ |
| Bulley & Andrews, Llc | 16903 | C117 | 08/14/2026 | ☑ |
| Cartier Limited | 16906 | C134 | 08/13/2026 | ☑ |
| Customer 15451 | 15451 | S3754 | 08/13/2026 | ☑ |
| Customer 16965 | 16965 | C18 | 08/07/2026 | ☑ |
| Customer 16967 | 16967 | C25 | 08/08/2026 | ☑ |
| Customer 16999 | 16999 | C116 | 08/03/2026 | ☑ |
| Customer 17011 | 17011 | C131 | 08/04/2026 | ☑ |
| Customer 17155 | 17155 | C178 | 08/15/2026 | ☑ |
| Fashion Island Retail Llc | 16929 | C167 | 08/18/2026 | ☑ |
| Hampton Classic Horse Show, Inc. | 17047 | C5 | 08/10/2026 | ☑ |
| Irvine Management Company | 16930 | C168 | 08/18/2026 | ☑ |
| Lcn Legal Limited | 16954 | C192 | 08/18/2026 | ☑ |
| Luca Gems | 16897 | C106 | 07/29/2026 | ☑ |
| Mordechai Ferder, Individually And In His Capacity As Trustee Of The Haim Family Trust | 17149 | C160 | 08/18/2026 | ☑ |
| Napa Valley Tours & Transportation | 16816 | C8 | 08/05/2026 | ☑ |
| Oracle Credit Corporation And Oracle America, Inc., Sii Netsuite, Inc. | 16911 | C143 | 08/13/2026 | ☑ |
| Potential Claimant 16966 | 16966 | C24 | 08/17/2026 | ☑ |
| Potential Claimant 16969 | 16969 | C30 | 08/10/2026 | ☑ |
| Potential Claimant 16972 | 16972 | C52 | 08/14/2026 | ☑ |
| Potential Claimant 16973 | 16973 | C55 | 08/13/2026 | ☑ |
| Potential Claimant 16987 | 16987 | C95 | 08/03/2026 | ☑ |


**OMNI AGENT SOLUTIONS**
**5955 DE SOTO AVENUE, SUITE 100**
**WOODLAND HILLS, CA 91367**

**Visit us on the Web at www.omniagentsolutions.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

**Debtor #: Lugano Diamonds & Jewelry Inc.**
**Case No #: 25-12055**
**Opt Out Detail Results**
**Non-Voting and Voting Parties – Opt-Out Form Results**

| Creditor | Form Ref # | Clm Sch | Date Received | Opt Out Election |
|---|---|---|---|---|
| Potential Claimant 17001 | 17001 | C120 | 08/13/2026 | ☑ |
| Potential Claimant 17002 | 17002 | C121 | 08/17/2026 | ☑ |
| Potential Claimant 17005 | 17005 | C124 | 08/17/2026 | ☑ |
| Potential Claimant 17007 | 17007 | C127 | 08/18/2026 | ☑ |
| Potential Claimant 17008 | 17008 | C129 | 08/17/2026 | ☑ |
| Potential Claimant 17014 | 17014 | C136 | 08/03/2026 | ☑ |
| Potential Claimant 17020 | 17020 | C5 | 08/11/2026 | ☑ |
| Real Gems, Inc | 16854 | C48 | 08/10/2026 | ☑ |
| Royal T Diamonds Group Ltd. | 16910 | C141 | 08/13/2026 | ☑ |
| Rutan & Tucker, Llp | 16895 | C99 | 08/17/2026 | ☑ |
| Securities & Exchange Commission | 12825 | S5101 | 08/06/2026 | ☑ |
| Terre Du Soleil, Ltd | 16896 | C102 | 08/03/2026 | ☑ |
| The Irvine Co | 13136 | S5635 | 08/18/2026 | ☑ |
| Tourism Development Corporation | 17142 | C150 | 08/06/2026 | ☑ |
| Wheeler Kearns Architects, Inc | 13045 | S5525 | 08/14/2026 | ☑ |
| White Mountain Capital Inc. | 16878 | C81 | 08/13/2026 | ☑ |


**OMNI AGENT SOLUTIONS**
**5955 DE SOTO AVENUE, SUITE 100**
**WOODLAND HILLS, CA 91367**

**Visit us on the Web at www.omniagentsolutions.com**

**PHONE: (818) 906-8300**
**FAX: (818) 783-2737**

# EXHIBIT B-2

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No: 25-12055**
**Convenience Election Results**
**Class 4 - Convenience Election Results**

| Creditor | Form Ref # | Clm Sch | Date Received | Convenience Election |
|---|---|---|---|---|
| dkstudio architects inc. | 16829 | C16 | 8/14/2026 | x |
| Euclid Commercial Cleaning | 13084 | S5571 | 8/1/2026 | x |
| Jes Publishing | 17085 | C68 | 7/30/2026 | x |
| Miracles for Kids | 16953 | C190 | 8/10/2026 | x |
| St Margaret's Epsicopal School PTF | 13129 | S5627 | 8/1/2026 | x |

# EXHIBIT B-3

**Debtor: Lugano Diamonds & Jewelry Inc.**
**Case No: 25-12055**
**Contribution Election Results**
**Class 4 - Contribution Election Results**

| Creditor | Form Ref # | Clm Sch | Date Received | Contribution Election |
|---|---|---|---|---|
| Barry Aronoff and Aronoff Capital, Inc. | 17010 | C130 | 8/6/2026 | x |
| Belgium New York, LLC | 16908 | C137 | 8/13/2026 | x |
| Customer 17015 | 17015 | C138 | 8/10/2026 | x |
| Customer 17078 | 17078 | C51 | 7/31/2026 | x |
| Customer 17155 | 17155 | C178 | 8/15/2026 | x |
| dkstudio architects inc. | 16829 | C16 | 8/14/2026 | x |
| Odyssey Retail Advisors LLC | 13110 | S5606 | 8/6/2026 | x |
| Potential Claimant 16969 | 16969 | C30 | 8/10/2026 | x |
| Potential Claimant 16972 | 16972 | C52 | 8/14/2026 | x |
| Potential Claimant 16973 | 16973 | C55 | 8/13/2026 | x |
| Potential Claimant 16986 | 16986 | C89 | 8/12/2026 | x |
| Potential Claimant 17001 | 17001 | C120 | 8/13/2026 | x |
| Potential Claimant 17002 | 17002 | C121 | 8/17/2026 | x |
| Potential Claimant 17005 | 17005 | C124 | 8/17/2026 | x |
| Potential Claimant 17007 | 17007 | C127 | 8/18/2026 | x |
| Potential Claimant 17014 | 17014 | C136 | 8/3/2026 | x |
| Royal T Diamonds Group Ltd. | 16910 | C141 | 8/13/2026 | x |
| STA Jets | 17091 | C76 | 8/18/2026 | x |
| Trimic, LP | 16887 | C90 | 8/12/2026 | x |
| White Mountain Capital Inc. | 16878 | C81 | 8/13/2026 | x |