**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br>(Jointly Administered) |

**JOINDER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SPECIAL COMMITTEE'S MOTIONS *IN LIMINE* [DKT. NO. 840]**

The Official Committee of Unsecured Creditors (the "**Committee**") hereby joins the *Special Committee of Board of Directors of Lugano Diamonds & Jewelry Inc's Motions in Limine* [Dkt. No. 840] (the "**Motions in Limine**") to preclude Mordechai Ferder, individually and in his capacity as trustee of the Haim Family Trust ("**Ferder**"), from offering or soliciting evidence, argument, or testimony concerning the matters set forth in the Motions in Limine during the confirmation hearing scheduled for August 31, 2026.

As the representative of the primary stakeholders under the proposed *Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Doc 649] (*i.e.*, general unsecured creditors), the Committee is particularly concerned that Ferder is forcing the Debtors to expend considerable time, money, and effort addressing a host of issues plainly irrelevant to confirmation. While Ferder is entitled to his "day in court," he is not entitled to hold the Debtors and their stakeholders hostage. The Committee urges the Court to grant the Motions in Limine and otherwise conduct the confirmation hearing in the most efficient manner possible consistent with Ferder's due process rights (which do *not* include pursuing irrelevant issues).

August 29, 2026

Respectfully submitted,

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ James E. O'Neill*

James E. O'Neill, Esq. (DE Bar No. 4042)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Email: joneill@pszjlaw.com

- and -

Jeffrey N. Pomerantz, Esq. (admitted *pro hac vice*)
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 277-6910
Email: jpomerantz@pszjlaw.com

- and -

John A. Morris, Esq. (admitted *pro hac vice*)
Jordan A. Kroop, Esq. (admitted *pro hac vice*)
1700 Broadway, 36th Floor
New York, NY 10019
Telephone: (212) 561-7700
Email: jmorris@pszjlaw.com
jkroop@pszjlaw.com

*Counsel to the Official Committee of Unsecured Creditors*