**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 196**<br><br>**Objection Deadline:**<br>**September 28, 2026, at 4:00 p.m. (ET)** |

**NOTICE OF FILING OF STAFFING AND COMPENSATION REPORT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR THE PERIOD FROM JULY 1, 2026, THROUGH JULY 31, 2026**

**PLEASE TAKE NOTICE** that, in accordance with that certain *Order (A) Authorizing the Debtors to Employ and Retain GlassRatner Advisory & Capital Group, LLC to Provide (I) J. Michael Issa as Chief Restructuring Officer, and (II) Additional Personnel, as Necessary, Each Effective as of the Petition Date; and (B) Granting Related Relief* [Docket No. 196] (the "Approval Order"),[2] GlassRatner Advisory & Capital Group, LLC hereby files this staffing and compensation report for the period of July 1, 2026, through and including July 31, 2026 (the "Staffing Report").

**PLEASE TAKE FURTHER NOTICE** that objections to the Staffing Report must be filed in accordance with the Approval Order and served on the undersigned counsel so as to be received on or before **September 28, 2026, at 4:00 p.m. (prevailing Eastern Time)**.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Approval Order.

Dated: September 14, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
sbeach@ycst.com
sborovinskaya@ycst.com
bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
tshafroth@kbkllp.com
sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 196** |

**STAFFING AND COMPENSATION REPORT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC FOR THE PERIOD FROM JULY 1, 2026, THROUGH JULY 31, 2026**

Exhibit A – Statement of Fees and Expenses by Subject Matter

Exhibit B – Summary of Professionals and Fees

Exhibit C – Detailed Description of Fees

Exhibit D – Summary Detail of Expenses by Category

Dated: September 14, 2026

*/s/ J. Michael Issa*
J. Michael Issa
Chief Restructuring Officer
GlassRatner Advisory & Capital Group, LLC

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

**EXHIBIT A**
**Statement of Fees and Expenses by Subject Matter**

| Matter Category | 7/1/26 - 7/31/26 Hours | Fees |
|---|---|---|
| Asset Disposition | 22.60 | 17,337.00 |
| Budgeting | 16.20 | 12,837.00 |
| Business Operations | 1.60 | 1,272.00 |
| Case Administration | 77.80 | 41,361.00 |
| Claims Administration and Objections | 0.30 | 238.50 |
| Employee Benefits and Pensions | 1.10 | 874.50 |
| Employment and Fee Applications | 2.50 | 1,812.50 |
| Financing and Cash Collateral | 8.80 | 6,380.00 |
| Litigation | 123.50 | 60,040.00 |
| Plan and Disclosure Statement | 62.70 | 47,918.50 |
| Tax | 10.60 | 8,294.00 |
| **Total Hours and Fees** | **327.70** | **$ 198,365.00** |

**Average Billing Rate = $ 605.32**

| Expenses: | | |
|---|---|---|
| PACER Charges | $ | 3.60 |
| Research Charges | | 129.83 |
| **Total** | **$** | **133.43** |

**EXHIBIT B**
**Summary of Professionals and Fees**

| Professional | Title | Rate | 7/1/26 - 7/31/26 Hours | Fees |
|---|---|---|---|---|
| Mike Issa | Senior Managing Director | $ 795.00 | 96.40 | $ 76,638.00 |
| Richard Peil | Senior Managing Director | 725.00 | 36.20 | 26,245.00 |
| Joe Pope | Managing Director | 625.00 | 17.80 | 11,125.00 |
| Adriana Pilitz | Director | 495.00 | 71.60 | 35,442.00 |
| Laura Clemente | Director | 495.00 | 30.00 | 14,850.00 |
| Lauren Randolph | Associate Director | 450.00 | 75.70 | 34,065.00 |
| | | | **327.70** | **$ 198,365.00** |

**Average Billing Rate = $ 605.32**

# Exhibit C
## Detailed Description of Fees
## 7/1/26 - 7/31/26

| Date | Professional | Description | Hours | |
|---|---|---|---|---|
| | | **Asset Disposition** | | |
| 7/17/2026 | M. Issa | Emails re: DW transaction negotiations | 0.30 | |
| 7/21/2026 | M. Issa | Analysis of Webb PSA and net to the estate, discuss with ERF | 0.30 | |
| | R. Peil | Read through the Webb draft APA and supporting documents to understand economics of the deal for the Estate. | 2.30 | |
| | M. Issa | Emails re: DW PSA and Shared Proceeds to Debtor | 0.50 | |
| | M. Issa | Prepare estimate of the Shared Proceeds to Debtor under the DW PSA with assumptions | 0.80 | |
| | M. Issa | Review the DW PSA and TSA | 1.20 | |
| | M. Issa | Assessemnt of the shared proceeds to Debtor under the proposed DW transaction | 1.50 | |
| 7/22/2026 | M. Issa | Work on assessment of net proceeds to LDI from the Webb sale under the Agency Ag Sharing Exhibit. | 1.20 | |
| | M. Issa | Analysis of Webb PSA and net to the estate, discuss with ERF and F10 | 1.20 | |
| | R. Peil | Video conference with KBK, GlassRatner and C. Pachler to discuss Webb transaction and Feder discovery requests. | 1.00 | |
| | R. Peil | Video conference with KBK, Pachulski, Squire Patton Boggs, Force 10 and Ankura to discuss Webb transaction. | 1.20 | |
| | M. Issa | Analysis and commentary on DW PSA and the proposed economics to the Debtor | 0.50 | |
| | M. Issa | Call with Debtor's counsel to discuss economics to the estate of the DW PSA | 1.00 | |
| | M. Issa | Video conference with KBK, Pacholski, Squire, F/O to discuss Webb purchase | 1.20 | |
| 7/23/2026 | M. Issa | ERF call re: Sharing Calculations under the Agency Ag | 0.50 | |
| | R. Peil | Review of Webb transaction draft APA to prepare for call with Force 10. | 0.50 | |
| | R. Peil | Reviewed Gordon Brothers recovery analysis prepared in connection with the Webb transaction. | 0.90 | |
| | R. Peil | Video conference with Force 10, GlassRatner and Gordon Brothers to walk through their Webb transaction recovery analysis. | 0.90 | |
| | R. Peil | Video conference with F. 10 and GlassRatner to discuss Webb transaction. | 1.00 | |
| | R. Peil | Prepared list of questions for Gordon Brothers associated with their Webb transaction recovery analysis | 1.20 | |
| 7/24/2026 | M. Issa | Analysis of Webb PSA and net to the estate, discuss with F10 F/A to the UCC | 2.40 | |
| 7/27/2026 | M. Issa | Research expense issues with respect to the extension of the ERF payment date and L/C | 0.50 | |
| | M. Issa | Review and comment on F10 analysis of the ERF summary of the DW PSA | 0.50 | |
| | SUBTOTAL: | | [ 22.60 | 17,337.00] |
| | | **Budgeting (Case)** | | |
| 7/2/2026 | M. Issa | Review budget info from ERF and response to Ankura's Q | 0.30 | |
| | M. Issa | Call with professionals re: Liq Analysis and emails | 0.60 | |
| | M. Issa | Work on and collaborate with other professionals re: Ch 7 scenarios | 14.00 | |
| | R. Peil | Video conference with M. Issa, F10 and Ankura to discuss liquidation analysis. | 0.60 | |
| 7/6/2026 | M. Issa | Review weekly input from ERF | 0.30 | |
| 7/30/2026 | M. Issa | Review ERF weekly budget update | 0.30 | |
| 7/31/2026 | M. Issa | Review weekly recap from ERF | 0.10 | |
| | SUBTOTAL: | | [ 16.20 | 12,837.00] |
| | | **Business Operations** | | |
| 7/6/2026 | M. Issa | Review and approve payment from Rothstein | 0.20 | |
| | M. Issa | Address BofA Threat to close bank accounts, call EWB as alt | 0.30 | |
| | M. Issa | Address insurance issues in the context of a DW transaction | 0.30 | |
| 7/7/2026 | M. Issa | Address BofA Threat to close bank accounts, call EWB as alt | 0.30 | |
| 7/10/2026 | M. Issa | Weekly ERF Call | 0.50 | |
| | SUBTOTAL: | | [ 1.60 | 1,272.00] |

Case Administration

| | | | Hours |
|---|---|---|---|
| 7/1/2026 | A. Piltz | MOR: Finalize May MOR's Attachments and Form re: K.L.D. Jewelry | 0.50 |
| | A. Piltz | Call with counsel and R. Peil re: updates to Liquidation analysis | 0.70 |
| | R. Peil | Video conference between GlassRatner and KBK representatives to discuss latest update to liquidation analyses and cash collateral budget implications. | 0.70 |
| 7/2/2026 | A. Piltz | Finalize the Liquidation analysis and send it to the creditors' committee | 0.60 |
| | A. Piltz | Review and analyze Innovative Driven invoices | 0.70 |
| | A. Piltz | Call with S. Friedman re: finalizing liquidation analysis | 1.20 |
| | A. Piltz | Liquidation analysis update prior to the call with counsel | 1.70 |
| | R. Peil | Video conference between GlassRatner and KBK to discuss changes to liquidation and recovery analyses | 1.20 |
| | M. Issa | Emails with UCC F/A and LDI team re: char cont | 0.60 |
| | M. Issa | Review, research and approve Innovative Invoices for payment | 0.70 |
| 7/6/2026 | A. Piltz | Multiple calls with M. Issa re: liquidation analysis | 0.30 |
| | A. Piltz | Multiple calls with counsel re: updates to liquidation analysis | 0.60 |
| | A. Piltz | Finalize the liquidation analysis and send final version for filing | 1.80 |
| | A. Piltz | MOR: Prepare bank reconciliation for the Lugano Prive bank account re: May MOR | 2.10 |
| | A. Piltz | MOR: Prepare drafts of attachments for May MOR re: Lugano Prive | 2.30 |
| | A. Piltz | Multiple updates to liquidation analysis re: before and after calls with counsel and Force10 | 2.40 |
| 7/7/2026 | A. Piltz | MOR: Prepare drafts of MOR Form for May MOR re: Lugano Prive | 1.20 |
| 7/8/2026 | A. Piltz | MOR: Reconcile LDI account #8643: Lugano Diamonds | 0.80 |
| | A. Piltz | MOR: Prepare Balance Sheet as an attachment: Lugano Diamonds | 0.90 |
| | A. Piltz | MOR: Prepare attachment B estate vs ERF expenses re: Lugano Diamonds | 1.60 |
| | A. Piltz | MOR: Prepare attachment A re: Lugano Diamonds | 1.80 |
| | A. Piltz | MOR: Reconcile LDI bank account #6485 and categorize for MOR attachment re: Lugano Diamonds | 2.30 |
| | R. Peil | Review of current draft of MORs. | 1.30 |
| 7/9/2026 | A. Piltz | MOR: Prepare Income Statement as an attachment: Lugano Diamonds | 0.40 |
| | A. Piltz | MOR: Update all MOR Forms for May and send for review and filing: All Debtors | 0.80 |
| | A. Piltz | MOR: Prepare MOR Form for May: Lugano Diamonds | 1.30 |
| 7/13/2026 | A. Piltz | MOR: Update all MOR Forms for May based on counsel comments and send for review and filing: All Debtors | 1.20 |
| | M. Issa | Review MORs | 0.30 |
| 7/14/2026 | A. Piltz | Call with M. Issa re: update on the case | 0.20 |
| | M. Issa | Review MOR and approve for filing | 0.50 |
| 7/15/2026 | M. Issa | Review weekly budget update from ERF | 0.20 |
| | M. Issa | review and approve solicitation documents | 0.40 |
| 7/16/2026 | M. Issa | Review and approve Plan Class Report | 0.20 |
| 7/17/2026 | A. Piltz | Call with counsel and M. Issa re: case update | 0.50 |
| | A. Piltz | MOR: Reconciliate bank accounts for June MOR re: Lugano Prive | 1.30 |
| | A. Piltz | MOR: Prepare drafts of June MOR attachments and forms re: Lugano Prive | 2.20 |
| | A. Piltz | MOR: Prepare drafts of June MOR attachments and forms re: Lugano Holdings, Lugano Buyer and K.L.D Jewelry | 2.40 |
| | R. Peil | Review of draft June MORs | 1.10 |
| 7/20/2026 | A. Piltz | MOR: Prepare professional fee schedule June MOR Attachments re: Lugano Diamonds & Jewelry | 0.80 |
| | A. Piltz | MOR: Continue reconciliation of BOA account #6485 for June MOR re: Lugano Diamonds and Jewelry | 1.20 |
| | A. Piltz | MOR: Prepare June MOR Form re: Lugano Diamonds & Jewelry | 1.20 |
| | A. Piltz | MOR: Continue reconciliation of US Bank account #8643 for June MOR re: Lugano Diamonds and Jewelry | 1.30 |
| | A. Piltz | MOR: Prepare June MOR Attachments re: Lugano Diamonds & Jewelry | 2.20 |
| | A. Piltz | MOR: Reconciliation of BOA account #6485 for June MOR re: Lugano Diamonds and Jewelry | 2.30 |
| | A. Piltz | MOR: Call with D. Ford re: review of June MORs and BS | 0.60 |
| | R. Peil | Obtained total fees paid for all ordinary course professionals for the period from 4/1/26 - 6/30/26 | 0.40 |
| | M. Issa | Work on retention agreement for Ford | 0.30 |
| | M. Issa | Review June MOR's drafts | 0.30 |

| | | | Hours | |
|---|---|---|---|---|
| 7/21/2026 | A. Piltz | MOR: Calls with client and counsel, and sends email re: RSM Canada OCP and payment | 0.50 | |
| | A. Piltz | MOR: Update MORs based on counsel's suggestions re: all debtors | 1.40 | |
| 7/22/2026 | A. Piltz | Correspondence with counsel re: MOR and discovery request | 0.70 | |
| | A. Piltz | Call with T. Shafroth and S. Frieman re: discovery request | 0.80 | |
| | A. Piltz | Call with creditors committee, GR team, and ERF team re: ERF budget | 0.80 | |
| | A. Piltz | Call with T. Shafroth re: discovery request | 0.80 | |
| | A. Piltz | Continue to prepare draft of Executive Summary re: liquidation analysis | 0.90 | |
| | A. Piltz | Call with counsel re: discovery request | 1.10 | |
| | A. Piltz | MOR: Finalize June MORs for filing | 1.40 | |
| | A. Piltz | Prepare draft of Executive Summary re: liquidation analysis | 2.30 | |
| 7/23/2026 | A. Piltz | Call counsel re: discovery request information | 0.70 | |
| | A. Piltz | Call amongst GR team and counsel re: discovery request information | 0.80 | |
| | A. Piltz | Call with creditor committee and counsel re: discovery request information | 0.80 | |
| | A. Piltz | Review liquidation analysis and respond to counsel | 1.60 | |
| 7/24/2026 | A. Piltz | Prepare information and respond to M. Issa re: discovery request | 0.50 | |
| | A. Piltz | Research and send an email to M. Issa re: proof of claim and rejection docket | 0.50 | |
| | A. Piltz | Call with M. Issa re: discovery request information | 0.80 | |
| | A. Piltz | Prepare a claims analysis summary | 1.80 | |
| | A. Piltz | Analyze and review claims re: filed vs scheduled from March to May | 1.80 | |
| 7/25/2026 | A. Piltz | Analyze claims filed in liquidation analysis | 1.10 | |
| 7/27/2026 | A. Piltz | Prepare response re: 1Q26 UST Fee calculations | 1.10 | |
| 7/29/2026 | A. Piltz | Call with M. Issa re: liquidation analysis overview | 0.80 | |
| | R. Peil | Video conference with A. Pilitz and M. Issa to discuss liquidation analysis issues. | 0.80 | |
| 7/30/2026 | A. Piltz | Call with M. Issa and counsel re: liquidation analysis overview | 0.50 | |
| | R. Peil | Video conference with M. Issa and A. Pilitz to review liquidation analysis | 0.50 | |
| 7/31/2026 | M. Issa | Billing | 1.40 | |
| | SUBTOTAL: | | [ 77.80 | 41,361.00] |
| | Claims Administration and Objections | | | |
| 7/16/2026 | M. Issa | Download of settlement comm re: Testa and Gadol re: the voiting of their claims | 0.30 | |
| | SUBTOTAL: | | [ 0.30 | 238.50] |
| | Employee Benefits and Pensions | | | |
| 7/7/2026 | M. Issa | Work on retention plan for David Ford | 0.70 | |
| 7/17/2026 | M. Issa | Work on David Ford retention agreement | 0.40 | |
| | SUBTOTAL: | | [ 1.10 | 874.50] |
| | Employment and Fee Applications | | | |
| 7/28/2026 | R. Peil | Prepare June staffing report and submitted to Young Conway for filing. | 0.90 | |
| | R. Peil | Review and edits to June invoice. | 1.60 | |
| | SUBTOTAL: | | [ 2.50 | 1,812.50] |
| | Financing and Cash Collateral | | | |
| 7/1/2026 | R. Peil | Began updates to final cash collateral budget through confirmation. | 1.60 | |
| | R. Peil | Prepared updated professional fees analysis and reconciliation with escrow accounts to understand funding status and available funds to pay professional fees incurred through May. | 1.90 | |
| 7/2/2026 | R. Peil | Weekly video conference with Gordon Brothers, GlassRatner, Force 10 and Ankura to receive status update. | 0.60 | |
| | R. Peil | Continued changes to final cash collateral budget. | 0.90 | |
| 7/7/2026 | R. Peil | Responded to questions from F10 regarding cash collateral budget. | 0.20 | |
| 7/8/2026 | R. Peil | 50% of travel time from residence to Lugano HQ. | 2.50 | |
| 7/10/2026 | R. Peil | Weekly update video conference with representatives of GlassRatner, ERF, Force 10 and Ankura. | 0.50 | |

| | | | Hours |
|---|---|---|---|
| 7/17/2026 | R. Peil | Weekly video conference with representatives of GlassRatner, Force 10, Ankura and Gordon Brothers to discuss business performance and status of transaction with Webb. | 0.60 |
| | SUBTOTAL: | [ 8.80 | 6,380.00] |

Litigation

| | | | |
|---|---|---|---|
| 7/2/2026 | L Randolph | Call w/J. Pope, L. Clemente and counsel to review issues with Belgium Diamonds NY and Gem House | 0.50 |
| | L Randolph | Review GL transactions to pull in more identified flagged names to VAD and Avina 3rd party analysis | 0.90 |
| | L Randolph | Review GL transactions to pull in Rabinder and other flagged names to S&S Bros 3rd party analysis | 1.60 |
| | L. Clemente | Call with J. Pope regarding Fantasy sampling | 0.30 |
| | L. Clemente | Call with J. Pope, L. Randolph, and counsel regarding Belgium Diamonds NY and Gem House | 0.50 |
| | J. Pope | Discussions held with Laura Clemente and Lauren Randolph, and Ning He and Josh Taylor of Steptoe. | 0.50 |
| | J. Pope | Review and analysis of Belgium New York and Gem House invoices and reports. | 1.70 |
| 7/7/2026 | L Randolph | Review summary tables for all 3rd party analyses with L. Clemente | 0.70 |
| | L Randolph | Update DN Diamonds 3rd party analysis table with add'l transactions | 0.80 |
| | L Randolph | Working session with L. Clemente analyzing payees in bank transactions and researching ownership of certain related companies | 1.10 |
| | L Randolph | Trace large deposits to cash outflows within the bank transaction database to see how cash moves out for 3rd party payments | 1.30 |
| | L Randolph | Working session with L. Clemente tracing use of CODI cash deposits in 2023 | 1.40 |
| | L Randolph | Review 3rd party summary analysis tables to find possible patterns in cash inflows and outflows | 1.50 |
| | L. Clemente | Review summary tables for all 3rd party analyses with L. Randolph | 0.70 |
| | L. Clemente | Working session with L. Randolph analyzing payees in bank transactions and researching ownership of certain related companies | 1.10 |
| | L. Clemente | Working session with L. Randolph tracing use of CODI cash deposits in 2023 | 1.40 |
| 7/8/2026 | L Randolph | Review format of 3rd party analyses with L. Clemente | 0.40 |
| | L Randolph | Research vendor location and ownership and wire confirmations with L. Clemente | 0.70 |
| | L Randolph | Review analyses with J. Pope and L. Clemente | 1.10 |
| | L Randolph | Create table for accounts with unidentified recipients in bank transaction database | 1.40 |
| | L Randolph | Research bank transaction pivot table items to see which labels can be combined and determine what items are not relevant to 3rd party analyses | 1.90 |
| | L. Clemente | Review certain bank transactions | 0.20 |
| | L. Clemente | Review format of 3rd party analyses with L. Randolph | 0.40 |
| | L. Clemente | Research vendor location and ownership and wire confirmations with L. Randolph | 0.70 |
| | L. Clemente | Review analyses with J. Pope and L. Randolph | 1.10 |
| | J. Pope | Discussions held with Laura Clemente and Lauren Randolph regarding third-party claims and funds tracing analyses. | 1.10 |
| 7/9/2026 | L Randolph | Review certain transactions in NetSuite | 0.20 |
| | L Randolph | Review Avina schedule with L. Clemente | 0.40 |
| | L Randolph | Format Avina schedule to remove unnecessary items, and check against bank transaction database to confirm all items have been added | 0.60 |
| | L Randolph | Add headers and footers to Avina analysis table, add footnotes, reformat to group confirmed bank items and GL items separately | 0.70 |
| | L Randolph | Remove unnecessary items from GR Fancies schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 0.70 |
| | L Randolph | Remove unnecessary items from Gem House schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 0.80 |
| | L Randolph | Remove unnecessary items from DN Diamonds schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 0.90 |

| | | | Hours |
|---|---|---|---|
| 7/9/2026 | L Randolph | Remove unnecessary items from JAS Diamonds schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 0.90 |
| | L Randolph | Remove unnecessary items from S&S Bros schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 0.90 |
| | L Randolph | Remove unnecessary items from VAD schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 1.00 |
| | L Randolph | Remove unnecessary items from Pace Gems schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 1.20 |
| | L. Clemente | Review Avina schedule with L. Randolph | 0.40 |
| | L. Clemente | Review certain transactions in NetSuite | 0.60 |
| 7/10/2026 | L Randolph | Add headers and footers to Julius Klein analysis table, and reformat to group confirmed bank items and GL items separately | 0.30 |
| | L Randolph | Review GL for Ashita Shah, Arunashi, and others for possible Prijem's items to add to 3rd party analysis | 0.50 |
| | L Randolph | Remove unnecessary items from Prijem's schedule 2, then add headers and footers to analysis table, and reformat to group confirmed bank items and GL items separately | 0.60 |
| | L Randolph | Call with L. Clemente regarding certain transactions | 0.60 |
| | L Randolph | Review KLD 3172 banks statements for possible transactions to add from list of 3rd party analysis names | 0.70 |
| | L Randolph | Create consolidated summary tables for all 3rd party analyses confirmed transactions and confirmed incorrect GL transactions | 0.90 |
| | L Randolph | Call w/L. Clemente to review consolidated summary tables and Julius Klein 3rd party analysis | 0.90 |
| | L Randolph | Create schedule 2 and analysis table for AA Rachminov Diamonds USA Inc | 1.10 |
| | L Randolph | Review 3rd party analyses with J. Pope and L. Clemente | 1.50 |
| | L. Clemente | Research KLD payments to Belgium NY in 2024 | 0.40 |
| | L. Clemente | Call with L. Randolph regarding certain transactions | 0.60 |
| | L. Clemente | Research corporate registration of Julius Klein Diamonds and Klein Family Investments, Prijems and Arunashi, and Real Gems | 0.90 |
| | L. Clemente | Review 3rd party analyses with J. Pope and L. Randolph | 1.50 |
| | J. Pope | Discussions held with Laura Clemente and Lauren Randolph regarding review of analyses and preparation for meeting. | 1.40 |
| 7/13/2026 | L Randolph | Create analysis table for Donte Andry and add to Consolidated summary table for 3rd party analysis | 0.80 |
| | L Randolph | Create schedule 2 and pull in GL transactions for all items related to Donte Andry | 1.10 |
| | L Randolph | Add confirmed bank transactions to Donte Andry schedule 2 for 3rd party analysis | 1.20 |
| | L Randolph | Create analysis table for AA Rachminov and add to Consolidated summary table for 3rd party analysis | 1.30 |
| | L Randolph | Add confirmed bank transactions to AA Rachminov schedule 2 for 3rd party analysis | 1.80 |
| | L. Clemente | Follow up call with J. Pope | 0.20 |
| | L. Clemente | Review bank transactions with L. Randolph | 0.30 |
| | L. Clemente | Call with Counsel and Force10 regarding third party analyses | 0.40 |
| | L. Clemente | Correspondence with Counsel regarding Vad and related entities | 0.60 |
| | L. Clemente | Call with J. Pope and counsel regarding Vad, unidentified bank payments and next steps | 0.70 |
| | L Randolph | Review bank transactions with L. Clemente | 0.30 |
| | L Randolph | Update bank table with new recipients for analysis | 0.40 |
| | L Randolph | Research unidentified recipients for bank accounts pulled into table to try to identify who the accounts belong to | 1.90 |
| | J. Pope | Discussions held with UCC, Force10, Ning He, Joshua Taylor, and Laura Clemente regarding status of third-party analyses. | 0.50 |
| | J. Pope | Follow-up discussions held with Ning He and Laura Clemente regarding status of third-party analyses. | 0.90 |
| 7/14/2026 | L. Clemente | Review certain transactions related to unidentified payees with L. Randolph | 0.40 |
| | L. Clemente | Review certain bank transactions with L. Randolph | 0.70 |

| | | | Hours |
|---|---|---|---|
| 7/14/2026 | L Randolph | Review certain transactions related to unidentified payees with L. Clemente | 0.40 |
| | L Randolph | Review certain bank transactions with L. Clemente | 0.70 |
| | L Randolph | Research unidentified recipients for Hang Seng bank accounts pulled into table to try to identify who the accounts belong to | 0.70 |
| | L Randolph | Research unidentified recipients for WellsFargo, Farmers and Merchants, National Financial, and First Republic bank accounts pulled into table to try to identify who the accounts belong to | 1.40 |
| | L Randolph | Research unidentified recipients for Pacific Premier, UBS Financial, and US Bank Trust bank accounts pulled into table to try to identify who the accounts belong to | 1.60 |
| 7/15/2026 | L. Clemente | Review and edit unidentified bank transaction analysis with L. Randolph | 0.90 |
| | L. Clemente | Review unidentified bank transaction analysis with L. Randolph | 1.00 |
| | L Randolph | Update Champion 3rd party analysis table to remove returned NSF items | 0.20 |
| | L Randolph | Research unidentified recipients for WellsFargo bank accounts pulled into table to try to identify who the accounts belong to | 0.20 |
| | L Randolph | Research unidentified recipients for Northern Trust bank accounts pulled into table to try to identify who the accounts belong to | 0.30 |
| | L Randolph | Research unidentified recipients for Hang Seng bank accounts pulled into table to try to identify who the accounts belong to | 0.60 |
| | L Randolph | Research unidentified recipients for JP Morgan Chase bank accounts pulled into table to try to identify who the accounts belong to | 0.70 |
| | L Randolph | Review and edit unidentified bank transaction analysis with L. Clemente | 0.90 |
| | L Randolph | Review unidentified bank transaction analysis with L. Clemente | 1.00 |
| | L Randolph | Pull in and format detail tabs to support UBS Financial and other transaction amounts on bank analysis table | 1.00 |
| | L Randolph | Format summary tab for unidentified bank recipient analysis to include subtotals and added account numbers | 1.30 |
| | L Randolph | Pull in and format detail tabs to support Charles Schwab, Morgan Stanley, and National Financial transaction amounts on bank analysis table | 1.40 |
| 7/16/2026 | L. Clemente | Call with J. Pope regarding changes in unidentified payments and Champion analyses | 0.30 |
| | L. Clemente | Review Charles Schwab payments with L. Randolph | 0.40 |
| | L. Clemente | Call and working session with J. Pope and L. Randolph finalizing analysis of unidentified payees in bank transactions | 0.90 |
| | L. Clemente | Working session with L Randolph regarding 3rd party analyses | 0.90 |
| | L. Clemente | Working session with L. Randolph on updates to RoyalT/Champion payment analysis | 1.00 |
| | L Randolph | Review Charles Schwab payments with L. Clemente | 0.40 |
| | L Randolph | Update Champion 3rd party analysis to add more Moshe Namdor items | 0.50 |
| | L Randolph | Double check descriptions and update bank database for all amounts over 500k to ensure all amounts have been accurately captured in analyses | 0.70 |
| | L Randolph | Update bank table with new Charles Schwab amounts and confirm all other transactions have been captured in totals | 0.70 |
| | L Randolph | Call and working session with J. Pope and L. Clemente finalizing analysis of unidentified payees in bank transactions | 0.90 |
| | L Randolph | Working session with L. Clemente regarding 3rd party analyses | 0.90 |
| | L Randolph | Working session with L. Clemente on updates to RoyalT/Champion payment analysis | 1.00 |
| | L Randolph | Update Champion 3rd party analysis to remove items confirmed to other recipients and confirm all GL transactions match complaint and bank statements for 2018 - 2020 | 1.90 |
| | J. Pope | Discussions held with Laura Clemente regarding financial institution transactions. | 0.30 |
| | J. Pope | Review of Financial Institution transactions and discussion with Laura Clemente and Lauren Randolph. | 1.20 |
| 7/17/2026 | L. Clemente | Working session with L. Randolph reviewing Champion and summary tables and complaint | 0.50 |
| | L Randolph | Working session with L. Clemente reviewing Champion and summary tables and complaint | 0.50 |
| | L Randolph | Update 3rd party analyses tables with June and August 2020 bank transaction info for acct ending 6485 | 0.60 |
| | L Randolph | Update Champion 3rd party analysis to confirm all GL transactions match complaint and bank statements for 2023 - 2025 | 1.10 |

| | | | Hours |
|---|---|---|---|
| 7/17/2026 | L Randolph | Update Champion 3rd party analysis to confirm all GL transactions match complaint and bank statements for 2021 - 2022 | 1.40 |
| | L Randolph | Update Champion 3rd party analysis to confirm all GL transactions match complaint and bank statements for 2020 - 2021 | 1.70 |
| 7/20/2026 | L. Clemente | Review and edit 3rd party analyses with L. Randolph | 0.40 |
| | L Randolph | Working session w/L. Clemente to review consolidated tables and schedules for counsel | 0.40 |
| | L Randolph | Meeting with J. Pope and L. Clemente regarding review of 3rd party analysis | 0.50 |
| | L Randolph | Create file for only confirmed bank transactions in 3rd party analysis tables for counsel | 1.40 |
| | L. Clemente | Meeting with J. Pope and L. Randolph regarding review of 3rd party analysis | 0.50 |
| | J. Pope | Discussions held with Laura Clemente and Lauren Randolph regarding third party claims | 0.50 |
| | J. Pope | Review and analysis related to third-party claims. | 1.70 |
| 7/22/2026 | L Randolph | Call w/J. Pope and counsel to review payments sent by Moti to Lugano | 0.30 |
| | L Randolph | Call w/J. Pope to review payments sent by Moti to Lugano to confirm if transactions are showing in any Lugano bank accounts | 0.70 |
| | L. Clemente | Call with J. Pope and L. Randolph regarding request from Counsel | 0.40 |
| | J. Pope | Review and analysis of Moti Ferder's alleged transactions. | 1.10 |
| 7/23/2026 | L Randolph | Call with L. Clemente regarding review of transactions in Moti claim | 0.40 |
| | L Randolph | Working session with L. Clemente: analysis of transactions in Moti claim to General Ledgers | 1.70 |
| | L Randolph | Working session with L. Clemente: analysis of transactions in Moti claim to bank statements and general ledgers | 1.90 |
| | L. Clemente | Call with L. Randolph regarding review of transactions in Moti claim | 0.40 |
| | L. Clemente | Call with J. Pope regarding Moti claim | 0.60 |
| | L. Clemente | Working session with L. Randolph: analysis of transactions in Moti claim to General Ledgers | 1.70 |
| | L. Clemente | Working session with L. Randolph: analysis of transactions in Moti claim to bank statements and general ledgers | 1.90 |
| | J. Pope | Review and analysis of Moti Ferder's alleged transactions. | 2.40 |
| 7/24/2026 | L Randolph | Working session with L. Clemente: analysis of transactions in Moti claim to General Ledgers, prepaid accounts, and officer loan account | 1.90 |
| | L. Clemente | Working session with L. Randolph: analysis of transactions in Moti claim to General Ledgers, prepaid accounts, and officer loan account | 1.90 |
| 7/28/2026 | J. Pope | Review and analysis of Moti Ferder's alleged transactions. | 1.60 |
| | L Randolph | Working session w/L. Clemente to review Moti Claim analysis for counsel | 0.30 |
| | L Randolph | Call w/J. Pope and L. Clemente to review Moti Claim analysis for counsel | 0.90 |
| | L. Clemente | Working session with L. Randolph reviewing analysis of Moti claim | 0.30 |
| | L. Clemente | Call with J. Pope and L. Randolph regarding review of analysis of Moti claim for counsel | 0.90 |
| | J. Pope | Discussions held with Laura Clemente and Lauren Randolph regarding analysis of Moti Ferder's alleged transactions | 0.80 |
| 7/30/2026 | L Randolph | Summarize analysis of Moti claimed payments with L. Clemente | 0.50 |
| | L Randolph | Format summary of issues found in Moti claim to send to counsel | 0.60 |
| | L. Clemente | Summarize analysis of Moti claimed payments with L. Randolph for counsel | 0.50 |
| 7/31/2026 | L. Clemente | Status call with J. Pope | 0.50 |
| | J. Pope | Review and analysis of Moti Ferder's alleged transactions. | 2.10 |

SUBTOTAL: [ 123.50 60,040.00]

Plan and Disclosure Statement

| | | | |
|---|---|---|---|
| 7/1/2026 | M. Issa | Work on liquidation analysis | 1.90 |
| 7/2/2026 | M. Issa | Call with ERF re: sale to DW and economics | 0.50 |
| | M. Issa | Email communications w other professionals re: budget and Liq Analysis | 0.60 |
| | M. Issa | Review draft of Liq Analysis | 0.80 |
| | M. Issa | Work on scenario analysis for Liq Analysis and emails/call with Debtor's counsel re: same | 1.20 |
| | M. Issa | Work on liquidation analysis | 2.40 |
| 7/3/2026 | M. Issa | Communcations with F10 FA to UCC re: Liq Analysis and review edits | 0.80 |
| | M. Issa | Analysis of Liq Analysis and comments | 1.40 |

| | | | Hours |
|---|---|---|---|
| 7/6/2026 | A. Piltz | Call with Force10, M. Issa, and A. Piltz re: liquidation analysis discussion | 0.40 |
| | A. Piltz | Call with UCC, counsels and GR team re: finalizing liquidation analysis | 1.10 |
| | R. Peil | Video conference with representatives of KBK, Pachulski, Force 10, Ankura, Squire Patton Boggs and Steptoe to discuss liquidation analysis and disclosure statement issues. | 1.10 |
| | M. Issa | Review Liquidation Analysis and changes | 0.90 |
| | M. Issa | Calls/emails analysis of Liquidation Analysis | 1.80 |
| | M. Issa | Communications re: solicitation procedures re: Testa adn Gadol | 0.30 |
| | M. Issa | Review weekly input from ERF | 0.30 |
| | M. Issa | Review and comment on proposed edits to Liq Analysis | 0.50 |
| | M. Issa | Prep for omnibus call with professionals re: liq analysis | 0.80 |
| | M. Issa | Work on inputs for D/S | 0.80 |
| | M. Issa | Prep for and attend call w F10 re: Liq Analysis | 1.50 |
| | M. Issa | Review next draft of Liq Analysis | 1.80 |
| | R. Peil | Video conference with GR team and F10 to discuss liquidation analysis. | 0.40 |
| 7/7/2026 | A. Piltz | Review and provide suggestions re: the additional 4 documents for filings | 0.90 |
| | A. Piltz | Review and provide suggestions re: Disclosure Statement | 2.30 |
| | R. Peil | Review of 7/7/26 distribution of draft disclosure statement documents and other attachments. | 2.30 |
| 7/8/2026 | M. Issa | Review objections to D/S and emails re: same | 0.60 |
| 7/9/2026 | M. Issa | Calls/emails re: Moti Objection and amended Plan and D/S | 0.70 |
| | M. Issa | Review Amended Plan and D/S | 1.40 |
| | M. Issa | Review draft of the Liq Analysis | 1.30 |
| 7/10/2026 | R. Peil | Review of latest round of Disclosure Statement and Plan of Liquidation documents. | 2.30 |
| 7/13/2026 | M. Issa | Review and approve motion to extend exclusivity and solicitation deadlines | 0.30 |
| | M. Issa | Attend D/S hearing remotely | 1.20 |
| | M. Issa | Review final version of the Liq Analysis | 1.40 |
| 7/14/2026 | R. Peil | Review of communications from KBK regarding 7/14/26 court hearing and other issues for the Board of Directors. | 0.30 |
| | M. Issa | Discuss Liq Analysis with Adriana | 0.40 |
| | M. Issa | Attend zoom hearing to approve D/S | 1.00 |
| 7/17/2026 | M. Issa | Emails/calls re: the Moti RFP and Liq Analysis | 0.80 |
| 7/22/2026 | M. Issa | Review Feder RFP's | 0.50 |
| 7/23/2026 | M. Issa | Review RFP with KBK and GR team | 0.70 |
| | M. Issa | Review liq analysis | 1.30 |
| | M. Issa | Review Liq Analysis | 2.70 |
| 7/27/2026 | M. Issa | Work on researching docs for the RFPs from Ferder | 0.90 |
| 7/28/2026 | M. Issa | Prep for depo and confirmation hearing, RFP | 6.00 |
| 7/29/2026 | R. Peil | Video conference with KBK, M. Issa and C. Pachler to discuss discovery requests from M. Feder legal team. | 1.00 |
| | M. Issa | Confirmation prep | 3.00 |
| 7/30/2026 | M. Issa | Prep for deop and confirmation hearing | 3.20 |
| | M. Issa | Confirmation prep | 2.20 |
| 7/31/2026 | M. Issa | Confirmation prep | 2.70 |

SUBTOTAL: [ 62.70 47,918.50]

Tax

| | | | |
|---|---|---|---|
| 7/1/2026 | R. Peil | Video conference with representatives of RSM, GlassRatner and Force 10 to discuss tax issues. | 0.70 |
| | M. Issa | Video conference with RSM, GlassRatner and Force 10 | 0.70 |
| | M. Issa | Review and propose edits to explanation of change for the 2021 amended tax return data from RSM | 0.30 |
| | M. Issa | Review and approve amended tax return data from RSM | 0.50 |
| 7/6/2026 | M. Issa | Review and comment on tax filing for 2021 | 0.60 |
| | M. Issa | Emails with RSM re: Fla Sales Tax Audit and negotiation | 0.40 |
| | M. Issa | Conf call with RSM re: Fla Sales Tax Audit and strategy | 0.40 |
| 7/10/2026 | M. Issa | Tax call update on Amended REturns | 0.50 |
| | M. Issa | Meet with RSM to review and sign 2021 and 2022 Amended Returns | 0.80 |
| 7/16/2026 | M. Issa | Review and execute POA for DC from RSM | 0.20 |

| | | | | Hours |
|---|---|---|---|---|
| 7/17/2026 | M. Issa | Video conference with Lugano, RSM and GlassRatner to discuss updated tax analysis | | 0.60 |
| | R. Peil | Video conference with representatives of GlassRanter, LDI and RSM to discuss tax returns. | | 0.60 |
| | M. Issa | Finalize the Debtor's position on language re: The Fla Sales TAx audit and claim | | 0.20 |
| 7/24/2026 | M. Issa | Tax call with RSM | | 0.60 |
| | R. Peil | Video conference with M. Issa and representatives of RSM to discuss tax returns. | | 0.60 |
| 7/27/2026 | M. Issa | Review and approve amended 2023 Federal Tax Return | | 0.30 |
| | M. Issa | Emails re: amounts due to the UST | | 0.40 |
| 7/29/2026 | M. Issa | Discuss various tax return status with RSM | | 0.30 |
| | M. Issa | Tax call with RSM | | 0.80 |
| 7/30/2026 | M. Issa | Digital signature on tax returns for filing | | 0.30 |
| 7/31/2026 | M. Issa | Tax call with RSM | | 0.40 |
| | M. Issa | Tax emails/call | | 0.40 |
| | SUBTOTAL: | | [ 10.60 | 8,294.00] |

## Exhibit D

**Summary Detail of Expenses by Category (7/1/26 - 7/31/26)**

| Category | Professional Full Name | Transaction Date | Description | Amount |
|---|---|---|---|---|
| **RESEARCH DATABASE CHARGES:** | | | | |
| | Copying, Teleconference & General Charges | 7/1/26 | PACER charges during June 2026 | $3.60 |
| **MISCELLANEOUS CHARGES:** | | | | |
| | Copying, Teleconference & General Charges | 7/1/26 | Ocrulus Document Management software charges incurred during June 2026 | $129.83 |
| | | | **Grand Total** | **$133.43** |