**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Chapter 11<br>Case No. 25-12055 (BLS)<br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING OF MATTERS**
**SCHEDULED FOR SEPTEMBER 17, 2026, AT 9:30 A.M. (ET)**

**This proceeding will be conducted in person. Counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to the Court's website (https://www.deb.uscourts.gov/ecourt-appearances)**
**Registration is required no later than 4:00 p.m. (ET)**
**one business day prior to the hearing.**

**RESOLVED MATTER**

1. Debtors' Motion for Entry of an Order Granting the Debtors (A) Leave and Permission to File the Debtors' Reply to Extension of Exclusivity Objection; and (B) Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors and (II) Omnibus Reply to Objections to Confirmation and the Extension of Exclusivity [D.I. 833, 8/27/26]

Objection Deadline: August 31, 2026 at 10:00 a.m. (ET)

Related Documents:

A. Certificate of No Objection [D.I. 872, 9/10/26]

B. Order Granting the Debtors (A) Leave and Permission to File the Debtors' Reply to Extension of Exclusivity Objection; and (B) Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Inc. and Its Affiliated Debtors and (II) Omnibus Reply to Objections to Confirmation and the Extension of Exclusivity [D.I. 876, 9/11/26]

Objections Filed: None.

Status: An order was entered. No hearing is necessary.

**MATTERS GOING FORWARD**

2. Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 826, 8/27/26]

Objection Deadline: August 18, 2026 at 4:00 p.m. (ET), *extended for Travelers Casualty & Insurance Company and for 620 NCD LLC, Fashion Island Retail LLC, and The Irvine Company LLC to August 21, 2026 at 4:00 p.m. (ET)*

Related Documents:

A. Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 651, 7/9/26]

B. Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Forms of Ballots and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections Thereto; and (F) Granting Related Relief [D.I. 661, 7/14/26]

C. Notice of (I) Approval of Disclosure Statement on an Interim Basis; and (II) the Hearing to Consider (A) Final Approval of the Disclosure Statement as Containing Adequate Information and (B) Confirmation of the Plan [D.I. 693, 7/16/26]

D. Proof of Publication [D.I. 713, 7/21/26]

E. Notice of Withdrawal of Travelers Casualty and Surety Company of America's Limited Objection to Amended Plan and Reservation of Rights [D.I. 823, 8/26/26]

F. Notice of Filing of Blackline of Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Debtor Affiliates [D.I. 827, 8/27/26]

G. Declaration of Jeriad R. Paul Regarding Solicitation and Tabulation of Votes on the Amended Chapter 11 Plan of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 828 (Sealed) and 829 (Redacted), 8/27/26]

H. Declaration of J. Michael Issa in Support of Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 830, 8/27/26]

I. Declaration of L. Spencer Wells in Support of Confirmation of Debtors' Second Amended Plan of Liquidation [D.I. 831, 8/27/26]

J. Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors and (II) Omnibus Rely to Objections to Confirmation and the Extension of Exclusivity [D.I. 832, 8.27/26]

K. Debtors' Motion for Entry of an Order Granting the Debtors (A) Leave and Permission to File the Debtors' Reply to Extension of Exclusivity Objection; and (B) Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors and (II) Omnibus Reply to Objections to Confirmation and the Extension of Exclusivity Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 833, 8/27/26]

L. Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 834, 8/27/26]

M. Creditor Committee's Reply to Ferder Parties' Plan Confirmation Objection [D.I. 835, 8/27/26]

N. Compass Group Diversified Holdings LLC's Omnibus Reply to Objections to (I) the Final Approval of Debtors' Motion for Entry of an Order Approving the Disclosure Statement and (II) Confirmation of the Debtors' Second Amended Chapter 11 Plan of Liquidation [D.I. 836, 8/27/26]

O. Special Committee of Board of Directors of Lugano Diamonds & Jewelry Inc.'s Motions in Limine [D.I. 840, 8/28/26]

P. Joinder of Official Committee of Unsecured Creditors to Special Committee's Motions in Limine [D.I. 845, 8/29/26]

Q. Bench Brief of Ferder Parties Regarding Special Committee's Waiver of Mediation Privilege and Confidentiality Protections [D.I. 846, 8/30/26]

R. Notice of Continued Combined Hearing [D.I. 852, 9/1/26]

S. Bench Brief of Ferder Parties Regarding Special Committee's Waiver of Mediation Privilege and Confidentiality Protections [D.I. 846, 8/30/26]

Objections\Responses Filed:

A. Informal Responses:

i. 620 NCD LLC, Fashion Island Retail LLC, and The Irvine Company, LLC
ii. United States Securities and Exchange Commission
iii. Josh Gaynor

B. Objection of the United States Trustee to Confirmation of Debtors' Chapter 11 Plan [D.I. 798, 8/18/26]

C. Objection of the Ferder Parties to Confirmation of the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 799, 8/18/26]

D. Travelers Casualty and Surety Company of America's Limited Objection to Amended Plan and Reservation of Rights [D.I. 810, 8/21/26] (Withdrawn)

Status: The informal response listed in Item (A)(i) is resolved in principle, subject to definitive documentation. Items (A)(ii) and (iii) are resolved. Item (C) is settled, subject to definitive documentation. Item (D) has been resolved and subsequently withdrawn. Item (B) is going forward. The parties intend to offer as witnesses by declaration J. Michael Issa and L. Spencer Wells.

3. Debtors' Second Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to (A) File a Chapter 11 Plan and (B) Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [D.I. 658, 7/13/26]

Objection Deadline: July 27, 2026 at 4:00 p.m. (ET)

Related Documents:

A. Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors and (II) Omnibus Rely to Objections to Confirmation and the Extension of Exclusivity [D.I. 832, 8.27/26]

B. Debtors' Motion for Entry of an Order Granting the Debtors (A) Leave and Permission to File the Debtors' Reply to Extension of Exclusivity Objection; and (B) Leave to Exceed Page Limit Requirements with Respect to Debtors' Memorandum of Law in Support of (I) Approval of the Disclosure Statement on a Final Basis and Confirmation of the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors and (II) Omnibus Reply to Objections to Confirmation and the Extension of Exclusivity Notice of Filing of Proposed Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the

Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors [D.I. 833, 8/27/26]

Objections Filed:

A. Objection of the Ferder Parties to the Debtors' Second Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to (A) File a Chapter 11 Plan and (B) Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [D.I. 739, 7/27/26]

Status: The Debtors believe that this matter is resolved in connection with the settlement with Mordechai Ferder, subject to definitive documentation.

4. Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion to Estimate Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [D.I. 765, 8/4/26]

Objection Deadline: August 21, 2026 at 4:00 p.m. (ET)

Related Documents:

A. Complaint and Objection to Proof of Claim [Adv. D.I. 1, 6/24/26]

B. Declaration of Christoph Pachler in Support of Objection of Debtors and Debtors in Possession to Motion of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion to Estimate Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [D.I. 813 (Sealed) and 814 (Redacted), 8/21/26]

C. Declaration of Joseph Pope in Support of Objection of Debtors and Debtors in Possession to Motion of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion to Estimate Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [D.I. 815, 8/21/26]

D. Evidentiary Objections of Movant Ferder to Declarations Filed in Support of Debtors' Objection to Motion to Estimate Claim for Voting Purposes [D.I. 824, 8/26/26]

E. Reply of the Ferder Parties to the Objection of Debtors and Debtors in Possession to Motion for Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust, to Estimate Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [D.I. 825, 8/26/26]

Objections Filed:

A. Objection of Debtors and Debtors in Possession to Motion of Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion to Estimate Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [D.I. 811 (Sealed) and 812 (Redacted), 8/21/26]

Status: The Debtors believe that this matter is resolved in connection with the settlement with Mordechai Ferder, subject to definitive documentation.

*[Remainder of Page Intentionally Left Blank]*

Dated: September 15, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*<u>/s/ Shella Borovinskaya</u>*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
sbeach@ycst.com
sborovinskaya@ycst.com
bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
tshafroth@kbkllp.com
sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*