**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF VIRTUAL STATUS CONFERENCE**
**ON SEPTEMBER 24, 2026, AT 12:00 P.M. (ET)**

**PLEASE TAKE NOTICE** that the United States Bankruptcy Court for the District of Delaware (the "Court") has scheduled a virtual status conference (the "Status Conference") for **September 24, 2026, at 12:00 p.m. (ET)** so that the Court may consider certain issues in connection with (i) the *Defendant's Motion for Permissive Abstention* [Adv. Docket No. 11] in the pending adversary proceeding captioned *Lugano Diamonds & Jewelry Inc. v. Travelers Casualty and Surety Company of America*, Adv. Pro. No. 26-50036 (BLS); (ii) *Travelers Casualty and Surety Company of America's Motion for Relief from the Automatic Stay with Respect to Insurance Policy* [Docket No. 474]; (iii) final approval of the *Disclosure Statement for the Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 651] and confirmation of the *Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 826]; (iv) the *Debtors' Second Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to (A) File a Chapter 11 Plan and (B) Solicit Acceptances of a Chapter 11 Plan Pursuant to Section 1121 of the Bankruptcy Code; and (II) Granting Related Relief* [Docket No. 658]; and (v) *Mordechai Ferder, Individually and in His Capacity as Trustee of the Haim Family Trust's Motion to Estimate Claim for Voting Purposes Pursuant to Bankruptcy Rule 3018(a)* [Docket No. 765].

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be conducted entirely over Zoom and requires all participants to register using the eCourt Appearances tool on the Court's Website at www.deb.uscourts.gov. The deadline to register for the Status Conference is September 24, 2026, at 11:00 a.m. (ET). An electronic invitation, with the relevant audio or video link, will be emailed to registered participants prior to the Status Conference.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Dated: September 17, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

_/s/ Shella Borovinskaya_
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
sbeach@ycst.com
sborovinskaya@ycst.com
bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**

Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
tshafroth@kbkllp.com
sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*