**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-12055 (BLS)<br><br>(Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA FOR STATUS CONFERENCE**
**SCHEDULED FOR SEPTEMBER 24, 2026, AT 12:00 P.M. (ET)**

**This proceeding will be conducted remotely via zoom. Please refer to the Court's website (https://www.deb.uscourts.gov/ecourt-appearances).**
**Registration is required no later than 4:00 p.m. (ET)**
**one business day prior to the hearing.[3]**

**STATUS CONFERENCE**

1. Notice of Virtual Status Conference on September 24, 2026 at 12:00 p.m. (ET) [D.I. 897, 9/17/26]

   Status: **The Debtors believe that all interested parties' comments to entry of the order confirming the Debtors' chapter 11 plan, including with respect to the stipulation resolving Mordechai Ferder's objection thereto, and approving the Debtors' disclosure statement on a final basis, have been resolved. The parties intend to discuss scheduling and the status of the other matters pending for the status conference. The status conference is going forward.**

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

[2] **Amendments appear in bold.**

[3] For the avoidance of doubt, per the Court's direction, the registration deadline is 4:00 p.m. (ET) the day prior to the hearing, not 11:00 a.m. (ET) the day of the hearing.

Dated: September 24, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
sbeach@ycst.com
sborovinskaya@ycst.com
bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
tshafroth@kbkllp.com
sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*