**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| LUGANO DIAMONDS & JEWELRY INC., *et al.*,[1] | Case No. 25-12055 (BLS) |
| | (Jointly Administered) |
| Debtors. | **Ref. Docket No. 914** |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER, (II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

**PLEASE TAKE NOTICE THAT:**

**Confirmation of Plan**. On September 24, 2026, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order (I) Approving the Disclosure Statement on a Final Basis and (II) Confirming the Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 914] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to such terms in the *Second Amended Chapter 11 Plan of Liquidation of Lugano Diamonds & Jewelry Inc. and Its Affiliated Debtors* [Docket No. 826] (as may be further amended, modified, or supplemented, the "Plan"). Copies of the Confirmation Order and the Plan may be obtained by accessing https://omniagentsolutions.com/Lugano.

**Effective Date**. Each of the conditions precedent to the occurrence of the Effective Date enumerated in Section 9.01 of the Plan have been satisfied and/or waived as provided in Section 9.02 of the Plan, and the Effective Date of the Plan will have occurred at 11:59 p.m. (ET) on September 30, 2026.

**Release, Exculpation, and Injunction**. Pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article XI of the Plan are now in full force and effect.

**Executory Contracts and Unexpired Leases**. Pursuant to the Plan, all executory contracts and unexpired leases of the Debtors were rejected on the Effective Date except for (i) executory contracts and unexpired leases that have been previously assumed or rejected by the Debtors, and (ii) executory contracts and unexpired leases that are set forth in the Schedule of

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's U.S. federal tax identification number, to the extent applicable, are as follows: Lugano Diamonds & Jewelry Inc. (6784), Lugano Holding, Inc. (9690), Lugano Buyer, Inc. (4565), K.L.D. Jewelry, LLC (0319), and Lugano Prive, LLC (4308). The notice address for the Debtors is 620 Newport Center Dr., Ste 100, Newport Beach, California 92660.

Assumed Agreements.

**Bar Date for Administrative Expense Claims**. As provided in Section 3.01(a) of the Plan and the Confirmation Order, subject to the last sentence of this paragraph and except for Professional Fee Claims, and Section 503(b)(9) Claims that are subject to the General Claims Bar Date, all requests for payment of an Administrative Claim must be Filed with the Bankruptcy Court no later than **November 4, 2026**, or, alternatively, such subsequent date as is set by the Bankruptcy Court with the consent of the Liquidation Trustee. The failure to File and properly and timely serve a request for payment of an Administrative Claim on or before the Administrative Claims Bar Date forever bars, estops, and enjoins the Holder of such Administrative Claim from asserting such Administrative Claim and such Administrative Claim is deemed released and extinguished as of the Effective Date without need for any objection from the Debtors or the Liquidation Trustee or any notice to or action, order, or approval of, the Bankruptcy Court. Notwithstanding the foregoing, no request for payment of an Administrative Claim need be Filed with respect to an Administrative Claim previously Allowed.

**Bar Date for Professional Fee Claims**. In accordance with Section 3.02(b) of the Plan and the Confirmation Order, requests for payment of Professional Fee Claims pursuant to Bankruptcy Code §§ 327, 328, 330, 331, 363, 503(b), or 1103 must be made by application Filed with the Bankruptcy Court and served on counsel to the Liquidation Trust, counsel to CODI, and counsel to the U.S. Trustee no later no later than **November 16, 2026**. Objections to such applications must be Filed and served on counsel to the Liquidation Trust, counsel to CODI, counsel to the U.S. Trustee, and the requesting Professional on or before the date that is 21 calendar days after the date on which the applicable application was Filed (or such longer period as may be allowed by order of the Bankruptcy Court or by agreement with the requesting Professional).

**Bar Date for Rejection Damages**. As provided in Section 6.02(b) of the Plan and the Confirmation Order, any Rejection Claim or other Claim for damages arising from the rejection under the Plan of an executory contract or unexpired lease must be Filed and served no later than (a) with respect to a prepetition executory contract or unexpired lease rejected pursuant to the Plan or the Confirmation Order, **October 30, 2026**, (b) with respect to a Deferred Rejection Lease rejected pursuant to the Plan or the Confirmation Order, **November 30, 2026**, and (c) with respect to a prepetition executory contract or unexpired lease rejected pursuant any order of the Bankruptcy Court other than the Confirmation Order, the earlier of the (i) date established by prior order of the Bankruptcy Court and (ii) **October 30, 2026**. Any such Rejection Claims that are not timely Filed and served are forever disallowed, barred, and unenforceable, and Persons holding such Claims do not receive and are barred from receiving any Distributions on account of such untimely Claims. The Rejection Claims Bar Date established by the Plan does not alter any rejection claims bar date established by a prior order of the Bankruptcy Court with respect to any executory contract or unexpired lease that was previously rejected in these Chapter 11 Cases.

**Bar Date for Other Claims Not Subject to the General Bar Date Order**. Every Holder of a General Unsecured Claim must File or have Filed its proof of claim no later than the earlier of the (i) date established by prior order of the Bankruptcy Court and (ii) **October 30, 2026**. Without limiting the foregoing, every Holder of a General Unsecured Claim (including, without limitation, any current officer, director, or employee for claims based on indemnification, contribution, or reimbursement) must File its proof of claim no later than **October 30, 2026** except

to the extent such General Unsecured Claim is deemed Filed pursuant to Bankruptcy Code section 1111(a) or was required to be Filed earlier by prior order of the Bankruptcy Court.

**Post-Effective Date Notices.** After the Effective Date, Persons or Entities that wish to continue to receive documents pursuant to Bankruptcy Rule 2002 must file a renewed request to receive documents pursuant to Bankruptcy Rule 2002. All notices previously provided to the Debtors shall be addressed to the Liquidation Trustee at the following address:

Michael I. Goldberg
Akerman LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, FL 33301
michael.goldberg@akerman.com

**Copies of Plan and Confirmation Orde**r. A copy of the Plan, the Confirmation Order, or any other related documents may be obtained from the Bankruptcy Court's website at http:ecf.deb.uscourts.gov or at https://omniagentsolutions.com/Lugano.

[*Remainder of page intentionally left blank*]

Dated: September 30, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Shella Borovinskaya*
Edmon L. Morton (Del. No. 3856)
Sean M. Beach (Del. No. 4070)
Shella Borovinskaya (Del. No. 6758)
Brynna M. Gaffney (Del. No. 7402)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: emorton@ycst.com
sbeach@ycst.com
sborovinskaya@ycst.com
bgaffney@ycst.com

-and-

**KELLER BENVENUTTI KIM LLP**
Tobias S. Keller (admitted *pro hac vice*)
Traci L. Shafroth (admitted *pro hac vice*)
Scott Friedman (admitted *pro hac vice*)
101 Montgomery Street, Suite 1950
San Francisco, California 94104
Telephone: (415) 496-6723
Facsimile: (650) 636-9251
Email: tkeller@kbkllp.com
tshafroth@kbkllp.com
sfriedman@kbkllp.com

*Attorneys for Debtors*
*and Debtors-in-Possession*